B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nurserymen's Exchange, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 94-1424729 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>2651 North Cabrillo Highway<br>Half Moon Bay, CA                    ZIPCODE  94019 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>                    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Mateo | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>                    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>                    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other   Agricultural

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Nurserymen's Exchange, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Nurserymen's Exchange, Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ Stephen D Finestone
_____
Signature of Attorney for Debtor(s)

STEPHEN D FINESTONE 125675
Printed Name of Attorney for Debtor(s)

Law Offices of Stephen D. Finestone
Firm Name

456 Montgomery St., 20th Floor
Address

San Francisco, CA 94104

415 421-2624    sfinestone@pobox.com
Telephone Number            e-mail

May 22, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Justin Dautoff
Signature of Authorized Individual

JUSTIN DAUTOFF
Printed Name of Authorized Individual

C.O.O.
Title of Authorized Individual

May 22, 2011
Date

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Nurserymen's Exchange, Inc. ,
               Debtor

Case No. _____

Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Temkin Internationl, Inc.<br>213 South Temkin Way<br>Payson, UT 84651 | Temkin Internationl, Inc.<br>213 South Temkin Way<br>Payson, UT 84651<br>(801) 489-8234 | Trade Debt | | 98,578 |
| Jerry Caudle<br>651 Carolina St.<br>San Francisco, CA 94107 | Jerry Caudle<br>651 Carolina St.<br>San Francisco, CA 94107 | Deferred Comp | | 100,314 |
| William Epstein<br>41 Nace Ave.<br>Piedmont, CA 94611 | William Epstein<br>41 Nace Ave.<br>Piedmont, CA 94611 | Deferred Compensation | | 100,341 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-0*510 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Greenleaf Chemical LLC 2352 Schaeffer Hills Drive Henderson, NV 89052 | Greenleaf Chemical LLC 2352 Schaeffer Hills Drive Henderson, NV 89052 (702) 914-9215 | Trade Debt | | 107,434 |
| International Freight Sevice 1610 Rollins Road Burlingame, CA 94010 | International Freight Sevice 1610 Rollins Road Burlingame, CA 94010 (650) 692-1632 | Trade Debt | | 108,875 |
| G Cheng 1745 14th Ave. San Francisco, CA 94122 | G Cheng 1745 14th Ave. San Francisco, CA 94122 | Deferred Compensation | | 116,320 |
| All Phaze Solutions, Inc. 37217 Fremont Blvd., Ste. E Fremont, CA 94536 | Robert Guzman 37217 Fremont Blvd. Ste. E Fremont, CA 94536 (510) 744-1312 510-731-0051 | Trade Debt | | 123,929 |
| International Paper Company P.O. Box 31001-0780 Pasadena, CA 91110-0780 | International Paper Company P.O. Box 31001-0780 Pasadena, CA 91110-0780 (901) 419-1900 | Trade Debt | | 142,869 |
| Select Personnel Services 130 Produce Avenue, Suite A South San Francisco, CA 94080 | Estefania Escobar 130 Produce Avenue, Suite A South San Francisco, CA 94080 (650) 873-2441 | Trade Debt | | 195,022 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Smartland Industrial Company #806, 8FL, 13 SHeung Yuetrd Kowloon Bay, Kowloon HK | Agnes Chu #806, 8FL, 13 SHeung Yuetrd Kowloon Bay, Kowloon Hong Kong (852) 2172-7626 | Trade Debt | | 212,900 |
| Huiyuan Int'l Commerce & Exhibition Company, Ltd. A#23CDE Huakai Fugui Building Fujian, China | Candy Commerce & Exhibition Company, Ltd. A#23CDE Huakai Fugui Building Fujian, China 86-591-87565102 | Trade Debt | | 231,985 |
| Sunlet Nursery 3636 Luneta Lane Fallbrook, CA 92028 | Sunlet Nursery 3636 Luneta Lane Fallbrook, CA 92028 (760) 728-9028 | Trade Debt | | 306,297 |
| California Florida Plant Company, LP P.O. Box 5310 Salinas, CA 93915 | California Florida Plant Company P.O. Box 5310 Salinas, CA 93915 (831) 754-2767 | Trade Debt | | 349,536 |
| Mainstay Business Solution Flexible Funding, LLC P.O. Box 26470 San Francisco, CA 94126 | Mainstay Business Solution Flexible Funding, LLC P.O. Box 26470 San Francisco, CA 94126 (866) 758-1038 | Trade Debt | | 394,900 |
| Por La Mar Nursery P.O. Box 6354 Santa Barbara, CA 93160-6354 | Brian Caird P.O. Box 6354 Santa Barbara, CA 93160-6354 (805) 964-8831 | Trade Debt | | 426,952 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Asian Handicrafts<br>Rampur Road<br>Moradabad  244001<br>India | B.N. Vij<br>Rampur Road<br>Moradabad 244001<br>India | Trade Debt | | 438,587 |
| Newish Industrial Limited<br>Rm.1901-1902 Tower B<br>63-73 Wo Yi Hop Road<br>Kwai Chung,N.T., HK | Clara Wong<br>Rm.1901-1902 Tower B<br>63-73 Wo Yi Hop Road<br>Kwai Chung,N.T., HK<br>(852) 2614-6163 | Trade Debt | | 642,470 |
| Milgro Nursery, LLC<br>P.O. Box 6069<br>Oxnard, CA 93031 | Brad Miller<br>P.O. Box 6069<br>Oxnard, CA 93031<br>(805) 985-0855 | Trade Debt | | 795,196 |
| AB Bonsai & Pottery<br>13300 Amar Road<br>City of Industry, CA 91746 | Alice Li<br>13300 Amar Road<br>City Industry, CA 91746<br>(626) 968-3387 | Trade Debt | | 1,154,000 |
| Technical Traffic Consultants--TTC<br>30 Hemlock Drive<br>Congers, NY 10920-1400 | Technical Traffic Consultants<br>30 Hemlock Dr.<br>Congers, NY 10920<br>(845) 639-7431 | Trade Debt | | 1,500,000 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.-- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    __May 22, 2011_____

Signature    /s/ Justin Dautoff
_____

JUSTIN DAUTOFF,
C.O.O.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Northern District of California

In re ____ Nurserymen's Exchange, Inc. ____

_____ Debtor

Case No. _____

Chapter ____ 11 ____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 17,000,000 | | |
| B – Personal Property | YES | 4 | $ 17,755,036 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 15,300,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 46 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 88 | | $ 9,472,945 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| **TOTAL** | | 144 | $ 34,755,036 | $ 24,772,945 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

# United States Bankruptcy Court
## Northern District of California

In re    Nurserymen's Exchange, Inc.          Case No. _____
              Debtor

                                             Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  N.A. |
| Student Loan Obligations (from Schedule F) | $  N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  N.A. |
| TOTAL | $  N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $  N.A. |
| Average Expenses (from Schedule J, Line 18) | $  N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4.  Total from Schedule F | | $  N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                           Case No. _____
_____
       **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Planned Unit Devlopment Land 28.158 acres Half Moon Bay, CA APN 048-300-280 APN 048-300-300 APN 048-300-330 APN 048-300-310 Value is estimate | Fee Simple | | 8,000,000 | 15,300,000 |
| Open Space Land 407.934 acres Half Moon Bay, CA APN 047-340-180 APN 047-340-120 Value is estimate | Fee Simple | | 5,000,000 | 15,300,000 |
| Land used in business operations 39.054 acres Half Moon Bay, CA | Fee Simple | | 4,000,000 | 15,300,000 |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                    Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| APN 048-300-090<br>APN 048-300-100<br>APN 048-300-190<br>Value is estimate | | | | |
| | | Total ➤ | 17,000,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.               Case No. _____
            **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Fund<br>American Funds<br>P.O. Box 6007<br>Indianaplis, IN 46206<br><br>Funds on account<br>All accounts held at Wells Fargo Bank | | 17,354<br><br><br><br><br>Indeterminate |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Interest in insurance policy<br>Principal Life Insurance Company (funds borrowed against the cash value of a Company owned policy on the life of Gail Hollingsworth)<br><br>Interest in insurance policy | | 115,173<br><br><br><br>184,170 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.-- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                    Case No. _____
                 **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Principal Life Insurance Company (funds borrowed against the cash value of a Company owned policy on the life of Jack Pearlstein) | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivables As of 4/30/2011 | | 11,441,051 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Intellectual Property See attached list | | Indeterminate |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.            Case No. _____
<br>
                **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Software<br>2651 North Cabrillo Hwy.<br>Half Moon Bay, CA 94109 | | 83,644 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Rights as licensee to intellectual property<br>To be supplied | | Indeterminate |
| | | Licenses for selling particular crops/plants | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer list | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trucks, Autos and work vehicles<br>Estimated based on Blue Book values | | 90,100 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer equipment - based on book value<br>2651 North Cabrillo Hwy<br>Half Moon Bay, CA 94109 | | 122,296 |
| | | Offfice Furniture and Equipment - based on book value<br>2651 North Cabrillo Hwy.<br>Half Moon Bay, CA 94109 | | 45,182 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Temporary Buildings<br>Located on company property<br>Value is estimate | | 283,985 |
| | | Greeenhouse Equipment - based on book value<br>2651 North Cabrillo Hwy.<br>Half Moon Bay, CA 94109 | | 239,695 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                    Case No. _____
_____                              _____
              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | Soft goods - inventory 2651 North Cabrillo Hwy Half Moon Bay, CA 94109 (Book value as of 4/30/2011) | | 2,777,829 |
| | | Hard Goods - inventory 2651 North Cabrillo Hwy Half Moon Bay, CA 94109 (Book value as of 4/30/2011) | | 2,342,922 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Greenhouses - based on book value 2651 North Cabrillo Hwy. Half Moon Bay, CA 94109 | | 1,635 |
| | | Miscellaneous materials and goods 2651 North Cabrillo Hwy. Half Moon Bay, CA 94109 | | 10,000 |

                          ___0___  continuation sheets attached    Total  | $ | 17,755,036 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.            Case No. _____
              **Debtor**                                                           **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                      $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re _____,     Case No. _____
     Nurserymen's Exchange, Inc.

        **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wells Fargo Bank<br>Attn: Tony Lee<br>245 S. Los Robles Ave., Ste. 700<br>Pasadena, CA 91101 | | | Incurred: 2008<br>Lien: UCC and deeds of trust<br>Security: Secured against Debtor's assets<br>UCC-1 lien on assets; deeds of trust on real property<br><br>VALUE $     21,000,000 | | | | 15,300,000 | 0 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

   0   continuation sheets attached

| | Subtotal ▶<br>(Total of this page) | $  15,300,000 | $      0 |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $  15,300,000 | $      0 |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re___Nurserymen's Exchange, Inc._____,     Case No._____
                                   Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,      Case No._____
<br>            Debtor                                                                     (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___44___ **continuation sheets attached**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                          ,     Case No. _____

_____Debtor_____                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Abel Segura 111 Corona Lane Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Adan D. Rivera P.O. Box 2387 Richmond, CA 94802 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Agostino Barbosa 965 Ronald Court Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Alison F. Ho 733 Parvin Drive Milpitas, CA 95035 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 1 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** (Totals of this page) | $ 0 | $ 0 | $ 0 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                              ,     Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alvaro G. Martinez-Contreras<br>352 Filbert Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Amanda Villegas<br>627 Myrtle Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Ana C. Lopez<br>690 Naples<br>San Francisco, CA 94112 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Ana Escarriola<br>P.O. Box 3732<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _2_ of _44_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** (Totals of this page) | $ 0 | $ 0 | $ 0 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Andres Trillo 626 Pico Avenue San Mateo, CA 94403 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  Angela Azevedo 344 Grove Street Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  Anthony J. Cape 459 Winged Foot Road Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  Antonio Bowen P.O. Box 3855 Redwood City, CA 94064 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __3__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $  0 | $  0 | $  0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                          ,      Case No. _____
                 **Debtor**                                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Antonio H. Rodrigues <br> 2690 Washington Avenue <br> Redwood City, CA 94061 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Arcelia Ahumada <br> 580 Metzger Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Beatriz Acosta-Virgen <br> P.O. Box 2613 <br> El Granada, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Beatriz Barron <br> 471 Lancaster Blvd. <br> Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 4 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $          0 | $          0 | $          0 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.  _____,    Case No. _____
                                            **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Beatriz Valle <br> 119 Codo Street <br> Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Betsy Harms <br> P.O. Box 664 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Brian H. Plocher <br> 1 Montecito, Apt.# 1 <br> Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Candido C. Rodriguez <br> P. O. Box 2885 <br> El Granada, CA 94018-2885 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 5 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤  $ 0  |  $ 0  |  $ 0
(Totals of this page)

Total ➤  $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤  $  |  $  |  $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Nurserymen's Exchange, Inc._____,  Case No. _____
               **Debtor**                                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    **Sec. 507(a)(4)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Candido Cunha 419 St. John Avenue Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Carlos Rivera 458 Willow Avenue Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Carmen L. Chu 2269 17th Avenue San Francisco, CA 94116 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Carolyn Killingsworth 430 Marine Blvd. Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __6__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤ $ 0 | $ 0 | $ 0

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $ | $ | $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.-ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                              ,          Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)          Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carolyn L. Jacobs <br> 1121 Date Street <br> Montara, CA 94037 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Cesar Perez <br> 426 Gateway #2 <br> Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Clara A. Mello <br> 391 Cypress Point Road <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Coleen Tharp <br> 1105 Oak Avenue <br> Redwood City, CA 94061 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 7 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal**
(Totals of this page) ➤ $ 0   |   $ 0   |   $ 0

**Total**
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ $

**Totals**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $   |   $   |   $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.                    ,        Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Corwin Graves <br> 735 Praire Creek Drive <br> Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Daniel G. Kapler <br> 227 Loma Verde Drive <br> San Lorenzo, CA 94580 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Daniel Santos <br> 421 St. John Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> David Ayers <br> 9638 N.Winery <br> Fresno, CA 93720 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __8__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $          0 | $          0 | $          0 |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc._____,    Case No. _____

_____**Debtor**_____    _____**(If known)**_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> David M. Hummel <br> 1006 Bancroft Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> David Schoonmaker <br> 1151 Kidder Way <br> Folsom, CA 95630 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> Dawn M. Wachsmuth <br> 83 Salada Avenue <br> Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> Deborah G. Durant <br> P.O. Box 14a <br> Loma Mar, CA 94021 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __9__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ $     0    $     0    $     0
(Totals of this page)

Total ▶ $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ▶ $    $    $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                          ,          Case No. _____

_____

**Debtor**                                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Delgadina Vasquez<br>118 La Granada<br>Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Derek S. Clark<br>58 Township Road #1375<br>Proctorville, OH 45669 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Donald H. Mendel<br>76 Driftwood Circle<br>Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Donna Ver Linden<br>108 Digges Canyon Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 10 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)          $    0          $    0          $    0

Total
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)          $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $          $          $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                    ,          Case No. _____
                                _____
                                 **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Dora L. Villegas Ruiz <br> P.O. Box 1044 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Elaine Y. Chu <br> 545 Cornell Street <br> San Lorenzo, CA 94580 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Emilia V. Aguilar <br> 103 Retiro Lane <br> Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Emiliano Flores-Gonzalez <br> 9 Nasturtium Road <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _11_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶ (Totals of this page) | $                    0 | $                    0 | $                    0 |
| Total ▶ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.  ,  Case No. _____

                            Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Esperanza Palomares 528 Shotwell Street #4 San Francisco, CA 94110 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Eufrosina Arango-Cruz P.O. Box 3372 Half Moon Bay, CA 94018 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Evangelina Martinez 360 Grand Blvd. Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Fernando A. Costa 119 Retiro Street Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _12_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $     0 | $     0 | $     0
(Totals of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ | $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.                          ,        Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Filomena F. Bretao 430 St. John Avenue Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Filomena M. Melo 250 San Mateo Road #, 26 Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Francisco Flores 818 Arnold Way Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Francisco Lopez-Virgen 2 Iris Lane Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 13 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.– ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                              ,      Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Frank P. Costa <br> 428 Central Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Gail Hollingsworth <br> P.O. Box 391 <br> Burlingame, CA 94011-0391 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Gary Allard <br> 424 Briarwood Drive <br> So.San Francisco, CA 94080 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Gerald N. Caudle <br> 651 Carolina Street <br> San Francisco, CA 94107 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __14__ of __44__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ <br> (Totals of this page) | $            0 | $            0 | $            0 |
| Total ➤ <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,    Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gina V. Rivera <br> 2651 N. Cabrillo Hwy <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Glenn I. Iwamasa <br> 1471 37th Avenue <br> San Francisco, CA 94122 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Graciano L. Martinez <br> 406 Grand Blvd. <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Greg Bernard <br> 570 Duncan St.  Apt. 4 <br> San Francisco, CA 94131 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __15__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $          0 | $          0 | $          0 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.                          ,        Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Guadalupe Martinez <br> 360 Grand Blvd. <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Herbert D. Flores <br> P.O. Box 818 <br> Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Humberto Delgadillo-Rodriguez <br> 415 Filbert #B <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> Ignacio De Leon-Ortega <br> P.O Box 1059 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __16__ of __44__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ <br> (Totals of this page) | $         0 | $         0 | $         0 |
| Total ➤ <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re  Nurserymen's Exchange, Inc. _____ ,     Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Irma Ochoa 2800 25th Avenue Oakland, CA 94601 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jacinto Velasquez Quiroz P.O. Box 847 Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jack Pearlstein P.O. Box 620485 Woodside, CA 94062 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. James M. Drobnick 215 San Juan Ave Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 17 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.                          ,          Case No. _____

        **Debtor**                                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jamie H. Pearlstein <br> P.O. Box 620485 <br> Woodside, CA 94062 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jasmine P. Ngai <br> 146 Byxbee Street <br> San Francisco, CA 94132 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jeff Lembkey <br> 827 Arguello Blvd. <br> Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jennifer L. Pearson <br> 130 Allen Drive <br> San Bruno, CA 94066 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __18__ of __44__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal
(Totals of this page)        $        0      $        0      $        0

Total
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)        $

Totals
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)        $        $        $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.
_____,    Case No. _____
            **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Jerry Bungo 1563 Acacia Circle Vista, CA 92081 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Jesse Melendrez P.O. Box 3759 Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Jesus Guizar Gomez 1508 Hawser Lane Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Jesus Martinez 135 Barranca Street Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 19 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)    $ 0    $ 0    $ 0

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.– ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,    Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jo A. Fry 12470 San Mateo Road Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Joaquin Barragan 167 Prague Street San Francisco, CA 94112 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** John C. Riccuito P.O. Box 1071 Half Moon Bay, CA 94019-1071 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** John L. Jackson Jr. 616 W. 12th Avenue Escondido, CA 92025 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __20__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal** (Totals of this page) | $ 0 | $ 0 | $ 0 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                              ,         Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John M. Costa <br> 1032 Suzanne Court <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> John P. Susa <br> 90 Digges Canyon Rd <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jose A. Virgen <br> 1000 Pacific Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jose Ahumada <br> 580 Metsgar <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _21_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $          0 | $          0 | $          0
(Totals of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤ | $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                      ,     Case No. _____

_____

**Debtor**                                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jose Caro 1445 168th Avenue San Leandro, CA 94578 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jose Cruz P.O. Box 1656 El Granada, CA 94018 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jose M. Velazquez 443 Grove Street Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jose Napoles Acosta 2025 Miramontes Point Road Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __22__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $  0 | $  0 | $  0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                                    ,        Case No. _____
                              **Debtor**                                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jose O. Silva 476 Oak Avenue Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jose Patino 505 Grandeview Blvd. Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Jose R. Serrano 12 Hawthorn Walk Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Joshua S. Highman 821 N. Humboldt Street #309 San Mateo, CA 94401 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __23__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ (Totals of this page)    $    0    |    $    0    |    $    0

Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    |    $    |    $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____ ,     Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joyce E. Jeffries c/o Scott Curry 4 Grant Place Havelock, NC 28532 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Juan O. Martinez 360 Grand Blvd. Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Justin Dautoff PO Box 572 Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Juvenalia Navalhas 285 Metzgar Street Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _24_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $         0 | $         0 | $         0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Kit Shiotani 198 Zils Road Watsonville, CA 95076 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Lana F. Lupiani 501 Pennsylvania Avenue Glen Ellyn, IL 60137 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Leonard Roth 3553 N Sugan Road New Hope, PA 18938 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** Leticia H. Flores 818 Arnold Way Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _25_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)      $ 0    $ 0    $ 0

Total ➤
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)      $

Totals ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $    $    $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                              ,     Case No. _____
                  **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lisa E. Kaufer<br>1468 Rosita Road<br>Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Lisa P. Drendell<br>P.O. Box 141<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Lisa Siordia<br>3 Ortega Court<br>Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Manuel N. Silva<br>331 Grove Street #26<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __26__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $ 0 | $ 0 | $ 0 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                    ,        Case No. _____
_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Manuel Azevedo <br> 344 Grove Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Manuel H. Machado <br> 424 St. Joseph Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Marc J. Kanimoto <br> 629 Crescent Avenue <br> San Francisco, CA 94110 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Maria A. Duenas <br> 640 Silver Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __27__ of __44__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal
(Totals of this page)   $        0      $        0      $        0

Total
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)   $

Totals
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $        $        $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.—ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                              ,          Case No. _____

_____Debtor_____                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Maria Acosta De Coy <br> 27675 La Porte Ave <br> Hayward, CA 94545 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Maria Avila Castro <br> 310 Bridgeport Drive <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Maria D. Delgado <br> P.O. Box 3165 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Maria De Mata <br> 1130 Cabrillo Hwy N <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __28__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal ► <br> (Totals of this page) | $          0 | $          0 | $          0 |
| Total ► <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ► <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                    ,      Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Maria G. Carrillo 5 Maidenhair Walk Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Maria G. Gonzalez 115 Bonita Street Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Maria Gutierrez 349 Grand Blvd. Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Maria L. Haro P.O. Box 371293 Montara, CA 94037 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __29__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $            0 | $            0 | $            0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                    ,    Case No. _____
              **Debtor**                                                               **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    **Sec. 507(a)(4)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maria T. Ortega de Ibarra<br>1149 Via Dolorosa<br>San Lorenzo, CA 94580 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Marina Ruiz<br>4 Pear Orchard Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mario Ruiz<br>122 Corona<br>Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mark B. Ryser<br>702 Hardell Lane<br>Vista, CA 92084 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __30__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $      0 | $     0     $     0 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $        $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,      Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Martha Cruz<br>P.O. Box 1656<br>El Granada, CA 94018 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mary Ann McDonald<br>534 Metzgar Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Meghan Hollingsworth<br>1770 Broadway, Apt. 302<br>San Francisco, CA 94109 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Melquiades H. Mederos<br>443 Grove Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __31__ of __44__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotal ▶<br>(Totals of this page) | $          0 | $          0 | $          0 |
| Total ▶<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                    ,          Case No. _____

_____
**Debtor**                                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Melvino Melo<br>250 San Mateo Road #26<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mercedes Patino<br>505 Grandeview Blvd.<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Michael Killingsworth<br>430 Marine Blvd.<br>Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Miguel Arellano<br>101 La Granada Way<br>Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __32__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $        0 | $        0 | $        0
(Totals of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤ | $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc. _____,   Case No. _____

                            **Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Nancy Ramirez 7 Elderberry Road Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Nancy Wright 10 Gennessee San Francisco, CA 94112 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Nicholas Price 39266 Turtle Bay Unit E Murrieta, CA 92563 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Noe J. Acosta Guerrero 7704 Tamarindo Bay Drive Sacramento, CA 95828 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _33_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $          0 | $          0 | $          0 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                          ,     Case No. _____

                 **Debtor**                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Noe Vieyra <br> 150 B Keel Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Oscar Facundo <br> 454 Willow Avenue <br> Half Moon, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Osvaldo R. Rodriguez <br> 40-A Frenchman's Creek Road <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Pablo Jaime <br> 435 Dolores Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __34__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ | $      0 | $      0 | $      0
(Totals of this page)

Total ▶ | $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ▶ | $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.                                        ,        Case No. _____

                        **Debtor**                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paulo A. Sousa<br>424 St. Joseph Avenue<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Pedro Isidro-Lopez<br>P.O. Box 489<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Pedro R. Zamora<br>454 Willow Avenue<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Rafael Solis-Virgen<br>104 Corona<br>Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _35_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $         0 | $         0 | $         0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc.                                ,        Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ramiro V. Quiroz<br>9368 Marius Way<br>Sacramento, CA 95829 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ramon Ramirez Regalado<br>7 Elderberry Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Robert Bruno<br>118 15th Avenue<br>San Mateo, CA 94402 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Robert J. Steinlein<br>2040 Franklin Street #906<br>San Francisco, CA 94109 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __36__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $          0 | $          0 | $          0 |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,        Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert S.Halksworth<br>7207 Maple Street<br>Overland Park, KS 66204 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Roberto Navarro<br>2376 Menalto Avenue<br>East Palo Alto, CA 94303 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Rodolfo Gutierrez-Villegas<br>6 Iris Lane<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Rogoberto Acosta<br>#6 Apple Orchard Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __37__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $        0 | $        0 | $        0 |
| Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,      Case No. _____

             **Debtor**                                                 **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Rosa Maria Martinez <br> 135 Barranca <br> Moss Beach, CA 94038 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> Ruben D. Ruiz <br> 488 Laurel Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> Ruben Nunez <br> P.O. Box 829 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> Ruth A. Steiner <br> 3509 Altamont Way <br> Redwood City, CA 94062 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __38__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal   ➤   $     0     $     0     $     0
(Totals of this page)

Total   ➤   $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals   ➤   $     $     $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                              ,      Case No. _____
                            **Debtor**                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Salif Thiam <br> 214 7th Avenue #3 <br> San Mateo, CA 94401 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Salvador Jimenez-Acosta <br> 471 Anita Drive <br> Millbrae, CA 94030 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Silvia S. Rivas <br> 685 Barron Way <br> Hayward, CA 94544 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Spencer T. Meneses <br> 580 Pointe Pacific Drive #5 <br> Daly City, CA 94014 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __39__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                          ,     Case No. _____

                  **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Steven Chan <br> 2651 North Cabrillo Highway <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Susan J.Chittenden <br> P.O. Box 746 <br> Pescadero, CA 94060 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Suzanne R. Dempsey <br> P.O. Box 2046 <br> El Granada, CA 94018 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Tara Nemeth <br> 217 Southcliff Avenue <br> South San Francisco, CA 94080 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __40__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                    ,          Case No. _____
                **Debtor**                                                               **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Timothy L. Oldham <br> P.O. Box 370864 <br> Montara, CA 94037 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Twu J. Chen <br> 70 Westlawn Avenue <br> Daly City, CA 94015 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Veronica Ruiz <br> 1585 Spinnaker Lane <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Wendy M. Klusendorf <br> 938 Foxenwood Drive <br> Santa Maria, CA 93455 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _41_ of _44_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal** (Totals of this page) | $ 0 | $ 0 | $ 0 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc. _____,  Case No. _____
_____
Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Wilma Rico 251 Pilarcitos Avenue, Apt. 1 Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Yolanda Arias-Britton 548 Monterey Road Pacifica, CA 94044 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Zenaida Rodriguez P.O. Box 2885 El Granada, CA 94018 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Zenaida Ruiz 488 Laurel Avenue Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 42 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ $    0    $    0    $    0
(Totals of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤ $          $          $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.--ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc. _____ ,    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Raquel Rodriguez<br>1581 Mizzen Lane<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. 43 of 44 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤ | $ 0 | $ 0 | $ 0

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | |

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.-- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc. _____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | | |
| Employment Development Department Bankruptcy Unit - MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** | | | | | | | | | |
| Franchise Tax Board State of California P.O. Box 2952 Sacramento, CA 95812-2952 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** | | | | | | | | | |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** | | | | | | | | | |
| State Board of Equalization MIC; 29 P.O. Box 942879 Sacramento, CA 94279-0029 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __44__ of __44__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $              0 | $          |
| Total ➤ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $              0 | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $          0 | $          0 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re ___Nurserymen's Exchange, Inc._____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| 1 Sync, Inc. P.O. Box 71-3883 Columbus, OH 43271-3883 | | | | | | | 7,875 |
| ACCOUNT NO. | | | Consideration: Deferred compensation | | | | |
| A Carvalho P.O. Box 475 Half Moon, CA 94019-0475 | | | | | | | 13,797 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| A-Roo Company P.O. Box 931839 Cleveland, OH 44193-1183 | | | | | | | 2,082 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| A.M.& S.Transportation Company P.O. Box 23822 Oakland, CA 94623 | | | | | | | 723 |

_87_____continuation sheets attached                                    Subtotal ➤ | $ | 24,477

                                                                        Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,        Case No. _____

          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AB Bonsai & Pottery<br>13300 Amar Road<br>City of Industry, CA 91746 | | | Consideration: Trade Debt<br>debt is estimated | | | | 1,154,000 |
| ACCOUNT NO.<br><br>Accent Decor, Inc.<br>6550-A Jimmy Carter Blvd.<br>Norcross, GA 30071 | | | Consideration: Trade Debt | | | | 8,940 |
| ACCOUNT NO.<br><br>Acosta Sheet Metal Mfg. Co.<br>930 Remilliard Court<br>San Jose, CA 95122 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Adriana A. Ramirez<br>117 Gambetta Street<br>Daly City, CA 94014 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Agdia, Inc.<br>30380 County Road 6<br>Elkhart, IN 46514 | | | Consideration: Trade Debt | | | | 221 |

Sheet no. <u>1</u> of <u>87</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      1,163,271

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Airgas NCN, Inc. 670 Florin Perkins Road Sacramento, CA 95828-1826 | | | | | | | Notice Only |
| **ACCOUNT NO.** Airgas NCN, Inc. P.O. Box 7425 Pasadena, Ca 91109 | | | Consideration: Trade Debt | | | | 126 |
| **ACCOUNT NO.** Airgenic Benelux B.V. Postbus 176 2800 Ad Gouda The Netherlands | | | Consideration: NSF Checks | | | | 1,760 |
| **ACCOUNT NO.** Albaro Acosta 516 Spruce Street Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| **ACCOUNT NO.** Alberto Neves 8 Apple Orchard Avenue Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __2__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            1,886

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aldershot Greenhouses, Ltd.<br>1135 Gallagher Road<br>Burlington, Ontario  L7T 2M7<br>Canada | | | Consideration: Trade Debt | | | | 1,393 |
| ACCOUNT NO.<br><br>Alejandro Aguilar<br>10 Chamomile Lane<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Alejandro R. Ramirez<br>11 Sumac Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Alfredo Vazquez<br>1131 Main Sreet Apt #137<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Alice P. Fitzgibbons<br>P.O. Box 1768<br>El Granada, CA 94018 | | | | | | | Notice Only |

Sheet no. __3__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  1,393
Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,   Case No. _____
          **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Alicia Corona <br> 1558 Mizzen Lane <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> All Good Pallets, Inc. <br> P.O. Box 1585 <br> Newark, CA 94560 | | | Consideration: Trade Debt | | | | 43,014 |
| ACCOUNT NO. <br><br> All Phaze Solutions, Inc. <br> 37217 Fremont Blvd., Ste. E <br> Fremont, CA 94536 | | | Consideration: Trade Debt | | | | 123,929 |
| ACCOUNT NO. <br><br> Almadelia B. Manzo <br> 14437 Starkey Road <br> Delray Beach, FL 33446 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Amalia Lopez de Torres <br> 9 Maiden Hair Walk <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __4__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     166,943

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,      Case No. _____

         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ana B. Santiago 110 Culebra Street Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Ana R. Vazquez P.O. Box 3429 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Ana R. Villanueva 251 San Mateo Road Space #24 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Angela Gonzalez 116 Retiro Street Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Angelina A. Vicente 317 South C Street Lake Worth, FL 33460 | | | | | | | Notice Only |

Sheet no. <u>5</u> of <u>87</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $        0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re Nurserymen's Exchange, Inc._____,    Case No._____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Anthony Cardelli<br>11925 Royal Palm, No. 309<br>Coral Springs, FL 33065 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Antonia Valle-Padilla<br>22 San Mateo Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Antonio B. Perez-Vazquez<br>P.O. Box 3459<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Antonio Miguel-Manuel<br>2015 Ne 3rd Avenue<br>Delray Beach, FL 33444 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Applied Industrial Technologies<br>P.O. Box 100538<br>Pasadena, CA 91189-0538 | | | Consideration: Trade Debt | | | | 356 |

Sheet no. _6_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 356
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Araceli Carillo Barbosa <br> P.O. Box 1031 <br> Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Arbon Equipment Corporation <br> P.O. Box 78196 <br> Milwaukee, WI 53278-0196 | | | Consideration: Trade Debt | | | | 460 |
| ACCOUNT NO. <br><br> Aricelda Mata <br> 170 Bridgeport Drive <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Armando Garcia-Rivera <br> 580 Mezgar <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Arrowhead Mountain Spring Water Company <br> P.O. Box 856158 <br> Louisville, KY 40285-6158 | | | Consideration: Trade Debt | | | | 800 |

Sheet no. _7_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,260

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,  Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arturo Padilla-Lopez<br>22 San Mateo Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Aselia Ramirez<br>1577 Mizzen Lane, Apt. A<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Asian Handicrafts<br>Rampur Road<br>Moradabad  244001<br>India | | | Consideration: Trade Debt | | | | 438,587 |
| ACCOUNT NO.<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>AT&T Long Distance<br>P.O. Box 5001<br>Carol Stream, IL 60197 | | | Consideration: Trade Debt | | | | 2,141 |

Sheet no. __8__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 440,728

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,      Case No. _____
        **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Atlantic Pottery <br> 5801 N.E. 14th Avenue <br> Fort Lauderdale, FL 33334 | | | Consideration: Trade Debt | | | | 3,970 |
| ACCOUNT NO. <br><br> Atlas Wood Products, Inc. <br> P.O. Box 13949 <br> San Diego, Ca 92170 | | | Consideration: Trade Debt | | | | 5,250 |
| ACCOUNT NO. <br><br> B.A.P. Nursery, Inc. <br> 1961 Mulberry Dr. <br> San Marcos, Ca 92069 | | | Consideration: Trade Debt | | | | 98,028 |
| ACCOUNT NO. <br><br> Bamboo Depot <br> P.O. Box 7813 <br> Lakeland, FL 33807 | | | Consideration: Trade Debt | | | | 5,547 |
| ACCOUNT NO. <br><br> Barber Backflow <br> P.O. Box 920 <br> San Leandro, CA 94577 | | | Consideration: Trade Debt | | | | 600 |

