```
 1  Stephen D. Finestone (125675)
    John F. Sullivan (175236)
 2  LAW OFFICES OF STEPHEN D. FINESTONE
    456 Montgomery Street, 20th Floor
 3  San Francisco, CA 94104
    Telephone: (415) 421-2624
 4  Facsimile:  (415) 398-2820
    Email: sfinestone@pobox.com
 5
    Proposed Counsel for Debtor and Debtor in Possession
 6  Nurserymen's Exchange, Inc.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 11-31985 |
|---|---|---|
| NURSERYMEN'S EXCHANGE, INC. | ) ) | Chapter 11 |
| Debtor and Debtor in Possession | ) ) ) ) ) ) | **APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY C&A, INC. AS TURNAROUND CONSULTANTS AND FINANCIAL ADVISORS** |

  Nurserymen's Exchange, Inc, Debtor and Debtor in possession herein ("Debtor"), hereby submits this application (the "Application") authorizing Debtor to employ C&A, Inc. ("C&A") as restructuring and turnaround consultants and advisors in this case. C&A's offices are located at 1600 Rosecrans Ave., Manhattan Beach, CA 90266. In support of the Application, the Debtor represents as follows:

  1. On May 23, 2011, Applicant filed in this Court its Voluntary Petition for relief under Chapter 11 of Title 11, United States Code.

  2. C&A was initially employed as restructuring and turnaround consultants by the Debtor commencing in or around November 2006, and has worked with Debtor intermittently since that time to assist in the restructuring and improvement of its management team, organizational structure, operations, sales and marketing, crop selection and planning, fiscal and budgeting control, forward planning discipline and its efforts overall to greatly reduce costs and improve profitability. The latest version of the retention agreement between Debtor and C&A is attached to the accompanying Declaration of Chell

Chelliah as Exhibit A.

3. C&A was paid for its pre-petition work on the following basis: All C&A personnel other than Chell Chelliah were paid on an hourly basis based on the prevailing and/or agreed billing rates and the hours worked. Mr. Chelliah entered into a separate annual retention agreement in 2008 (in addition to the hourly basis arrangement) for the provision of 90 hours a month at favorable rates with a portion of these fees deferred contingent to certain milestones being achieved at which time they were realizable at a 100% premium. In addition, in recognition of the favorable rates, significant unbilled hours contributed and numerous other accommodations made by Mr. Chelliah during the three year period to 12/31/2010, in assisting with the restructuring and turnaround of the Debtor, the Owners, CEO and the Board of Directors of the Debtor granted fully vested phantom equity interests of 3% of the total equity capital of Nurserymen's Exchange, Inc..

4. As of the time of filing, C&A had formally relinquished it's rights to any and all contingent fees of $825,600 and fully vested phantom equity interests of 3% and holds no pre-petition claim against the Debtor. C&A and Mr. Chelliah's efforts over the last few years were highly instrumental in achieving profitability of the Debtor for the current fiscal year.

5. Prior to the filing of Debtor's bankruptcy case, C&A received a pre-petition retainer of $100,000 from the Debtor. Resumes of the C&A staff who will most likely work on this matter are attached hereto as Exhibit B. C&A adjusts it's billing rates based on market conditions and level of experience on a calendar year basis. C&A will bill its services under the following billing rates for the calendar year 2011. Standard hourly rates for professionals presently range from $150 for Associates to $500 for 2011. The current hourly rates for C&A staff who will most likely work on this matter are:

- Chell Chelliah - $450 per hour for preparatory time and $500 per hour for deposition and/or trial testimony.
- Alan Okahata - $260 per hour for preparatory time and $310 per hour for deposition and/or trial testimony.

6. C&A will provide the following services for Debtor during its bankruptcy case:
- Business and turnaround consulting and advisory services;
- Oversight and where necessary preparation of reports concerning the Debtor's financial

1 | condition and business operations, including the preparation of monthly operating reports and other
2 | information requested by the Office of the U.S. Trustee; and,
3 | - Performance of other restructuring, turnaround and financial consulting and advisory
4 | services as requested by the Debtor.
5 | 7. Debtor believes C&A is well qualified to perform these and other services for the Debtor
6 | based on the experience and expertise of the C&A staff who have worked with Debtor and will work on
7 | this case.
8 | 8. As set forth in the Declaration of Chell Chelliah, (a) C&A neither holds nor represents
9 | any interest adverse to the Debtor's estate; (b) C&A is not a creditor or an equity security holder of the
10 | Debtor; and (c) C&A has had no connection with the Debtor, other than the prior contractual agreement
11 | as turnaround consultants disclosed above, its creditors, or any party in interest, or its respective
12 | attorneys and accountants, the United States Trustee, the Bankruptcy Judge presiding in this case, or any
13 | person employed in the office of the United States Trustee.
14 | 9. C&A does not hold or represent any interest adverse to the Debtor's estate. C&A
15 | understands that its fees and cost reimbursement are subject to approval of the Bankruptcy Court,
16 | sections 328, 330 and 331 of the Bankruptcy Code and the fee guidelines for professionals published by
17 | the Office of the U.S. Trustee.

Dated: May 23, 2011

/s/ Justin Dautoff
Justin Dautoff
Chief Operating Officer
Nurserymen's Exchange, Inc.