DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
Minnie Loo, Trial Attorney (106613)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: minnie.loo@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | No. 11-31985 |
| | ) | |
| Nurserymen's Exchange, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for August B. Landis, the Acting United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Minnie Loo
    235 Pine Street, Suite 700
    San Francisco, CA 94104-3484
    Email: minnie.loo@usdoj.gov

Dated: May 24, 2011                August B. Landis, Acting U.S. Trustee

                                   By:  /s/ Minnie Loo
                                        Attorney for the U.S. Trustee

- 1 -