| | |
|---|---|
| 1 | PAMELA KOHLMAN WEBSTER (SBN: 105937) |
| 2 | BUCHALTER NEMER<br>A Professional Corporation |
| 3 | 1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |
| 4 | Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |
| 5 | Email: pwebster@buchalter.com |
| 6 | Attorneys for<br>Wells Fargo Business Credit |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC., | Chapter: 11 |
| Debtor and Debtor in Possession | **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**<br><br>[No Hearing Required] |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Wells Fargo Business Credit ("WFBC") through its attorneys, Buchalter Nemer, a Professional Corporation, ("BN"), hereby requests that all parties provide WFBC and BN with copies of all notices, pleadings, and other papers filed in the above-captioned case. All parties are requested to direct all communications to WFBC as follows:

        Pamela Kohlman Webster
        Buchalter Nemer
        1000 Wilshire Boulevard, Suite 1500
        Los Angeles, California 90017
        Telephone: (213) 891-5069
        Facsimile: (213) 630-5668
        Email: pwebster@buchalter.com

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9078676v1

1

REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST

Case: 11-31985   Doc# 20   Filed: 05/24/11   Entered: 05/24/11 10:21:43   Page 1 of 2

PLEASE TAKE FURTHER NOTICE that this request includes the type of notice referred to in Federal Rules of Bankruptcy Procedure 2002(i) and 3017(d), and includes, without limitation, all schedules, requests, notices, motions, complaints, or other pleadings. This request encompasses all communications brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

PLEASE TAKE FINAL NOTICE that WFBC additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

DATED: May 24, 2011  
BUCHALTER NEMER  
A Professional Corporation

By: /s/ Pamela Kohlman Webster  
PAMELA KOHLMAN WEBSTER  
Attorneys for Creditor  
Wells Fargo Business Credit

BUCHALTER NEMER  
A PROFESSIONAL CORPORATION  
LOS ANGELES

BN 9078676v1

2

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

Case: 11-31985    Doc# 20    Filed: 05/24/11    Entered: 05/24/11 10:21:43    Page 2 of 2