| | |
|---|---|
| 1 | PAMELA KOHLMAN WEBSTER (SBN: 105937) |
| 2 | BUCHALTER NEMER<br>A Professional Corporation |
| 3 | 1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |
| 4 | Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |
| 5 | Email: pwebster@buchalter.com |
| 6 | Attorneys for<br>Wells Fargo Business Credit |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC., | Chapter: 11 |
| Debtor and Debtor in Possession | **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**<br><br>[No Hearing Required] |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Wells Fargo Business Credit ("WFBC") through its attorneys, Buchalter Nemer, a Professional Corporation, ("BN"), hereby requests that all parties provide WFBC with copies of all notices, pleadings, and other papers filed in the above-captioned case. All parties are requested to direct all communications to WFBC as follows:

> Harry L. Joe, Vice President
> Wells Fargo Capital Finance
> Business Credit Division
> 245 S. Los Robles Avenue, Suite 700
> Pasadena, CA 91101
> Telephone: (626) 685-9944
> Facsimile: (866) 812-5929
> Email: joeharry@wellsfargo.com

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9079322v1

1

REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST

Case: 11-31985    Doc# 21    Filed: 05/24/11    Entered: 05/24/11 11:40:35    Page 1 of 2

PLEASE TAKE FURTHER NOTICE that this request includes the type of notice referred to in Federal Rules of Bankruptcy Procedure 2002(i) and 3017(d), and includes, without limitation, all schedules, requests, notices, motions, complaints, or other pleadings. This request encompasses all communications brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

PLEASE TAKE FINAL NOTICE that WFBC additionally requests that the Debtor and the Clerk of the Court place it and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

DATED: May 24, 2011    BUCHALTER NEMER
A Professional Corporation

By: /s/ Pamela Kohlman Webster
PAMELA KOHLMAN WEBSTER
Attorneys for Creditor
Wells Fargo Business Credit

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9079322v1

2

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

Case: 11-31985    Doc# 21    Filed: 05/24/11    Entered: 05/24/11 11:40:35    Page 2 of 2