## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| In re | ) ) ) | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | ) ) | Chapter 11 |
| Debtor and Debtor in Possession | ) ) ) ) | |

## AFFIDAVIT OF SERVICE

Please note that, on May 23, 2011, I caused true and correct copies of the following document(s) attached in Exhibit A, to be served via (i) via facsimile to the parties listed in Exhibit B hereto:

- **Notice of Hearing on First Day Motions**

Dated: May 24, 2011

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{                           }
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 24th day of May, 20 11, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

# **EXHIBIT A**

1  Stephen D. Finestone (125675)
   John F. Sullivan (175236)
2  LAW OFFICES OF STEPHEN D. FINESTONE
   456 Montgomery Street, 20th Floor
3  San Francisco, CA 94104
   Telephone: (415) 421-2624
4  Facsimile: (415) 398-2820
   Email: sfinestone@pobox.com
5
   Proposed Counsel for Debtor and Debtor in Possession
6  Nurserymen's Exchange, Inc.

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

| In re | ) | Case No. 11-31985 |
|---|---|---|
| | ) | |
| NURSERYMEN'S EXCHANGE, INC. | ) | Chapter 11 |
| | ) | |
|     Debtor and Debtor in Possession | ) | **Date:** May 25, 2011 |
| | ) | **Time:** 11:00 a.m. |
| | ) | **Place:** 235 Pine Street, Courtroom 2_ |
| | ) |     San Francisco, CA |
| _____ | ) | **NOTICE OF HEARING ON FIRST DAY** |
| | | **MOTIONS** |

18        **PLEASE TAKE NOTICE** that on May 25, 2011 at 11:00 a.m., the U.S. Bankruptcy Court for

19   the Northern District of California, the Hon. Dennis Montali presiding, located at 235 Pine Street, 22nd

20   Floor, San Francisco, CA 94104, shall hold a hearing on the First Day Motions (the "Motions") filed by

21   Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor").

22        Attached is a list of all Motions to be heard at the date and time noted above. Copies of the

23   Omnibus Declaration, all Motions and supporting declarations and proposed forms of order are available

24   online at the following website link: www.omnimgt.com/nurserymens/firstdaydocuments. Additional

25   documents filed in the case, including Debtor's Voluntary Petition, Schedules and Statement of

26   Financial Affairs are also available online at http://www.omnimgt.com/nurserymens. Copies of the

27   pleadings may also be obtained by contacting Debtor's counsel at the telephone number or email listed

28   above.

NOTICE RE HEARING                              1

| | |
|---|---|
| 1 | Dated: May 23, 2011 |
| 2 | |

LAW OFFICES OF STEPHEN D. FINESTONE

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorney for Debtor

# LIST OF MOTIONS

**1.** Motion of Debtor and Debtor in Possession for Interim and Final Orders (I) authorizing (A) secured Post petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) use of Cash Collateral Pursuant to 11 U.S.C.. § 363 and (C) grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (Ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); Memorandum of Points and Authorities in Support Thereof

**2.** Motion for Order (A) Approving Sale Procedures in Connection with the Proposed Sale of Debtor's Operating Assets at Auction (B) Approving Procedures for the Assumption and Assignment of Certain Real Property and Personal Property Leases and Executory Contracts in Connection Therewith (C) Granting Related Relief; Memorandum of Points and Authorities

**3.** Emergency Motion for Order Authorizing Continued Use of Customer Return, Refund, and Credit Practices

**4.** Declaration of Justin Dautoff in Support of First Day Motions of Debtor

**5.** Emergency Motion for Order Authorizing (A) Payment of Pre-petition Wages, Salaries, and Commissions and (B) Honoring of Pre-petition Employee Benefits

**6.** Application for Order Limiting Notice

**7.** Motion for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Utility Companies.

**8.** Motion for Order Authorizing Use of Existing Bank Accounts, Cash Management System, and Business Forms.

**9.** Motion for Order Setting Claims Bar Date For Section 503(b)(9) Claims and Approving Form and Manner of Notice Thereof

**EXHIBIT B**

AB BONSAI & POTTERY
ALICE LI
626-968-9362

ALL PHAZE SOLUTIONS, INC.
ROBERT GUZMAN
510-764-2403

ASIAN HANDICRAFTS
B.N. VIJ
0591-2460777

CALIFORNIA FLORIDA PLANT COMPANY, LP
831-754-2738

GREENLEAF CHEMICAL LLC
702-914-9215

HUIYUAN INT'L COMMERCE &
CANDY
0591-87562651

INTERNATIONAL FREIGHT SVC
650-697-4929

INTERNATIONAL PAPER CO.
209-526-0557

MAINSTAY BUSINESS SOLUTN/
415-391-4331

MILGRO NURSERY, LLC.
BRAD MILLER
805-985-6246

NEWISH INDUSTRIAL LIMITED
CLARA WONG
852-2614-5070

PAMELA WEBSTER
213-896-0400

POR LA MAR NURSERY
BRIAN CAIRD
805-967-3266

SECRETARY OF THE TREASURY
360-664-8781

SELECT PERSONNEL SERVICES
ESTEFANIA ESCOBAR
650-873-4311

SMARTLAND INDUSTRIAL CO.
AGNES CHU
852-2172-7621

SUNLET NURSERY
JANET
760-728-1076

TEMKIN INTERNATIONAL,INC.
801-465-1301

WELLS FARGO
626-844-9063

Creditors:  19

Case: 11-31985    Doc# 23    Filed: 05/24/11    Entered: 05/24/11 15:25:09    Page 7 of 21