Sheet no. __9__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 113,395

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,          Case No._____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Barnes Distribution <br> Dept. CH 14079 <br> Palatine, IL 60055 | | | Consideration: Trade Debt | | | | 146 |
| ACCOUNT NO. <br><br> Bartolo Flores <br> 516 Spruce Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Batson's Foliage Group <br> P.O. Box 1698 <br> Mt. Dora, FL 32756 | | | Consideration: Trade Debt | | | | 2,196 |
| ACCOUNT NO. <br><br> Batson's Greenhouse, Inc. <br> P.O. Box 1410 <br> Mt. Dora, FL 32756 | | | Consideration: Trade Debt | | | | 37,634 |
| ACCOUNT NO. <br><br> Bay City Flower Company, Inc. <br> P.O. Box 186 <br> Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 45,009 |

Sheet no. __10__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          84,985

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,          Case No. _____
             **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bay City Screw & Bolt Company<br>3427 Enterprise Avenue<br>Hayward, CA 94545 | | | Consideration: Trade Debt | | | | 659 |
| ACCOUNT NO.<br><br>Bearing Engineering Company<br>667 McCormick Street<br>San Leandro, CA 94577 | | | Consideration: Trade Debt | | | | 152 |
| ACCOUNT NO.<br><br>Bell Electrical Supply<br>File #31246<br>P.O. Box 60000<br>San Francisco, CA 94160 | | | Consideration: Trade Debt | | | | 2,476 |
| ACCOUNT NO.<br><br>Benjamin Castillo<br>P.O. Box 822<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Benjamin E. Uribe<br>7824 Sonoma Springs Circle 3, #201<br>Lake Worth, FL 33463 | | | | | | | Notice Only |

Sheet no. __11__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  3,287

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
         **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bernabe Haro-Medina<br>505 Grand View Blvd.<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Bertha Arroyo<br>1028 Arnold Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Best Western + HMB Lodge<br>2400 South Cabrillo Hwy<br>Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 112 |
| ACCOUNT NO.<br><br>Blue Ribbon Supply Company<br>P.O. Box 2867<br>San Francisco, CA 94083-2867 | | | Consideration: Trade Debt | | | | 1,542 |
| ACCOUNT NO.<br><br>Booman Floral<br>2302 Bautista Avenue<br>Vista, CA 92084-1641 | | | Consideration: Trade Debt | | | | 505 |

Sheet no. __12__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       2,159

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc.                              ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  | Consideration: Trade Debt |  |  |  |  |
| Boyd Nurseries 1535  B Road Loxahatchee, FL 33470 |  |  |  |  |  |  | 392 |
| ACCOUNT NO. |  |  | Consideration: Trade Debt |  |  |  |  |
| Branton Foliage,Inc. 3980 Britt Road Mount Dora, FL 32757 |  |  |  |  |  |  | 646 |
| ACCOUNT NO. |  |  | Consideration: Trade Debt |  |  |  |  |
| Bromeliad Specialties,Inc. 28001 SW 197th Ave. Homestead, FL 33030 |  |  |  |  |  |  | 3,481 |
| ACCOUNT NO. |  |  | Consideration: Trade Debt |  |  |  |  |
| Bron Tapes of California 2020 North Loop Road Alameda, CA 94502 |  |  |  |  |  |  | 4,529 |
| ACCOUNT NO. |  |  | Consideration: Trade Debt |  |  |  |  |
| Brouwer Nursery 27629 Mt Meadow Road Escondido, CA 92026 |  |  |  |  |  |  | 11,290 |

Sheet no. __13__ of __87__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        20,338

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re __Nurserymen's Exchange, Inc._____,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Browning -Ferris Industry Ox Mt. Sanitary Landfill File #41264 Los Angeles, CA 90074-1264 | | | Consideration: Trade Debt | | | | 1,140 |
| ACCOUNT NO. Butler's Foliage, Inc, P.O. Box 92-4297 Princeton, FL 33092 | | | Consideration: Trade Debt | | | | 217 |
| ACCOUNT NO. C Buschbom 221 S.E. Wildcat Cove Road Shelton, WA 98584 | | | Consideration: Deferred Compensation | | | | 16,786 |
| ACCOUNT NO. C.F. Cheung 468 Hennessy Road,19th FL. Causeway Bay Hong Kong | | | Consideration: Trade Debt | | | | 1,028 |
| ACCOUNT NO. California Florida Plant Company, LP P.O. Box 5310 Salinas, CA 93915 | | | Consideration: Trade Debt | | | | 349,536 |

Sheet no. __14__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     368,707

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re   Nurserymen's Exchange, Inc._____,          Case No. _____
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>California Packaging<br>845 N. Euclid Avenue<br>Ontario, CA 91762 | | | Consideration: Trade Debt | | | | 12,313 |
| ACCOUNT NO.<br><br>California Safety / Mallory Company<br>Brenton Safety Solutions<br>P.O. Box 2068<br>Longview, WA 98632 | | | Consideration: Trade Debt | | | | 1,421 |
| ACCOUNT NO.<br><br>Camerina Flores<br>1101 Main Street #110<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Carlos J. Acosta<br>P.O. Box 193<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Carlsbad Floral Exchange, Inc.<br>3519 Cazador Lane<br>Fallsbrook, CA 92028 | | | Consideration: Trade Debt | | | | 7,001 |

Sheet no. __15__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   20,735

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Nurserymen's Exchange, Inc._____, Case No._____
        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Carousel Industries, Inc.<br>P.O. Box 849084<br>Boston, MA 02284-9084 | | | Consideration: Trade Debt | | | | 4,920 |
| ACCOUNT NO.<br><br>Catalina Plancarte de Velasquez<br>555 Myrtle Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>CGA Packaging, Inc.<br>3987 First Street, Suite L<br>Livermore, CA 94551 | | | Consideration: Trade Debt | | | | 3,456 |
| ACCOUNT NO.<br><br>Chem Quip, Inc.<br>2551 Land Ave<br>Sacramento, CA 95815 | | | Consideration: Trade Debt | | | | 1,605 |
| ACCOUNT NO.<br><br>Cintas Corporation<br>P.O. Box 349088<br>Sacramento, CA 95834 | | | Consideration: Trade Debt | | | | 1,590 |

Sheet no. _16_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 11,571

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Nurserymen's Exchange, Inc._____ ,   Case No. _____
      **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cintas Document Management <br> P.O. Box 633842 <br> Cincinnati, OH 45263 | | | Consideration: Trade Debt | | | | 167 |
| ACCOUNT NO. <br><br> Citrix Online <br> File 50264 <br> Los Angeles, CA 90074 | | | Consideration: Trade Debt | | | | 1,680 |
| ACCOUNT NO. <br><br> Clearwater Nursery, Inc. <br> P.O. Box 1170 <br> Nipomo, CA 93444 | | | Consideration: Trade Debt | | | | 18,661 |
| ACCOUNT NO. <br><br> Clementina Huerta <br> 104 Brig Court <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Coast Transmissions <br> 141 Main Street <br> Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 91 |

Sheet no. __17__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 20,599

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re Nurserymen's Exchange, Inc._____ ,          Case No. _____
          **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Coastside Company Water Dist. <br> 766 Main Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Collette Martinez <br> P.O. Box 56 <br> Tahoe City, CA 96145 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Comfort Inn Half Moon Bay <br> 2930 N. Cabrillo Hwy. <br> Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 1,275 |
| ACCOUNT NO. <br><br> Concur Technologies, Inc. <br> P.O. Box 1414 <br> Minneapolis, MN 55480 | | | Consideration: Trade Debt | | | | 2,442 |
| ACCOUNT NO. <br><br> Consepcion Quiroz <br> 443 Grove Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. 18 of 87 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,717

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc._____,   Case No. _____
       **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Consuelo Acevedo 106 Bonita Street Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Costa Nursery Farms, LLC Dept. 2576 P.O. Box 122576 Dallas, TX 75312 | | | | | | | 2,941 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Costco Business Delivery 22330 Hathaway Ave. Hayward, CA 94541 | | | | | | | 3,863 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Courtage BGL Brokerage 300 Rue Street-Sacrement,#123 Montreal, Quebec H2Y 1X4 Canada | | | | | | | 43 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Craig Bachman Imports, Inc. 281Ontario Street Frankfort, IL 60423 | | | | | | | 3,101 |

Sheet no. __19__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,948

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Crisoforo Villegas-Sanchez <br> 5 Nasturtium Road <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Cromer Equipment <br> P.O. Box 14338 <br> Oakland, CA 94614-2388 | | | Consideration: Trade Debt | | | | 193 |
| ACCOUNT NO. <br><br> Crop Production Services <br> File 73041 <br> P.O. Box 60000 <br> San Francisco, CA 94160-3041 | | | Consideration: Trade Debt | | | | 60,423 |
| ACCOUNT NO. <br><br> Curtis Wagner Plastics Corporation <br> P.O. Box 840885 <br> Houston, TX 77284 | | | Consideration: Trade Debt | | | | 5,736 |
| ACCOUNT NO. <br><br> Cyndee L. Ullom <br> 7024 Lancaster Road <br> Dublin, CA 94568 | | | | | | | Notice Only |

Sheet no.  20  of  87  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    66,352

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re Nurserymen's Exchange, Inc. _____,  Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Daniel Wong <br> 1674 Hollenbeck Avenue #5 <br> Sunnyvale, CA 94087 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> David A. Brenner <br> 2323 Dry Creek Road <br> San Jose, CA 95124 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> David Mader <br> 6028 Romany Road <br> Oakland, CA 94618 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> David W. Bullock <br> 12769 Bittersweet Valley Road <br> Gravette, AR 72736 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Dayton Metal Products Company <br> P.O. Box 801 <br> Dayton, OH 45401-0801 | | | Consideration: Trade Debt | | | | 497 |

Sheet no. _21_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 497
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Degoede Bulb Farms, Inc. <br>409 Mossyrock Road West WEST <br>Mossyrock, WA 98564 | | | Consideration: Trade Debt | | | | 3,007 |
| ACCOUNT NO. <br><br>Deleon's Bromeliads, Inc. <br>13745 Southwest 216TH Street <br>Goulds, FL 33170 | | | Consideration: Trade Debt | | | | 2,080 |
| ACCOUNT NO. <br><br>Dennis A. Chamberlain <br>13285 Majestic Pine Court <br>Delray Beach, FL 33484 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br>Department of Motor Vehicles <br>P.O. Box 942869 <br>Sacramento, CA 94269-0001 | | | Consideration: Trade Debt | | | | 601 |
| ACCOUNT NO. <br><br>Deroose Plants, Inc. <br>4601 N. Rock Springs Road <br>Apopka, FL 32712 | | | Consideration: Trade Debt | | | | 5,335 |

Sheet no. __22__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      11,023

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dispensa-Matic<br>725 North 23rd Street<br>St. Louis, MO 63103 | | | Consideration: Trade Debt | | | | 298 |
| ACCOUNT NO.<br><br>Dolores E. Vasquez<br>16101 Half Mile Road, Unit A-4<br>Delray Beach, FL 33446 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Domitila Barriga-Herrera<br>904 Dwight Avenue<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Don Whitman<br>3040 S. Apple Ct.<br>Antioch, CA 94509 | | | Incurred: 1975-1976<br>Consideration: Loan | | | | 3,000 |
| ACCOUNT NO.<br><br>Donald L. Brumley<br>649 Thornhill Road<br>Danville, CA 94526 | | | | | | | Notice Only |

Sheet no. __23__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $             3,298

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.. ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc.                                           ,          Case No. _____
                    **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dora L. Villegas Ruiz<br>P.O. Box 1044<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>DW Direct, LLC<br>P.O. Box 75723<br>Chicago, IL 60675-5723 | | | Consideration: Trade Debt | | | | 4,012 |
| ACCOUNT NO.<br><br>Eduardo H. Montavo<br>115 Corona Street<br>Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Efax Corporate<br>c/o J2 Global Communication<br>P.O. Box 51873<br>Los Angeles, CA 90051 | | | Consideration: Trade Debt | | | | 1,207 |
| ACCOUNT NO.<br><br>Elsa R. Vargas<br>7 Poppy Lane<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __24__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,219

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Nurserymen's Exchange, Inc.</u> ,      Case No. _____

       **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Elsa Solis <br> 1526 Francisco, No. 3 <br> San Francisco, CA 94123 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Enrique Ramirez <br> P.O. Box 736 <br> Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Estela Godinez <br> P.O. Box 489 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Estela Mancera <br> 2015 NE 3rd Avenue <br> Delray Beach, FL 33444-4209 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Eustacio V. Gonzalez <br> 5855 Dewitt Place <br> Lake Worth, FL 33463 | | | | | | | Notice Only |

Sheet no. <u>25</u> of <u>87</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal ➤    $           0

                 Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc. _____,     Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Fall Creek Farm & Nursery <br> 39318 Jasper-Lowell Road <br> Lowell, OR 97452 | | | Consideration: Trade Debt | | | | 5,679 |
| **ACCOUNT NO.** <br><br> Federico Mojica <br> 6 Hawthorn Walk, Apt. 6 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Felix Dias <br> 811 W. Lakewood Road, Apt. 1 <br> West Palm Beach, FL 33405 | | | | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Felix J. Huerta <br> 14 Apple Orchard Way <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Felix Torres <br> P.O. Box 78 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. _26_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        5,679

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>, Case No. _____
    **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fermin Ortiz-Lopez<br>2021 Miramontes Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Fernquist Labeling Solutions<br>1245 Spacepark Way #C<br>Mountain View, CA 94043 | | | Consideration: Trade Debt | | | | 575 |
| ACCOUNT NO.<br><br>Ffabian Miramontes<br>2031 Miramontes Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Fleetwash, Inc.<br>P.O. Box 36014<br>Newark, NJ 07188-6014 | | | Consideration: Trade Debt | | | | 21 |
| ACCOUNT NO.<br><br>Foremostco, Inc.<br>P.O. Box 861428<br>Orlando, FL 32886-1428 | | | Consideration: Trade Debt | | | | 16,546 |

Sheet no. __27__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     17,142

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Francisca Ramos Lopez<br>16101 Half Mile Road, Apt. C-3<br>Delray Beach, FL 33446 | | | | | | | 0 |
| ACCOUNT NO.<br>Francisco Huerta Mederos<br>255 Poplar Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Fred C. Gloeckner & Co., Inc.<br>600 Mamaroneck Avenue<br>Harrison, NY 10528 | | | Consideration: Trade Debt | | | | 2,586 |
| ACCOUNT NO.<br>G Cheng<br>1745 14th Ave.<br>San Francisco, CA 94122 | | | Consideration: Deferred compensation | | | | 116,320 |
| ACCOUNT NO.<br>Gail Hollingsworth<br>P.O. Box 391<br>Burlingame, CA 94011-0391 | | | Incurred: 1989<br>Consideration: Loan | | | | 26,200 |

Sheet no. __28__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  145,106

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Nurserymen's Exchange, Inc._____,　　　　Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gary Harrigian <br> Wells Fargo Bank <br> 245 S. Los Robles Ave., Ste. 700 <br> Los Angeles, CA 91101 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Gempler's Inc. <br> P.O. Box 5176 <br> Janesville, WI 53547-5176 | | | Consideration: Trade Debt | | | | 308 |
| ACCOUNT NO. <br><br> George A. Speier <br> 1016 Continentals Way 205 <br> Belmont, CA 94002 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> George Dirkes <br> 80 E. Sir Francis Drake Blvd. <br> Ste. 2G <br> Larkspur, CA 94939 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Gerardo R. Acosta <br> 250 San Mateo Road, Sp 14 <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __29__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 308

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Nurserymen's Exchange, Inc._____,     Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gillis & Lane, Inc.<br>P.O. Box 5366<br>Redwood City, CA 94063 | | | Consideration: Trade Debt | | | | 306 |
| ACCOUNT NO.<br><br>Global Star Design<br>6785 SSierra Court, Suite #D<br>Dublin, CA 94568 | | | Consideration: Trade Debt | | | | 21,667 |
| ACCOUNT NO.<br><br>Good Earth Nursery<br>1855 S Alturas<br>Fallbrook, CA 92028 | | | Consideration: Trade Debt | | | | 5,401 |
| ACCOUNT NO.<br><br>Graciela Arroyo<br>27496 Ponderosa Court<br>Hayward, CA 94545-4129 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Grainger, Inc.<br>Dept. 809931215<br>Palatine, IL 60038-0001 | | | Consideration: Trade Debt | | | | 12,935 |

Sheet no. __30__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      40,309

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____ ,          Case No. _____
        **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Greenex United States, Inc. <br> 47 Commerce Plan,Unit #5 <br> St. Catherine's, Ontario L2R 6P7 <br> Canada | | | Consideration: Trade Debt | | | | 21,100 |
| ACCOUNT NO. <br><br> Greenhouse Services Fdn. <br> 8174 S. Holly Street #280 <br> Centennial, CO 80122-4004 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Greenhouse System U.S.A. <br> P.O. Box 777 <br> Watsonville, CA 95077 | | | Consideration: Trade Debt | | | | 1,384 |
| ACCOUNT NO. <br><br> Greenleaf Chemical LLC <br> 2352 Schaeffer Hills Drive <br> Henderson, NV 89052 | | | Consideration: Trade Debt | | | | 107,434 |
| ACCOUNT NO. <br><br> Gribaudo Nursery <br> 17851 N. Highway 88 <br> Lockeford, CA 95237 | | | Consideration: Trade Debt | | | | 3,970 |

Sheet no. __31__ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 133,888

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,    Case No. _____
              **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Griselda Martinez<br>2 Oleander Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Guillermina Sierra<br>1014 SW 7th Avenue<br>Delray Beach, FL 33444 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Guillermo Martinez<br>233 N.E. 13th Street<br>Delray Beach, FL 33444 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Guillermo Ramirez-Rosas<br>9 Pear Orchard Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>GXS, Inc.<br>P.O. Box 640371<br>Pittsburg, PA 15264 | | | Consideration: Trade Debt | | | | 1,110 |

Sheet no. _32_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,110

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
             **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hamilton Dunn<br>432 Granelli St.<br>Half Moon Bay, CA 94019 | | | Incurred: 1980-1981<br>Consideration: Loan | | | | 50,000 |
| ACCOUNT NO.<br><br>Hanck Nursery<br>15900 SW 258th Street<br>Homestead, FL 33031 | | | Consideration: Trade Debt | | | | 3,646 |
| ACCOUNT NO.<br><br>Hartmann's Plant Company<br>P.O. Box 100<br>Lacota, MI 49063-0100 | | | Consideration: Trade Debt | | | | 46,507 |
| ACCOUNT NO.<br><br>Hayward Pipe & Supply Company<br>3218 Diablo Avenue<br>Hayward, CA 94545 | | | Consideration: Trade Debt | | | | 1,193 |
| ACCOUNT NO.<br><br>Helena D. Pimentel<br>401 St. Joseph Avenue<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __33__ of __87__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      101,346

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>, Case No. _____
**Debtor**                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hertz Equipment Rental <br> P.O. Box 650280 <br> Dallas, TX 75265-0280 | | | Consideration: Trade Debt | | | | 2,626 |
| ACCOUNT NO. <br><br> Hilary Hirzel <br> 1170 Guerrero #208 <br> San Francisco, CA 94110 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Holtkamp Greenhouses, Inc. <br> P.O. Box 78565 <br> Nashville, TN 37207 | | | Consideration: Trade Debt | | | | 4,199 |
| ACCOUNT NO. <br><br> Hoogendoorn America, Inc. <br> P.O.Box 2000, <br> Vineland Station, Ontario 0 LOR 2EO <br> Canada | | | Consideration: Trade Debt | | | | 312 |
| ACCOUNT NO. <br><br> Horace Anderson <br> 375 La Costa Avenue <br> Leucadia, CA 92024 | | | Consideration: Trade Debt | | | | 29,865 |

Sheet no. <u>34</u> of <u>87</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      37,002

Total ➤    $

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc.                                    ,         Case No. _____
         **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hortencia Paredes Acosta <br> 3 Iris Lane <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Horticultural Sales, Inc. <br> P.O. Box 501524 <br> San Diego, CA 92150-1524 | | | Consideration: Trade Debt | | | | 107 |
| ACCOUNT NO. <br><br> Huiyuan Int'l <br> Commerce & Exhibition Company, Ltd. <br> A#23CDE Huakai Fugui Building <br> Fujian, China | | | Consideration: Trade Debt | | | | 231,985 |
| ACCOUNT NO. <br><br> Hummert International <br> 4500 Earth City Expressway <br> Earth City, MO 63045 | | | Consideration: Trade Debt | | | | 93 |
| ACCOUNT NO. <br><br> IBM Corporation <br> P.O. Box 676673 <br> Dallas, TX 75267-6673 | | | Consideration: Trade Debt | | | | 8,612 |

Sheet no. __35__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    240,797

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,    Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> IGI Marketing, Inc. <br> P.O. Box 1085 <br> Sorrento, FL 32776 | | | Consideration: Trade Debt | | | | 1,747 |
| ACCOUNT NO. <br><br> Ikon Financial Services <br> P.O. Box 650073 <br> Dallas, TX 75265 | | | Consideration: Trade Debt | | | | 7,539 |
| ACCOUNT NO. <br><br> Ilda G. Costa <br> 119 Retiro Street <br> Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Industrial Boiler Service <br> 940 Loma Drive <br> Ojai, CA 93023 | | | Consideration: Trade Debt | | | | 1,658 |
| ACCOUNT NO. <br><br> Industrial Caster & Wheel <br> 2200 Carden Street <br> San Leandro, CA 94577 | | | Consideration: Trade Debt | | | | 1,655 |

Sheet no. __36__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,599

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc. _____,    Case No. _____
                    **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>International Freight Sevice<br>1610 Rollins Road<br>Burlingame, CA 94010 | | | Consideration: Trade Debt | | | | 108,875 |
| ACCOUNT NO.<br><br>International Paper Company<br>P.O. Box 31001-0780<br>Pasadena, CA 91110-0780 | | | Consideration: Trade Debt | | | | 142,869 |
| ACCOUNT NO.<br><br>Irma A. Lopez de Rivera<br>231 Alamo Avenue<br>Richmond, CA 94801 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Irma Solis<br>P.O. Box 370492<br>Montara, CA 94037 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Iron Mountain<br>P.O. Box 601002<br>Pasadena, CA 91189 | | | Consideration: Trade Debt | | | | 1,512 |

Sheet no. _37_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  253,256

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc. _____,     Case No. _____
_____**Debtor**_____                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Isabel Sanchez-Cuevas 4385 Dorothea Drive, #532 Lake Worth, FL 33463-4409 | | | | | | | Notice Only |
| ACCOUNT NO.  Isidoro Diaz P.O. Box 1730 El Granada, CA 94018 | | | | | | | Notice Only |
| ACCOUNT NO.  Island Growers P.O. Box 11648 Brainbridge, WA 98110 | | | Consideration: Trade Debt | | | | 27,016 |
| ACCOUNT NO.  Ismael G. Montalvo 2013 Miramontes Point Road Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.  ITrade Network, Inc. P.O. Box 935209 Atlanta, GA 31193-5209 | | | Consideration: Trade Debt | | | | 1,225 |

Sheet no. __38__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 28,241
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.; ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,   Case No. _____
            **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> J Lopes <br> 336 Chesterfield Ave. <br> Half Moon Bay, CA 94019 | | | Consideration: Deferred compensation | | | | 4,152 |
| **ACCOUNT NO.** <br> J. Rosendo Acosta <br> 2530 Francisco Blvd., Apt. 1 <br> Pacifica, CA 94044 | | | | | | | Notice Only |
| **ACCOUNT NO.** <br> Jack Pearlstein <br> P.O. Box 620485 <br> Woodside, CA 94062-0485 | | | Incurred: 1995 <br> Consideration: Loan | | | | 10,000 |
| **ACCOUNT NO.** <br> James J. Assalino <br> 542 Arlington Street <br> San Francisco, CA 94131 | | | | | | | Notice Only |
| **ACCOUNT NO.** <br> Jas Wind Tropicals <br> 24105 Rialto Way <br> Sorrento, FL 32776 | | | Consideration: Trade Debt | | | | 4,296 |

Sheet no. __39__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18,448
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,          Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jaswant Bhagat<br>262 Wildhorse Court<br>San Jose, CA 95138 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Javier Torres<br>539 Spindrift Way<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Javo USA, Inc.<br>1900 Cobb Intl Blvd, Suite G&H<br>Kennesaw, GA 30152 | | | Consideration: Trade Debt | | | | 402 |
| ACCOUNT NO.<br><br>Jeffrey M. Hausman<br>P.O. Box 1071<br>El  Granada, CA 94018 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jei Lee USA Corporation<br>3426 Williams Glen Drive<br>Sugarland , TX 77479 | | | Consideration: Trade Debt | | | | 23,475 |

Sheet no. __40__ of __87__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 23,877
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jerry Caudle<br>651 Carolina St.<br>San Francisco, CA 94107 | | | Consideration: Payout to former employee | | | | 100,314 |
| ACCOUNT NO.<br><br>Jesus Arroyo<br>27496 Ponderosa Court<br>Hayward, CA 94545-4129 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jesus J. Rayas<br>P.O. Box 2290<br>El Granada, CA 94018 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jesus M. Suarez<br>643 Magnolia Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jiamei Garden USA, Inc.<br>2304 Lee Avenue<br>South El Monte, CA 91733 | | | Consideration: Trade Debt | | | | 2,279 |

Sheet no. __41__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    | $    102,593

Total ➤    | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re __Nurserymen's Exchange, Inc._____,   Case No. _____
   **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jorge R. Villanueva<br>120 Corona<br>Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose A. Meza<br>110 Culebra<br>Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose Acosta-Villegas<br>13 Salal Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose de Jesus R. Barron<br>11881 W San Mateo Road, #2<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose E. Rodriguez<br>3718 Tallulah Road<br>Lantana, FL 33462 | | | | | | | Notice Only |

Sheet no. __42__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re __Nurserymen's Exchange, Inc._____,     Case No. _____
            **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jose Facundo-Guerrero<br>1828 Cabrillo Hwy N<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose Flores-Rodriguez<br>4 Elderberry<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose J. Velasquez<br>555 Myrtle Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose L. Velazquez-Romero<br>125 Corona Lane<br>Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jose L. Bianchi<br>1080 W. Remington Drive<br>Sunnyvale, CA 94087 | | | | | | | Notice Only |

Sheet no. __43__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,  Case No. _____

 **Debtor**  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jose M. Ornelas-Moro<br>471 Myrtel Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Jose M. Silveira<br>10 Marie Court<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Jose Santos-Moreira<br>P. O. Box 1118<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Jose V. Gonzalez<br>5855 DeWitt Place<br>Lake Worth, FL 33463 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Josefina De Aguayo<br>P.O. Box 72<br>Moss Beach, CA 94038 | | | | | | | Notice Only |

Sheet no. __44__ of __87__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $   0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,      Case No. _____

          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Joseph L. Strohman, Jr. Ferguson, Case et al. 1050 South Kimball Rd. Ventura, CA 93004 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Josh Malman 357 Head Street, No. 6 San Francisco, CA 94132 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Juan A. Mata 2 Oleander Way Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Juan Garcia-Mejia 1101 Main St #117 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Juana Delgado 108 Derecho Moss Beach, CA 94038 | | | | | | | Notice Only |

Sheet no. <u>45</u> of <u>87</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
             **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Juana Mendez<br>102 South D. Street #3<br>Lake Worth, FL 33460 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Juana Mendoza<br>1400 NW 33rd Street, #29<br>Pompano Beach, FL 33064 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Juvenal Gonzalez<br>2800 25TH Avenue<br>Oakland, CA 94601 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Karin Ayala<br>680 NE 41st Street, Apt 205<br>Pompano Beach, FL 33064-6424 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Kathleen C. Barbarino<br>363 California Avenue<br>Moss Beach, CA 94038 | | | | | | | Notice Only |

Sheet no. __46__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $               0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Nurserymen's Exchange, Inc.                          ,         Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kavita Canada, Inc. <br> 360 York Road, Unit 3 & 4 <br> Notl, Ontario Los 1J0 <br> Canada | | | Consideration: Trade Debt | | | | 1,720 |
| ACCOUNT NO. <br><br> Kent's Bromeliad Nursery <br> P.O. Box 2166 <br> Vista, CA 92085-2166 | | | Consideration: Trade Debt | | | | 62,060 |
| ACCOUNT NO. <br><br> Kerry's Bromeliad Nursery <br> 21840 SW 258th Street <br> Homestead, FL 33031 | | | Consideration: Trade Debt | | | | 3,165 |
| ACCOUNT NO. <br><br> Ketty Seymour <br> 150 Olympian Way <br> Pacifica, CA 94044 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Key Refrigeration Company <br> 747 Enterprise Court <br> Livermore, CA 94550 | | | Consideration: Trade Debt | | | | 6,895 |

Sheet no. __47__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            73,840

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,  Case No. _____
        **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kimberly Layne <br> 14848 Midland Road <br> San Leandro, CA 94578 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Kirkland Nurseries, LLC <br> Jerry's Gardenias <br> 6336 Mt. Plymouth Road <br> Apopka, FL 32712 | | | Consideration: Trade Debt | | | | 804 |
| ACCOUNT NO. <br><br> Kitty Shiotani 2001 Revocable Trust <br> 198 Zils Road <br> Watsonville, CA 95076 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Kraft Gardens, Inc. <br> 1555 North Kings Hwy <br> Ofort Pierce, FL 34947 | | | Consideration: Trade Debt | | | | 3,630 |
| ACCOUNT NO. <br><br> L Yang <br> 335 Shields St. <br> San Francisco, CA 94132 | | | Consideration: Deferred Compensation | | | | 9,597 |

Sheet no. __48__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,031

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,        Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lab Safety Supply, Inc. <br> P.O. Box 5004 <br> Janesville, WI 53547-5004 | | | Consideration: Trade Debt | | | | 119 |
| ACCOUNT NO. <br><br> Labor Ready, Inc. <br> P.O. Box 31001-0257 <br> Pasadena, CA 91110-0257 | | | Consideration: Trade Debt | | | | 1,409 |
| ACCOUNT NO. <br><br> Lake Union Wholesale <br> Florist, LLC <br> 1300 W Nickerson Street #145 <br> Seattle, WA 98119 | | | Consideration: Trade Debt | | | | 1,535 |
| ACCOUNT NO. <br><br> Lampson Tractor & Equipment <br> 27000 Astri Road <br> Cloverdale, CA 95425 | | | Consideration: Trade Debt | | | | 967 |
| ACCOUNT NO. <br><br> Land's End Business-Outfitters <br> P.O. Box  217 <br> Dodgeville, WI 53533 | | | Consideration: Trade Debt | | | | 1,092 |

Sheet no. __49__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,122

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc.                                    ,          Case No. _____
              **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Larson Pallet & Crating Dept. 1494 Denver, CO 80291-1494 | | | Consideration: Trade Debt | | | | 36,549 |
| ACCOUNT NO. Leobardo B. Gutierrez 1101 Main Street, Apt. #107 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. Leonor Acosta 6 Apple Orchard Way Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. Leticia Herrera 845 Colonel Way Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. Lexustar Corporation 2F., #232-5, SEC.2 Tung -Ho West Street, Shihlin Taipei, Taiwan, 0.R.O.C. | | | Consideration: Trade Debt | | | | 96,075 |

Sheet no. __50__ of __87__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  132,624

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,      Case No. _____
             **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lincoln B. Moehle <br> P.O. Box 1466 <br> El Granada, CA 94018-1466 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Lisa Tsui <br> 113 Belvedere Avenue <br> San Carlos, CA 94070 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Living Colors Nursery <br> 19500 S.W. 240th Street <br> Homestead, FL 33031 | | | Consideration: Trade Debt | | | | 1,575 |
| ACCOUNT NO. <br><br> Lorena M. Paniagua <br> 653 Grove St. #D <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Lourdes Solis <br> 652 Magnolia <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __51__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      1,575

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc. _____,  Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M. Costa<br>110 Loughridge<br>Folsom, CA 95630-5205 | | | Consideration: Deferred compensation | | | | 23,994 |
| ACCOUNT NO.<br><br>Ma Del Carmen Acevedo De Covarrubias<br>12511 San Mateo Road<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Mailfinance<br>P.O. Box 45840<br>San Francisco, CA 94145 | | | Consideration: Trade Debt | | | | 2,398 |
| ACCOUNT NO.<br><br>Mainstay Business Solution<br>Flexible Funding, LLC<br>P.O. Box 26470<br>San Francisco, CA 94126 | | | Consideration: Trade Debt | | | | 394,900 |
| ACCOUNT NO.<br><br>Manuel Aguilar<br>9 Eldelbery<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __52__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  421,292

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                    ,          Case No. _____
                    **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mararita Arias <br> 4648 Sylvan Lane <br> Lake Worth, FL 33461 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Marcos Arauz <br> 4990 Lighthouse Circle # A <br> Coconut Creek, FL 33063 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Margarita Molina <br> 5551 Johnson Road, Apt. # 11 <br> Coconut Creek, FL 33073 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Margarita Villanueva-Mendez <br> 3698 Patrician Circle <br> Boynton Beach, FL 33436 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Maria A. Belo <br> 54 Bloom Lane <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __53__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $                   0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re Nurserymen's Exchange, Inc. _____ ,          Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　Maria A. Vasquez 3605 20th Street San Francisco, CA 94110 | | | | | | | Notice Only |
| ACCOUNT NO.　Maria D Martinez P.O. Box 764 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.　Maria D. Romero 355 Grover Street Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.　Maria D. Villalobos 275 Pilarcitos Avenue # 1 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.　Maria D. Villatoro 3040 Congress Park Drive,  Apt. 417 Lake Worth, FL 33461-5248 | | | | | | | Notice Only |

Sheet no. __54__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc - ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,      Case No. _____

**Debtor**                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Maria D. Villegas-Haro <br> 1101 N. Cabrillo Hwy <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Maria del Socorro Ambriz de Hernandez <br> 515 Magnolia Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Maria Elena Ramirez <br> 9 Pear Orchard Way <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Maria F. Garcia <br> 444 Poplar Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Maria F. Terra <br> 454 Pine Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. <u>55</u> of <u>87</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                                      ,          Case No. _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Maria G. Acosta 516 Spruce Street Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. Maria G. Rivas P. O. Box 1041 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. Maria G. Villegas De Acosta 6 Salal Road Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. Maria Gutierrez De Paniagua 1008 Anza Drive Pacifica, CA 94044 | | | | | | | Notice Only |
| ACCOUNT NO. Maria Huerta 431 Spruce Street Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __56__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-*0510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,       Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maria Jimenez<br>P.O. Box 3031<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Maria L. Duran<br>463 Cypress Avenue #1<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Maria Ramirez<br>P.O. Box 1084<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Maria Sales<br>511 SE Street B<br>Lake Worth, FL 33460-4313 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Maria Tapia de Covarrubias<br>352 Grove Street<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __57__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mariana Dias <br> 563 Filbert Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Marianela Ramos-Small <br> 930 Arizona Avenue <br> Fort Lauderdale, FL 33312 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Mark Conley <br> Katten Muchin Rosenman LLP <br> 2029 Century Park East, Suite 2600 <br> Los Angeles, CA 90067-3012 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Mark Jones <br> 804 Avalon Ave. <br> Lafayette, CA 94549-5014 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Marta L. Torres <br> 5395 Ginger Way, Apt. 463 <br> Lake Worth, FL 33463-4415 | | | | | | | Notice Only |