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re | ) | Case No. 11-31985 |
| | ) | |
| NURSERYMEN'S EXCHANGE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| _____ | ) | |

## AFFIDAVIT OF SERVICE

Please note that, on May 24, 2011, I caused true and correct copies of the following document(s) attached in Exhibit A, to be served via (i) via facsimile to the parties listed in Exhibit B hereto:

- **Notice of Hearing on First Day Motions**

Dated: May 24, 2011

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

|  |  |  |
|---|---|---|
| {State of California | } | |
| { | } ss. | |
| { | } | |
| {County of Los Angeles | } | |

Subscribed and sworn to (or affirmed) before me on this 24th day of May, 20 11, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

# **EXHIBIT A**

```
1    Stephen D. Finestone (125675)
     John F. Sullivan (175236)
2    LAW OFFICES OF STEPHEN D. FINESTONE
     456 Montgomery Street, 20th Floor
3    San Francisco, CA 94104
     Telephone: (415) 421-2624
4    Facsimile: (415) 398-2820
     Email: sfinestone@pobox.com
5
     Proposed Counsel for Debtor and Debtor in Possession
6    Nurserymen's Exchange, Inc.

7

8                    UNITED STATES BANKRUPTCY COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11
     In re                              )    Case No. 11-31985
12                                      )
     NURSERYMEN'S EXCHANGE, INC.        )    Chapter 11
13                                      )
             Debtor and Debtor in Possession )  Date:  May 25, 2011
14                                      )    Time:  11:00 a.m.
                                        )    Place: 235 Pine Street, Courtroom 2_
15                                      )           San Francisco, CA
                                        )
16   ──────────────────────────────────  )  NOTICE OF HEARING ON FIRST DAY
                                             MOTIONS
17
```

18        **PLEASE TAKE NOTICE** that on May 25, 2011 at 11:00 a.m., the U.S. Bankruptcy Court for

19   the Northern District of California, the Hon. Dennis Montali presiding, located at 235 Pine Street, 22nd

20   Floor, San Francisco, CA 94104, shall hold a hearing on the First Day Motions (the "Motions") filed by

21   Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor").

22        Attached is a list of all Motions to be heard at the date and time noted above.  Copies of the

23   Omnibus Declaration, all Motions and supporting declarations and proposed forms of order are available

24   online at the following website link:  www.omnimgt.com/nurserymens/firstdaydocuments.  Additional

25   documents filed in the case, including Debtor's Voluntary Petition, Schedules and Statement of

26   Financial Affairs are also available online at http://www.omnimgt.com/nurserymens.  Copies of the

27   pleadings may also be obtained by contacting Debtor's counsel at the telephone number or email listed

28   above.

NOTICE RE HEARING                              1

1    Dated: May 23, 2011                    LAW OFFICES OF STEPHEN D. FINESTONE

2

3                                            /s/ Stephen D. Finestone
                                            Stephen D. Finestone
4                                            Attorney for Debtor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE RE HEARING                                2

# LIST OF MOTIONS

**1.** Motion of Debtor and Debtor in Possession for Interim and Final Orders (I) authorizing (A) secured Post petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) use of Cash Collateral Pursuant to 11 U.S.C.. § 363 and (C) grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (Ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); Memorandum of Points and Authorities in Support Thereof

**2.** Motion for Order (A) Approving Sale Procedures in Connection with the Proposed Sale of Debtor's Operating Assets at Auction (B) Approving Procedures for the Assumption and Assignment of Certain Real Property and Personal Property Leases and Executory Contracts in Connection Therewith (C) Granting Related Relief; Memorandum of Points and Authorities

**3.** Emergency Motion for Order Authorizing Continued Use of Customer Return, Refund, and Credit Practices

**4.** Declaration of Justin Dautoff in Support of First Day Motions of Debtor

**5.** Emergency Motion for Order Authorizing (A) Payment of Pre-petition Wages, Salaries, and Commissions and (B) Honoring of Pre-petition Employee Benefits

**6.** Application for Order Limiting Notice

**7.** Motion for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Utility Companies.

**8.** Motion for Order Authorizing Use of Existing Bank Accounts, Cash Management System, and Business Forms.

**9.** Motion for Order Setting Claims Bar Date For Section 503(b)(9) Claims and Approving Form and Manner of Notice Thereof

Case: 11-31985   Doc# 23   Filed: 05/24/11   Entered: 05/24/11 15:25:09   Page 12 of 21