Sheet no. __58__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Martin Aguirre <br> 310 Sterling Avenue <br> Delray Beach, FL 33444 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Martina C. Miramontes <br> 415 Filbert #B <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Mary E. Moberg <br> 217 Garcia Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Mary H. Oldham <br> P.O. Box 370864 <br> Montara, CA 94037 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Maryann Gianocca <br> Star Rt. 1, Box 10 <br> San Gregorio, CA 94074 | | | | | | | Notice Only |

Sheet no. __59__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,       Case No. _____

      **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Master Tag<br>P.O. Box 67<br>Montague, MI 49437-0067 | | | Consideration: Trade Debt | | | | 22,131 |
| ACCOUNT NO.<br><br>Maura Anguiano<br>369 Claremont<br>San Mateo, CA 94401 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Maurilio Flores Rodriguez<br>102 Derecho<br>Moss Beach, CA 94038 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>May Greenhouses, Inc.<br>114 Fel-Mar Drive<br>San Luis Obispo, CA 93405 | | | Consideration: Trade Debt | | | | 4,150 |
| ACCOUNT NO.<br><br>May Nagai<br>523 N. Idaho St.<br>San Mateo, CA 94401 | | | Consideration: Payout to former employee | | | | 37,366 |

Sheet no. <u>60</u> of <u>87</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      63,647

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____ ,          Case No. _____
_____**Debtor**_____                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> McLellan Botanicals <br> P.O. Box 2710 <br> Watsonville, CA 95077-2710 | | | Consideration: Trade Debt | | | | 20,173 |
| ACCOUNT NO. <br><br> McMaster-carr Supply Company <br> P.O. Box 7690 <br> Chicago, IL 60680-7690 | | | Consideration: Trade Debt | | | | 336 |
| ACCOUNT NO. <br><br> Mercedes Vazquez <br> 7 Iris Lane <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Mercer Botanicals <br> P.O. Box 1328 <br> Zellwood, FL 32798 | | | Consideration: Trade Debt | | | | 6,948 |
| ACCOUNT NO. <br><br> Metro Mobile Communications <br> 3549 Haven Avenue, Suite A <br> Menlo Park, CA 94025-1009 | | | Consideration: Trade Debt | | | | 310 |

Sheet no. _61_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤          $          27,767

Total ➤          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael C. Saqui <br> 295 S. Main St., Ste. 300 <br> Salinas, CA 93901 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Mildred & Julie Sexton <br> 503 Boothbay Road <br> Edgecomb, ME 04556 | | | Incurred: 1981 and 1999 <br> Consideration: Loan | | | | 26,000 |
| ACCOUNT NO. <br><br> Milgro Nursery, LLC <br> P.O. Box 6069 <br> Oxnard, CA 93031 | | | Consideration: Trade Debt | | | | 795,196 |
| ACCOUNT NO. <br><br> MNC Stribbons <br> 1545 NW 165th Street <br> Miami, FL 33169 | | | Consideration: Trade Debt | | | | 4,616 |
| ACCOUNT NO. <br><br> Modesto Villalobos <br> 4 Apple Orchard Way <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __62__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 825,812

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.  _____ ,     Case No. _____
            **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Moore Tractor Company 4088 Russell Road Fairfield, CA 94534 | | | Consideration: Trade Debt | | | | 265 |
| ACCOUNT NO. Morningside Garden, Inc. 14371 S.W. 248th Street Princeton, FL 33032 | | | Consideration: Trade Debt | | | | 4,248 |
| ACCOUNT NO. Moss Man, Inc. 1811 Englewood Road #274 Englewood, FL 34223-1822 | | | Consideration: Trade Debt | | | | 5,715 |
| ACCOUNT NO. Moss Rubber & Equipment Corporation PO Box 2944 So. San francisco, CA 94083-2944 | | | Consideration: Trade Debt | | | | 187 |
| ACCOUNT NO. Motion Industries, Inc. File 57463 Los angeles, CA 90074-7463 | | | Consideration: Trade Debt | | | | 266 |

Sheet no. __63__ of __87__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      10,681

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc.                         ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mt. Green Nursery, Inc. <br> 12690 Harding Avenue <br> San Martin, CA 95046 | | | Consideration: Trade Debt | | | | 670 |
| ACCOUNT NO. <br><br> Mueller's Greenhouses <br> 1524 Sunset Drive <br> Vista, CA 92081 | | | Consideration: Trade Debt | | | | 5,737 |
| ACCOUNT NO. <br><br> Myers Industries, Inc. <br> dba Dillen Products <br> 24284 Network Place <br> Chicago, IL 60673 | | | Consideration: Trade Debt | | | | 22,307 |
| ACCOUNT NO. <br><br> N. Kramer <br> P.O. Box 1582 <br> El Granada, CA 94018 | | | Consideration: Deferred Compensation | | | | 14,000 |
| ACCOUNT NO. <br><br> National Resource Management <br> 480 Neponset Street, Bldg.2 <br> Canton, MA 02021 | | | Consideration: Trade Debt | | | | 9,850 |

Sheet no. _64_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 52,564

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Nurserymen's Exchange, Inc.                                ,          Case No. _____
                          **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Naturatica/ Super Moss/<br>Four Seasons Flowers<br>P.O. Box 30352<br>Santa Barbara, CA 93130 | | | Consideration: Trade Debt | | | | 96 |
| ACCOUNT NO.<br><br>Naugle's Nursery, Inc.<br>5001 SW 82nd Avenue<br>Fort Lauderdale, FL 33328 | | | Consideration: Trade Debt | | | | 1,020 |
| ACCOUNT NO.<br><br>Newark Electronics/<br>Newark Inone<br>P.O. Box 94151<br>Palatine, IL 60094-4151 | | | Consideration: Trade Debt | | | | 167 |
| ACCOUNT NO.<br><br>Newish Industrial Limited<br>Rm.1901-1902 Tower B<br>63-73 Wo Yi Hop Road<br>Kwai Chung, N.T<br>Hong Kong | | | Consideration: Trade Debt | | | | 642,470 |
| ACCOUNT NO.<br><br>Newman's Nursery, Inc.<br>HCR 3, Box 11023<br>Keaau, HI 96749 | | | Consideration: Trade Debt | | | | 8,986 |

Sheet no. __65__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 652,739

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc.                          ,          Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NGM Productions<br>P.O. Box 1409<br>Mt. Dora, FL 32756-1409 | | | Consideration: Trade Debt | | | | 369 |
| ACCOUNT NO.<br><br>Noemi Gomez<br>2515 NW 80th Avenue<br>Margate, FL 33063 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Northern Energy, Inc.<br>P.O. Box 3149<br>Half Moon Bay, CA 94019-3149 | | | Consideration: Trade Debt | | | | 1,630 |
| ACCOUNT NO.<br><br>O'Ted Industrial Company<br>Room 8,16FL,Tung Chun Ind<br>11-13 Tai Yuen Street<br>Kwai Chung<br>Hong Kong | | | Consideration: Trade Debt | | | | 56,007 |
| ACCOUNT NO.<br><br>Ocean Shore Company<br>P.O. Box 998<br>Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 918 |

Sheet no. __66__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 58,924

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,       Case No. _____

     **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Office Depot File 81901 Los Angeles, CA 90074-1901 | | | Consideration: Trade Debt | | | | 1,000 |
| ACCOUNT NO. Pacific Gas & Electric P.O. Box 997300 Sacramento, CA 95899-7300 | | | | | | | Notice Only |
| ACCOUNT NO. Pacific Occupational Health Clinic 3 South Linden Avenue So. San Francisco, CA 94080 | | | Consideration: Trade Debt | | | | 733 |
| ACCOUNT NO. Pacific Sun Growers, Inc. P.O. Box 250 Nipomo, CA 93444 | | | Consideration: Trade Debt | | | | 4,059 |
| ACCOUNT NO. Pacific Telemanagement 2001 Crow Canyon Road Suite #201 San Ramon, CA 94583 | | | Consideration: Trade Debt | | | | 306 |

Sheet no. <u>67</u> of <u>87</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      6,098

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,      Case No. _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pajaro Valley Water <br> 36 Brennan Street <br> Watsonville, CA 95076 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Pamela Webster <br> Buchalter Nemer <br> 1000 Wilshre Blvd., Ste. 1500 <br> Los Angeles, CA 90017 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Panzer Nursery, Inc. <br> 17980 W Baseline Road <br> Beaverton, OR 97006 | | | Consideration: Trade Debt | | | | 23,692 |
| ACCOUNT NO. <br><br> Park's Company <br> 2511 Grant Avenue <br> San Leandro, CA 94579 | | | Consideration: Trade Debt | | | | 27,419 |
| ACCOUNT NO. <br><br> Patricia N. Villa <br> 1828 Cabrillo Hwy N <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __68__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      51,111

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc.                         ,          Case No. _____
                                                                                                   (If known)
     **Debtor**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Patricia Weir <br> 274 Loma Road <br> San Carlos, CA 94070 | | | Consideration: Loan | | | | Notice Only |
| ACCOUNT NO. <br><br> PDM Service Centers <br> Div. of Pitt-Des Moines <br> P.O. Box 329 <br> Santa Clara, CA 95052 | | | Consideration: Trade Debt | | | | 367 |
| ACCOUNT NO. <br><br> Peckett's, Inc. <br> 5643 Round Lake Road <br> Apopka, FL 32712 | | | Consideration: Trade Debt | | | | 9,803 |
| ACCOUNT NO. <br><br> Pedro Barajas <br> 1021 Hilton <br> Redwood City, CA 94064 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Penning Freesia B.V. <br> P.O. Box 9 <br> 2675 ZG Honselersdijk <br> Holland | | | Consideration: Trade Debt | | | | 21,700 |

Sheet no. __69__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          31,870

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,  Case No. _____
        **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Penske Truck Leasing<br>P.O. Box 7429<br>Pasadena, CA 91110 | | | Consideration: Trade Debt | | | | 12,654 |
| ACCOUNT NO.<br><br>Peterson Tractor Company<br>P.O. Box 5258<br>San Leandro, CA 94577 | | | Consideration: Trade Debt | | | | 111 |
| ACCOUNT NO.<br><br>Philip Nienaber<br>4711 W. Concord<br>Visalia, CA 93277 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Piedmont Plastics<br>Dept. 1185<br>Denver, CO 80291 | | | Consideration: Trade Debt | | | | 138 |
| ACCOUNT NO.<br><br>Pindstrup Mosebrug A/S<br>Pindstrup, DK-8550<br>Ryomgard<br>Denmark | | | Consideration: Trade Debt | | | | 44,282 |

Sheet no. __70__ of __87__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      57,185

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,    Case No. _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Plant Marketing <br> 2405 Britt Road <br> Mount Dora, FL 32757 | | | Consideration: Trade Debt | | | | 3,969 |
| ACCOUNT NO. <br><br> Plants In Design, Inc. <br> 20905 SW 162nd Avenue <br> Miami, FL 33187 | | | Consideration: Trade Debt | | | | 28,388 |
| ACCOUNT NO. <br><br> Plasti-Print, Inc. <br> 1620 Gilbreath Road <br> Burlingame, CA 94010 | | | Consideration: Trade Debt | | | | 425 |
| ACCOUNT NO. <br><br> Poppelmann Plastics U.S.A. <br> P.O. Box 601963 <br> Charlotte, NC 28260 | | | Consideration: Trade Debt | | | | 30,323 |
| ACCOUNT NO. <br><br> Por La Mar Nursery <br> P.O. Box 6354 <br> Santa Barbara, CA 93160-6354 | | | Consideration: Trade Debt | | | | 426,952 |

Sheet no. __71__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   490,057

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,    Case No. _____
           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pottery Manufacturing and Distributing, Inc.<br>18881 S. Hoover Street<br>Gardena, CA 90248 | | | Consideration: Trade Debt | | | | 1,360 |
| ACCOUNT NO.<br><br>Pottery Merchant<br>3080 Giant Road<br>San Pablo, CA 94806 | | | Consideration: Trade Debt | | | | 25,887 |
| ACCOUNT NO.<br><br>Produce Marketing Association<br>P.O. Box 6036<br>1500 Casho Mill Road<br>Newark, DE 19714-6036 | | | Consideration: Trade Debt | | | | 5,700 |
| ACCOUNT NO.<br><br>Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101 | | | Consideration: Trade Debt | | | | 327 |
| ACCOUNT NO.<br><br>Ramiro Acosta<br>32850 Ithica St<br>Union City, CA 94587 | | | | | | | Notice Only |

Sheet no. __72__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      33,274

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc._____,     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ranulfo Gonzales 6211 W. Chennault Avenue Fresno, CA 93722 | | | | | | | Notice Only |
| ACCOUNT NO. Rebecca H. Wong 312 So. Ashton Avenue Millbrae, CA 94030 | | | | | | | Notice Only |
| ACCOUNT NO. Redwood Coast Petroleum P.O. Box 428 Santa Rosa, CA 95402 | | | Consideration: Trade Debt | | | | 2,554 |
| ACCOUNT NO. Reynalda J. Diaz 6282 Mission Rd #A Daly City, CA 94014 | | | | | | | Notice Only |
| ACCOUNT NO. Richard Jeweler P.O. Box 150270 San Rafael, CA 94915-0270 | | | | | | | Notice Only |

Sheet no. _73_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,554

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re __Nurserymen's Exchange, Inc._____,      Case No. _____

          **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Robert L. Pettit <br> 1001 Bancroft Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert Mann Packaging, Inc. <br> Dept. #34379 <br> P.O. Box 39000 <br> San Francisco, CA 94139 | | | Consideration: Trade Debt | | | | 5,511 |
| ACCOUNT NO. <br><br> Robert Myren <br> 325 Magnolia Street <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert Rowley <br> P.O. Box 278 <br> Bellflower, CA 90707 | | | Incurred: 1973 <br> Consideration: Loan | | | | 1,000 |
| ACCOUNT NO. <br><br> Roberto L. Lopez <br> 452 Oak Avenue <br> Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __74__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      6,511

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Nurserymen's Exchange, Inc._____,     Case No. _____
    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roberto Navarrete-Corona<br>960 Carlson Blvd.<br>Richmond, CA 94804 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Rochester Midland Corporation<br>P.O. Box 31515<br>Rochester, NY 14603 | | | Consideration: Trade Debt | | | | 185 |
| ACCOUNT NO.<br><br>Rocio Piedra<br>570 Auburn Circle East, Apt. #C<br>Delray Beach, FL 33444 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Romeo Packing Company<br>106 Princeton Avenue<br>Princeton by the Sea<br>Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 17,296 |
| ACCOUNT NO.<br><br>Rosa Barajas<br>P.O. Box 665<br>Redwood City, CA 94063 | | | | | | | Notice Only |

Sheet no. _75_ of _87_ continuation sheets attached          Subtotal ➤    $          17,481
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                            Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,    Case No. _____
_____**Debtor**_____                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Rosa M. Amaral P.O. Box 2335 El Granade, CA 94018 | | | | | | | Notice Only |
| **ACCOUNT NO.** Rosa Maria Martinez 1504 N. Cabrillo Hwy Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| **ACCOUNT NO.** Rosalba Flores P.O. Box 1108 Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| **ACCOUNT NO.** Rosalba Garcia-Patricio 736 W. Ocean Drive Boynton Beach, FL 33426 | | | | | | | Notice Only |
| **ACCOUNT NO.** Roy P. Ash 13 Le Havre Place Half Moon Bay, CA 94019 | | | | | | | Notice Only |

Sheet no. __76__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re  Nurserymen's Exchange, Inc._____,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ruben Acosta<br>P.O. Box 381<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Rudy's Greenhouses<br>4224 California Street Suite 103<br>San Francisco, CA 94118 | | | Consideration: Trade Debt | | | | 16,359 |
| ACCOUNT NO.<br><br>Salvador Jimenez-Acosta<br>471 Anita Drive<br>Millbrae, CA 94030 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana, CA 92799-5111 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Sandra C.Turcio<br>3660 Canal Road, # 5<br>Lake Worth, FL 33461 | | | | | | | Notice Only |

Sheet no. _77_ of _87_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          16,359

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc. _____,          Case No. _____
                Debtor                                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Santos Palacio <br> 5551 Johnson Road, #48 <br> Coconut Creek, FL 33073 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Schickenberg Nursery <br> 2351 North Cabrillo Hwy <br> Half Moon Bay, CA 94019 | | | Consideration: Trade Debt | | | | 144 |
| ACCOUNT NO. <br><br> Schubert Nursery, Inc. <br> P.O. Box 1451 <br> Salinas, CA 93902 | | | Consideration: Trade Debt | | | | 4,187 |
| ACCOUNT NO. <br><br> Seaview Nursery, Inc. <br> P.O. Box 60110 <br> Santa Barbara, CA 93160 | | | Consideration: Trade Debt | | | | 11,072 |
| ACCOUNT NO. <br><br> Securities & Exchange Commission <br> Attn: Bankruptcy Counsel <br> 5670 Wilshire Boulevard, Floor 11 <br> Los Angeles, CA 90036 | | | | | | | Notice Only |

Sheet no.  78   of  87   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,403

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,  Case No. _____
      **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Select Personnel Services<br>130 Produce Avenue, Suite A<br>South San Francisco, CA 94080 | | | Consideration: Trade Debt | | | | 195,022 |
| ACCOUNT NO.<br><br>Senaida Montelongo de Acosta<br>P.O. Box 381<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Siemens Water Tech Corporation<br>P.O. Box 360766<br>Pittsburg, PA 15250 | | | Consideration: Trade Debt | | | | 270 |
| ACCOUNT NO.<br><br>Smartland Industrial Company<br>#806, 8FL, 13 SHeung Yuetrd<br>Kowloon Bay, Kowloon<br>Hong Kong | | | Consideration: Trade Debt | | | | 212,900 |
| ACCOUNT NO.<br><br>Smithers-Oasis North America<br>P.O. Box 745<br>Kent, OH 44240 | | | Consideration: Trade Debt | | | | 58,680 |

Sheet no. __79__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 466,872

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,      Case No. _____
     **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Smurfit-Stone Container<br>P.O. Box 840865<br>Dallas, TX 75284-0865 | | | Consideration: Trade Debt | | | | 31,679 |
| ACCOUNT NO.<br><br>Soil & Plant<br>1101 S. Winchester Blvd. Suite G-173<br>San Jose, CA 95128 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Sorenson Greenhouses, Inc.<br>P.O. Box 550<br>Ramona, CA 92065 | | | Consideration: Trade Debt | | | | 21,736 |
| ACCOUNT NO.<br><br>Sprayer Sales Company<br>5695 Sun Ridge Court<br>Castro Valley, CA 94552 | | | Consideration: Trade Debt | | | | 589 |
| ACCOUNT NO.<br><br>Sprint<br>P.O. Box 79255<br>City of Industry, CA 91716 | | | Consideration: Trade Debt | | | | 957 |

Sheet no. <u>80</u> of <u>87</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $     54,961

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,   Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stewart's Greenhouse, Inc.<br>P.O. Box 1848<br>Mount Dora, FL 32756 | | | Consideration: Trade Debt | | | | 6,479 |
| ACCOUNT NO.<br><br>Sun-Land Gardern Products<br>90 Pioneer Road<br>Watsonville, CA 95076-0898 | | | Consideration: Trade Debt | | | | 19,787 |
| ACCOUNT NO.<br><br>Sunlet Nursery<br>3636 Luneta Lane<br>Fallbrook, CA 92028 | | | Consideration: Trade Debt | | | | 306,297 |
| ACCOUNT NO.<br><br>Supermarket News<br>7 West 34th St.<br>New York, NY 10117-0298 | | | Consideration: Trade Debt | | | | 250 |
| ACCOUNT NO.<br><br>Susana I. Garcia<br>26443 Eldridge Avenue<br>Hayward, CA 94544 | | | | | | | Notice Only |

Sheet no. __81__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   332,813

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____,   Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Target Specialty Products<br>4865 S. 36th Street<br>Phoenix, AZ 85040 | | | Consideration: Trade Debt | | | | 21,269 |
| ACCOUNT NO.<br><br>Technical Traffic Consultants--TTC<br>30 Hemlock Drive<br>Congers, NY 10920-1400 | | | Consideration: Trade Debt<br>debt is estimated - creditor is "clearinghouse" for all shipping vendors | | | | 1,500,000 |
| ACCOUNT NO.<br><br>Teitelbaum Brothers, Inc.<br>1940 Lehigh Avenue, Unit E<br>Glenview, IL 60026 | | | Consideration: Trade Debt | | | | 2,930 |
| ACCOUNT NO.<br><br>Temkin Internationl, Inc.<br>213 South Temkin Way<br>Payson, UT 84651 | | | Consideration: Trade Debt | | | | 98,578 |
| ACCOUNT NO.<br><br>The Black Diamond Nursery<br>21226 Mount Gaylor Drive<br>Winslow, AR 72959 | | | Consideration: Trade Debt | | | | 9,855 |

Sheet no. __82__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,632,632

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-00510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Nurserymen's Exchange, Inc. _____,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>The Dramm Corporation<br>P.O. Box 1960<br>Manitowoc, WI 54221 | | | Consideration: Trade Debt | | | | 2,459 |
| ACCOUNT NO. <br><br>The Home Depot, CRC<br>2001 Chess Dr.<br>San Mateo, CA 94404 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO. <br><br>The Image Station<br>7 Auburn Court<br>Danville, CA 94506 | | | Consideration: Trade Debt | | | | 546 |
| ACCOUNT NO. <br><br>The John Henry Company/<br>Multi Packaging Solutions<br>75 Remittance Drive,#3111<br>Chicago, IL 60675 | | | Consideration: Trade Debt | | | | 2,196 |
| ACCOUNT NO. <br><br>Thompson Rose Company<br>949 Cassou Road<br>San Marcos, CA 92069 | | | Consideration: Trade Debt | | | | 4,817 |

Sheet no. __83__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  10,168

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,      Case No. _____

      **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tiemann's Holiday Mistletoe<br>P.O. Box 130<br>Priddy, TX 76870 | | | Consideration: Trade Debt | | | | 42,918 |
| ACCOUNT NO.<br><br>Toyotalift, Inc.<br>P.O. Box 710280<br>Santee, CA 92072-0280 | | | Consideration: Trade Debt | | | | 107 |
| ACCOUNT NO.<br><br>Trinidad J. Mata<br>170 Bridgeport Drive<br>Half Moon Bay, CA 94019 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Twin Oaks Growers<br>1969 Marilyn Lane<br>San Marcos, CA 92069 | | | Consideration: Trade Debt | | | | 795 |
| ACCOUNT NO.<br><br>United Site Services, Inc.<br>P.O. Box 53267<br>Phoenix, AZ 85072 | | | Consideration: Trade Debt | | | | 9,742 |

Sheet no. <u>84</u> of <u>87</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      53,562

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re <u>Nurserymen's Exchange, Inc.</u>,          Case No. _____
      **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> United States Attorney <br> Civil Division <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3400 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Verizon Wireless <br> 7000 Central Ave. SW <br> Albuquerque, NM 87121 | | | Consideration: Trade Debt | | | | 7,395 |
| ACCOUNT NO. <br><br> Veronica M. Oswald <br> 1000 Continentals Way, Apt. 325 <br> Belmont, CA 94002 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Victor Perez-Ruiz <br> P.O. Box 2648 <br> El Granada, CA 94018 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Victorinox Swiss Amy <br> P.O. Box 845362 <br> Boston, MA 02284-5362 | | | Consideration: Trade Debt | | | | 435 |

Sheet no. __85__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          7,830

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-0510 - PDF-XChange 3.0

In re ___Nurserymen's Exchange, Inc._____ ,          Case No. _____
                **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vreeland Nursery Int'l<br>26950 Encinal Road<br>Salinas, CA 93908-9535 | | | Consideration: Trade Debt | | | | 1,462 |
| ACCOUNT NO.<br><br>West Coast Aggregates, Inc.<br>P.O. Box 1061<br>Tracy, CA 95378 | | | Consideration: Trade Debt | | | | 361 |
| ACCOUNT NO.<br><br>Westerlay Orchids<br>P.O. Box 1249<br>Carpinteria, CA 93014 | | | Consideration: Trade Debt | | | | 2,448 |
| ACCOUNT NO.<br><br>Western Cactus Enterprises, Inc.<br>P.O. Box 2018<br>Vista, CA 92085 | | | Consideration: Trade Debt | | | | 25,839 |
| ACCOUNT NO.<br><br>White Sand Nurseries<br>P.O. Box 968<br>Plymouth, FL 32768 | | | Consideration: Trade Debt | | | | 261 |

Sheet no. __86__ of __87__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 30,371

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Nurserymen's Exchange, Inc.</u>,                    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William Epstein<br>41 Nace Ave.<br>Piedmont, CA 94611 | | | Consideration: Deferred comp | | | | 100,341 |
| ACCOUNT NO.<br><br>Williamette Evergreen, Inc.<br>P.O. Box 1227<br>Canby, OR 97013 | | | Consideration: Trade Debt | | | | 2,700 |
| ACCOUNT NO.<br><br>Woodburn Nursery & Azaleas<br>13009 McKee Road, NE<br>Woodburn, OR 97071 | | | Consideration: Trade Debt | | | | 4,329 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. <u>87</u> of <u>87</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 107,370

Total ► $ 9,472,945

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.         Case No. _____

           **Debtor**                                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | To be supplied |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

In re    Nurserymen's Exchange, Inc.                              Case No. _____
_____
              **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.-, ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

Nurserymen's Exchange, Inc.

In re _____     Case No. _____
               **Debtor**                                                                **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                        Debtor

Date _____     Signature: _____
                                                        (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____     _____
     Signature of Bankruptcy Petition Preparer                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  C.O.O._____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Nurserymen's Exchange, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __146__ sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 22, 2011_____     Signature: ___/s/ Justin Dautoff_____
                                                        JUSTIN DAUTOFF
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re  Nurserymen's Exchange, Inc.                                    Case No. _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

─────────────────────────

### 1. Income from employment or operation of business

**None**
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2011 | 51,170,000 | Operations | FY: July 1 to June 30 |
| 2010 | 62,577,881 | Operations | FY: July 1 to June 30 |
| 2009 | 67,560,096 | Operations | FY: July 1 to June 30 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