**EXHIBIT B**

| | | |
|---|---|---|
| B.A.P. NURSERY, INC.<br>760-591-9230 | COMMODITY FUTURES TRADING COMMISSION<br>202-418-5521 | CONTRA COSTA COUNTY<br>925-335-3636 |
| DEPT. OF HOUSING & URBAN DEVELOPMENT<br>415-489-6419 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>951-955-2220 | FRANCHISE TAX BOARD - CA<br>916-845-9799 |
| INTERNAL REVENUE SERVICE<br>267-941-1015 | PACIFIC GAS & ELECTRIC CO.<br>209-955-7339 | TECHNICAL TRAFFIC<br>845-770-6229 |

CREDITORS: 9

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | |

### AFFIDAVIT OF SERVICE

Please note that, on May 24, 2011, I caused true and correct copies of the following document(s) attached in <u>Exhibit A</u>, to be served via (i) via facsimile to the parties listed in <u>Exhibit B</u> hereto:

- **Notice of Hearing on First Day Motions**

Dated: May 24, 2011

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California     }
{                        } ss.
{                        }
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this *24th* day of *May*, 20 *11*, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

## **EXHIBIT A**

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **Date:** May 25, 2011<br>**Time:** 11:00 a.m.<br>**Place:** 235 Pine Street, Courtroom 2_<br> San Francisco, CA |
| | **NOTICE OF HEARING ON FIRST DAY MOTIONS** |

**PLEASE TAKE NOTICE** that on May 25, 2011 at 11:00 a.m., the U.S. Bankruptcy Court for

the Northern District of California, the Hon. Dennis Montali presiding, located at 235 Pine Street, 22nd

Floor, San Francisco, CA 94104, shall hold a hearing on the First Day Motions (the "Motions") filed by

Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor").

Attached is a list of all Motions to be heard at the date and time noted above. Copies of the

Omnibus Declaration, all Motions and supporting declarations and proposed forms of order are available

online at the following website link: www.omnimgt.com/nurserymens/firstdaydocuments. Additional

documents filed in the case, including Debtor's Voluntary Petition, Schedules and Statement of

Financial Affairs are also available online at http://www.omnimgt.com/nurserymens. Copies of the

pleadings may also be obtained by contacting Debtor's counsel at the telephone number or email listed

above.

NOTICE RE HEARING                                   1

| 1 | Dated: May 23, 2011 | LAW OFFICES OF STEPHEN D. FINESTONE |
| 2 | | |
| 3 | | /s/ Stephen D. Finestone |
| 4 | | Stephen D. Finestone<br>Attorney for Debtor |

NOTICE RE HEARING                                        2

## LIST OF MOTIONS

**1.** Motion of Debtor and Debtor in Possession for Interim and Final Orders (I) authorizing (A) secured Post petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) use of Cash Collateral Pursuant to 11 U.S.C.. § 363 and (C) grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (Ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); Memorandum of Points and Authorities in Support Thereof

**2.** Motion for Order (A) Approving Sale Procedures in Connection with the Proposed Sale of Debtor's Operating Assets at Auction (B) Approving Procedures for the Assumption and Assignment of Certain Real Property and Personal Property Leases and Executory Contracts in Connection Therewith (C) Granting Related Relief; Memorandum of Points and Authorities

**3.** Emergency Motion for Order Authorizing Continued Use of Customer Return, Refund, and Credit Practices

**4.** Declaration of Justin Dautoff in Support of First Day Motions of Debtor

**5.** Emergency Motion for Order Authorizing (A) Payment of Pre-petition Wages, Salaries, and Commissions and (B) Honoring of Pre-petition Employee Benefits

**6.** Application for Order Limiting Notice

**7.** Motion for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Utility Companies.

**8.** Motion for Order Authorizing Use of Existing Bank Accounts, Cash Management System, and Business Forms.

**9.** Motion for Order Setting Claims Bar Date For Section 503(b)(9) Claims and Approving Form and Manner of Notice Thereof

NOTICE RE HEARING                                    3

**EXHIBIT B**

B.A.P. NURSERY, INC.
760-591-9230

BANK OF AMERICA VENDOR FINANCE
415-461-4675

COMMODITY FUTURES TRADING COMMISSION
202-418-5521

CONTRA COSTA COUNTY
925-335-3636

DEPT. OF HOUSING & URBAN DEVELOPMENT
415-489-6419

EMPLOYMENT DEVELOPMENT DEPARTMENT
951-955-2220

FRANCHISE TAX BOARD – CA
916-845-9799

INTERNAL REVENUE SERVICE
267-941-1015

INTERNATIONAL PAPER CO.
BRUCE GILLILAND
901-419-1238

OFFICE OF THE ATTORNEY GENERAL
916-323-5341

PACIFIC GAS & ELECTRIC CO.
209-955-7339

SECURITIES & EXCHANGE COMMISSION
323-965-3815

TECHNICAL TRAFFIC
845-770-6229

WELLS FARGO EQUIPMENT FINANCE, INC.
866-687-5578

CREDITORS: 14