**2. Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 2 | Check | 70626 | 2/23/11 | 546.70 | ACCESS UNIFORMS & |
| 3 | Check | 70627 | 2/23/11 | 6,139.84 | ALL PHAZE SOLUTIONS,INC./ |
| 4 | Check | 70628 | 2/23/11 | 1,770.00 | ALL PHAZE SOLUTIONS, INC. |
| 5 | Check | 70629 | 2/23/11 | 2,219.29 | ARGONAUT INSURANCE CO. |
| 6 | Check | 70630 | 2/23/11 | 71,165.29 | BLUE CROSS OF CALIFORNIA |
| 7 | Check | 70631 | 2/23/11 | 3,271.50 | BOOMAN FLORAL |
| 8 | Check | 70632 | 2/23/11 | 134.79 | BUREAU OF WORKERS'COMPEN- |
| 9 | Check | 70633 | 2/23/11 | 1,965.00 | CALEGARI & MORRIS |
| 10 | Check | 70634 | 2/23/11 | 50,282.08 | CALIFORNIA FLORIDA PLANT |
| 11 | Check | 70635 | 2/23/11 | 2,000.10 | CARLSBAD FLORAL EXCHANGE, |
| 12 | Check | 70636 | 2/23/11 | 864.93 | CINTAS CORPORATION |
| 13 | Check | 70637 | 2/23/11 | 18,910.94 | COASTSIDE CO. WATER DIST. |
| 14 | Check | 70638 | 2/23/11 | 13,828.08 | CROP PRODUCTION SERVICES |
| 15 | Check | 70639 | 2/23/11 | 5,693.93 | DELTA DENTAL PLAN OF CA |
| 16 | Check | 70640 | 2/23/11 | 102.27 | EDCO WASTE & RECYCLING SC |
| 17 | Check | 70641 | 2/23/11 | 1,425.60 | GREENHOUSE RESTORATION & |
| 18 | Check | 70642 | 2/23/11 | 2,080.00 | HARDY INSURANCE - |
| 19 | Check | 70643 | 2/23/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 20 | Check | 70644 | 2/23/11 | 2,774.13 | HARTFORD FINANCIAL SVCS. |
| 21 | Check | 70645 | 2/23/11 | 13,855.00 | HUB INTERNATIONAL INS.SVC |
| 22 | Check | 70646 | 2/23/11 | 7,522.50 | INFORMATION CLEARINGHOUSE |
| 23 | Check | 70647 | 2/23/11 | 8,771.56 | KENT'S BROMELIAD NURSERY |
| 24 | Check | 70648 | 2/23/11 | 1,695.24 | LUMBERMEN'S UNDERWRITING- |
| 25 | Check | 70649 | 2/23/11 | 108.00 | MISSION LINEN & UNIFORM |
| 26 | Check | 70650 | 2/23/11 | 1,077.85 | OCHS OIL CO. |
| 27 | Check | 70651 | 2/23/11 | 485.04 | ORECK CORP. |
| 28 | Check | 70652 | 2/23/11 | 299.54 | PRIMESOURCE |
| 29 | Check | 70653 | 2/23/11 | 42.97 | PURE FLO WATER |
| 30 | Check | 70654 | 2/23/11 | 2,162.95 | REDWOOD COAST PETROLEUM |
| 31 | Check | 70655 | 2/23/11 | 1,427.84 | SAMTRANS - |
| 32 | Check | 70656 | 2/23/11 | 15,002.46 | SELECT PERSONNEL SERVICES |
| 33 | Check | 70657 | 2/23/11 | 7,905.00 | U.S. TRADING & LOGISTICS |
| 34 | Check | 70658 | 2/23/11 | 1,722.08 | CURTIS WAGNER PLASTICS - |
| 35 | Check | 70659 | 2/23/11 | 5,733.00 | YONEMOTO NURSERY, G. |
| 36 | ACH/Transfer | | 2/24/11 | 689.85 | Ceridian |
| 37 | Check | 70660 | 2/25/11 | 1,469.21 | A T & T LONG DISTANCE |
| 38 | Wire | 1557 | 2/28/11 | 1,507.50 | Technical Traffic |
| 39 | Wire | 1557 | 2/28/11 | 95,000.00 | Technical Traffic |
| 40 | Wire | 1557 | 2/28/11 | 42,947.36 | Technical Traffic |
| 41 | ACH/Transfer | | 2/28/11 | 451.10 | WA Tax |
| 42 | Wire | 1558 | 3/1/11 | 9,958.28 | NE T&E ACCT |
| 43 | Wire | 1559 | 3/1/11 | 697.19 | Technical Traffic |
| 44 | Wire | 1559 | 3/1/11 | 266.67 | Technical Traffic |
| 45 | Wire | 1559 | 3/1/11 | 40,391.66 | Technical Traffic |
| 46 | Wire | 1559 | 3/1/11 | 573.11 | Technical Traffic |
| 47 | Wire | 1559 | 3/1/11 | 3,166.28 | Technical Traffic |
| 48 | Wire | 1559 | 3/1/11 | 2,900.00 | Technical Traffic |
| 49 | Wire | 1559 | 3/1/11 | 2,354.90 | Technical Traffic |
| 50 | ACH/Transfer | | 03/01/11 | 167,891.30 | Wells Fargo Bank |
| 51 | Payroll | | 3/2/11 | 348,359.87 | Payroll |
| 52 | Check | 70663 | 3/3/11 | 871.63 | A T & T |
| 53 | Check | 70664 | 3/3/11 | 546.90 | ACCESS UNIFORMS & |
| 54 | Check | 70665 | 3/3/11 | 13,000.00 | ALL PHAZE SOLUTIONS,INC./ |
| 55 | Check | 70666 | 3/3/11 | 15,693.00 | B.A.P. NURSERY, INC. |
| 56 | Check | 70667 | 3/3/11 | 2,940.00 | BANCROFT & MCALISTER, LLP |
| 57 | Check | 70668 | 3/3/11 | 2,355.10 | BATSON'S FOLIAGE GROUP |
| 58 | Check | 70669 | 3/3/11 | 10,000.00 | THE BLACK DIAMOND NURSERY |
| 59 | Check | 70670 | 3/3/11 | 251.58 | BLUE RIBBON SUPPLY CO. |
| 60 | Check | 70671 | 3/3/11 | 1,060.00 | BRON TAPES OF CALIFORNIA |
| 61 | Check | 70672 | 3/3/11 | 1,685.00 | BROOKWOOD NURSERY |
| 62 | Check | 70673 | 3/3/11 | 1,855.65 | BROWNING-FERRIS INDUSTRY |
| 63 | Check | 70674 | 3/3/11 | 5,200.00 | BUSHUE FARMING |
| 64 | Check | 70675 | 3/3/11 | 217.50 | BUTLER'S FOLIAGE, INC. |
| 65 | Check | 70676 | 3/3/11 | 10,030.00 | CALIFORNIA PACKAGING |
| 66 | Check | 70677 | 3/3/11 | 2,572.49 | CARLSBAD FLORAL EXCHANGE, |
| 67 | Check | 70678 | 3/3/11 | 1,230.00 | CAROUSEL INDUSTRIES, INC. |
| 68 | Check | 70679 | 3/3/11 | 524.80 | Ceridian |
| 69 | Check | 70680 | 3/3/11 | 316.77 | CINTAS CORPORATION |
| 70 | Check | 70681 | 3/3/11 | 195.00 | CLERK OF SUPERIOR COURT |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 71 | Check | 70682 | 3/3/11 | 132.37 | COMCAST |
| 72 | Check | 70683 | 3/3/11 | 108.60 | COMCAST |
| 73 | Check | 70684 | 3/3/11 | 814.00 | CONCUR TECHNOLOGIES, INC. |
| 74 | Check | 70685 | 3/3/11 | 546.25 | COPY MILL |
| 75 | Check | 70686 | 3/3/11 | 6,726.24 | CUSTOM LABEL & DECAL, LLC |
| 76 | Check | 70687 | 3/3/11 | 6,350.47 | FARELLA BRAUN +MARTEL,LLP |
| 77 | Check | 70688 | 3/3/11 | 2,085.00 | FEDERAL EXPRESS CORP |
| 78 | Check | 70689 | 3/3/11 | 12,000.00 | FOREMOSTCO, INC. |
| 79 | Check | 70690 | 3/3/11 | 1,110.00 | GXS, INC. |
| 80 | Check | 70691 | 3/3/11 | 5,306.56 | GINEGAR PLASTICS, INC. |
| 81 | Check | 70692 | 3/3/11 | 1,677.52 | GRAINGER, INC. |
| 82 | Check | 70693 | 3/3/11 | 1,219.05 | CORWIN GRAVES |
| 83 | Check | 70694 | 3/3/11 | 2,103.75 | BOB HARRISON ASSOC., INC. |
| 84 | Check | 70695 | 3/3/11 | 20,000.00 | HARTMANN'S PLANT COMPANY |
| 85 | Check | 70696 | 3/3/11 | 9,447.56 | GAIL HOLLINGSWORTH |
| 86 | Check | 70697 | 3/3/11 | 26,389.50 | HOLTKAMP GREENHOUSES, INC |
| 87 | Check | 70698 | 3/3/11 | 279.88 | THE HOME DEPOT, CRC |
| 88 | Check | 70699 | 3/3/11 | 2,972.30 | HORACE ANDERSON |
| 89 | Check | 70700 | 3/3/11 | 5,210.03 | IKON FINANCIAL SERVICES |
| 90 | Check | 70701 | 3/3/11 | 15,152.64 | INTERNATIONAL PAPER CO. |
| 91 | Check | 70702 | 3/3/11 | 13,000.00 | ISLAND GROWERS |
| 92 | Check | 70703 | 3/3/11 | 4,000.00 | RICHARD S. JEWELER |
| 93 | Check | 70704 | 3/3/11 | 10,419.44 | KENT'S BROMELIAD NURSERY |
| 94 | Check | 70705 | 3/3/11 | 12,555.00 | MCLELLAN BOTANICALS |
| 95 | Check | 70706 | 3/3/11 | 61,195.56 | MAINSTAY BUSINESS - |
| 96 | Check | 70707 | 3/3/11 | 200.00 | GLORIA MANSFIELD |
| 97 | Check | 70708 | 3/3/11 | 5,660.00 | SPENCER MENESES |
| 98 | Check | 70709 | 3/3/11 | 20,385.60 | MILGRO NURSERY, LLC. |
| 99 | Check | 70710 | 3/3/11 | 17,721.00 | MOUNTAIN VIEW NURSERY |
| 100 | Check | 70711 | 3/3/11 | 320.99 | PACIFIC GAS & ELECTRIC CO |
| 101 | Check | 70712 | 3/3/11 | 221.55 | PACIFIC GAS & ELECTRIC CO |
| 102 | Check | 70713 | 3/3/11 | 10,016.37 | JACK PEARLSTEIN |
| 103 | Check | 70714 | 3/3/11 | 361.52 | JAMIE PEARLSTEIN |
| 104 | Check | 70715 | 3/3/11 | 29,824.25 | PECKETT'S, INC. |
| 105 | Check | 70716 | 3/3/11 | 3,794.38 | PENSKE TRUCK LEASING CO. |
| 106 | Check | 70717 | 3/3/11 | 36,825.00 | POR LA MAR NURSERY |
| 107 | Check | 70718 | 3/3/11 | 1,232.01 | PRIME FLORAL LLC |
| 108 | Check | 70719 | 3/3/11 | 40.98 | PURE FLO WATER |
| 109 | Check | 70720 | 3/3/11 | 7,298.38 | RAINBOW PRESS |
| 110 | Check | 70721 | 3/3/11 | 3,040.00 | RUDY'S GREENHOUSES |
| 111 | Check | 70722 | 3/3/11 | 5,631.10 | SEAVIEW NURSERY, INC. |
| 112 | Check | 70723 | 3/3/11 | 318.00 | SELECT FOLIAGE & FLOWERS, |
| 113 | Check | 70724 | 3/3/11 | 33,895.77 | SELECT PERSONNEL SERVICES |
| 114 | Check | 70725 | 3/3/11 | 3,300.00 | SENSITECH, INC. |
| 115 | Check | 70726 | 3/3/11 | 700.00 | SEXTON, MILDRED |
| 116 | Check | 70727 | 3/3/11 | 5,175.00 | SILVA CLEANING SERVICE |
| 117 | Check | 70728 | 3/3/11 | 11,184.00 | SMURFIT-STONE CONTAINER |
| 118 | Check | 70729 | 3/3/11 | 168.00 | SOIL & PLANT LABORATORY |
| 119 | Check | 70730 | 3/3/11 | 12,735.00 | SPEEDY INTERNATIONAL, LLC |
| 120 | Check | 70731 | 3/3/11 | 2,108.00 | STATE BOARD OF EQUALIZATN |
| 121 | Check | 70732 | 3/3/11 | 2,338.00 | STATE OF MICHIGAN |
| 122 | Check | 70733 | 3/3/11 | 200.00 | CATALINO TAPIA |
| 123 | Check | 70734 | 3/3/11 | 2,098.29 | TECHNICAL TRAFFIC |
| 124 | Check | 70735 | 3/3/11 | 15,380.43 | TEMKIN INTERNATIONAL,INC. |
| 125 | Check | 70736 | 3/3/11 | 13,120.80 | TEUFEL HOLLY FARMS, INC. |
| 126 | Check | 70737 | 3/3/11 | 10,646.64 | TIEMANN'S HOLIDAY |
| 127 | Check | 70738 | 3/3/11 | 6,820.80 | U.S. TRADING & LOGISTICS |
| 128 | Check | 70739 | 3/3/11 | 3,361.93 | UNITED SITE SERVICES,INC. |
| 129 | Check | 70740 | 3/3/11 | 100.00 | UNIVERSITY OF MINNESOTA |
| 130 | Check | 70741 | 3/3/11 | 127.50 | DAWN WACHSMUTH |
| 131 | Check | 70742 | 3/3/11 | 1,125.00 | WEST COAST PLANTS |
| 132 | Check | 70743 | 3/3/11 | 1,902.00 | WESTERLAY ORCHIDS |
| 133 | Check | 70744 | 3/3/11 | 10,050.97 | WESTERN CACTUS |
| 134 | Check | 70745 | 3/3/11 | 425.25 | UNITED STATE POSTAL SERVICE |
| 135 | Wire | 1561 | 3/4/11 | 19,356.13 | Principal Life Insurance |
| 136 | Check | 70746 | 3/4/11 | 18,436.65 | SORENSEN GREENHOUSES,INC. |
| 137 | Check | 70747 | 3/4/11 | 10,000.00 | CUSTOM LABEL & DECAL, LLC |
| 138 | Check | 70748 | 3/4/11 | 20,751.19 | INTERNATIONAL FREIGHT SERVICES, INC |
| 139 | Wire | 1562 | 3/7/11 | 1,867.74 | Technical Traffic |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 140 | Wire | 1562 | 3/7/11 | 284.47 | Technical Traffic |
| 141 | Wire | 1562 | 3/7/11 | 1,459.40 | Technical Traffic |
| 142 | Wire | 1562 | 3/7/11 | 6,766.82 | Technical Traffic |
| 143 | Wire | 1562 | 3/7/11 | 18,762.19 | Technical Traffic |
| 144 | Wire | 1562 | 3/7/11 | 51.17 | Technical Traffic |
| 145 | Wire | 1562 | 3/7/11 | 3,731.66 | Technical Traffic |
| 146 | Wire | 1562 | 3/7/11 | 58.70 | Technical Traffic |
| 147 | Wire | 1562 | 3/7/11 | 4,058.21 | Technical Traffic |
| 148 | Wire | 1562 | 3/7/11 | 540.00 | Technical Traffic |
| 149 | Wire | 1562 | 3/7/11 | 8,388.42 | Technical Traffic |
| 150 | Wire | 1562 | 3/7/11 | 6,357.57 | Technical Traffic |
| 151 | Wire | 1562 | 3/7/11 | 429.62 | Technical Traffic |
| 152 | Wire | 1562 | 3/7/11 | 37,841.21 | Technical Traffic |
| 153 | Wire | 1562 | 3/7/11 | 1,567.19 | Technical Traffic |
| 154 | Wire | 1562 | 3/7/11 | 4,430.16 | Technical Traffic |
| 155 | Wire | 1560 | 3/9/11 | 3,500.00 | Kitty Shiotani |
| 156 | Wire | 1560 | 3/9/11 | 3,720.00 | Kitty Shiotani |
| 157 | Wire | 1560 | 3/9/11 | 3,966.67 | Kitty Shiotani |
| 158 | Wire | 1560 | 3/9/11 | 880.00 | Kitty Shiotani |
| 159 | Check | 70749 | 3/9/11 | 50,790.96 | POPPELMANN PLASTICS USA |
| 160 | Check | 70750 | 3/9/11 | 1,137.00 | JESSE ESTRADA |
| 161 | ACH/Transfer | | | 5,068.22 | MERCHANT FEE |
| 162 | Check | 70753 | 3/10/11 | 29,968.12 | AB BONSAI & POTTERY |
| 163 | Check | 70754 | 3/10/11 | 441.82 | A T & T |
| 164 | Check | 70755 | 3/10/11 | 126.50 | A T & T |
| 165 | Check | 70756 | 3/10/11 | 209.27 | A T & T |
| 166 | Check | 70757 | 3/10/11 | 1,693.96 | A T & T LONG DISTANCE |
| 167 | Check | 70758 | 3/10/11 | 2.95 | AIRGAS NCN, INC. |
| 168 | Check | 70759 | 3/10/11 | 5,382.00 | ALL GOOD PALLETS, INC. |
| 169 | Check | 70760 | 3/10/11 | 13,000.00 | ALL PHAZE SOLUTIONS,INC./ |
| 170 | Check | 70761 | 3/10/11 | 2,650.00 | ALPHA ANALYTICAL LAB. |
| 171 | Check | 70762 | 3/10/11 | 5,674.73 | B.A.P. NURSERY, INC. |
| 172 | Check | 70763 | 3/10/11 | 6,007.48 | B.A.P. NURSERY, INC. |
| 173 | Check | 70764 | 3/10/11 | 2,188.66 | B.A.P. NURSERY, INC. |
| 174 | Check | 70765 | 3/10/11 | 2,152.08 | BAY CITY FLOWER CO.,INC. |
| 175 | Check | 70766 | 3/10/11 | 1,505.73 | BLUE RIBBON SUPPLY CO. |
| 176 | Check | 70767 | 3/10/11 | 360.00 | BOOMAN FLORAL |
| 177 | Check | 70768 | 3/10/11 | 1,485.00 | BOYD NURSERIES |
| 178 | Check | 70769 | 3/10/11 | 1,530.81 | BROWNING-FERRIS INDUSTRY |
| 179 | Check | 70770 | 3/10/11 | 85,493.64 | C & A, INC. |
| 180 | Check | 70771 | 3/10/11 | 157.14 | CGA PACKAGING, INC. |
| 181 | Check | 70772 | 3/10/11 | 1,560.00 | CAL COLOR GROWERS, LLC |
| 182 | Check | 70773 | 3/10/11 | 7,324.00 | CALIFORNIA HAWAII FOLIAGE |
| 183 | Check | 70774 | 3/10/11 | 1,914.00 | CHISAN ORCHIDS NURSERY |
| 184 | Check | 70775 | 3/10/11 | 793.47 | CINTAS CORPORATION |
| 185 | Check | 70776 | 3/10/11 | 300.00 | CITY OF VISTA |
| 186 | Check | 70777 | 3/10/11 | 24,681.54 | COASTSIDE CO. WATER DIST. |
| 187 | Check | 70778 | 3/10/11 | 129.75 | COMCAST |
| 188 | Check | 70779 | 3/10/11 | 103.85 | COMCAST |
| 189 | Check | 70780 | 3/10/11 | 1,223.46 | COSTCO BUSINESS DELIVERY |
| 190 | Check | 70781 | 3/10/11 | 1,739.25 | COUNTRY JOE'S NURSERY,INC |
| 191 | Check | 70782 | 3/10/11 | 992.00 | DEPARTMENT OF AGRICULTURE |
| 192 | Check | 70783 | 3/10/11 | 3,785.21 | FEDERAL EXPRESS CORP |
| 193 | Check | 70784 | 3/10/11 | 119.90 | FLEETWASH, INC. |
| 194 | Check | 70785 | 3/10/11 | 454.84 | FRESNO COUNTY TREASURER |
| 195 | Check | 70786 | 3/10/11 | 15,000.00 | GLOBAL STAR DESIGN, INC. |
| 196 | Check | 70787 | 3/10/11 | 46.00 | HCD RENEWAL |
| 197 | Check | 70788 | 3/10/11 | 243.22 | HALF MOON BAY AUTO PARTS |
| 198 | Check | 70789 | 3/10/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 199 | Check | 70790 | 3/10/11 | 5,612.00 | HOLIDAY MISTLETOE, LLC |
| 200 | Check | 70791 | 3/10/11 | 70.02 | THE HOME DEPOT, CRC |
| 201 | Check | 70792 | 3/10/11 | 788.89 | HOOGENDOORN AMERICA, INC. |
| 202 | Check | 70793 | 3/10/11 | 835.40 | HORACE ANDERSON |
| 203 | Check | 70794 | 3/10/11 | 1,647.00 | IGI MARKETING, INC. |
| 204 | Check | 70795 | 3/10/11 | 22,258.27 | INTERNATIONAL FREIGHT SVC |
| 205 | Check | 70796 | 3/10/11 | 135.00 | JANI-KING OF CALIFORNIA - |
| 206 | Check | 70797 | 3/10/11 | 26,743.08 | KENT'S BROMELIAD NURSERY |
| 207 | Check | 70798 | 3/10/11 | 2,824.25 | KRAFT GARDENS, INC. |
| 208 | Check | 70799 | 3/10/11 | 5,071.04 | LARSON PALLET & CRATING |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 209 | Check | 70800 | 3/10/11 | 2,832.90 | MNC STRIBBONS |
| 210 | Check | 70801 | 3/10/11 | 30,453.29 | MAINSTAY BUSINESS - |
| 211 | Check | 70802 | 3/10/11 | 1,721.61 | MASTERPIECE FLOWER CO.LLC |
| 212 | Check | 70803 | 3/10/11 | 25,040.70 | MILGRO NURSERY, LLC. |
| 213 | Check | 70804 | 3/10/11 | 11,946.00 | MOUNTAIN VIEW NURSERY |
| 214 | Check | 70805 | 3/10/11 | 10,020.07 | MYERS INDUSTRIES, INC. |
| 215 | Check | 70806 | 3/10/11 | 2,950.00 | NATIONAL RESOURCE MGMT. |
| 216 | Check | 70807 | 3/10/11 | 962.10 | NEOFUNDS BY NEOPOST |
| 217 | Check | 70808 | 3/10/11 | 17,212.25 | PARK'S COMPANY |
| 218 | Check | 70809 | 3/10/11 | 5,669.01 | PEAK TECHNOLOGIES, INC. |
| 219 | Check | 70810 | 3/10/11 | 10,000.00 | PINDSTRUP MOSEBRUG A/S |
| 220 | Check | 70811 | 3/10/11 | 67,617.00 | POR LA MAR NURSERY |
| 221 | Check | 70812 | 3/10/11 | 652.50 | PRIME FLORAL LLC |
| 222 | Check | 70813 | 3/10/11 | 926.51 | RAIN FOR RENT, INC. |
| 223 | Check | 70814 | 3/10/11 | 4,897.93 | REDWOOD COAST PETROLEUM |
| 224 | Check | 70815 | 3/10/11 | 281.25 | SAN DIEGO GAS & ELECTRIC |
| 225 | Check | 70816 | 3/10/11 | 6,319.82 | SAQUI LAW GROUP |
| 226 | Check | 70817 | 3/10/11 | 20,580.16 | SCHUBERT NURSERY, INC. |
| 227 | Check | 70818 | 3/10/11 | 31,877.83 | SELECT PERSONNEL SERVICES |
| 228 | Check | 70819 | 3/10/11 | 10,348.80 | SMURFIT-STONE CONTAINER |
| 229 | Check | 70820 | 3/10/11 | 16,566.75 | SORENSEN GREENHOUSES,INC. |
| 230 | Check | 70821 | 3/10/11 | 1,399.20 | STURON NURSERY |
| 231 | Check | 70822 | 3/10/11 | 8,031.90 | TARGET SPECIALTY PRODUCTS |
| 232 | Check | 70823 | 3/10/11 | 7,304.30 | TEMKIN INTERNATIONAL,INC. |
| 233 | Check | 70824 | 3/10/11 | 3,287.22 | UNITED SITE SERVICES,INC. |
| 234 | Check | 70825 | 3/10/11 | 30,001.70 | WESTERN CACTUS |
| 235 | Wire | 1563 | 3/11/11 | 23,476.80 | ASIAN HANDICRAFTS |
| 236 | Wire | 1563 | 3/11/11 | 7,523.20 | ASIAN HANDICRAFTS |
| 237 | Wire | 1564 | 3/11/11 | 769.29 | Technical Traffic |
| 238 | Wire | 1564 | 3/11/11 | 4,418.68 | Technical Traffic |
| 239 | Wire | 1564 | 3/11/11 | 2,907.49 | Technical Traffic |
| 240 | Wire | 1564 | 3/11/11 | 3,107.08 | Technical Traffic |
| 241 | Wire | 1564 | 3/11/11 | 141.89 | Technical Traffic |
| 242 | Wire | 1564 | 3/11/11 | 28,901.02 | Technical Traffic |
| 243 | Wire | 1564 | 3/11/11 | 437.67 | Technical Traffic |
| 244 | Wire | 1564 | 3/11/11 | 540.00 | Technical Traffic |
| 245 | Wire | 1564 | 3/11/11 | 2,299.50 | Technical Traffic |
| 246 | Wire | 1564 | 3/11/11 | 20,000.00 | Technical Traffic |
| 247 | Wire | 1564 | 3/11/11 | 27,905.74 | Technical Traffic |
| 248 | Wire | 1564 | 3/11/11 | 4,352.10 | Technical Traffic |
| 249 | ACH/Transfer | | 3/11/11 | 3,357.24 | WF Bank Fee |
| 250 | ACH/Transfer | | 3/14/11 | 804.51 | Ceridian |
| 251 | Check | 70826 | 3/14/11 | 8,725.90 | THOMPSON ROSE COMPANY |
| 252 | Payroll | | 3/16/11 | 337,028.82 | Payroll |
| 253 | Wire | 1567 | 3/16/11 | 20,000.00 | FLOWER POWER |
| 254 | Wire | 1568 | 3/16/11 | 7,306.20 | HUIYUAN INT'L COMMERCE & |
| 255 | Check | 70829 | 3/16/11 | 832.95 | A T & T |
| 256 | Check | 70830 | 3/16/11 | 77.00 | A T & T |
| 257 | Check | 70831 | 3/16/11 | 444.67 | A T & T |
| 258 | Check | 70832 | 3/16/11 | 7,317.35 | A T & T |
| 259 | Check | 70833 | 3/16/11 | 67.78 | A T & T |
| 260 | Check | 70834 | 3/16/11 | 13,000.00 | ALL PHAZE SOLUTIONS,INC./ |
| 261 | Check | 70835 | 3/16/11 | 20,562.50 | B.A.P. NURSERY, INC. |
| 262 | Check | 70836 | 3/16/11 | 3,924.38 | BAMBOO DEPOT |
| 263 | Check | 70837 | 3/16/11 | 25,000.00 | BATSON'S GREENHOUSE, INC. |
| 264 | Check | 70838 | 3/16/11 | 2,746.24 | BROWNING-FERRIS INDUSTRY |
| 265 | Check | 70839 | 3/16/11 | 10,120.00 | CALEGARI & MORRIS |
| 266 | Check | 70840 | 3/16/11 | 5,446.09 | CAPITAL ONE BANK (USA)N.A |
| 267 | Check | 70841 | 3/16/11 | 1,585.00 | CHRYSAL U.S.A., INC. |
| 268 | Check | 70842 | 3/16/11 | 764.00 | DEPARTMENT OF AGRICULTURE |
| 269 | Check | 70843 | 3/16/11 | 1,139.46 | EFAX CORPORATE |
| 270 | Check | 70844 | 3/16/11 | 2,064.00 | FARELLA BRAUN +MARTEL,LLP |
| 271 | Check | 70845 | 3/16/11 | 250.00 | FULLER TRANSPORT, INC. |
| 272 | Check | 70846 | 3/16/11 | 47,217.79 | GREENHOUSE SVCS. FOUNDATN |
| 273 | Check | 70847 | 3/16/11 | 1,242.50 | GREEN STAR FOLIAGE, INC. |
| 274 | Check | 70848 | 3/16/11 | 4,050.00 | N. COUNTY IND'L.PARK,LP & |
| 275 | Check | 70849 | 3/16/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 276 | Check | 70850 | 3/16/11 | 31,339.06 | INTERNATIONAL FREIGHT SVC |
| 277 | Check | 70851 | 3/16/11 | 2,450.00 | ITRADE NETWORK, INC. |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 278 | Check | 70852 | 3/16/11 | 4,000.00 | RICHARD S. JEWELER |
| 279 | Check | 70853 | 3/16/11 | 11,812.50 | MCLELLAN BOTANICALS |
| 280 | Check | 70854 | 3/16/11 | 29,625.56 | MAINSTAY BUSINESS - |
| 281 | Check | 70855 | 3/16/11 | 5,013.45 | MERCER BOTANICALS |
| 282 | Check | 70856 | 3/16/11 | 45,052.50 | MILGRO NURSERY, LLC. |
| 283 | Check | 70857 | 3/16/11 | 4,590.00 | MOSS MAN, INC. |
| 284 | Check | 70858 | 3/16/11 | 2,225.40 | MUELLER'S GREENHOUSES |
| 285 | Check | 70859 | 3/16/11 | 143,452.03 | PACIFIC GAS & ELECTRIC CO |
| 286 | Check | 70860 | 3/16/11 | 13.60 | PACIFIC GAS & ELECTRIC CO |
| 287 | Check | 70861 | 3/16/11 | 13,036.26 | PACIFIC GAS & ELECTRIC CO |
| 288 | Check | 70862 | 3/16/11 | 3,438.27 | PACIFIC GAS & ELECTRIC CO |
| 289 | Check | 70863 | 3/16/11 | 16.04 | PACIFIC GAS & ELECTRIC CO |
| 290 | Check | 70864 | 3/16/11 | 18,937.42 | POPPELMANN PLASTICS USA |
| 291 | Check | 70865 | 3/16/11 | 40,683.50 | POR LA MAR NURSERY |
| 292 | Check | 70866 | 3/16/11 | 8,641.44 | POTTERY MERCHANT |
| 293 | Check | 70867 | 3/16/11 | 1,689.12 | SCHICKENBERG NURSERY |
| 294 | Check | 70868 | 3/16/11 | 31,869.13 | SELECT PERSONNEL SERVICES |
| 295 | Check | 70869 | 3/16/11 | 1,018.62 | SIEMENS WATER TECH. CORP. |
| 296 | Check | 70870 | 3/16/11 | 2,637.00 | SIRIUS COMPUTER SOLUTIONS |
| 297 | Check | 70871 | 3/16/11 | 29,016.28 | SMITHERS-OASIS NORTH |
| 298 | Check | 70872 | 3/16/11 | 10,000.00 | SMURFIT-STONE CONTAINER |
| 299 | Check | 70873 | 3/16/11 | 2,303.25 | SORENSEN GREENHOUSES,INC. |
| 300 | Check | 70874 | 3/16/11 | 12,295.00 | SPEEDY INTERNATIONAL, LLC |
| 301 | Check | 70875 | 3/16/11 | 7,578.18 | SUNLET NURSERY |
| 302 | Check | 70876 | 3/16/11 | 200.00 | CATALINO TAPIA |
| 303 | Check | 70877 | 3/16/11 | 403.29 | TAQUERIA LA MEXICANA |
| 304 | Check | 70878 | 3/16/11 | 7,000.00 | TEMKIN INTERNATIONAL,INC. |
| 305 | Check | 70879 | 3/16/11 | 5,180.34 | UNITED SITE SERVICES,INC. |
| 306 | Check | 70880 | 3/16/11 | 960.33 | WEST COAST AGGREGATES,INC |
| 307 | Check | 70881 | 3/16/11 | 20,000.00 | WESTERN CACTUS |
| 308 | Check | 70882 | 3/16/11 | 2,500.00 | WILLAMETTE EVERGREEN,INC. |
| 309 | Wire | 1569 | 3/18/11 | 15,713.30 | Principal Life Insurance |
| 310 | Check | 70883 | 3/18/11 | 4,202.25 | CLEARWATER NURSERY, LLC |
| 311 | Wire | 1570 | 3/21/11 | 15,848.48 | ASIAN HANDICRAFTS |
| 312 | Wire | 1570 | 3/21/11 | 7,151.52 | Asian Handicrafts |
| 313 | ACH/Transfer | | 3/21/11 | 7,505.00 | CA TAX |
| 314 | Wire | 1571 | 3/22/11 | 13,359.47 | POULSEN ROSER A/S |
| 315 | Wire | 1573 | 3/22/11 | 622.16 | Technical Traffic |
| 316 | Wire | 1573 | 3/22/11 | 3,381.24 | Technical Traffic |
| 317 | Wire | 1573 | 3/22/11 | 2,839.63 | Technical Traffic |
| 318 | Wire | 1573 | 3/22/11 | 23,115.44 | Technical Traffic |
| 319 | Wire | 1573 | 3/22/11 | 24.62 | Technical Traffic |
| 320 | Wire | 1573 | 3/22/11 | 90.72 | Technical Traffic |
| 321 | Wire | 1573 | 3/22/11 | 16,047.01 | Technical Traffic |
| 322 | Wire | 1573 | 3/22/11 | 338.26 | Technical Traffic |
| 323 | Wire | 1573 | 3/22/11 | 1,535.10 | Technical Traffic |
| 324 | Wire | 1573 | 3/22/11 | 1,806.63 | Technical Traffic |
| 325 | Wire | 1573 | 3/22/11 | 36,468.45 | Technical Traffic |
| 326 | Wire | 1573 | 3/22/11 | 6,670.00 | Technical Traffic |
| 327 | Wire | 1573 | 3/22/11 | 3,180.54 | Technical Traffic |
| 328 | Wire | 1573 | 3/22/11 | 800.00 | Technical Traffic |
| 329 | Wire | 1573 | 3/22/11 | 99.68 | Technical Traffic |
| 330 | Wire | 1573 | 3/22/11 | 1,971.80 | Technical Traffic |
| 331 | Wire | 1573 | 3/22/11 | 146.48 | Technical Traffic |
| 332 | Wire | 1573 | 3/22/11 | 175.90 | Technical Traffic |
| 333 | Wire | 1573 | 3/22/11 | 182.28 | Technical Traffic |
| 334 | Wire | 1573 | 3/22/11 | 73.80 | Technical Traffic |
| 335 | ACH/Transfer | | 3/22/11 | 453.62 | Ceridian |
| 336 | Wire | 1574 | 3/23/11 | 19,744.00 | FLOWER POWER |
| 337 | Wire | 1574 | 3/23/11 | 4,224.00 | HUIYUAN INT'L COMMERCE & |
| 338 | Check | 70884 | 3/23/11 | 23,349.27 | SMURFIT-STONE CONTAINER |
| 339 | Check | 70885 | 3/23/11 | 1,609.00 | RENE VAN DIJK |
| 340 | Wire | 1576 | 3/24/11 | 8,000.00 | STARWOOD MANUFACTURING CO |
| 341 | Check | 70888 | 3/24/11 | 11,927.68 | ALL PHAZE SOLUTIONS,INC./ |
| 342 | Check | 70889 | 3/24/11 | 1,625.00 | ALL PHAZE SOLUTIONS, INC. |
| 343 | Check | 70890 | 3/24/11 | 300.00 | ARMTECH INSURANCE SVCS. |
| 344 | Check | 70891 | 3/24/11 | 4,744.80 | COSTA NURSERY FARMS, LLC |
| 345 | Check | 70892 | 3/24/11 | 2,166.25 | COUNTRY JOE'S NURSERY,INC |
| 346 | Check | 70893 | 3/24/11 | 4,850.00 | FOODLINK ONLINE, LLC |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 347 | Check | 70894 | 3/24/11 | 1,626.00 | GREEN STAR FOLIAGE, INC. |
| 348 | Check | 70895 | 3/24/11 | 25,109.35 | INTERNATIONAL PAPER CO. |
| 349 | Check | 70896 | 3/24/11 | 2,034.00 | ISLAND GROWERS |
| 350 | Check | 70897 | 3/24/11 | 615.00 | KIRKLAND NURSERIES,LLC / |
| 351 | Check | 70898 | 3/24/11 | 7,021.44 | LARSON PALLET & CRATING |
| 352 | Check | 70899 | 3/24/11 | 30,221.43 | MAINSTAY BUSINESS - |
| 353 | Check | 70900 | 3/24/11 | 1,193.40 | MAY GREENHOUSES, INC. |
| 354 | Check | 70901 | 3/24/11 | 5,197.82 | MERCER BOTANICALS |
| 355 | Check | 70902 | 3/24/11 | 19,918.50 | MILGRO NURSERY, LLC. |
| 356 | Check | 70903 | 3/24/11 | 25,160.10 | MILGRO NURSERY, LLC. |
| 357 | Check | 70904 | 3/24/11 | 1,617.40 | PACIFIC SUN GROWERS, INC. |
| 358 | Check | 70906 | 3/24/11 | 45,057.00 | POR LA MAR NURSERY |
| 359 | Check | 70907 | 3/24/11 | 31,837.93 | SELECT PERSONNEL SERVICES |
| 360 | Check | 70908 | 3/24/11 | 1,881.93 | SUNLET NURSERY |
| 361 | Check | 70909 | 3/24/11 | 1,603.64 | VISION SERVICE PLAN -(CA) |
| 362 | Check | 70910 | 3/24/11 | 2,010.00 | VREELAND NURSERY INT'L |
| 363 | Wire | 1572 | 3/25/11 | 29,046.00 | Smartland Industrial Co. |
| 364 | ACH/Transfer | | 3/28/11 | 434.44 | WA Tax |
| 365 | Wire | 1580 | 3/29/11 | 26.60 | Technical Traffic |
| 366 | Wire | 1580 | 3/29/11 | 1,354.98 | Technical Traffic |
| 367 | Wire | 1580 | 3/29/11 | 7,001.86 | Technical Traffic |
| 368 | Wire | 1580 | 3/29/11 | 16,644.68 | Technical Traffic |
| 369 | Wire | 1580 | 3/29/11 | 26,063.10 | Technical Traffic |
| 370 | Wire | 1580 | 3/29/11 | 540.00 | Technical Traffic |
| 371 | Wire | 1580 | 3/29/11 | 1,223.58 | Technical Traffic |
| 372 | Wire | 1580 | 3/29/11 | 22,187.74 | Technical Traffic |
| 373 | Wire | 1580 | 3/29/11 | 7,197.00 | Technical Traffic |
| 374 | Payroll | | 3/30/11 | 338,331.25 | Payroll |
| 375 | Wire | 1577 | 3/30/11 | 25,050.30 | PINDSTRUP |
| 376 | Check | 70911 | 3/30/11 | 246.73 | CITY OF HALF MOON BAY |
| 377 | Check | 70914 | 3/30/11 | 100.39 | A T & T |
| 378 | Check | 70915 | 3/30/11 | 163.86 | A T & T |
| 379 | Check | 70916 | 3/30/11 | 7,462.00 | ALL PHAZE SOLUTIONS,INC./ |
| 380 | Check | 70917 | 3/30/11 | 1,320.00 | ALL PHAZE SOLUTIONS, INC. |
| 381 | Check | 70918 | 3/30/11 | 4,962.60 | CARLSBAD FLORAL EXCHANGE, |
| 382 | Check | 70919 | 3/30/11 | 225.39 | CINTAS CORPORATION |
| 383 | Check | 70920 | 3/30/11 | 127.62 | COMCAST |
| 384 | Check | 70921 | 3/30/11 | 1,451.00 | DEPT OF MOTOR VEHICLES |
| 385 | Check | 70922 | 3/30/11 | 102.27 | EDCO WASTE & RECYCLING SC |
| 386 | Check | 70923 | 3/30/11 | 21.80 | FLEETWASH, INC. |
| 387 | Check | 70924 | 3/30/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 388 | Check | 70925 | 3/30/11 | 20,110.03 | INTERNATIONAL FREIGHT SVC |
| 389 | Check | 70926 | 3/30/11 | 135.00 | JANI-KING OF CALIFORNIA - |
| 390 | Check | 70927 | 3/30/11 | 335.04 | LABOR READY, INC. |
| 391 | Check | 70928 | 3/30/11 | 4,000.00 | MNC STRIBBONS |
| 392 | Check | 70929 | 3/30/11 | 15,560.00 | MCLELLAN BOTANICALS |
| 393 | Check | 70930 | 3/30/11 | 20,000.00 | MAINSTAY BUSINESS - |
| 394 | Check | 70931 | 3/30/11 | 200.00 | GLORIA MANSFIELD |
| 395 | Check | 70932 | 3/30/11 | 905.22 | OCHS OIL CO. |
| 396 | Check | 70933 | 3/30/11 | 20,112.57 | SELECT PERSONNEL SERVICES |
| 397 | Check | 70934 | 3/30/11 | 11,565.00 | SPEEDY INTERNATIONAL, LLC |
| 398 | Check | 70935 | 3/30/11 | 105,055.20 | TAX COLLECTOR |
| 399 | Check | 70936 | 3/30/11 | 2,051.58 | TAX COLLECTOR |
| 400 | Check | 70937 | 3/30/11 | 2,657.32 | TAX COLLECTOR |
| 401 | Check | 70938 | 3/30/11 | 801.82 | VISION SERVICE PLAN -(CA) |
| 402 | Check | 70939 | 3/30/11 | 1,203.32 | DAWN WACHSMUTH |
| 403 | Check | 70940 | 3/30/11 | 5,733.00 | YONEMOTO NURSERY, G. |
| 404 | Wire | 1582 | 4/1/11 | 15,927.04 | Principal Life Insurance |
| 405 | Wire | 1583 | 4/1/11 | 15,000.00 | Smartland Industrial Co. |
| 406 | Wire | 1584 | 4/1/11 | 399.96 | Technical Traffic |
| 407 | Wire | 1584 | 4/1/11 | 891.66 | Technical Traffic |
| 408 | Wire | 1584 | 4/1/11 | 7,765.39 | Technical Traffic |
| 409 | Wire | 1584 | 4/1/11 | 6,742.04 | Technical Traffic |
| 410 | Wire | 1584 | 4/1/11 | 12.56 | Technical Traffic |
| 411 | Wire | 1584 | 4/1/11 | 16,733.85 | Technical Traffic |
| 412 | Wire | 1584 | 4/1/11 | 3,669.60 | Technical Traffic |
| 413 | Wire | 1584 | 4/1/11 | 840.00 | Technical Traffic |
| 414 | Wire | 1584 | 4/1/11 | 128.78 | Technical Traffic |
| 415 | Wire | 1584 | 4/1/11 | 2,272.67 | Technical Traffic |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 416 | Wire | 1584 | 4/1/11 | 2,878.51 | Technical Traffic |
| 417 | Check | 70941 | 4/1/11 | 76,444.22 | BLUE CROSS OF CALIFORNIA |
| 418 | ACH/Transfer | | 04/01/11 | 162,678.00 | Wells Fargo Bank |
| 419 | Check | 70942 | 4/4/11 | 61,602.31 | KAISER FOUNDATION HEALTH |
| 420 | Check | 70943 | 4/4/11 | 3,477.37 | LINCOLN NATIONAL LIFE INSURANCE COMPANY |
| 421 | Check | 70944 | 4/4/11 | 2,738.13 | PRINCIPAL LIFE INSURANCE COMPANY |
| 422 | Check | 70945 | 4/4/11 | 1,260.25 | PRINCIPAL LIFE GROUP |
| 423 | Check | 70946 | 4/4/11 | 3,895.76 | KAISER FOUNDATION HEALTH |
| 424 | Check | 70949 | 4/6/11 | 44,752.68 | AB BONSAI & POTTERY |
| 425 | Check | 70950 | 4/6/11 | 580.95 | A-ROO COMPANY |
| 426 | Check | 70951 | 4/6/11 | 7,075.96 | A T & T |
| 427 | Check | 70952 | 4/6/11 | 861.71 | A T & T |
| 428 | Check | 70953 | 4/6/11 | 77.00 | A T & T |
| 429 | Check | 70954 | 4/6/11 | 4,414.18 | A.M.& S.TRANSPORTATION CO |
| 430 | Check | 70955 | 4/6/11 | 1,414.33 | A.M.& S.TRANSPORTATION CO |
| 431 | Check | 70956 | 4/6/11 | 11,653.11 | ACCENT DECOR, INC. |
| 432 | Check | 70957 | 4/6/11 | 1,858.56 | ALL PHAZE SOLUTIONS,INC./ |
| 433 | Check | 70958 | 4/6/11 | 787.66 | ALLIED WASTE SERVICES |
| 434 | Check | 70959 | 4/6/11 | 128.17 | ALTMAN PLANTS |
| 435 | Check | 70960 | 4/6/11 | 7,358.05 | AMERICAN NURSERY SERVICES |
| 436 | Check | 70961 | 4/6/11 | 2,921.01 | ARGONAUT INSURANCE CO. |
| 437 | Check | 70962 | 4/6/11 | 35,999.95 | B.A.P. NURSERY, INC. |
| 438 | Check | 70963 | 4/6/11 | 74,690.00 | BATSON'S GREENHOUSE, INC. |
| 439 | Check | 70964 | 4/6/11 | 12,352.74 | BAY CITY FLOWER CO.,INC. |
| 440 | Check | 70965 | 4/6/11 | 337.14 | BEST WESTERN + HMB LODGE |
| 441 | Check | 70966 | 4/6/11 | 2,948.00 | BRON TAPES OF CALIFORNIA |
| 442 | Check | 70967 | 4/6/11 | 1,000.00 | CA DOT |
| 443 | Check | 70968 | 4/6/11 | 2,900.00 | CALIF.DEPT.OFTRANSPORTATN |
| 444 | Check | 70969 | 4/6/11 | 1,789.34 | CALIFORNIA FLORIDA PLANT |
| 445 | Check | 70970 | 4/6/11 | 12,997.50 | CALIFORNIA HAWAII FOLIAGE |
| 446 | Check | 70971 | 4/6/11 | 1,177.20 | CALIFORNIA PACKAGING |
| 447 | Check | 70972 | 4/6/11 | 3,350.52 | CARLSBAD FLORAL EXCHANGE, |
| 448 | Check | 70973 | 4/6/11 | 885.40 | CDW DIRECT, LLC. |
| 449 | Check | 70974 | 4/6/11 | 4,524.00 | CHISAN ORCHIDS NURSERY |
| 450 | Check | 70975 | 4/6/11 | 430.27 | CINTAS CORPORATION |
| 451 | Check | 70976 | 4/6/11 | 331.04 | CINTAS DOCUMENT MANAGEMNT |
| 452 | Check | 70977 | 4/6/11 | 20,716.80 | CLEARWATER NURSERY, INC. |
| 453 | Check | 70978 | 4/6/11 | 273.30 | COMFORT INN HALF MOON BAY |
| 454 | Check | 70979 | 4/6/11 | 9,863.00 | COMMERCIAL BOX & PALLET |
| 455 | Check | 70980 | 4/6/11 | 814.00 | CONCUR TECHNOLOGIES, INC. |
| 456 | Check | 70981 | 4/6/11 | 699.20 | COPY MILL |
| 457 | Check | 70982 | 4/6/11 | 369.76 | CUSTOM WATERING SOLUTIONS |
| 458 | Check | 70983 | 4/6/11 | 777.60 | CYPRESS PKGING. & SUPPLY |
| 459 | Check | 70984 | 4/6/11 | 1,482.89 | DELL MARKETING L.P. |
| 460 | Check | 70985 | 4/6/11 | 6,011.48 | DELTA DENTAL PLAN OF CA |
| 461 | Check | 70986 | 4/6/11 | 1,304.00 | DEPARTMENT OF AGRICULTURE |
| 462 | Check | 70987 | 4/6/11 | 119.90 | EARTHLINK, INC. |
| 463 | Check | 70988 | 4/6/11 | 140.86 | EWING IRRIGATION PRODUCTS |
| 464 | Check | 70989 | 4/6/11 | 3,253.25 | FEDERAL EXPRESS CORP |
| 465 | Check | 70990 | 4/6/11 | 744.69 | FERNQVIST LABELING |
| 466 | Check | 70991 | 4/6/11 | 10,000.00 | FOREMOSTCO, INC. |
| 467 | Check | 70992 | 4/6/11 | 1,110.00 | GXS, INC. |
| 468 | Check | 70993 | 4/6/11 | 29,678.40 | GLOBAL STAR DESIGN, INC. |
| 469 | Check | 70994 | 4/6/11 | 496.24 | CORWIN GRAVES |
| 470 | Check | 70995 | 4/6/11 | 4,801.74 | GRAYBAR ELECTRIC CO.,INC. |
| 471 | Check | 70996 | 4/6/11 | 428.33 | HALF MOON BAY AUTO PARTS |
| 472 | Check | 70997 | 4/6/11 | 345.00 | HALF MOON BAY CARPET & |
| 473 | Check | 70998 | 4/6/11 | 152.44 | HMB BUILDING & GARDEN |
| 474 | Check | 70999 | 4/6/11 | 4,050.00 | N. COUNTY IND'L.PARK,LP & |
| 475 | Check | 71000 | 4/6/11 | 5,440.00 | BOB HARRISON ASSOC., INC. |
| 476 | Check | 71001 | 4/6/11 | 4,151.92 | HARTFORD FINANCIAL SVCS. |
| 477 | Check | 71002 | 4/6/11 | 20,000.00 | HARTMANN'S PLANT COMPANY |
| 478 | Check | 71003 | 4/6/11 | 377.88 | THE HOME DEPOT, CRC |
| 479 | Check | 71004 | 4/6/11 | 1,556.60 | HORACE ANDERSON |
| 480 | Check | 71005 | 4/6/11 | 19,720.08 | HORTICA |
| 481 | Check | 71006 | 4/6/11 | 256.24 | HORTICULTURAL SALES, INC. |
| 482 | Check | 71007 | 4/6/11 | 15,092.94 | IKON FINANCIAL SERVICES |
| 483 | Check | 71008 | 4/6/11 | 444.13 | IKON OFFICE SOLUTIONS |
| 484 | Check | 71009 | 4/6/11 | 208.67 | INNOVATED CONTROL SYSTEMS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 485 | Check | 71010 | 4/6/11 | 878.11 | INTEGRA COLOR |
| 486 | Check | 71011 | 4/6/11 | 900.90 | INTERCODEV, INC. |
| 487 | Check | 71012 | 4/6/11 | 19,819.22 | INTERNATIONAL FREIGHT SVC |
| 488 | Check | 71013 | 4/6/11 | 27,721.80 | INTERNATIONAL PAPER CO. |
| 489 | Check | 71014 | 4/6/11 | 1,056.17 | INTERSTATE BATTERY SYSTEM |
| 490 | Check | 71015 | 4/6/11 | 10,000.00 | ISLAND GROWERS |
| 491 | Check | 71016 | 4/6/11 | 53.41 | JOHNSTONE SUPPLY |
| 492 | Check | 71017 | 4/6/11 | 180.00 | THE JUNGLE NURSERY, INC. |
| 493 | Check | 71018 | 4/6/11 | 680.00 | KAVITA CANADA, INC. |
| 494 | Check | 71019 | 4/6/11 | 20,656.02 | KENT'S BROMELIAD NURSERY |
| 495 | Check | 71020 | 4/6/11 | 4,431.00 | KENT'S BROMELIAD NURSERY |
| 496 | Check | 71021 | 4/6/11 | 2,385.00 | KERRY'S BROMELIAD NURSERY |
| 497 | Check | 71022 | 4/6/11 | 25.00 | CAROLYN KILLINGSWORTH |
| 498 | Check | 71023 | 4/6/11 | 292.14 | L & L NURSERY SUPPLY,INC. |
| 499 | Check | 71024 | 4/6/11 | 67.33 | LAB SAFETY SUPPLY, INC. |
| 500 | Check | 71025 | 4/6/11 | 447.74 | LAKE UNION WHOLESALE |
| 501 | Check | 71026 | 4/6/11 | 8,921.42 | LARSON PALLET & CRATING |
| 502 | Check | 71027 | 4/6/11 | 6,276.27 | LUMBERMEN'S UNDERWRITING- |
| 503 | Check | 71028 | 4/6/11 | 1,642.10 | MNC STRIBBONS |
| 504 | Check | 71029 | 4/6/11 | 262.89 | MCCONKEY COMPANY |
| 505 | Check | 71030 | 4/6/11 | 87.95 | MSC INDUSTRIAL SUPPLY CO. |
| 506 | Check | 71031 | 4/6/11 | 35,602.59 | MAINSTAY BUSINESS - |
| 507 | Check | 71032 | 4/6/11 | 17,855.20 | ROBERT MANN PACKAGING,INC |
| 508 | Check | 71033 | 4/6/11 | 3,647.10 | MAY GREENHOUSES, INC. |
| 509 | Check | 71034 | 4/6/11 | 528.28 | MEE INDUSTRIES, INC. |
| 510 | Check | 71035 | 4/6/11 | 375.19 | DON MENDEL |
| 511 | Check | 71036 | 4/6/11 | 18,245.40 | MILGRO NURSERY, LLC. |
| 512 | Check | 71037 | 4/6/11 | 26,784.30 | MILGRO NURSERY, LLC. |
| 513 | Check | 71038 | 4/6/11 | 100.00 | MISSION LINEN & UNIFORM |
| 514 | Check | 71039 | 4/6/11 | 15,749.25 | MOUNTAIN VIEW NURSERY |
| 515 | Check | 71040 | 4/6/11 | 8,076.60 | MOUNTAIN VIEW NURSERY |
| 516 | Check | 71041 | 4/6/11 | 3,884.04 | MUELLER'S GREENHOUSES |
| 517 | Check | 71042 | 4/6/11 | 3,145.47 | MUELLER'S GREENHOUSES |
| 518 | Check | 71043 | 4/6/11 | 742.50 | MULVEHILL NURSERY, INC. |
| 519 | Check | 71044 | 4/6/11 | 18,920.34 | MYERS INDUSTRIES, INC. |
| 520 | Check | 71045 | 4/6/11 | 2,087.65 | NGM PRODUCTIONS |
| 521 | Check | 71046 | 4/6/11 | 2,950.00 | NATIONAL RESOURCE MGMT. |
| 522 | Check | 71047 | 4/6/11 | 950.70 | NATURATICA / SUPER MOSS/ |
| 523 | Check | 71048 | 4/6/11 | 400.00 | NAUGLE'S NURSERY, INC |
| 524 | Check | 71049 | 4/6/11 | 438.32 | NEOFUNDS BY NEOPOST |
| 525 | Check | 71050 | 4/6/11 | 314.89 | NEWARK ELECTRONICS / |
| 526 | Check | 71051 | 4/6/11 | 3,728.29 | NORTHERN ENERGY, INC. |
| 527 | Check | 71052 | 4/6/11 | 135.00 | NORTHERN SAFETY CO., INC. |
| 528 | Check | 71053 | 4/6/11 | 1,467.41 | OCEAN SHORE COMPANY |
| 529 | Check | 71054 | 4/6/11 | 2,370.06 | OFFICE DEPOT |
| 530 | Check | 71055 | 4/6/11 | 653.11 | OFFICE DEPOT |
| 531 | Check | 71056 | 4/6/11 | 67.74 | PACIFIC FIRE SAFE |
| 532 | Check | 71057 | 4/6/11 | 129,932.38 | PACIFIC GAS & ELECTRIC CO |
| 533 | Check | 71058 | 4/6/11 | 14,449.69 | PACIFIC GAS & ELECTRIC CO |
| 534 | Check | 71059 | 4/6/11 | 3,265.20 | PACIFIC GAS & ELECTRIC CO |
| 535 | Check | 71060 | 4/6/11 | 2,877.50 | PACIFIC SUN GROWERS, INC. |
| 536 | Check | 71061 | 4/6/11 | 153.00 | PACIFIC TELEMANAGEMENT |
| 537 | Check | 71062 | 4/6/11 | 8,440.14 | PANZER NURSERY, INC |
| 538 | Check | 71063 | 4/6/11 | 10,000.00 | PARK'S COMPANY |
| 539 | Check | 71064 | 4/6/11 | 10,075.00 | PECKETT'S, INC. |
| 540 | Check | 71065 | 4/6/11 | 5,147.42 | PENSKE TRUCK LEASING CO. |
| 541 | Check | 71066 | 4/6/11 | 7,379.90 | PINDSTRUP MOSEBRUG A/S |
| 542 | Check | 71067 | 4/6/11 | 820.80 | POPPELMANN PLASTICS USA |
| 543 | Check | 71068 | 4/6/11 | 54,882.00 | POR LA MAR NURSERY |
| 544 | Check | 71069 | 4/6/11 | 34.68 | PURE FLO WATER |
| 545 | Check | 71070 | 4/6/11 | 845.87 | QUILL CORPORATION |
| 546 | Check | 71071 | 4/6/11 | 272.17 | R & R INDUSTRIES, INC. |
| 547 | Check | 71072 | 4/6/11 | 703.63 | RS GROWERS SUPPLY, INC. |
| 548 | Check | 71073 | 4/6/11 | 84.00 | RANCHO SANTA FE SECURITY |
| 549 | Check | 71074 | 4/6/11 | 1,013.55 | REDWOOD COAST PETROLEUM |
| 550 | Check | 71075 | 4/6/11 | 487.50 | RETAIL ANYWHERE, INC. |
| 551 | Check | 71076 | 4/6/11 | 556.20 | ROCHESTER MIDLAND CORP. |
| 552 | Check | 71077 | 4/6/11 | 19,776.56 | ROCKET FARMS |
| 553 | Check | 71078 | 4/6/11 | 8,923.05 | SEAVIEW NURSERY, INC. |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 554 | Check | 71080 | 4/6/11 | 22,758.34 | SELECT PERSONNEL SERVICES |
| 555 | Check | 71081 | 4/6/11 | 2,000.00 | SENSITECH, INC. |
| 556 | Check | 71082 | 4/6/11 | 700.00 | SEXTON, MILDRED |
| 557 | Check | 71083 | 4/6/11 | 471.70 | SHASTA FOREST PRODUCTS, |
| 558 | Check | 71084 | 4/6/11 | 5,175.00 | SILVA CLEANING SERVICE |
| 559 | Check | 71085 | 4/6/11 | 440.00 | JIM SLOAN, INC. |
| 560 | Check | 71086 | 4/6/11 | 264.00 | SOIL & PLANT LABORATORY |
| 561 | Check | 71087 | 4/6/11 | 25,000.00 | SORENSEN GREENHOUSES,INC. |
| 562 | Check | 71088 | 4/6/11 | 2,869.11 | SPRINT |
| 563 | Check | 71089 | 4/6/11 | 300.00 | STATE OF MARYLAND |
| 564 | Check | 71090 | 4/6/11 | 207.00 | STATE OF MICHIGAN |
| 565 | Check | 71091 | 4/6/11 | 401.32 | STRAWFLOWER ELECTRONICS, |
| 566 | Check | 71092 | 4/6/11 | 4,268.63 | STURON NURSERY |
| 567 | Check | 71093 | 4/6/11 | 22,618.00 | SUN-LAND GARDEN PRODUCTS |
| 568 | Check | 71094 | 4/6/11 | 7,327.36 | SUNLET NURSERY |
| 569 | Check | 71095 | 4/6/11 | 7,965.92 | TARGET SPECIALTY PRODUCTS |
| 570 | Check | 71096 | 4/6/11 | 144.99 | TEK SUPPLY |
| 571 | Check | 71097 | 4/6/11 | 3,353.50 | THOMPSON ROSE COMPANY |
| 572 | Check | 71098 | 4/6/11 | 9,967.20 | TWIN OAKS GROWERS |
| 573 | Check | 71099 | 4/6/11 | 180.00 | UNIVERSITY OF MINNESOTA |
| 574 | Check | 71100 | 4/6/11 | 159.91 | RENE VAN DIJK |
| 575 | Check | 71101 | 4/6/11 | 193.24 | VERIZON CALIFORNIA |
| 576 | Check | 71102 | 4/6/11 | 49,334.12 | WESTERN CACTUS |
| 577 | Check | 71103 | 4/6/11 | 649.32 | WESTERN CACTUS |
| 578 | Check | 71104 | 4/7/11 | 797.00 | CHOATE NURSERY |
| 579 | Check | 71105 | 4/7/11 | 34,000.00 | MCLELLAN BOTANICALS |
| 580 | Wire | 1586 | 4/8/11 | 9,273.79 | POULSEN ROSER A/S |
| 581 | Wire | 1587 | 4/8/11 | 20,000.00 | NE T&E ACCT |
| 582 | Wire | 1588 | 4/11/11 | 34,908.75 | Lexustar Corporation |
| 583 | Wire | 1591 | 4/11/11 | 14,046.00 | Smartland Industrial Co. |
| 584 | ACH/Transfer | | 4/11/11 | 1,348.82 | Ceridian |
| 585 | Wire | 1592 | 4/12/11 | 3,500.00 | Kitty Shiotani |
| 586 | Wire | 1592 | 4/12/11 | 3,966.67 | Kitty Shiotani |
| 587 | Wire | 1593 | 4/12/11 | 7,000.00 | PINDSTRUP |
| 588 | Wire | 1594 | 4/12/11 | 1,260.00 | Technical Traffic |
| 589 | Wire | 1595 | 4/12/11 | 154.11 | Technical Traffic |
| 590 | Wire | 1595 | 4/12/11 | 1,917.18 | Technical Traffic |
| 591 | Wire | 1595 | 4/12/11 | 10,986.71 | Technical Traffic |
| 592 | Wire | 1595 | 4/12/11 | 32,177.29 | Technical Traffic |
| 593 | Wire | 1595 | 4/12/11 | 19,335.67 | Technical Traffic |
| 594 | Wire | 1595 | 4/12/11 | 118.98 | Technical Traffic |
| 595 | Wire | 1595 | 4/12/11 | 23,675.18 | Technical Traffic |
| 596 | Wire | 1595 | 4/12/11 | 1,980.00 | Technical Traffic |
| 597 | Wire | 1595 | 4/12/11 | 1,293.57 | Technical Traffic |
| 598 | Wire | 1595 | 4/12/11 | 85,642.95 | Technical Traffic |
| 599 | Wire | 1595 | 4/12/11 | 30,000.00 | Technical Traffic |
| 600 | Wire | 1595 | 4/12/11 | 8,907.70 | Technical Traffic |
| 601 | Wire | 1595 | 4/12/11 | 3,930.47 | Technical Traffic |
| 602 | ACH/Transfer | | 4/12/11 | 3,276.86 | WF Bank Fee |
| 603 | Check | 71106 | 4/12/11 | 10,015.20 | TWIN OAKS GROWERS |
| 604 | Payroll | | 4/13/11 | 352,946.58 | Payroll |
| 605 | Wire | 1597 | 4/13/11 | 1,155.85 | FERTIPLANT B.V. |
| 606 | ACH/Transfer | | 4/13/11 | 5,077.38 | MERCHANT FEE |
| 607 | Check | 71109 | 4/13/11 | 74,917.32 | AB BONSAI & POTTERY |
| 608 | Check | 71110 | 4/13/11 | 70.29 | A T & T |
| 609 | Check | 71111 | 4/13/11 | 4,908.74 | A.M.& S.TRANSPORTATION CO |
| 610 | Check | 71112 | 4/13/11 | 4,673.99 | A.M.& S.TRANSPORTATION CO |
| 611 | Check | 71113 | 4/13/11 | 14,022.89 | B.A.P. NURSERY, INC. |
| 612 | Check | 71114 | 4/13/11 | 10,301.27 | B.A.P. NURSERY, INC. |
| 613 | Check | 71115 | 4/13/11 | 4,672.47 | B.A.P. NURSERY, INC. |
| 614 | Check | 71116 | 4/13/11 | 2,289.40 | BATSON'S FOLIAGE GROUP |
| 615 | Check | 71117 | 4/13/11 | 16,960.00 | BATSON'S GREENHOUSE, INC. |
| 616 | Check | 71118 | 4/13/11 | 2,310.00 | BAXENDALE NURSERY, INC. |
| 617 | Check | 71119 | 4/13/11 | 8,725.20 | BAY CITY FLOWER CO.,INC. |
| 618 | Check | 71120 | 4/13/11 | 685.48 | BEST WESTERN + HMB LODGE |
| 619 | Check | 71121 | 4/13/11 | 10,000.00 | THE BLACK DIAMOND NURSERY |
| 620 | Check | 71122 | 4/13/11 | 647.50 | BOYD NURSERIES |
| 621 | Check | 71123 | 4/13/11 | 2,019.25 | BRANTON FOLIAGE,INC. |
| 622 | Check | 71124 | 4/13/11 | 1,499.00 | BROMELIAD SPECIALTIES,INC |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 623 | Check | 71125 | 4/13/11 | 4,004.00 | BUSHUE FARMING |
| 624 | Check | 71126 | 4/13/11 | 55,877.66 | C & A, INC. |
| 625 | Check | 71127 | 4/13/11 | 7,567.50 | CALIFORNIA HAWAII FOLIAGE |
| 626 | Check | 71128 | 4/13/11 | 4,006.20 | CALIFORNIA PLANT COMPANY |
| 627 | Check | 71129 | 4/13/11 | 8,749.17 | CAPITAL ONE BANK (USA)N.A |
| 628 | Check | 71130 | 4/13/11 | 228.25 | Ceridian |
| 629 | Check | 71131 | 4/13/11 | 1,305.00 | CHISAN ORCHIDS NURSERY |
| 630 | Check | 71132 | 4/13/11 | 212.51 | CINTAS CORPORATION |
| 631 | Check | 71133 | 4/13/11 | 976.00 | COASTAL NURSERY / |
| 632 | Check | 71134 | 4/13/11 | 840.00 | CONTINENTAL FLORAL GREENS |
| 633 | Check | 71135 | 4/13/11 | 103.42 | COURTAGE BGL BROKERAGE |
| 634 | Check | 71136 | 4/13/11 | 5,163.30 | COSTA NURSERY FARMS, LLC |
| 635 | Check | 71137 | 4/13/11 | 2,295.40 | COUNTRY JOE'S NURSERY,INC |
| 636 | Check | 71138 | 4/13/11 | 10,897.50 | CROCKETT UNITED LILY - |
| 637 | Check | 71139 | 4/13/11 | 25,058.41 | CROP PRODUCTION SERVICES |
| 638 | Check | 71140 | 4/13/11 | 1,372.34 | D & B |
| 639 | Check | 71141 | 4/13/11 | 3,938.55 | DEROOSE PLANTS, INC. |
| 640 | Check | 71142 | 4/13/11 | 1,993.02 | EFAX CORPORATE |
| 641 | Check | 71143 | 4/13/11 | 2,538.68 | FEDERAL EXPRESS CORP |
| 642 | Check | 71144 | 4/13/11 | 731.98 | FEDERAL EXPRESS CORP |
| 643 | Check | 71145 | 4/13/11 | 37,878.52 | FOCALPOINT SECURITIES,LLC |
| 644 | Check | 71146 | 4/13/11 | 10,275.80 | FOREMOSTCO, INC. |
| 645 | Check | 71147 | 4/13/11 | 640.00 | FOUR SEASONS FOLIAGE NSY. |
| 646 | Check | 71148 | 4/13/11 | 5,565.50 | GREENHOUSE RESTORATION & |
| 647 | Check | 71149 | 4/13/11 | 54,325.88 | GREENHOUSE SVCS. FOUNDATN |
| 648 | Check | 71150 | 4/13/11 | 2,845.80 | GREEN STAR FOLIAGE, INC. |
| 649 | Check | 71151 | 4/13/11 | 38.00 | HALF MOON BAY REVIEW |
| 650 | Check | 71152 | 4/13/11 | 1,525.00 | HANCK NURSERY |
| 651 | Check | 71153 | 4/13/11 | 3,761.25 | BOB HARRISON ASSOC., INC. |
| 652 | Check | 71154 | 4/13/11 | 21,875.00 | HARTMANN'S PLANT COMPANY |
| 653 | Check | 71155 | 4/13/11 | 27,672.86 | HIGHLAND SUPPLY CORP. |
| 654 | Check | 71156 | 4/13/11 | 9,699.66 | GAIL HOLLINGSWORTH |
| 655 | Check | 71157 | 4/13/11 | 848.25 | HOLTKAMP GREENHOUSES, INC |
| 656 | Check | 71158 | 4/13/11 | 23,672.93 | HUB INTERNATIONAL INS.SVC |
| 657 | Check | 71159 | 4/13/11 | 29,854.49 | INTERNATIONAL FREIGHT SVC |
| 658 | Check | 71160 | 4/13/11 | 38,447.39 | INTERNATIONAL PAPER CO. |
| 659 | Check | 71161 | 4/13/11 | 26,392.96 | INTERNATIONAL PAPER CO. |
| 660 | Check | 71162 | 4/13/11 | 3,498.50 | ISLAND GROWERS |
| 661 | Check | 71163 | 4/13/11 | 12,957.00 | JANSEN'S OVERSEAS B.V. |
| 662 | Check | 71164 | 4/13/11 | 4,531.90 | JIAMEI GARDEN USA, INC. |
| 663 | Check | 71165 | 4/13/11 | 2,782.68 | KAISER FOUNDATION HEALTH |
| 664 | Check | 71166 | 4/13/11 | 65,368.76 | KAISER FOUNDATION HEALTH |
| 665 | Check | 71167 | 4/13/11 | 3,900.00 | KERRY'S BROMELIAD NURSERY |
| 666 | Check | 71168 | 4/13/11 | 1,380.00 | KIRKLAND NURSERIES,LLC / |
| 667 | Check | 71169 | 4/13/11 | 18,776.00 | KOEN PACK USA, INC. |
| 668 | Check | 71170 | 4/13/11 | 2,370.25 | KRAFT GARDENS, INC. |
| 669 | Check | 71171 | 4/13/11 | 3,495.02 | LINCOLN NATIONAL LIFE - |
| 670 | Check | 71172 | 4/13/11 | 3,000.00 | LINEAR SC, INC. |
| 671 | Check | 71173 | 4/13/11 | 4,365.00 | LIVING COLORS NURSERY |
| 672 | Check | 71174 | 4/13/11 | 4,427.83 | LUMBERMEN'S UNDERWRITING- |
| 673 | Check | 71175 | 4/13/11 | 640.00 | MT. GREEN NURSERY, INC. |
| 674 | Check | 71176 | 4/13/11 | 3,275.04 | MAGGIORA BROS. DRILLING |
| 675 | Check | 71177 | 4/13/11 | 1,109.45 | MAILFINANCE |
| 676 | Check | 71179 | 4/13/11 | 2,796.89 | MASTERPIECE FLOWER CO.LLC |
| 677 | Check | 71180 | 4/13/11 | 576.00 | MAY FLORAL COMPANY, INC. |
| 678 | Check | 71181 | 4/13/11 | 3,150.30 | MAY GREENHOUSES, INC. |
| 679 | Check | 71182 | 4/13/11 | 4,947.32 | MERCER BOTANICALS |
| 680 | Check | 71183 | 4/13/11 | 2,136.98 | METRO MOBILE COMMUNICATNS |
| 681 | Check | 71184 | 4/13/11 | 30,327.30 | MILGRO NURSERY, LLC. |
| 682 | Check | 71185 | 4/13/11 | 29,698.20 | MILGRO NURSERY, LLC. |
| 683 | Check | 71186 | 4/13/11 | 134.50 | MISSION LINEN & UNIFORM |
| 684 | Check | 71187 | 4/13/11 | 462.51 | MOORE TRACTOR COMPANY |
| 685 | Check | 71188 | 4/13/11 | 9,143.45 | MORE FOR LESS |
| 686 | Check | 71189 | 4/13/11 | 4,704.00 | MORNINGSIDE GARDEN, INC. |
| 687 | Check | 71190 | 4/13/11 | 6,710.00 | MOSS MAN, INC. |
| 688 | Check | 71191 | 4/13/11 | 15,426.15 | MOUNTAIN VIEW NURSERY |
| 689 | Check | 71192 | 4/13/11 | 3,597.00 | MOUNTAIN VIEW NURSERY |
| 690 | Check | 71193 | 4/13/11 | 2,038.29 | MUELLER'S GREENHOUSES |
| 691 | Check | 71194 | 4/13/11 | 16,996.98 | MYERS INDUSTRIES, INC. |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 692 | Check | 71195 | 4/13/11 | 2,707.50 | NAUGLE'S NURSERY, INC |
| 693 | Check | 71196 | 4/13/11 | 2,040.31 | OCHS OIL CO. |
| 694 | Check | 71197 | 4/13/11 | 1,780.39 | OFFICE DEPOT |
| 695 | Check | 71198 | 4/13/11 | 65.22 | OFFICE DEPOT |
| 696 | Check | 71199 | 4/13/11 | 2,087.60 | OLIVE HILL GREENHOUSES |
| 697 | Check | 71200 | 4/13/11 | 11.07 | PACIFIC GAS & ELECTRIC CO |
| 698 | Check | 71201 | 4/13/11 | 4,666.10 | PACIFIC SUN GROWERS, INC. |
| 699 | Check | 71202 | 4/13/11 | 14,499.89 | PANZER NURSERY, INC |
| 700 | Check | 71203 | 4/13/11 | 197.91 | PAPE MATERIAL HANDLING - |
| 701 | Check | 71204 | 4/13/11 | 10,185.18 | JACK PEARLSTEIN |
| 702 | Check | 71205 | 4/13/11 | 7,373.70 | PECKETT'S, INC. |
| 703 | Check | 71206 | 4/13/11 | 1,824.45 | PLANT MARKETING |
| 704 | Check | 71207 | 4/13/11 | 3,221.50 | PLOWBOYS HORTICULTURE |
| 705 | Check | 71208 | 4/13/11 | 72,007.75 | POR LA MAR NURSERY |
| 706 | Check | 71209 | 4/13/11 | 3,760.00 | POTTERY MERCHANT |
| 707 | Check | 71210 | 4/13/11 | 1,952.06 | PRIME FLORAL LLC |
| 708 | Check | 71211 | 4/13/11 | 2,545.59 | REDWOOD COAST PETROLEUM |
| 709 | Check | 71212 | 4/13/11 | 694.95 | RETAIL ANYWHERE, INC. |
| 710 | Check | 71213 | 4/13/11 | 54,476.25 | ROCKET FARMS |
| 711 | Check | 71214 | 4/13/11 | 18,345.00 | ROMEO PACKING COMPANY |
| 712 | Check | 71215 | 4/13/11 | 5,506.80 | ROSE OF SHARON FARM & NSY |
| 713 | Check | 71216 | 4/13/11 | 11,824.57 | RUDY'S GREENHOUSES |
| 714 | Check | 71217 | 4/13/11 | 10,135.85 | RUDY'S GREENHOUSES |
| 715 | Check | 71218 | 4/13/11 | 3,838.80 | SCHICKENBERG NURSERY |
| 716 | Check | 71219 | 4/13/11 | 5,518.64 | SCHUBERT NURSERY, INC. |
| 717 | Check | 71220 | 4/13/11 | 6,367.05 | SEAVIEW NURSERY, INC. |
| 718 | Check | 71221 | 4/13/11 | 1,100.00 | SENSITECH, INC. |
| 719 | Check | 71222 | 4/13/11 | 29,016.28 | SMITHERS-OASIS NORTH |
| 720 | Check | 71223 | 4/13/11 | 25,000.00 | SORENSEN GREENHOUSES,INC. |
| 721 | Check | 71224 | 4/13/11 | 12,887.45 | STEWART'S GREENHOUSE,INC. |
| 722 | Check | 71225 | 4/13/11 | 3,793.16 | SUNLET NURSERY |
| 723 | Check | 71226 | 4/13/11 | 514.14 | SUNLET NURSERY |
| 724 | Check | 71227 | 4/13/11 | 5,448.80 | TEITELBAUM BROTHERS, INC. |
| 725 | Check | 71228 | 4/13/11 | 24,552.50 | TEMKIN INTERNATIONAL,INC. |
| 726 | Check | 71229 | 4/13/11 | 10,436.34 | TEUFEL HOLLY FARMS, INC. |
| 727 | Check | 71230 | 4/13/11 | 5,049.26 | THOMPSON ROSE COMPANY |
| 728 | Check | 71231 | 4/13/11 | 1,365.75 | TRANSPERFECT TRANSLATIONS |
| 729 | Check | 71232 | 4/13/11 | 12,164.00 | TWIN OAKS GROWERS |
| 730 | Check | 71233 | 4/13/11 | 11,401.75 | VREELAND NURSERY INT'L |
| 731 | Check | 71234 | 4/13/11 | 1,850.00 | WATCHGUARD SERVICES |
| 732 | Check | 71235 | 4/13/11 | 1,490.40 | WEKIWA GARDENS INC |
| 733 | Check | 71236 | 4/13/11 | 13,459.10 | WESTERN CACTUS |
| 734 | Check | 71237 | 4/13/11 | 9,476.39 | WESTERN CACTUS |
| 735 | Check | 71238 | 4/13/11 | 22,030.06 | WOODBURN NURSERY &AZALEAS |
| 736 | Check | 71239 | 4/13/11 | 3,476.14 | YAMAMOTO DENDROBIUMS |
| 737 | Check | 71240 | 4/13/11 | 200.00 | ZUCKERMAN PRODUCE, INC. |
| 738 | Check | 71241 | 4/14/11 | 2,500.00 | HUB INTERNATIONAL INS.SVC |
| 739 | Wire | 1598 | 4/15/11 | 35,869.20 | Asian Handicrafts |
| 740 | Wire | 1598 | 4/15/11 | 19,622.40 | ASIAN HANDICRAFTS |
| 741 | Wire | 1598 | 4/15/11 | 7,508.40 | Asian Handicrafts |
| 742 | Wire | 1599 | 4/15/11 | 18,394.87 | Principal Life Insurance |
| 743 | Wire | 1600 | 4/15/11 | 9,346.56 | PINDSTRUP |
| 744 | Wire | 1601 | 4/15/11 | 23,475.00 | Jei Lee USA Corporation |
| 745 | Wire | 1602 | 4/15/11 | 5,156.84 | O'ted Industrial Co. |
| 746 | Wire | 1603 | 4/15/11 | 23,273.79 | POULSEN ROSER A/S |
| 747 | Wire | 1604 | 4/15/11 | 34,614.08 | HUIYUAN INT'L COMMERCE & |
| 748 | Wire | 1606 | 4/15/11 | 39,100.00 | PENNING FREESIA B.V. |
| 749 | Wire | 1607 | 4/15/11 | 18,225.00 | Smartland Industrial Co. |
| 750 | Wire | 1607 | 4/15/11 | 21,240.90 | Smartland Industrial Co. |
| 751 | Wire | 1608 | 4/15/11 | 8,084.80 | STARWOOD MANUFACTURING CO |
| 752 | Wire | 1609 | 4/15/11 | 310.51 | AIRGENIC BENELUX B.V. |
| 753 | Wire | 1610 | 4/15/11 | 1,700.16 | FLORSILVA ANSALONI |
| 754 | Check | 71242 | 4/18/11 | 9,600.00 | ROCKET FARMS |
| 755 | Check | 71243 | 4/18/11 | 2,338.50 | GREEN STAR FOLIAGE, INC. |
| 756 | Wire | 1605 | 4/19/11 | 20,000.00 | Lexustar Corporation |
| 757 | Wire | 1611/1612 | 4/19/11 | 1,463.12 | Technical Traffic |
| 758 | Wire | 1611/1612 | 4/19/11 | 8,693.55 | Technical Traffic |
| 759 | Wire | 1611/1612 | 4/19/11 | 3,777.70 | Technical Traffic |
| 760 | Wire | 1611/1612 | 4/19/11 | 22,618.41 | Technical Traffic |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 761 | Wire | 1611/1612 | 4/19/11 | 810.00 | Technical Traffic |
| 762 | Wire | 1611/1612 | 4/19/11 | 1,352.50 | Technical Traffic |
| 763 | Wire | 1611/1612 | 4/19/11 | 60,000.00 | Technical Traffic |
| 764 | Wire | 1611/1612 | 4/19/11 | 35,547.42 | Technical Traffic |
| 765 | Wire | 1611/1612 | 4/19/11 | 540.00 | Technical Traffic |
| 766 | Wire | 1611/1612 | 4/19/11 | 1,095.00 | Technical Traffic |
| 767 | Wire | 1611/1612 | 4/19/11 | 48,495.18 | Technical Traffic |
| 768 | Wire | 1611/1612 | 4/19/11 | 540.00 | Technical Traffic |
| 769 | Wire | 1611/1612 | 4/19/11 | 62,355.48 | Technical Traffic |
| 770 | Wire | 1613 | 4/19/11 | 23,273.79 | POULSEN ROSER A/S |
| 771 | Check | 71244 | 4/19/11 | 1,536.00 | JESSE ESTRADA |
| 772 | Check | 71245 | 4/20/11 | 11,029.05 | JACK PEARLSTEIN |
| 773 | Check | 71248 | 4/20/11 | 32,989.54 | AB BONSAI & POTTERY |
| 774 | Check | 71249 | 4/20/11 | 456.08 | A T & T |
| 775 | Check | 71250 | 4/20/11 | 4,665.60 | A.M.& S.TRANSPORTATION CO |
| 776 | Check | 71251 | 4/20/11 | 720.90 | A.M.& S.TRANSPORTATION CO |
| 777 | Check | 71252 | 4/20/11 | 11,796.84 | AMERICAN NURSERY SERVICES |
| 778 | Check | 71253 | 4/20/11 | 22,767.08 | B.A.P. NURSERY, INC. |
| 779 | Check | 71254 | 4/20/11 | 7,716.12 | B.A.P. NURSERY, INC. |
| 780 | Check | 71255 | 4/20/11 | 17,582.13 | B.A.P. NURSERY, INC. |
| 781 | Check | 71256 | 4/20/11 | 1,934.49 | B.A.P. NURSERY, INC. |
| 782 | Check | 71257 | 4/20/11 | 4,905.00 | BANCROFT & MCALISTER, LLP |
| 783 | Check | 71258 | 4/20/11 | 2,973.20 | BATSON'S FOLIAGE GROUP |
| 784 | Check | 71259 | 4/20/11 | 19,206.65 | BAY CITY FLOWER CO.,INC. |
| 785 | Check | 71260 | 4/20/11 | 112.38 | BEST WESTERN + HMB LODGE |
| 786 | Check | 71261 | 4/20/11 | 76,444.22 | BLUE CROSS OF CALIFORNIA |
| 787 | Check | 71262 | 4/20/11 | 2,260.50 | BROMELIAD SPECIALTIES,INC |
| 788 | Check | 71263 | 4/20/11 | 28,859.92 | C & A, INC. |
| 789 | Check | 71264 | 4/20/11 | 6,760.80 | CGA PACKAGING, INC. |
| 790 | Check | 71265 | 4/20/11 | 23,831.50 | CALIFORNIA FLORIDA PLANT |
| 791 | Check | 71266 | 4/20/11 | 7,503.00 | CALIFORNIA FLORIDA PLANT |
| 792 | Check | 71267 | 4/20/11 | 9,455.10 | CALIFORNIA FLORIDA PLANT |
| 793 | Check | 71268 | 4/20/11 | 262.20 | CALIFORNIA FLORIDA PLANT |
| 794 | Check | 71269 | 4/20/11 | 36,125.14 | COASTSIDE CO. WATER DIST. |
| 795 | Check | 71270 | 4/20/11 | 2,469.00 | COSTA NURSERY FARMS, LLC |
| 796 | Check | 71271 | 4/20/11 | 2,345.75 | COUNTRY JOE'S NURSERY,INC |
| 797 | Check | 71272 | 4/20/11 | 4,767.63 | CROP PRODUCTION SERVICES |
| 798 | Check | 71273 | 4/20/11 | 1,239.00 | DECO WRAPS |
| 799 | Check | 71274 | 4/20/11 | 5,763.44 | DELTA DENTAL PLAN OF CA |
| 800 | Check | 71275 | 4/20/11 | 632.28 | DEROOSE PLANTS, INC. |
| 801 | Check | 71276 | 4/20/11 | 1,250.00 | HAMILTON DUNN |
| 802 | Check | 71277 | 4/20/11 | 139.90 | EARTHLINK, INC. |
| 803 | Check | 71278 | 4/20/11 | 6,450.00 | FARELLA BRAUN +MARTEL,LLP |
| 804 | Check | 71279 | 4/20/11 | 5,907.74 | FEDERAL EXPRESS CORP |
| 805 | Check | 71280 | 4/20/11 | 21.80 | FLEETWASH, INC. |
| 806 | Check | 71281 | 4/20/11 | 36,307.93 | FOCALPOINT SECURITIES,LLC |
| 807 | Check | 71282 | 4/20/11 | 5,602.20 | FOREMOSTCO, INC. |
| 808 | Check | 71283 | 4/20/11 | 3,899.00 | N. COUNTY IND'L.PARK,LP & |
| 809 | Check | 71284 | 4/20/11 | 2,820.00 | HARDY INSURANCE - |
| 810 | Check | 71285 | 4/20/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 811 | Check | 71286 | 4/20/11 | 1,725.46 | HARTFORD FINANCIAL SVCS. |
| 812 | Check | 71287 | 4/20/11 | 655.00 | GAIL HOLLINGSWORTH |
| 813 | Check | 71288 | 4/20/11 | 6,308.35 | HOLTKAMP GREENHOUSES, INC |
| 814 | Check | 71289 | 4/20/11 | 19,720.08 | HORTICA |
| 815 | Check | 71290 | 4/20/11 | 25,632.49 | INTERNATIONAL FREIGHT SVC |
| 816 | Check | 71291 | 4/20/11 | 69,893.09 | INTERNATIONAL PAPER CO. |
| 817 | Check | 71292 | 4/20/11 | 9,600.00 | ISLAND GROWERS |
| 818 | Check | 71293 | 4/20/11 | 1,000.00 | JACKSON LEWIS LLP |
| 819 | Check | 71294 | 4/20/11 | 4,000.00 | RICHARD S. JEWELER |
| 820 | Check | 71295 | 4/20/11 | 28,501.62 | KENT'S BROMELIAD NURSERY |
| 821 | Check | 71296 | 4/20/11 | 26,942.16 | KENT'S BROMELIAD NURSERY |
| 822 | Check | 71297 | 4/20/11 | 530.88 | KENT'S BROMELIAD NURSERY |
| 823 | Check | 71298 | 4/20/11 | 1,836.00 | KIRKLAND NURSERIES,LLC / |
| 824 | Check | 71299 | 4/20/11 | 111.68 | LABOR READY, INC. |
| 825 | Check | 71300 | 4/20/11 | 26,738.50 | MCLELLAN BOTANICALS |
| 826 | Check | 71301 | 4/20/11 | 1,780.15 | DON MENDEL |
| 827 | Check | 71302 | 4/20/11 | 4,356.61 | MERCER BOTANICALS |
| 828 | Check | 71303 | 4/20/11 | 30,174.30 | MILGRO NURSERY, LLC. |
| 829 | Check | 71304 | 4/20/11 | 789.00 | MILGRO NURSERY, LLC. |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 830 | Check | 71305 | 4/20/11 | 3,188.25 | MORNINGSIDE GARDEN, INC. |
| 831 | Check | 71306 | 4/20/11 | 651.10 | NGM PRODUCTIONS |
| 832 | Check | 71307 | 4/20/11 | 3,861.71 | NEWMAN'S NURSERY, INC. |
| 833 | Check | 71308 | 4/20/11 | 223.52 | PACIFIC GAS & ELECTRIC CO |
| 834 | Check | 71309 | 4/20/11 | 142,253.43 | PACIFIC GAS & ELECTRIC CO |
| 835 | Check | 71310 | 4/20/11 | 6,884.48 | PACIFIC GAS & ELECTRIC CO |
| 836 | Check | 71311 | 4/20/11 | 13,568.78 | PACIFIC GAS & ELECTRIC CO |
| 837 | Check | 71312 | 4/20/11 | 4,935.75 | PACIFIC SUN GROWERS, INC. |
| 838 | Check | 71313 | 4/20/11 | 2,976.49 | PANZER NURSERY, INC |
| 839 | Check | 71314 | 4/20/11 | 252.25 | JACK PEARLSTEIN |
| 840 | Check | 71315 | 4/20/11 | 8,167.75 | PECKETT'S, INC. |
| 841 | Check | 71316 | 4/20/11 | 872.40 | PEET'S COFFEE & TEA |
| 842 | Check | 71317 | 4/20/11 | 1,018.50 | PLANT MARKETING |
| 843 | Check | 71318 | 4/20/11 | 650.00 | PLOWBOYS HORTICULTURE |
| 844 | Check | 71319 | 4/20/11 | 55,362.00 | POR LA MAR NURSERY |
| 845 | Check | 71320 | 4/20/11 | 25,751.00 | POR LA MAR NURSERY |
| 846 | Check | 71321 | 4/20/11 | 1,260.25 | PRINCIPAL LIFE GROUP |
| 847 | Check | 71322 | 4/20/11 | 2,749.96 | PRINCIPAL LIFE INS. CO. |
| 848 | Check | 71323 | 4/20/11 | 800.00 | PRINCIPAL LIFE INS. CO. |
| 849 | Check | 71324 | 4/20/11 | 12,980.76 | KATTEN MUCHIN ROSENMAN |
| 850 | Check | 71325 | 4/20/11 | 25.00 | ROWLEY, ROBERT |
| 851 | Check | 71326 | 4/20/11 | 276.61 | SAN DIEGO GAS & ELECTRIC |
| 852 | Check | 71327 | 4/20/11 | 20,056.62 | SAQUI LAW GROUP |
| 853 | Check | 71328 | 4/20/11 | 4,152.62 | SCHUBERT NURSERY, INC. |
| 854 | Check | 71329 | 4/20/11 | 57,227.13 | SELECT PERSONNEL SERVICES |
| 855 | Check | 71330 | 4/20/11 | 25,182.93 | SELECT PERSONNEL SERVICES |
| 856 | Check | 71331 | 4/20/11 | 650.00 | SEXTON, MILDRED |
| 857 | Check | 71332 | 4/20/11 | 17,008.35 | SMURFIT-STONE CONTAINER |
| 858 | Check | 71333 | 4/20/11 | 24,220.92 | SORENSEN GREENHOUSES,INC. |
| 859 | Check | 71334 | 4/20/11 | 1,839.55 | STEWART'S GREENHOUSE,INC. |
| 860 | Check | 71335 | 4/20/11 | 4,784.14 | SUNLET NURSERY |
| 861 | Check | 71336 | 4/20/11 | 2,869.00 | SUNLET NURSERY |
| 862 | Check | 71337 | 4/20/11 | 6,907.09 | THOMPSON ROSE COMPANY |
| 863 | Check | 71338 | 4/20/11 | 23,010.00 | TWIN OAKS GROWERS |
| 864 | Check | 71339 | 4/20/11 | 14,772.75 | TWIN OAKS GROWERS |
| 865 | Check | 71340 | 4/20/11 | 2,226.00 | TWIN OAKS GROWERS |
| 866 | Check | 71341 | 4/20/11 | 193.24 | VERIZON CALIFORNIA |
| 867 | Check | 71342 | 4/20/11 | 4,653.75 | VREELAND NURSERY INT'L |
| 868 | Check | 71343 | 4/20/11 | 1,250.00 | PATRICIA WEIR |
| 869 | Check | 71344 | 4/20/11 | 75.00 | WHITMAN, DON |
| 870 | Check | 71345 | 4/20/11 | 5,818.00 | WILLAMETTE EVERGREEN,INC. |
| 871 | Check | 71346 | 4/20/11 | 3,297.16 | WOODBURN NURSERY &AZALEAS |
| 872 | ACH/Transfer | | 4/21/11 | 150.00 | OH CAT Tax |
| 873 | Wire | 1614 | 4/22/11 | 15,000.00 | NE T&E ACCT |
| 874 | Wire | 1615 | 4/22/11 | 20,278.26 | Gartneriet PKM APS |
| 875 | Wire | 1615 | 4/22/11 | 17,889.74 | Gartneriet PKM APS |
| 876 | Wire | 1615 | 4/22/11 | 16,143.83 | Gartneriet PKM APS |
| 877 | Wire | 1616 | 4/22/11 | 18,125.57 | POULSEN ROSER A/S |
| 878 | Wire | 1617 | 4/22/11 | 21,012.02 | PINDSTRUP |
| 879 | Check | 71347 | 4/22/11 | 11,839.49 | MID FLORIDA PLASTICS, INC. |
| 880 | Check | 71348 | 4/22/11 | 7,115.36 | VERIZON WIRELESS |
| 881 | Wire | 1618 | 4/25/11 | 888.11 | Technical Traffic |
| 882 | Wire | 1618 | 4/25/11 | 460.55 | Technical Traffic |
| 883 | Wire | 1618 | 4/25/11 | 884.11 | Technical Traffic |
| 884 | Wire | 1618 | 4/25/11 | 12,238.78 | Technical Traffic |
| 885 | Wire | 1618 | 4/25/11 | 2,927.75 | Technical Traffic |
| 886 | Wire | 1618 | 4/25/11 | 718.26 | Technical Traffic |
| 887 | Wire | 1618 | 4/25/11 | 14,102.30 | Technical Traffic |
| 888 | Wire | 1618 | 4/25/11 | 214.38 | Technical Traffic |
| 889 | Wire | 1618 | 4/25/11 | 778.48 | Technical Traffic |
| 890 | Wire | 1618 | 4/25/11 | 7.64 | Technical Traffic |
| 891 | Wire | 1618 | 4/25/11 | 83.99 | Technical Traffic |
| 892 | Wire | 1618 | 4/25/11 | 14,606.51 | Technical Traffic |
| 893 | Wire | 1618 | 4/25/11 | 6,314.37 | Technical Traffic |
| 894 | Wire | 1618 | 4/25/11 | 9,145.75 | Technical Traffic |
| 895 | Wire | 1618 | 4/25/11 | 476.38 | Technical Traffic |
| 896 | Wire | 1618 | 4/25/11 | 1,337.35 | Technical Traffic |
| 897 | Wire | 1618 | 4/25/11 | 27,798.76 | Technical Traffic |
| 898 | Wire | 1618 | 4/25/11 | 2,109.67 | Technical Traffic |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 899 | Wire | 1618 | 4/25/11 | 540.00 | Technical Traffic |
| 900 | Wire | 1618 | 4/25/11 | 34,165.41 | Technical Traffic |
| 901 | ACH/Transfer | | 4/25/11 | 515.88 | Ceridian |
| 902 | Check | 71349 | 4/25/11 | 37,824.00 | ROCKET FARMS |
| 903 | ACH/Transfer | | 4/26/11 | 5,888.83 | CA TAX, WA TAX |
| 904 | Payroll | | 4/27/11 | 360,972.37 | Payroll |
| 905 | Check | 71352 | 4/27/11 | 149,710.16 | AB BONSAI & POTTERY |
| 906 | Check | 71353 | 4/27/11 | 810.00 | A-ROO COMPANY |
| 907 | Check | 71354 | 4/27/11 | 832.95 | A T & T |
| 908 | Check | 71355 | 4/27/11 | 7,694.21 | A T & T |
| 909 | Check | 71356 | 4/27/11 | 170.17 | A T & T |
| 910 | Check | 71357 | 4/27/11 | 1,755.44 | A T & T LONG DISTANCE |
| 911 | Check | 71358 | 4/27/11 | 2,532.60 | A.M.& S.TRANSPORTATION CO |
| 912 | Check | 71359 | 4/27/11 | 277.80 | ACCESS UNIFORMS & |
| 913 | Check | 71360 | 4/27/11 | 4,275.00 | ADES & GISH NURSERIES |
| 914 | Check | 71361 | 4/27/11 | 4,872.55 | AIRGAS NCN, INC. |
| 915 | Check | 71362 | 4/27/11 | 5,671.80 | ALL GOOD PALLETS, INC. |
| 916 | Check | 71363 | 4/27/11 | 359.40 | APPLIED MEDIA - |
| 917 | Check | 71364 | 4/27/11 | 8,496.00 | B.A.P. NURSERY, INC. |
| 918 | Check | 71365 | 4/27/11 | 12,810.00 | B.A.P. NURSERY, INC. |
| 919 | Check | 71366 | 4/27/11 | 7,540.83 | B.A.P. NURSERY, INC. |
| 920 | Check | 71367 | 4/27/11 | 3,975.75 | B.A.P. NURSERY, INC. |
| 921 | Check | 71368 | 4/27/11 | 1,161.50 | BATSON'S FOLIAGE GROUP |
| 922 | Check | 71369 | 4/27/11 | 5,616.81 | BAY CITY FLOWER CO.,INC. |
| 923 | Check | 71370 | 4/27/11 | 1,697.56 | BELL ELECTRICAL SUPPLY |
| 924 | Check | 71371 | 4/27/11 | 965.60 | BIG CREEK LUMBER |
| 925 | Check | 71372 | 4/27/11 | 2,894.16 | BLUE RIBBON SUPPLY CO. |
| 926 | Check | 71373 | 4/27/11 | 40,783.86 | BOOMAN FLORAL |
| 927 | Check | 71374 | 4/27/11 | 966.50 | BOYD NURSERIES |
| 928 | Check | 71375 | 4/27/11 | 588.35 | BRANTON FOLIAGE,INC. |
| 929 | Check | 71376 | 4/27/11 | 632.61 | BROWNING-FERRIS INDUSTRY |
| 930 | Check | 71377 | 4/27/11 | 1,242.85 | BUTLER'S FOLIAGE, INC. |
| 931 | Check | 71378 | 4/27/11 | 331.20 | CGA PACKAGING, INC. |
| 932 | Check | 71379 | 4/27/11 | 22,775.00 | CALEGARI & MORRIS |
| 933 | Check | 71380 | 4/27/11 | 7,220.40 | CALIFORNIA FLORIDA PLANT |
| 934 | Check | 71381 | 4/27/11 | 23,316.00 | CALIFORNIA PACKAGING |
| 935 | Check | 71382 | 4/27/11 | 3,105.75 | CARLSBAD FLORAL EXCHANGE, |
| 936 | Check | 71383 | 4/27/11 | 318.95 | CINTAS CORPORATION |
| 937 | Check | 71384 | 4/27/11 | 12,190.59 | CITYSCAPE GRAPHICS, INC. |
| 938 | Check | 71386 | 4/27/11 | 103.85 | COMCAST |
| 939 | Check | 71387 | 4/27/11 | 5,001.95 | COMMERCIAL BOX & PALLET |
| 940 | Check | 71388 | 4/27/11 | 1,126.80 | COSTA NURSERY FARMS, LLC |
| 941 | Check | 71389 | 4/27/11 | 35.00 | COUNTY OF SAN DIEGO- |
| 942 | Check | 71390 | 4/27/11 | 686.16 | D & B |
| 943 | Check | 71391 | 4/27/11 | 1,125.00 | DELEON'S BROMELIADS, INC. |
| 944 | Check | 71392 | 4/27/11 | 3,783.18 | DELL MARKETING L.P. |
| 945 | Check | 71393 | 4/27/11 | 2,638.00 | DEPARTMENT OF AGRICULTURE |
| 946 | Check | 71394 | 4/27/11 | 1,222.50 | DEROOSE PLANTS, INC. |
| 947 | Check | 71395 | 4/27/11 | 102.27 | EDCO WASTE & RECYCLING SC |
| 948 | Check | 71397 | 4/27/11 | 7,052.00 | FARELLA BRAUN +MARTEL,LLP |
| 949 | Check | 71398 | 4/27/11 | 5,647.48 | FEDERAL EXPRESS CORP |
| 950 | Check | 71399 | 4/27/11 | 38,744.75 | FOCALPOINT SECURITIES,LLC |
| 951 | Check | 71401 | 4/27/11 | 30,711.00 | FRANK, RIMERMAN + CO. LLP |
| 952 | Check | 71402 | 4/27/11 | 65.00 | FREMOUW ENVIRONMENTAL - |
| 953 | Check | 71403 | 4/27/11 | 1,110.00 | GXS, INC. |
| 954 | Check | 71404 | 4/27/11 | 14,669.76 | GLOBAL STAR DESIGN, INC. |
| 955 | Check | 71405 | 4/27/11 | 1,491.98 | GOOD EARTH NURSERY |
| 956 | Check | 71406 | 4/27/11 | 504.35 | GRAINGER, INC. |
| 957 | Check | 71407 | 4/27/11 | 17,385.42 | GREENHOUSE SYSTEM U.S.A. |
| 958 | Check | 71408 | 4/27/11 | 2,555.80 | GREEN STAR FOLIAGE, INC. |
| 959 | Check | 71410 | 4/27/11 | 573.69 | HALF MOON BAY AUTO PARTS |
| 960 | Check | 71411 | 4/27/11 | 300.00 | HAMPSHIRE FARMS |
| 961 | Check | 71412 | 4/27/11 | 634.50 | HANCK NURSERY |
| 962 | Check | 71413 | 4/27/11 | 58.25 | HARLOE'S AUTOMOTIVE |
| 963 | Check | 71414 | 4/27/11 | 2,365.72 | HARRINGTON INDUSTRIAL |
| 964 | Check | 71415 | 4/27/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 965 | Check | 71416 | 4/27/11 | 2,480.00 | HELP/SYSTEMS, LLC |
| 966 | Check | 71417 | 4/27/11 | 1,024.25 | HOLTKAMP GREENHOUSES, INC |
| 967 | Check | 71418 | 4/27/11 | 4,306.05 | IBM CORPORATION |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 968 | Check | 71419 | 4/27/11 | 8,420.73 | IKON FINANCIAL SERVICES |
| 969 | Check | 71420 | 4/27/11 | 3,100.00 | INTERNATIONAL FLORI- |
| 970 | Check | 71421 | 4/27/11 | 32,561.21 | INTERNATIONAL FREIGHT SVC |
| 971 | Check | 71422 | 4/27/11 | 27,920.37 | INTERNATIONAL PAPER CO. |
| 972 | Check | 71423 | 4/27/11 | 78.23 | INTERSTATE BATTERY SYSTEM |
| 973 | Check | 71425 | 4/27/11 | 1,225.00 | ITRADE NETWORK, INC. |
| 974 | Check | 71426 | 4/27/11 | 135.00 | JANI-KING OF CALIFORNIA - |
| 975 | Check | 71427 | 4/27/11 | 4,000.00 | RICHARD S. JEWELER |
| 976 | Check | 71428 | 4/27/11 | 1,049.00 | JIAMEI GARDEN USA, INC. |
| 977 | Check | 71429 | 4/27/11 | 26,278.56 | KENT'S BROMELIAD NURSERY |
| 978 | Check | 71430 | 4/27/11 | 11,082.12 | KENT'S BROMELIAD NURSERY |
| 979 | Check | 71431 | 4/27/11 | 585.00 | KERRY'S BROMELIAD NURSERY |
| 980 | Check | 71432 | 4/27/11 | 357.22 | KEYSTONE COLLECTIONS - |
| 981 | Check | 71433 | 4/27/11 | 4,908.82 | PAUL KIRCHNER STUDIOS |
| 982 | Check | 71434 | 4/27/11 | 1,734.50 | KRAFT GARDENS, INC. |
| 983 | Check | 71435 | 4/27/11 | 19,166.48 | LARSON PALLET & CRATING |
| 984 | Check | 71436 | 4/27/11 | 2,165.00 | LIVING COLORS NURSERY |
| 985 | Check | 71437 | 4/27/11 | 19,960.00 | MCLELLAN BOTANICALS |
| 986 | Check | 71438 | 4/27/11 | 1,215.05 | MCMASTER-CARR SUPPLY CO. |
| 987 | Check | 71439 | 4/27/11 | 640.00 | MT. GREEN NURSERY, INC. |
| 988 | Check | 71440 | 4/27/11 | 579.04 | MAILFINANCE |
| 989 | Check | 71441 | 4/27/11 | 200.00 | GLORIA MANSFIELD |
| 990 | Check | 71442 | 4/27/11 | 4,952.04 | MASTERPIECE FLOWER CO.LLC |
| 991 | Check | 71443 | 4/27/11 | 779.70 | MAY GREENHOUSES, INC. |
| 992 | Check | 71444 | 4/27/11 | 1,972.00 | SPENCER MENESES |
| 993 | Check | 71445 | 4/27/11 | 11,774.38 | MERCER BOTANICALS |
| 994 | Check | 71447 | 4/27/11 | 40,042.95 | MILGRO NURSERY, LLC. |
| 995 | Check | 71448 | 4/27/11 | 1,175.25 | MORNINGSIDE GARDEN, INC. |
| 996 | Check | 71449 | 4/27/11 | 1,370.00 | MOSS MAN, INC. |
| 997 | Check | 71450 | 4/27/11 | 3,910.95 | MOUNTAIN VIEW NURSERY |
| 998 | Check | 71451 | 4/27/11 | 1,552.02 | MUELLER'S GREENHOUSES |
| 999 | Check | 71452 | 4/27/11 | 705.00 | NAUGLE'S NURSERY, INC |
| 1000 | Check | 71453 | 4/27/11 | 2,088.60 | NEOFUNDS BY NEOPOST |
| 1001 | Check | 71454 | 4/27/11 | 50.00 | ANN NORTHRUP |
| 1002 | Check | 71455 | 4/27/11 | 17.42 | PACIFIC GAS & ELECTRIC CO |
| 1003 | Check | 71456 | 4/27/11 | 162.86 | PACIFIC GAS & ELECTRIC CO |
| 1004 | Check | 71457 | 4/27/11 | 4,188.00 | PACIFIC SUN GROWERS, INC. |
| 1005 | Check | 71458 | 4/27/11 | 239.08 | PAJARO VALLEY WATER- |
| 1006 | Check | 71459 | 4/27/11 | 8,936.19 | PANZER NURSERY, INC |
| 1007 | Check | 71460 | 4/27/11 | 1,095.15 | PEAK TECHNOLOGIES, INC. |
| 1008 | Check | 71461 | 4/27/11 | 2,208.75 | PECKETT'S, INC. |
| 1009 | Check | 71462 | 4/27/11 | 3,527.95 | PENSKE TRUCK LEASING CO. |
| 1010 | Check | 71463 | 4/27/11 | 612.50 | PLOWBOYS HORTICULTURE |
| 1011 | Check | 71464 | 4/27/11 | 24,960.75 | POR LA MAR NURSERY |
| 1012 | Check | 71465 | 4/27/11 | 26,654.25 | POR LA MAR NURSERY |
| 1013 | Check | 71466 | 4/27/11 | 1,383.35 | PRIME FLORAL LLC |
| 1014 | Check | 71467 | 4/27/11 | 299.00 | PROGRESSIVE BUSINESS - |
| 1015 | Check | 71468 | 4/27/11 | 38.12 | PURE FLO WATER |
| 1016 | Check | 71469 | 4/27/11 | 56.94 | REDWOOD GENERAL TIRE |
| 1017 | Check | 71470 | 4/27/11 | 2,047.97 | REDWOOD COAST PETROLEUM |
| 1018 | Check | 71471 | 4/27/11 | 1,379.50 | RETAIL ANYWHERE, INC. |
| 1019 | Check | 71472 | 4/27/11 | 14,595.00 | ROMEO PACKING COMPANY |
| 1020 | Check | 71473 | 4/27/11 | 1,553.50 | ROSE OF SHARON FARM & NSY |
| 1021 | Check | 71474 | 4/27/11 | 65,748.98 | KATTEN MUCHIN ROSENMAN |
| 1022 | Check | 71476 | 4/27/11 | 180.00 | SHRM |
| 1023 | Check | 71477 | 4/27/11 | 1,924.48 | SAMTRANS - |
| 1024 | Check | 71478 | 4/27/11 | 5,095.49 | SAQUI LAW GROUP |
| 1025 | Check | 71479 | 4/27/11 | 3,066.42 | SCHUBERT NURSERY, INC. |
| 1026 | Check | 71480 | 4/27/11 | 2,971.20 | SEAVIEW NURSERY, INC. |
| 1027 | Check | 71481 | 4/27/11 | 14,022.43 | SELECT PERSONNEL SERVICES |
| 1028 | Check | 71482 | 4/27/11 | 1,691.25 | SEPE, INC. |
| 1029 | Check | 71483 | 4/27/11 | 362,709.50 | SHIPPER'S CHOICE |
| 1030 | Check | 71484 | 4/27/11 | 5,175.00 | SILVA CLEANING SERVICE |
| 1031 | Check | 71485 | 4/27/11 | 8,664.00 | SIRIUS COMPUTER SOLUTIONS |
| 1032 | Check | 71486 | 4/27/11 | 572.50 | SOIL & PLANT LABORATORY |
| 1033 | Check | 71487 | 4/27/11 | 956.37 | SPRINT |
| 1034 | Check | 71488 | 4/27/11 | 740.10 | STEWART'S GREENHOUSE,INC. |
| 1035 | Check | 71489 | 4/27/11 | 2,330.43 | SUNLET NURSERY |
| 1036 | Check | 71490 | 4/27/11 | 5,075.81 | TECHNICAL TRAFFIC |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 1037 | Check | 71491 | 4/27/11 | 70.00 | THOMPSON ROSE COMPANY |
| 1038 | Check | 71492 | 4/27/11 | 8,778.00 | TWIN OAKS GROWERS |
| 1039 | Check | 71493 | 4/27/11 | 60.00 | TWIN OAKS GROWERS |
| 1040 | Check | 71494 | 4/27/11 | 2,553.03 | ULINE |
| 1041 | Check | 71495 | 4/27/11 | 6,353.88 | VERIZON WIRELESS |
| 1042 | Check | 71496 | 4/27/11 | 801.82 | VISION SERVICE PLAN -(CA) |
| 1043 | Check | 71497 | 4/27/11 | 1,665.00 | VREELAND NURSERY INT'L |
| 1044 | Check | 71498 | 4/27/11 | 3,461.04 | WESTERN CACTUS |
| 1045 | Check | 71499 | 4/27/11 | 1,725.00 | WILLAMETTE EVERGREEN,INC. |
| 1046 | Check | 71500 | 4/27/11 | 5,733.00 | YONEMOTO NURSERY, G. |
| 1047 | Check | 71501 | 4/27/11 | 29,970.15 | MILGRO NURSERY, LLC. |
| 1048 | Check | 71502 | 4/27/11 | 11,944.80 | ACCENT DÉCOR, INC. |
| 1049 | Check | 71503 | 4/27/11 | 2,871.00 | CHISAN ORCHIDS NURSERY |
| 1050 | Check | 71504 | 4/27/11 | 1,710.00 | CHRYSAL U.S.A., INC. |
| 1051 | Check | 71505 | 4/27/11 | 6,062.40 | CLEARWATER NURSERY, INC. |
| 1052 | Check | 71506 | 4/27/11 | 2,110.00 | DASH DREAM PLANT, INC. |
| 1053 | Check | 71507 | 4/27/11 | 6,414.76 | WOODBURN NURSERY & AZALEAS |
| 1054 | Wire | 1621 | 4/28/11 | 10,000.00 | The Abernathy MacGregor Group, Inc. |
| 1055 | Wire | 1622 | 4/28/11 | 16,980.17 | Principal Life Insurance |
| 1056 | Wire | 1623 | 4/28/11 | 11,133.35 | PINDSTRUP |
| 1057 | ACH/Transfer | | 4/28/11 | 5,055.49 | Principal 401K Fee |
| 1058 | Check | 71508 | 4/28/11 | 14,420.00 | CALEGARI & MORRIS |
| 1059 | ACH/Transfer | | 4/29/11 | 4,472.71 | Payroll Manual |
| 1060 | ACH/Transfer | | 05/01/11 | 184,983.23 | Wells Fargo Bank |
| 1061 | Wire | 1626 | 5/2/11 | 2,286.57 | Technical Traffic |
| 1062 | Wire | 1626 | 5/2/11 | 12,910.52 | Technical Traffic |
| 1063 | Wire | 1626 | 5/2/11 | 22,039.69 | Technical Traffic |
| 1064 | Wire | 1626 | 5/2/11 | 6,673.09 | Technical Traffic |
| 1065 | Wire | 1626 | 5/2/11 | 5,143.42 | Technical Traffic |
| 1066 | Wire | 1626 | 5/2/11 | 229.95 | Technical Traffic |
| 1067 | Wire | 1626 | 5/2/11 | 1,000.00 | Technical Traffic |
| 1068 | Wire | 1626 | 5/2/11 | 657.94 | Technical Traffic |
| 1069 | Wire | 1626 | 5/2/11 | 20,336.29 | Technical Traffic |
| 1070 | Wire | 1626 | 5/2/11 | 5,692.09 | Technical Traffic |
| 1071 | Check | 71509 | 5/2/11 | 2,147.86 | ANN STRAFFORD |
| 1072 | Check | 71510 | 5/2/11 | 897.25 | CENTRAL FREIGHT LINES |
| 1073 | Check | 71511 | 5/3/11 | 612.00 | JESSE ESTRADA C/O THE FINEST BEGONIA & ORCHID NURSERY |
| 1074 | Check | 71514 | 5/4/11 | 31,000.00 | CALEGARI & MORRIS |
| 1075 | Check | 71515 | 5/4/11 | 1,680.00 | CITRIX ONLINE |
| 1076 | Check | 71516 | 5/4/11 | 162.00 | CONSTANT CONTACT |
| 1077 | Check | 71517 | 5/4/11 | 2,600.00 | DEPARTMENT OF AGRICULTURE |
| 1078 | Check | 71518 | 5/4/11 | 25,000.00 | FARELLA BRAUN +MARTEL,LLP |
| 1079 | Check | 71519 | 5/4/11 | 5,000.00 | GAIL HOLLINGSWORTH |
| 1080 | Check | 71520 | 5/4/11 | 1,658.00 | INDUSTRIAL BOILER SERVICE |
| 1081 | Check | 71521 | 5/4/11 | 4,000.00 | RICHARD S. JEWELER |
| 1082 | Check | 71522 | 5/4/11 | 1,535.84 | LAKE UNION WHOLESALE |
| 1083 | Check | 71523 | 5/4/11 | 1,212.20 | MAILFINANCE |
| 1084 | Check | 71524 | 5/4/11 | 5,414.15 | JACK PEARLSTEIN |
| 1085 | Check | 71525 | 5/4/11 | 6,931.07 | PRINCIPAL FINANCIAL GROUP |
| 1086 | Check | 71526 | 5/4/11 | 2,757.00 | SAN MATEO COUNTY |
| 1087 | Check | 71527 | 5/4/11 | 700.00 | SEXTON, MILDRED |
| 1088 | Check | 71528 | 5/4/11 | 6,700.00 | STATE OF MICHIGAN |
| 1089 | Check | 71529 | 5/5/11 | 15,000.00 | STEVE FINESTONE ATTORNEY AT LAW |
| 1090 | Wire | 1627 | 5/6/11 | 5,000.00 | NE T&E ACCT |
| 1091 | Wire | 1628 | 5/6/11 | 3,500.00 | Kitty Shiotani |
| 1092 | ACH/Transfer | | 5/6/11 | 59.95 | Payroll Manual |
| 1093 | Wire | 1631 | 5/9/11 | 260.42 | Technical Traffic |
| 1094 | Wire | 1631 | 5/9/11 | 909.06 | Technical Traffic |
| 1095 | Wire | 1631 | 5/9/11 | 1,018.49 | Technical Traffic |
| 1096 | Wire | 1631 | 5/9/11 | 23,203.33 | Technical Traffic |
| 1097 | Wire | 1631 | 5/9/11 | 3,581.19 | Technical Traffic |
| 1098 | Wire | 1631 | 5/9/11 | 2,525.58 | Technical Traffic |
| 1099 | Wire | 1631 | 5/9/11 | 2,000.00 | Technical Traffic |
| 1100 | Wire | 1631 | 5/9/11 | 4,725.40 | Technical Traffic |
| 1101 | Wire | 1631 | 5/9/11 | 400.00 | Technical Traffic |
| 1102 | Wire | 1631 | 5/9/11 | 10,000.36 | Technical Traffic |
| 1103 | Wire | 1631 | 5/9/11 | 109,703.42 | Technical Traffic |
| 1104 | ACH/Transfer | | 5/9/11 | 447.13 | Ceridian |
| 1105 | ACH/Transfer | | 5/10/11 | 3,780.29 | WF Bank Fee |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Type | Check or Wire # | Date | Summ Amt | VNAME |
| 1106 | Check | 71531 | 5/10/11 | 15,449.59 | PENSKE TRUCK LEASING CO. |
| 1107 | Payroll | | 5/11/11 | 363,637.92 | Payroll |
| 1108 | ACH/Transfer | | 5/11/11 | 9,534.08 | MERCHANT FEE |
| 1109 | Check | 71532 | 5/11/11 | 1,516.50 | SUNLET NURSERY |
| 1110 | Check | 71535 | 5/11/11 | 1,140.52 | BROWNING-FERRIS INDUSTRY |
| 1111 | Check | 71536 | 5/11/11 | 17,885.79 | C & A, INC. |
| 1112 | Check | 71537 | 5/11/11 | 7,001.99 | CARLSBAD FLORAL EXCHANGE, |
| 1113 | Check | 71538 | 5/11/11 | 92.23 | CENTRAL FREIGHT LINES,INC |
| 1114 | Check | 71539 | 5/11/11 | 5.00 | CANDIDO CUNHA |
| 1115 | Check | 71540 | 5/11/11 | 5,763.44 | DELTA DENTAL PLAN OF CA |
| 1116 | Check | 71541 | 5/11/11 | 666.00 | DEPARTMENT OF AGRICULTURE |
| 1117 | Check | 71542 | 5/11/11 | 421.00 | DEPT OF MOTOR VEHICLES |
| 1118 | Check | 71543 | 5/11/11 | 1,587.00 | FEDERAL EXPRESS CORP |
| 1119 | Check | 71544 | 5/11/11 | 2,720.00 | BOB HARRISON ASSOC., INC. |
| 1120 | Check | 71545 | 5/11/11 | 339.47 | GAIL HOLLINGSWORTH |
| 1121 | Check | 71546 | 5/11/11 | 1,039.90 | HORACE ANDERSON |
| 1122 | Check | 71547 | 5/11/11 | 500.00 | HUB INTERNATIONAL INS.SVC |
| 1123 | Check | 71548 | 5/11/11 | 3,484.76 | LINCOLN NATIONAL LIFE - |
| 1124 | Check | 71549 | 5/11/11 | 2,492.46 | LUMBERMEN'S UNDERWRITING- |
| 1125 | Check | 71550 | 5/11/11 | 579.24 | MAILFINANCE |
| 1126 | Check | 71551 | 5/11/11 | 7,875.00 | 1 SYNC, INC. |
| 1127 | Check | 71552 | 5/11/11 | 15,300.00 | POR LA MAR NURSERY |
| 1128 | Check | 71553 | 5/11/11 | 563.18 | QUILL CORPORATION |
| 1129 | Check | 71554 | 5/11/11 | 1,617.00 | SAQUI LAW GROUP |
| 1130 | Check | 71555 | 5/11/11 | 14,418.72 | SUNLET NURSERY |
| 1131 | Check | 71556 | 5/11/11 | 4,021.62 | SUNLET NURSERY |
| 1132 | Check | 71557 | 5/11/11 | 6,368.65 | TEXAS STATE COMPTROLLER |
| 1133 | Check | 71558 | 5/11/11 | 149.25 | TRANSPERFECT TRANSLATIONS |
| 1134 | ACH/Transfer | | 5/12/11 | 276.00 | Ceridian |
| 1135 | Check | 71560 | 5/12/11 | 5,000.00 | OMNI MANAGEMENT GROUP LLC |
| 1136 | ACH/Transfer | | 5/13/11 | 5,671.19 | Payroll Manual |
| 1137 | | | | | |
| 1138 | | | | | |
| 1139 | | | | $ 13,159,436.46 | |

Case: 11-31985   Doc# 1   Filed: 05/23/11   Entered: 05/23/11 10:16:29   Page 175 of 251

None

☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Milgro Nursery v. Nurserymen's Exchange Case No. CIV 56-2011-00396928 | Collection | Ventura County Superior Court | Pending |
| Nurserymen's Exchange Inc. v. United Farm Workers of America Case No. 2010-RC-003 | Labor Relations | Agricultural Labor Relations Board Salinas Regional Office | Dismissed |
| Hartford Casualty v. Design One Environments and related cross actions | Premises/Product Liability | Monterey County Superior Court | Judgment for Defendants |
| Verzaro v. Nurseryment' s Exchange, Inc. et al | Personal injury claim | San Diego County Superior Court | pending, tendered to insurance |
| Walker v. National Specialty Ins. et al Case No. 2009-0641 | Damages claim | Civil Dist Ct. - Paris of Orleans | Pending - covered by insurance |
| Knotten v. National Specialty Ins et al. Case No. 2009-1028 | Damages claim | Civil District Court - Parish of Orleans | Pending - covered by insurance |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stephen D Finestone Law Offices of Stephen D. Finestone 456 Montgomery St., 20th Floor San Francisco, CA 94104  See applications for employment for other details | 9/2010; 2/2011, 5/10/2011 | $10,000, $50,000; $15,000 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-0951O - PDF-XChange 3.0

**10. Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒         of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
          of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
          whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case
      to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐       were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
        Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
        accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
        and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wachovia<br>7385 West Atlantic Ave.<br>Delray Beach, FL 33446 | Checking<br>xxxxxxx9739<br> Closing Balance: $15,032 | Closed 8/31/2010 |
| Wells Fargo<br>P.O. Box 63020<br>San Francisco, CA 94163 | Checking<br>xxxxxx1353<br> Closing Balance: $5,642 | Closed 3/17/2010 |
| Wells Fargo<br>P.O. Box 63020<br>San Francisco, CA 94163 | Checking<br>xxxxxxx1346<br> Closing Balance: $9,712 | Closed 11/10/2009 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

**16. Spouses and Former Spouses**

None ☒

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

      NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

**18. Nature, location and name of business**

None

☐     a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Nurserymen's Exchange (H.K.) Ltd. | | | same as debtor | Not in operation since approximately two years ago |

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

**19. Books, record and financial statements**

None      a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐      bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Glenn Iwamasa<br>2651 North Cabrillo Highway<br>Half Moon Bay, CA 94019 | 2010 to present |
| David Mader<br>2651 North Cabrillo Highway<br>Half Moon Bay, CA 94019 | 2008-2010 |
| Jaswant Baghat<br>2651 North Cabrillo Highway<br>Half Moon Bay, CA 94019 | 3/2009-6/2010 |
| Mark Jones<br>2651 North Cabrillo Highway<br>Half Moon Bay, CA 94019 | 2007-2009 |

None      b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☐      have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Frank, Rimerman & Co., LLP | 1801 Page Mill Road<br>Palo Alto, CA 94304 | |
| Frank, Rimerman & Co., LLP | 60 South Market St, Ste. 500<br>San Jose, CA 95113 | |

None      c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐      of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Glenn Iwamasa | 2651 North Cabrillo Highway<br>Half Moon Bay, CA 94019 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

None
☐     d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Wells Fargo Bank | regularly |

### 20. Inventories

None
☐     a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/2010 | Glenn Iwamasa | $5,465,320 |
| 6/30/2010 | David Mader | $5,716,063 |

None
☐     b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 6/30/10 and 12/31/10 | Glenn Iwamasa 2651 North Cabrillo Highway Half Moon Bay, CA 94019 |

### 21. Current Partners, Officers, Directors and Shareholders

None
☒     a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐     b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Jack Pearlstein | CEO - Member of Bd of Directors | 24.9% shareholder through family trusts |
| Gail Hollingsworth | Exec. VP - Secretary and Bd Member | 24.8% through family trusts |
| George Dirkes | Member - Board of Directors | |
| Richard Jeweler | Member - Board of Directors | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Kitty Shitonai Family Trusts | | 24.8% shareholder through familyl trusts |
| Meghan Hollingsworth 1988 Trust | | 3.6% shareholder |
| Timothy Hollingsworth 1988 Trust | | 3.6% shareholder |
| Sarah Ann Hollingsworth 1988 Trust | | 3.6% shareholder |
| Jill Pearlstein 1988 Trust | | 3.6% shareholder |
| Jamie Pearlstein 1988 Trust | | 3.6% shareholder |
| Justin Dautoff 1988 Trust | | 3.6 % shareholder |
| Joshua Dautoff 1988 Trust | | 3.6% shareholder |
| Justin Dautoff | Chief Operating Officer | |

**22. Former partners, officers, directors and shareholders**

None ☒   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☐   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Justin Dautoff Relationship: Chief Operating Officer | Annual Salary Doesn't include car allowance, insurance and vacation pay | $128,320 |
| Gail Hollingsworth Relationship: Officer/shareholder | Annual Salary Doesn't include insurance and vacation pay | $130,846 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Meghan Hollingsworth Relationship: Daughter of Officer/Shareholder | Annual Salary Doesn't include insurance and vacation pay | $47,538 |
| Jack Pearlstein Relationship: Officer/Shareholder | Annual Salary Doesn't include insurance and vacation pay | $148,292 |
| Jamie Pearlstein Relationship: Daughter of Officer/Shareholder | Annual Salary Doesn't include insurance and vacation pay | $50,146 |
| Kit Shiotani Relationship: Shareholder | Annual Salary Doesn't include insurance and vacation pay | $14,769 |

**24. Tax Consolidation Group**

None ☒

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None ☒

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION NUMBER (EIN)

\*  \*  \*  \*  \*  \*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date     May 22, 2011           Signature     /s/ Justin Dautoff

JUSTIN DAUTOFF,
C.O.O.

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_0_ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 30935-301X-0S510 - PDF-XChange 3.0

1 Sync, Inc.
P.O. Box 71-3883
Columbus, OH 43271-3883


A Carvalho
P.O. Box 475
Half Moon, CA 94019-0475


A-Roo Company
P.O. Box 931839
Cleveland, OH 44193-1183


A.M.& S.Transportation Company
P.O. Box 23822
Oakland, CA 94623


AB Bonsai & Pottery
13300 Amar Road
City of Industry, CA 91746


Abel Segura
111 Corona Lane
Moss Beach, CA 94038


Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA 30071


Acosta Sheet Metal Mfg. Co.
930 Remilliard Court
San Jose, CA 95122


Adan D. Rivera
P.O. Box 2387
Richmond, CA 94802


Adriana A. Ramirez
117 Gambetta Street
Daly City, CA 94014

Agdia, Inc.
30380 County Road 6
Elkhart, IN 46514


Agostino Barbosa
965 Ronald Court
Half Moon Bay, CA 94019


Airgas NCN, Inc.
670 Florin Perkins Road
Sacramento, CA 95828-1826


Airgas NCN, Inc.
P.O. Box 7425
Pasadena, Ca 91109


Airgenic Benelux B.V.
Postbus 176
2800 Ad Gouda
The Netherlands


Albaro Acosta
516 Spruce Street
Half Moon Bay, CA 94019


Alberto Neves
8 Apple Orchard Avenue
Half Moon Bay, CA 94019


Aldershot Greenhouses, Ltd.
1135 Gallagher Road
Burlington, Ontario  L7T 2M7
Canada


Alejandro Aguilar
10 Chamomile Lane
Half Moon Bay, CA 94019


Alejandro R. Ramirez
11 Sumac Way
Half Moon Bay, CA 94019

Alfredo Vazquez
1131 Main Sreet Apt #137
Half Moon Bay, CA 94019


Alice P. Fitzgibbons
P.O. Box 1768
El Granada, CA 94018


Alicia Corona
1558 Mizzen Lane
Half Moon Bay, CA 94019


Alison F. Ho
733 Parvin Drive
Milpitas, CA 95035


All Good Pallets, Inc.
P.O. Box 1585
Newark, CA 94560


All Phaze Solutions, Inc.
37217 Fremont Blvd., Ste. E
Fremont, CA 94536


Almadelia B. Manzo
14437 Starkey Road
Delray Beach, FL 33446


Alvaro G. Martinez-Contreras
352 Filbert Street
Half Moon Bay, CA 94019


Amalia Lopez de Torres
9 Maiden Hair Walk
Half Moon Bay, CA 94019


Amanda Villegas
627 Myrtle Street
Half Moon Bay, CA 94019

Ana B. Santiago
110 Culebra Street
Moss Beach, CA 94038


Ana C. Lopez
690 Naples
San Francisco, CA 94112


Ana Escarriola
P.O. Box 3732
Half Moon Bay, CA 94019


Ana R. Vazquez
P.O. Box 3429
Half Moon Bay, CA 94019


Ana R. Villanueva
251 San Mateo Road Space #24
Half Moon Bay, CA 94019


Andres Trillo
626 Pico Avenue
San Mateo, CA 94403


Angela Azevedo
344 Grove Street
Half Moon Bay, CA 94019


Angela Gonzalez
116 Retiro Street
Moss Beach, CA 94038


Angelina A. Vicente
317 South C Street
Lake Worth, FL 33460


Anthony Cardelli
11925 Royal Palm, No. 309
Coral Springs, FL 33065

Anthony J. Cape
459 Winged Foot Road
Half Moon Bay, CA 94019


Antonia Valle-Padilla
22 San Mateo Road
Half Moon Bay, CA 94019


Antonio B. Perez-Vazquez
P.O. Box 3459
Half Moon Bay, CA 94019


Antonio Bowen
P.O. Box 3855
Redwood City, CA 94064


Antonio H. Rodrigues
2690 Washington Avenue
Redwood City, CA 94061


Antonio Miguel-Manuel
2015 Ne 3rd Avenue
Delray Beach, FL 33444


Applied Industrial Technologies
P.O. Box 100538
Pasadena, CA 91189-0538


Araceli Carillo Barbosa
P.O. Box 1031
Moss Beach, CA 94038


Arbon Equipment Corporation
P.O. Box 78196
Milwaukee, WI 53278-0196


Arcelia Ahumada
580 Metzger Street
Half Moon Bay, CA 94019

Aricelda Mata
170 Bridgeport Drive
Half Moon Bay, CA 94019

Armando Garcia-Rivera
580 Mezgar
Half Moon Bay, CA 94019

Arrowhead Mountain Spring
Water Company
P.O. Box 856158
Louisville, KY 40285-6158

Arturo Padilla-Lopez
22 San Mateo Road
Half Moon Bay, CA 94019

Aselia Ramirez
1577 Mizzen Lane, Apt. A
Half Moon Bay, CA 94019

Asian Handicrafts
Rampur Road
Moradabad  244001
India

AT&T
Payment Center
Sacramento, CA 95887

AT&T Long Distance
P.O. Box 5001
Carol Stream, IL 60197

Atlantic Pottery
5801 N.E. 14th Avenue
Fort Lauderdale, FL 33334

Atlas Wood Products, Inc.
P.O. Box 13949
San Diego, Ca 92170

B.A.P. Nursery, Inc.
1961 Mulberry Dr.
San Marcos, Ca 92069


Bamboo Depot
P.O. Box 7813
Lakeland, FL 33807


Barber Backflow
P.O. Box 920
San Leandro, CA 94577


Barnes Distribution
Dept. CH 14079
Palatine, IL 60055


Bartolo Flores
516 Spruce Street
Half Moon Bay, CA 94019


Batson's Foliage Group
P.O. Box 1698
Mt. Dora, FL 32756


Batson's Greenhouse, Inc.
P.O. Box 1410
Mt. Dora, FL 32756


Bay City Flower Company, Inc.
P.O. Box 186
Half Moon Bay, CA 94019


Bay City Screw & Bolt Company
3427 Enterprise Avenue
Hayward, CA 94545


Bearing Engineering Company
667 McCormick Street
San Leandro, CA 94577

Beatriz Acosta-Virgen
P.O. Box 2613
El Granada, CA 94038


Beatriz Barron
471 Lancaster Blvd.
Moss Beach, CA 94038


Beatriz Valle
119 Codo Street
Moss Beach, CA 94038


Bell Electrical Supply
File #31246
P.O. Box 60000
San Francisco, CA 94160


Benjamin Castillo
P.O. Box 822
Half Moon Bay, CA 94019


Benjamin E. Uribe
7824 Sonoma Springs Circle 3, #201
Lake Worth, FL 33463


Bernabe Haro-Medina
505 Grand View Blvd.
Half Moon Bay, CA 94019


Bertha Arroyo
1028 Arnold Way
Half Moon Bay, CA 94019


Best Western + HMB Lodge
2400 South Cabrillo Hwy
Half Moon Bay, CA 94019


Betsy Harms
P.O. Box 664
Half Moon Bay, CA 94019

Blue Ribbon Supply Company
P.O. Box 2867
San Francisco, CA 94083-2867


Booman Floral
2302 Bautista Avenue
Vista, CA 92084-1641


Boyd Nurseries
1535  B Road
Loxahatchee, FL 33470


Branton Foliage,Inc.
3980 Britt Road
Mount Dora, FL 32757


Brian H. Plocher
1 Montecito,  Apt.# 1
Pacifica, CA 94044


Bromeliad Specialties,Inc.
28001 SW 197th Ave.
Homestead, FL 33030


Bron Tapes of California
2020 North Loop Road
Alameda, CA 94502


Brouwer Nursery
27629 Mt Meadow Road
Escondido, CA 92026


Browning -Ferris Industry
Ox Mt. Sanitary Landfill
File #41264
Los Angeles, CA 90074-1264


Butler's Foliage, Inc,
P.O. Box 92-4297
Princeton, FL 33092

C Buschbom
221 S.E. Wildcat Cove Road
Shelton, WA 98584


C.F. Cheung
468 Hennessy Road,19th FL.
Causeway Bay
Hong Kong


California Florida Plant Company, LP
P.O. Box 5310
Salinas, CA 93915


California Packaging
845 N. Euclid Avenue
Ontario, CA 91762


California Safety / Mallory Company
Brenton Safety Solutions
P.O. Box 2068
Longview, WA 98632


Camerina Flores
1101 Main Street #110
Half Moon Bay, CA 94019


Candido C. Rodriguez
P. O. Box 2885
El Granada, CA 94018-2885


Candido Cunha
419 St. John Avenue
Half Moon Bay, CA 94019


Carlos J. Acosta
P.O. Box 193
Half Moon Bay, CA 94019


Carlos Rivera
458 Willow Avenue
Half Moon Bay, CA 94019

Carlsbad Floral Exchange, Inc.
3519 Cazador Lane
Fallsbrook, CA 92028


Carmen L. Chu
2269 17th Avenue
San Francisco, CA 94116


Carolyn Killingsworth
430 Marine Blvd.
Moss Beach, CA 94038


Carolyn L. Jacobs
1121 Date Street
Montara, CA 94037


Carousel Industries, Inc.
P.O. Box 849084
Boston, MA 02284-9084


Catalina Plancarte de Velasquez
555 Myrtle Street
Half Moon Bay, CA 94019


Cesar Perez
426 Gateway #2
Pacifica, CA 94044


CGA Packaging, Inc.
3987 First Street, Suite L
Livermore, CA 94551


Chem Quip, Inc.
2551 Land Ave
Sacramento, CA 95815


Cintas Corporation
P.O. Box 349088
Sacramento, CA 95834

Cintas Document Management
P.O. Box 633842
Cincinnati, OH 45263


Citrix Online
File 50264
Los Angeles, CA 90074


Clara A. Mello
391 Cypress Point Road
Half Moon Bay, CA 94019


Clearwater Nursery, Inc.
P.O. Box 1170
Nipomo, CA 93444


Clementina Huerta
104 Brig Court
Half Moon Bay, CA 94019


Coast Transmissions
141 Main Street
Half Moon Bay, CA 94019


Coastside Company Water Dist.
766 Main Street
Half Moon Bay, CA 94019


Coleen Tharp
1105 Oak Avenue
Redwood City, CA 94061


Collette Martinez
P.O. Box 56
Tahoe City, CA 96145


Comfort Inn Half Moon Bay
2930 N. Cabrillo Hwy.
Half Moon Bay, CA 94019

Concur Technologies, Inc.
P.O. Box 1414
Minneapolis, MN 55480


Consepcion Quiroz
443 Grove Street
Half Moon Bay, CA 94019


Consuelo Acevedo
106 Bonita Street
Moss Beach, CA 94038


Corwin Graves
735 Praire Creek Drive
Pacifica, CA 94044


Costa Nursery Farms, LLC
Dept. 2576
P.O. Box 122576
Dallas, TX 75312


Costco Business Delivery
22330 Hathaway Ave.
Hayward, CA 94541


Courtage BGL Brokerage
300 Rue Street-Sacrement,#123
Montreal, Quebec H2Y 1X4
Canada


Craig Bachman Imports, Inc.
281Ontario Street
Frankfort, IL 60423


Crisoforo Villegas-Sanchez
5 Nasturtium Road
Half Moon Bay, CA 94019


Cromer Equipment
P.O. Box 14338
Oakland, CA 94614-2388

Crop Production Services
File 73041
P.O. Box 60000
San Francisco, CA 94160-3041


Curtis Wagner Plastics Corporation
P.O. Box 840885
Houston, TX 77284


Cyndee L. Ullom
7024 Lancaster Road
Dublin, CA 94568


Daniel G. Kapler
227 Loma Verde Drive
San Lorenzo, CA 94580


Daniel Santos
421 St. John Avenue
Half Moon Bay, CA 94019


Daniel Wong
1674 Hollenbeck Avenue #5
Sunnyvale, CA 94087


David A. Brenner
2323 Dry Creek Road
San Jose, CA 95124


David Ayers
9638 N.Winery
Fresno, CA 93720


David M. Hummel
1006 Bancroft Avenue
Half Moon Bay, CA 94019


David Mader
6028 Romany Road
Oakland, CA 94618

David Schoonmaker
1151 Kidder Way
Folsom, CA 95630


David W. Bullock
12769 Bittersweet Valley Road
Gravette, AR 72736


Dawn M. Wachsmuth
83 Salada Avenue
Pacifica, CA 94044


Dayton Metal Products Company
P.O. Box 801
Dayton, OH 45401-0801


Deborah G. Durant
P.O. Box 14a
Loma Mar, CA 94021


Degoede Bulb Farms, Inc.
409 Mossyrock Road West WEST
Mossyrock, WA 98564


Deleon's Bromeliads, Inc.
13745 Southwest 216TH Street
Goulds, FL 33170


Delgadina Vasquez
118 La Granada
Moss Beach, CA 94038


Dennis A. Chamberlain
13285 Majestic Pine Court
Delray Beach, FL 33484


Department of Motor Vehicles
P.O. Box 942869
Sacramento, CA 94269-0001

Derek S. Clark
58 Township Road #1375
Proctorville, OH 45669


Deroose Plants, Inc.
4601 N. Rock Springs Road
Apopka, FL 32712


Dispensa-Matic
725 North 23rd Street
St. Louis, MO 63103


Dolores E. Vasquez
16101 Half Mile Road, Unit A-4
Delray Beach, FL 33446


Domitila Barriga-Herrera
904 Dwight Avenue
Half Moon Bay, CA 94019


Don Whitman
3040 S. Apple Ct.
Antioch, CA 94509


Donald H. Mendel
76 Driftwood Circle
Pacifica, CA 94044


Donald L. Brumley
649 Thornhill Road
Danville, CA 94526


Donna Ver Linden
108 Digges Canyon Road
Half Moon Bay, CA 94019


Dora L. Villegas Ruiz
P.O. Box 1044
Half Moon Bay, CA 94019

DW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723


Eduardo H. Montavo
115 Corona Street
Moss Beach, CA 94038


Efax Corporate
c/o J2 Global Communication
P.O. Box 51873
Los Angeles, CA 90051


Elaine Y. Chu
545 Cornell Street
San Lorenzo, CA 94580


Elsa R. Vargas
7 Poppy Lane
Half Moon Bay, CA 94019


Elsa Solis
1526 Francisco, No. 3
San Francisco, CA 94123


Emilia V. Aguilar
103 Retiro Lane
Moss Beach, CA 94038


Emiliano Flores-Gonzalez
9 Nasturtium Road
Half Moon Bay, CA 94019


Employment Development Department
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enrique Ramirez
P.O. Box 736
Moss Beach, CA 94038

Esperanza Palomares
528 Shotwell Street #4
San Francisco, CA 94110


Estela Godinez
P.O. Box 489
Half Moon Bay, CA 94019


Estela Mancera
2015 NE 3rd Avenue
Delray Beach, FL 33444-4209


Eufrosina Arango-Cruz
P.O. Box 3372
Half Moon Bay, CA 94018


Eustacio V. Gonzalez
5855 Dewitt Place
Lake Worth, FL 33463


Evangelina Martinez
360 Grand Blvd.
Half Moon Bay, CA 94019


Fall Creek Farm & Nursery
39318 Jasper-Lowell Road
Lowell, OR 97452


Federico Mojica
6 Hawthorn Walk, Apt. 6
Half Moon Bay, CA 94019


Felix Dias
811 W. Lakewood Road, Apt. 1
West Palm Beach, FL 33405


Felix J. Huerta
14 Apple Orchard Way
Half Moon Bay, CA 94019

Felix Torres
P.O. Box 78
Half Moon Bay, CA 94019


Fermin Ortiz-Lopez
2021 Miramontes Road
Half Moon Bay, CA 94019


Fernando A. Costa
119 Retiro Street
Moss Beach, CA 94038


Fernquist Labeling Solutions
1245 Spacepark Way #C
Mountain View, CA 94043


Ffabian Miramontes
2031 Miramontes Road
Half Moon Bay, CA 94019


Filomena F. Bretao
430 St. John Avenue
Half Moon Bay, CA 94019


Filomena M. Melo
250 San Mateo Road #, 26
Half Moon Bay, CA 94019


Fleetwash, Inc.
P.O. Box 36014
Newark, NJ 07188-6014


Foremostco, Inc.
P.O. Box 861428
Orlando, FL 32886-1428


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-2952

Francisca Ramos Lopez
16101 Half Mile Road, Apt. C-3
Delray Beach, FL 33446


Francisco Flores
818 Arnold Way
Half Moon Bay, CA 94019


Francisco Huerta Mederos
255 Poplar Street
Half Moon Bay, CA 94019


Francisco Lopez-Virgen
2 Iris Lane
Half Moon Bay, CA 94019


Frank P. Costa
428 Central Avenue
Half Moon Bay, CA 94019


Fred C. Gloeckner & Co., Inc.
600 Mamaroneck Avenue
Harrison, NY 10528


G Cheng
1745 14th Ave.
San Francisco, CA 94122


Gail Hollingsworth
P.O. Box 391
Burlingame, CA 94011-0391


Gary Allard
424 Briarwood Drive
So.San Francisco, CA 94080


Gary Harrigian
Wells Fargo Bank
245 S. Los Robles Ave., Ste. 700
Los Angeles, CA 91101

Gempler's Inc.
P.O. Box 5176
Janesville, WI 53547-5176


George A. Speier
1016 Continentals Way 205
Belmont, CA 94002


George Dirkes
80 E. Sir Francis Drake Blvd.
Ste. 2G
Larkspur, CA 94939


Gerald N. Caudle
651 Carolina Street
San Francisco, CA 94107


Gerardo R. Acosta
250 San Mateo Road, Sp 14
Half Moon Bay, CA 94019


Gillis & Lane, Inc.
P.O. Box 5366
Redwood City, CA 94063


Gina V. Rivera
2651 N. Cabrillo Hwy
Half Moon Bay, CA 94019


Glenn I. Iwamasa
1471 37th Avenue
San Francisco, CA 94122


Global Star Design
6785 SSierra Court, Suite #D
Dublin, CA 94568


Good Earth Nursery
1855 S Alturas
Fallbrook, CA 92028

Graciano L. Martinez
406 Grand Blvd.
Half Moon Bay, CA 94019


Graciela Arroyo
27496 Ponderosa Court
Hayward, CA 94545-4129


Grainger, Inc.
Dept. 809931215
Palatine, IL 60038-0001


Greenex United States, Inc.
47 Commerce Plan,Unit #5
St. Catherine's, Ontario L2R 6P7
Canada


Greenhouse Services Fdn.
8174 S. Holly Street #280
Centennial, CO 80122-4004


Greenhouse System U.S.A.
P.O. Box 777
Watsonville, CA 95077


Greenleaf Chemical LLC
2352 Schaeffer Hills Drive
Henderson, NV 89052


Greg Bernard
570 Duncan St.  Apt. 4
San Francisco, CA 94131


Gribaudo Nursery
17851 N. Highway 88
Lockeford, CA 95237


Griselda Martinez
2 Oleander Way
Half Moon Bay, CA 94019

Guadalupe Martinez
360 Grand Blvd.
Half Moon Bay, CA 94019


Guillermina Sierra
1014 SW 7th Avenue
Delray Beach, FL 33444


Guillermo Martinez
233 N.E. 13th Street
Delray Beach, FL 33444


Guillermo Ramirez-Rosas
9 Pear Orchard Way
Half Moon Bay, CA 94019


GXS, Inc.
P.O. Box 640371
Pittsburg, PA 15264


Hamilton Dunn
432 Granelli St.
Half Moon Bay, CA 94019


Hanck Nursery
15900 SW 258th Street
Homestead, FL 33031


Hartmann's Plant Company
P.O. Box 100
Lacota, MI 49063-0100


Hayward Pipe & Supply Company
3218 Diablo Avenue
Hayward, CA 94545


Helena D. Pimentel
401 St. Joseph Avenue
Half Moon Bay, CA 94019

Herbert D. Flores
P.O. Box 818
Moss Beach, CA 94038


Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265-0280


Hilary Hirzel
1170 Guerrero #208
San Francisco, CA 94110


Holtkamp Greenhouses, Inc.
P.O. Box 78565
Nashville, TN 37207


Hoogendoorn America, Inc.
P.O.Box 2000,
Vineland Station, Ontario 0 LOR 2EO
Canada


Horace Anderson
375 La Costa Avenue
Leucadia, CA 92024


Hortencia Paredes Acosta
3 Iris Lane
Half Moon Bay, CA 94019


Horticultural Sales, Inc.
P.O. Box 501524
San Diego, CA 92150-1524


Huiyuan Int'l
Commerce & Exhibition Company, Ltd.
A#23CDE Huakai Fugui Building
Fujian, China


Humberto Delgadillo-Rodriguez
415 Filbert #B
Half Moon Bay, CA 94019

Hummert International
4500 Earth City Expressway
Earth City, MO 63045


IBM Corporation
P.O. Box 676673
Dallas, TX 75267-6673


IGI Marketing, Inc.
P.O. Box 1085
Sorrento, FL 32776


Ignacio De Leon-Ortega
P.O Box 1059
Half Moon Bay, CA 94019


Ikon Financial Services
P.O. Box 650073
Dallas, TX 75265


Ilda G. Costa
119 Retiro Street
Moss Beach, CA 94038


Industrial Boiler Service
940 Loma Drive
Ojai, CA 93023


Industrial Caster & Wheel
2200 Carden Street
San Leandro, CA 94577


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


International Freight Sevice
1610 Rollins Road
Burlingame, CA 94010

International Paper Company
P.O. Box 31001-0780
Pasadena, CA 91110-0780


Irma A. Lopez de Rivera
231 Alamo Avenue
Richmond, CA 94801


Irma Ochoa
2800 25th Avenue
Oakland, CA 94601


Irma Solis
P.O. Box 370492
Montara, CA 94037


Iron Mountain
P.O. Box 601002
Pasadena, CA 91189


Isabel Sanchez-Cuevas
4385 Dorothea Drive, #532
Lake Worth, FL 33463-4409


Isidoro Diaz
P.O. Box 1730
El Granada, CA 94018


Island Growers
P.O. Box 11648
Brainbridge, WA 98110


Ismael G. Montalvo
2013 Miramontes Point Road
Half Moon Bay, CA 94019


ITrade Network, Inc.
P.O. Box 935209
Atlanta, GA 31193-5209

J Lopes
336 Chesterfield Ave.
Half Moon Bay, CA 94019


J. Rosendo Acosta
2530 Francisco Blvd., Apt. 1
Pacifica, CA 94044


Jacinto Velasquez Quiroz
P.O. Box 847
Half Moon Bay, CA 94019


Jack Pearlstein
P.O. Box 620485
Woodside, CA 94062


Jack Pearlstein
P.O. Box 620485
Woodside, CA 94062-0485


James J. Assalino
542 Arlington Street
San Francisco, CA 94131


James M. Drobnick
215 San Juan Ave
Half Moon Bay, CA 94019


Jamie H. Pearlstein
P.O. Box 620485
Woodside, CA 94062


Jas Wind Tropicals
24105 Rialto Way
Sorrento, FL 32776


Jasmine P. Ngai
146 Byxbee Street
San Francisco, CA 94132

Jaswant Bhagat
262 Wildhorse Court
San Jose, CA 95138


Javier Torres
539 Spindrift Way
Half Moon Bay, CA 94019


Javo USA, Inc.
1900 Cobb Intl Blvd, Suite G&H
Kennesaw, GA 30152


Jeff Lembkey
827 Arguello Blvd.
Pacifica, CA 94044


Jeffrey M. Hausman
P.O. Box 1071
El  Granada, CA 94018


Jei Lee USA Corporation
3426 Williams Glen Drive
Sugarland , TX 77479


Jennifer L. Pearson
130 Allen Drive
San Bruno, CA 94066


Jerry Bungo
1563 Acacia Circle
Vista, CA 92081


Jerry Caudle
651 Carolina St.
San Francisco, CA 94107


Jesse Melendrez
P.O. Box 3759
Half Moon Bay, CA 94019

Jesus Arroyo
27496 Ponderosa Court
Hayward, CA 94545-4129


Jesus Guizar Gomez
1508 Hawser Lane
Half Moon Bay, CA 94019


Jesus J. Rayas
P.O. Box 2290
El Granada, CA 94018


Jesus M. Suarez
643 Magnolia Street
Half Moon Bay, CA 94019


Jesus Martinez
135 Barranca Street
Moss Beach, CA 94038


Jiamei Garden USA, Inc.
2304 Lee Avenue
South El Monte, CA 91733


Jo A. Fry
12470 San Mateo Road
Half Moon Bay, CA 94019


Joaquin Barragan
167 Prague Street
San Francisco, CA 94112


John C. Riccuito
P.O. Box 1071
Half Moon Bay, CA 94019-1071


John L. Jackson Jr.
616 W. 12th Avenue
Escondido, CA 92025

John M. Costa
1032 Suzanne Court
Half Moon Bay, CA 94019


John P. Susa
90 Digges Canyon Rd
Half Moon Bay, CA 94019


Jorge R. Villanueva
120 Corona
Moss Beach, CA 94038


Jose A. Meza
110 Culebra
Moss Beach, CA 94038


Jose A. Virgen
1000 Pacific Avenue
Half Moon Bay, CA 94019


Jose Acosta-Villegas
13 Salal Road
Half Moon Bay, CA 94019


Jose Ahumada
580 Metsgar
Half Moon Bay, CA 94019


Jose Caro
1445 168th Avenue
San Leandro, CA 94578


Jose Cruz
P.O. Box 1656
El Granada, CA 94018


Jose de Jesus R. Barron
11881 W San Mateo Road, #2
Half Moon Bay, CA 94019

Jose E. Rodriguez
3718 Tallulah Road
Lantana, FL 33462


Jose Facundo-Guerrero
1828 Cabrillo Hwy N
Half Moon Bay, CA 94019


Jose Flores-Rodriguez
4 Elderberry
Half Moon Bay, CA 94019


Jose J. Velasquez
555 Myrtle Street
Half Moon Bay, CA 94019


Jose L.  Velazquez-Romero
125 Corona Lane
Moss Beach, CA 94038


Jose L. Bianchi
1080 W. Remington Drive
Sunnyvale, CA 94087


Jose M. Ornelas-Moro
471 Myrtel Sreet
Half Moon Bay, CA 94019


Jose M. Silveira
10 Marie Court
Half Moon Bay, CA 94019


Jose M. Velazquez
443 Grove Street
Half Moon Bay, CA 94019


Jose Napoles Acosta
2025 Miramontes Point Road
Half Moon Bay, CA 94019

Jose O. Silva
476 Oak Avenue
Half Moon Bay, CA 94019


Jose Patino
505 Grandeview Blvd.
Half Moon Bay, CA 94019


Jose R. Serrano
12 Hawthorn Walk
Half Moon Bay, CA 94019


Jose Santos-Moreira
P. O. Box 1118
Half Moon Bay, CA 94019


Jose V. Gonzalez
5855 DeWitt Place
Lake Worth, FL 33463


Josefina De Aguayo
P.O. Box 72
Moss Beach, CA 94038


Joseph L. Strohman, Jr.
Ferguson, Case et al.
1050 South Kimball Rd.
Ventura, CA 93004


Josh Malman
357 Head Street, No. 6
San Francisco, CA 94132


Joshua S. Highman
821 N. Humboldt Street #309
San Mateo, CA 94401


Joyce E. Jeffries
c/o Scott Curry
4 Grant Place
Havelock, NC 28532

Juan A. Mata
2 Oleander Way
Half Moon Bay, CA 94019


Juan Garcia-Mejia
1101 Main St #117
Half Moon Bay, CA 94019


Juan O. Martinez
360 Grand Blvd.
Half Moon Bay, CA 94019


Juana Delgado
108 Derecho
Moss Beach, CA 94038


Juana Mendez
102 South D. Street #3
Lake Worth, FL 33460


Juana Mendoza
1400 NW 33rd Street, #29
Pompano Beach, FL 33064


Justin Dautoff
PO Box 572
Half Moon Bay, CA 94019


Juvenal Gonzalez
2800 25TH Avenue
Oakland, CA 94601


Juvenalia Navalhas
285 Metzgar Street
Half Moon Bay, CA 94019


Karin Ayala
680 NE 41st Street, Apt 205
Pompano Beach, FL 33064-6424

Kathleen C. Barbarino
363 California Avenue
Moss Beach, CA 94038


Kavita Canada, Inc.
360 York Road, Unit 3 & 4
Notl, Ontario Los 1J0
Canada


Kent's Bromeliad Nursery
P.O. Box 2166
Vista, CA 92085-2166


Kerry's Bromeliad Nursery
21840 SW 258th Street
Homestead, FL 33031


Ketty Seymour
150 Olympian Way
Pacifica, CA 94044


Key Refrigeration Company
747 Enterprise Court
Livermore, CA 94550


Kimberly Layne
14848 Midland Road
San Leandro, CA 94578


Kirkland Nurseries, LLC
Jerry's Gardenias
6336 Mt. Plymouth Road
Apopka, FL 32712


Kit Shiotani
198 Zils Road
Watsonville, CA 95076


Kitty Shiotani 2001 Revocable Trust
198 Zils Road
Watsonville, CA 95076

Kraft Gardens, Inc.
1555 North Kings Hwy
Ofort Pierce, FL 34947


L Yang
335 Shields St.
San Francisco, CA 94132


Lab Safety Supply, Inc.
P.O. Box 5004
Janesville, WI 53547-5004


Labor Ready, Inc.
P.O. Box 31001-0257
Pasadena, CA 91110-0257


Lake Union Wholesale
Florist, LLC
1300 W Nickerson Street #145
Seattle, WA 98119


Lampson Tractor & Equipment
27000 Astri Road
Cloverdale, CA 95425


Lana F. Lupiani
501 Pennsylvania Avenue
Glen Ellyn, IL 60137


Land's End Business-Outfitters
P.O. Box  217
Dodgeville, WI 53533


Larson Pallet & Crating
Dept. 1494
Denver, CO 80291-1494


Leobardo B. Gutierrez
1101 Main Street, Apt. #107
Half Moon Bay, CA 94019

Leonard Roth
3553 N Sugan Road
New Hope, PA 18938


Leonor Acosta
6 Apple Orchard Way
Half Moon Bay, CA 94019


Leticia H. Flores
818 Arnold Way
Half Moon Bay, CA 94019


Leticia Herrera
845 Colonel Way
Half Moon Bay, CA 94019


Lexustar Corporation
2F., #232-5, SEC.2
Tung -Ho West Street, Shihlin
Taipei, Taiwan, O.R.O.C.


Lincoln B. Moehle
P.O. Box 1466
El Granada, CA 94018-1466


Lisa E. Kaufer
1468 Rosita Road
Pacifica, CA 94044


Lisa P. Drendell
P.O.  Box  141
Half Moon Bay, CA 94019


Lisa Siordia
3 Ortega Court
Pacifica, CA 94044


Lisa Tsui
113 Belvedere Avenue
San Carlos, CA 94070

Living Colors Nursery
19500 S.W. 240th Street
Homestead, FL 33031


Lorena M. Paniagua
653 Grove St. #D
Half Moon Bay, CA 94019


Lourdes Solis
652 Magnolia
Half Moon Bay, CA 94019


M. Costa
110 Loughridge
Folsom, CA 95630-5205


Ma Del Carmen Acevedo De Covarrubias
12511 San Mateo Road
Half Moon Bay, CA 94019


Mailfinance
P.O. Box 45840
San Francisco, CA 94145


Mainstay Business Solution
Flexible Funding, LLC
P.O. Box 26470
San Francisco, CA 94126


Manuel  N. Silva
331 Grove Street #26
Half Moon Bay, CA 94019


Manuel Aguilar
9 Eldelbery
Half Moon Bay, CA 94019


Manuel Azevedo
344 Grove Street
Half Moon Bay, CA 94019

Manuel H. Machado
424 St. Joseph Avenue
Half Moon Bay, CA 94019


Mararita Arias
4648 Sylvan Lane
Lake Worth, FL 33461


Marc J. Kanimoto
629 Crescent Avenue
San Francisco, CA 94110


Marcos Arauz
4990 Lighthouse Circle # A
Coconut Creek, FL 33063


Margarita Molina
5551 Johnson Road, Apt. # 11
Coconut Creek, FL 33073


Margarita Villanueva-Mendez
3698 Patrician Circle
Boynton Beach, FL 33436


Maria A. Belo
54 Bloom Lane
Half Moon Bay, CA 94019


Maria A. Duenas
640 Silver Avenue
Half Moon Bay, CA 94019


Maria A. Vasquez
3605 20th Street
San Francisco, CA 94110


Maria Acosta De Coy
27675 La Porte Ave
Hayward, CA 94545

Maria Avila Castro
310 Bridgeport Drive
Half Moon Bay, CA 94019


Maria D Martinez
P.O. Box 764
Half Moon Bay, CA 94019


Maria D. Delgado
P.O. Box 3165
Half Moon Bay, CA 94019


Maria D. Romero
355 Grover Street
Half Moon Bay, CA 94019


Maria D. Villalobos
275 Pilarcitos Avenue # 1
Half Moon Bay, CA 94019


Maria D. Villatoro
3040 Congress Park Drive,  Apt. 417
Lake Worth, FL 33461-5248


Maria D. Villegas-Haro
1101 N. Cabrillo Hwy
Half Moon Bay, CA 94019


Maria De Mata
1130 Cabrillo Hwy N
Half Moon Bay, CA 94019


Maria del Socorro Ambriz de Hernandez
515 Magnolia Street
Half Moon Bay, CA 94019


Maria Elena Ramirez
9 Pear Orchard Way
Half Moon Bay, CA 94019

Maria F. Garcia
444 Poplar Street
Half Moon Bay, CA 94019


Maria F. Terra
454 Pine Street
Half Moon Bay, CA 94019


Maria G. Acosta
516 Spruce Street
Half Moon Bay, CA 94019


Maria G. Carrillo
5 Maidenhair Walk
Half Moon Bay, CA 94019


Maria G. Gonzalez
115 Bonita Street
Moss Beach, CA 94038


Maria G. Rivas
P. O. Box 1041
Half Moon Bay, CA 94019


Maria G. Villegas De Acosta
6 Salal Road
Half Moon Bay, CA 94019


Maria Gutierrez
349 Grand Blvd.
Half Moon Bay, CA 94019


Maria Gutierrez De Paniagua
1008 Anza Drive
Pacifica, CA 94044


Maria Huerta
431 Spruce Street
Half Moon Bay, CA 94019

Maria Jimenez
P.O. Box 3031
Half Moon Bay, CA 94019


Maria L. Duran
463 Cypress Avenue #1
Half Moon Bay, CA 94019


Maria L. Haro
P.O. Box 371293
Montara, CA 94037


Maria Ramirez
P.O. Box 1084
Half Moon Bay, CA 94019


Maria Sales
511 SE Street B
Lake Worth, FL 33460-4313


Maria T. Ortega de Ibarra
1149 Via Dolorosa
San Lorenzo, CA 94580


Maria Tapia de Covarrubias
352 Grove Street
Half Moon Bay, CA 94019


Mariana Dias
563 Filbert Street
Half Moon Bay, CA 94019


Marianela Ramos-Small
930 Arizona Avenue
Fort Lauderdale, FL 33312


Marina Ruiz
4 Pear Orchard Way
Half Moon Bay, CA 94019

Mario Ruiz
122 Corona
Moss Beach, CA 94038


Mark B. Ryser
702 Hardell Lane
Vista, CA 92084


Mark Conley
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012


Mark Jones
804 Avalon Ave.
Lafayette, CA 94549-5014


Marta L. Torres
5395 Ginger Way, Apt. 463
Lake Worth, FL 33463-4415


Martha Cruz
P.O. Box 1656
El Granada, CA 94018


Martin Aguirre
310 Sterling Avenue
Delray Beach, FL 33444


Martina C. Miramontes
415 Filbert #B
Half Moon Bay, CA 94019


Mary Ann McDonald
534 Metzgar Street
Half Moon Bay, CA 94019


Mary E. Moberg
217 Garcia Avenue
Half Moon Bay, CA 94019

Mary H. Oldham
P.O. Box 370864
Montara, CA 94037


Maryann Gianocca
Star Rt. 1, Box 10
San Gregorio, CA 94074


Master Tag
P.O. Box 67
Montague, MI 49437-0067


Maura Anguiano
369 Claremont
San Mateo, CA 94401


Maurilio Flores Rodriguez
102 Derecho
Moss Beach, CA 94038


May Greenhouses, Inc.
114 Fel-Mar Drive
San Luis Obispo, CA 93405


May Nagai
523 N. Idaho St.
San Mateo, CA 94401


McLellan Botanicals
P.O. Box 2710
Watsonville, CA 95077-2710


McMaster-carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690


Meghan Hollingsworth
1770 Broadway, Apt. 302
San Francisco, CA 94109

Melquiades H. Mederos
443 Grove Street
Half Moon Bay, CA 94019


Melvino Melo
250 San Mateo Road #26
Half Moon Bay, CA 94019


Mercedes Patino
505 Grandeview Blvd.
Half Moon Bay, CA 94019


Mercedes Vazquez
7 Iris Lane
Half Moon Bay, CA 94019


Mercer Botanicals
P.O. Box 1328
Zellwood, FL 32798


Metro Mobile Communications
3549 Haven Avenue, Suite A
Menlo Park, CA 94025-1009


Michael C. Saqui
295 S. Main St., Ste. 300
Salinas, CA 93901


Michael Killingsworth
430 Marine Blvd.
Moss Beach, CA 94038


Miguel Arellano
101 La Granada Way
Moss Beach, CA 94038


Mildred & Julie Sexton
503 Boothbay Road
Edgecomb, ME 04556

Milgro Nursery, LLC
P.O. Box 6069
Oxnard, CA 93031


MNC Stribbons
1545 NW 165th Street
Miami, FL 33169


Modesto Villalobos
4 Apple Orchard Way
Half Moon Bay, CA 94019


Moore Tractor Company
4088 Russell Road
Fairfield, CA 94534


Morningside Garden, Inc.
14371 S.W. 248th Street
Princeton, FL 33032


Moss Man, Inc.
1811 Englewood Road #274
Englewood, FL 34223-1822


Moss Rubber & Equipment Corporation
PO Box 2944
So. San francisco, CA 94083-2944


Motion Industries, Inc.
File 57463
Los angeles, CA 90074-7463


Mt. Green Nursery, Inc.
12690 Harding Avenue
San Martin, CA 95046


Mueller's Greenhouses
1524 Sunset Drive
Vista, CA 92081

Myers Industries, Inc.
dba Dillen Products
24284 Network Place
Chicago, IL 60673


N. Kramer
P.O. Box 1582
El Granada, CA 94018


Nancy Ramirez
7 Elderberry Road
Half Moon Bay, CA 94019


Nancy Wright
10  Gennessee
San Francisco, CA 94112


National Resource Management
480 Neponset Street, Bldg.2
Canton, MA 02021


Naturatica/ Super Moss/
Four Seasons Flowers
P.O. Box 30352
Santa Barbara, CA 93130


Naugle's Nursery, Inc.
5001 SW 82nd Avenue
Fort Lauderdale, FL 33328


Newark Electronics/
Newark Inone
P.O. Box 94151
Palatine, IL 60094-4151


Newish Industrial Limited
Rm.1901-1902 Tower B
63-73 Wo Yi Hop Road
Kwai Chung, N.T
Hong Kong

Newman's Nursery, Inc.
HCR 3, Box 11023
Keaau, HI 96749


NGM Productions
P.O. Box 1409
Mt. Dora, FL 32756-1409


Nicholas Price
39266 Turtle Bay Unit E
Murrieta, CA 92563


Noe J. Acosta Guerrero
7704 Tamarindo Bay Drive
Sacramento, CA 95828


Noe Vieyra
150 B Keel Street
Half Moon Bay, CA 94019


Noemi Gomez
2515 NW 80th Avenue
Margate, FL 33063


Northern Energy, Inc.
P.O. Box 3149
Half Moon Bay, CA 94019-3149


O'Ted Industrial Company
Room 8,16FL,Tung Chun Ind
11-13 Tai Yuen Street
Kwai Chung
Hong Kong


Ocean Shore Company
P.O. Box 998
Half Moon Bay, CA 94019


Office Depot
File 81901
Los Angeles, CA 90074-1901

Oscar Facundo
454 Willow Avenue
Half Moon, CA 94019


Osvaldo R. Rodriguez
40-A Frenchman's Creek Road
Half Moon Bay, CA 94019


Pablo Jaime
435 Dolores Avenue
Half Moon Bay, CA 94019


Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA 95899-7300


Pacific Occupational Health Clinic
3 South Linden Avenue
So. San Francisco, CA 94080


Pacific Sun Growers, Inc.
P.O. Box 250
Nipomo, CA 93444


Pacific Telemanagement
2001 Crow Canyon Road
Suite #201
San Ramon, CA 94583


Pajaro Valley Water
36 Brennan Street
Watsonville, CA 95076


Pamela Webster
Buchalter Nemer
1000 Wilshre Blvd., Ste. 1500
Los Angeles, CA 90017


Panzer Nursery, Inc.
17980 W Baseline Road
Beaverton, OR 97006

Park's Company
2511 Grant Avenue
San Leandro, CA 94579


Patricia N. Villa
1828 Cabrillo Hwy N
Half Moon Bay, CA 94019


Patricia Weir
274 Loma Road
San Carlos, CA 94070


Paulo A. Sousa
424 St. Joseph Avenue
Half Moon Bay, CA 94019


PDM Service Centers
Div. of Pitt-Des Moines
P.O. Box 329
Santa Clara, CA 95052


Peckett's, Inc.
5643 Round Lake Road
Apopka, FL 32712


Pedro Barajas
1021 Hilton
Redwood City, CA 94064


Pedro Isidro-Lopez
P.O. Box 489
Half Moon Bay, CA 94019


Pedro R. Zamora
454 Willow Avenue
Half Moon Bay, CA 94019


Penning Freesia B.V.
P.O. Box 9
2675 ZG Honselersdijk
Holland

Penske Truck Leasing
P.O. Box 7429
Pasadena, CA 91110


Peterson Tractor Company
P.O. Box 5258
San Leandro, CA 94577


Philip Nienaber
4711 W. Concord
Visalia, CA 93277


Piedmont Plastics
Dept. 1185
Denver, CO 80291


Pindstrup Mosebrug A/S
Pindstrup, DK-8550
Ryomgard
Denmark


Plant Marketing
2405 Britt Road
Mount Dora, FL 32757


Plants In Design, Inc.
20905 SW 162nd Avenue
Miami, FL 33187


Plasti-Print, Inc.
1620 Gilbreath Road
Burlingame, CA 94010


Poppelmann Plastics U.S.A.
P.O. Box 601963
Charlotte, NC 28260


Por La Mar Nursery
P.O. Box 6354
Santa Barbara, CA 93160-6354

Pottery Manufacturing and
Distributing, Inc.
18881 S. Hoover Street
Gardena, CA 90248


Pottery Merchant
3080 Giant Road
San Pablo, CA 94806


Produce Marketing Association
P.O. Box 6036
1500 Casho Mill Road
Newark, DE 19714-6036


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


Rafael Solis-Virgen
104 Corona
Moss Beach, CA 94038


Ramiro Acosta
32850 Ithica St
Union City, CA 94587


Ramiro V. Quiroz
9368 Marius Way
Sacramento, CA 95829


Ramon Ramirez Regalado
7 Elderberry Road
Half Moon Bay, CA 94019


Ranulfo Gonzales
6211 W. Chennault Avenue
Fresno, CA 93722


Raquel Rodriguez
1581 Mizzen Lane
Half Moon Bay, CA 94019

Rebecca H. Wong
312 So. Ashton Avenue
Millbrae, CA 94030


Redwood Coast Petroleum
P.O. Box 428
Santa Rosa, CA 95402


Reynalda J. Diaz
6282 Mission Rd #A
Daly City, CA 94014


Richard Jeweler
P.O. Box 150270
San Rafael, CA 94915-0270


Robert Bruno
118 15th Avenue
San Mateo, CA 94402


Robert J. Steinlein
2040 Franklin Street #906
San Francisco, CA 94109


Robert L. Pettit
1001 Bancroft Avenue
Half Moon Bay, CA 94019


Robert Mann Packaging, Inc.
Dept. #34379
P.O. Box 39000
San Francisco, CA 94139


Robert Myren
325 Magnolia Street
Half Moon Bay, CA 94019


Robert Rowley
P.O. Box 278
Bellflower, CA 90707

Robert S.Halksworth
7207 Maple Street
Overland Park, KS 66204


Roberto L. Lopez
452 Oak Avenue
Half Moon Bay, CA 94019


Roberto Navarrete-Corona
960 Carlson Blvd.
Richmond, CA 94804


Roberto Navarro
2376 Menalto Avenue
East Palo Alto, CA 94303


Rochester Midland Corporation
P.O. Box 31515
Rochester, NY 14603


Rocio Piedra
570 Auburn Circle East, Apt. #C
Delray Beach, FL 33444


Rodolfo Gutierrez-Villegas
6 Iris Lane
Half Moon Bay, CA 94019


Rogoberto Acosta
#6 Apple Orchard Way
Half Moon Bay, CA 94019


Romeo Packing Company
106 Princeton Avenue
Princeton by the Sea
Half Moon Bay, CA 94019


Rosa Barajas
P.O. Box 665
Redwood City, CA 94063

Rosa M. Amaral
P.O. Box 2335
El Granade, CA 94018

Rosa Maria Martinez
135 Barranca
Moss Beach, CA 94038

Rosa Maria Martinez
1504 N. Cabrillo Hwy
Half Moon Bay, CA 94019

Rosalba Flores
P.O. Box 1108
Half Moon Bay, CA 94019

Rosalba Garcia-Patricio
736 W. Ocean Drive
Boynton Beach, FL 33426

Roy P. Ash
13 Le Havre Place
Half Moon Bay, CA 94019

Ruben Acosta
P.O. Box 381
Half Moon Bay, CA 94019

Ruben D. Ruiz
488 Laurel Avenue
Half Moon Bay, CA 94019

Ruben Nunez
P.O. Box 829
Half Moon Bay, CA 94019

Rudy's Greenhouses
4224 California Street Suite 103
San Francisco, CA 94118

Ruth A. Steiner
3509 Altamont Way
Redwood City, CA 94062


Salif Thiam
214 7th Avenue #3
San Mateo, CA 94401


Salvador Jimenez-Acosta
471 Anita Drive
Millbrae, CA 94030


San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111


Sandra C.Turcio
3660 Canal Road, # 5
Lake Worth, FL 33461


Santos Palacio
5551 Johnson Road, #48
Coconut Creek, FL 33073


Schickenberg Nursery
2351 North Cabrillo Hwy
Half Moon Bay, CA 94019


Schubert Nursery, Inc.
P.O. Box 1451
Salinas, CA 93902


Seaview Nursery, Inc.
P.O. Box 60110
Santa Barbara, CA 93160


Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Boulevard, Floor 11
Los Angeles, CA 90036

Select Personnel Services
130 Produce Avenue, Suite A
South San Francisco, CA 94080


Senaida Montelongo de Acosta
P.O. Box 381
Half Moon Bay, CA 94019


Siemens Water Tech Corporation
P.O. Box 360766
Pittsburg, PA 15250


Silvia S. Rivas
685 Barron Way
Hayward, CA 94544


Smartland Industrial Company
#806, 8FL, 13 SHeung Yuetrd
Kowloon Bay, Kowloon
Hong Kong


Smithers-Oasis North America
P.O. Box 745
Kent, OH 44240


Smurfit-Stone Container
P.O. Box 840865
Dallas, TX 75284-0865


Soil & Plant
1101 S. Winchester Blvd. Suite G-173
San Jose, CA 95128


Sorenson Greenhouses, Inc.
P.O. Box 550
Ramona, CA 92065


Spencer T. Meneses
580 Pointe Pacific Drive #5
Daly City, CA 94014

Sprayer Sales Company
5695 Sun Ridge Court
Castro Valley, CA 94552


Sprint
P.O. Box 79255
City of Industry, CA 91716


State Board of Equalization
MIC; 29
P.O. Box 942879
Sacramento, CA 94279-0029


Steven Chan
2651 North Cabrillo Highway
Half Moon Bay, CA 94019


Stewart's Greenhouse, Inc.
P.O. Box 1848
Mount Dora, FL 32756


Sun-Land Gardern Products
90 Pioneer Road
Watsonville, CA 95076-0898


Sunlet Nursery
3636 Luneta Lane
Fallbrook, CA 92028


Supermarket News
7 West 34th St.
New York, NY 10117-0298


Susan J.Chittenden
P.O. Box 746
Pescadero, CA 94060


Susana I. Garcia
26443 Eldridge Avenue
Hayward, CA 94544

Suzanne R. Dempsey
P.O. Box 2046
El Granada, CA 94018


Tara Nemeth
217 Southcliff Avenue
South San Francisco, CA 94080


Target Specialty Products
4865 S. 36th Street
Phoenix, AZ 85040


Technical Traffic Consultants--TTC
30 Hemlock Drive
Congers, NY 10920-1400


Teitelbaum Brothers, Inc.
1940 Lehigh Avenue, Unit E
Glenview, IL 60026


Temkin Internationl, Inc.
213 South Temkin Way
Payson, UT 84651


The Black Diamond Nursery
21226 Mount Gaylor Drive
Winslow, AR 72959


The Dramm Corporation
P.O. Box 1960
Manitowoc, WI 54221


The Home Depot, CRC
2001 Chess Dr.
San Mateo, CA 94404


The Image Station
7 Auburn Court
Danville, CA 94506

The John Henry Company/
Multi Packaging Solutions
75 Remittance Drive,#3111
Chicago, IL 60675


Thompson Rose Company
949 Cassou Road
San Marcos, CA 92069


Tiemann's Holiday Mistletoe
P.O. Box 130
Priddy, TX 76870


Timothy L. Oldham
P.O. Box 370864
Montara, CA 94037


Toyotalift, Inc.
P.O. Box 710280
Santee, CA 92072-0280


Trinidad J. Mata
170 Bridgeport Drive
Half Moon Bay, CA 94019


Twin Oaks Growers
1969 Marilyn Lane
San Marcos, CA 92069


Twu J. Chen
70 Westlawn Avenue
Daly City, CA 94015


United Site Services, Inc.
P.O. Box 53267
Phoenix, AZ 85072


United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3400

Verizon Wireless
7000 Central Ave. SW
Albuquerque, NM 87121


Veronica M. Oswald
1000 Continentals Way, Apt. 325
Belmont, CA 94002


Veronica Ruiz
1585 Spinnaker Lane
Half Moon Bay, CA 94019


Victor Perez-Ruiz
P.O. Box  2648
El Granada, CA 94018


Victorinox Swiss Amy
P.O. Box 845362
Boston, MA 02284-5362


Vreeland Nursery Int'l
26950 Encinal Road
Salinas, CA 93908-9535


Wells Fargo Bank
Attn: Tony Lee
245 S. Los Robles Ave., Ste. 700
Pasadena, CA 91101


Wendy M. Klusendorf
938 Foxenwood Drive
Santa Maria, CA 93455


West Coast Aggregates, Inc.
P.O. Box 1061
Tracy, CA 95378


Westerlay Orchids
P.O. Box 1249
Carpinteria, CA 93014

Western Cactus Enterprises, Inc.
P.O. Box 2018
Vista, CA 92085


White Sand Nurseries
P.O. Box 968
Plymouth, FL 32768


William Epstein
41 Nace Ave.
Piedmont, CA 94611


Williamette Evergreen, Inc.
P.O. Box 1227
Canby, OR 97013


Wilma Rico
251 Pilarcitos Avenue, Apt. 1
Half Moon Bay, CA 94019


Woodburn Nursery & Azaleas
13009 McKee Road, NE
Woodburn, OR 97071


Yolanda Arias-Britton
548 Monterey Road
Pacifica, CA 94044


Zenaida Rodriguez
P.O. Box 2885
El Granada, CA 94018


Zenaida Ruiz
488 Laurel Avenue
Half Moon Bay, CA 94019

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re   Nurserymen's Exchange, Inc. _____ ,

                                  Debtor

Case No. _____

Chapter _____ 11 _____

# VERIFICATION OF LIST OF CREDITORS

      I hereby certify under penalty of perjury that the attached List of Creditors which consists of 61 pages, is true, correct

and complete to the best of my knowledge.

Date   May 22, 2011 _____

Signature   /s/ Justin Dautoff _____

                       JUSTIN DAUTOFF,
                       C.O.O.

Stephen D Finestone
Law Offices of
Stephen D. Finestone
456 Montgomery St.,
20th Floor
San Francisco, CA 94104
415 421-2624
415 398-2820

Case: 11-31985   Doc# 1   Filed: 05/23/11   Entered: 05/23/11 10:16:29   Page 249 of
251

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re  Nurserymen's Exchange, Inc. _____ ,

                   Debtor

Case No. _____

Chapter    11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Gail Hollingsworth<br>P.O. Box 391<br>Burlingame, CA 94011-0391 | | Shareholder through family trust - 11.5% |
| Jack Pearlstein<br>P.O. Box 620485<br>Woodside, CA 94062-0485 | | Shareholder through family trust - 12.1% |
| Kitty Shiotani 2001 Revocable Trust<br>198 Zils Road<br>Watsonville, CA 95076 | 0 | Shareholder - 11.3% |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0

B203
12/94

# United States Bankruptcy Court
## Northern District of California

In re Nurserymen's Exchange, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..................................................... $ ___75,000___

Prior to the filing of this statement I have received ......................................... $ ___75,000___

Balance Due ...................................................................................................... $ _____0_____

2. The source of compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

Of the pre-petition retainer approximately $11,821 remained as of the filing date

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

May 22, 2011
_____
Date

/s/ Stephen D Finestone
_____
Signature of Attorney

Law Offices of Stephen D. Finestone
_____
Name of law firm

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30935-301X-09510 - PDF-XChange 3.0