| | |
|---|---|
| 1 | IVAN C. JEN (SBN 252885) |
| 2 | Law Office of Ivan C. Jen |
| | 5820 California Street |
| 3 | San Francisco, CA 94121 |
| | Telephone: (415) 504-2706 |
| 4 | Facsimile: (415) 449-6110 |
| 5 | Email: ivan@icjenlaw.com |
| 6 | Attorney for Creditor |
| | All Phaze Solutions, Inc. |
| 7 | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 11-31985 |
| | ) | |
| **Nurserymen's Exchange, Inc.**, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that All Phaze Solutions, Inc. ("All Phaze"), a creditor of the debtor and debtor-in-possession Nurserymen's Exchange, Inc., hereby requests that all parties provide All Phaze with copies of all notices, pleadings, and other papers filed in the above-captioned case. All parties are requested to direct all communications to All Phaze as follows:

> All Phaze Solutions, Inc.
> c/o Law Office of Ivan C. Jen
> 5820 California Street
> San Francisco, CA 94121

PLEASE TAKE FURTHER NOTICE that this request includes the type of notice referred to in Federal Rule of Bankruptcy Procedure 2002 and 3017, and constitutes a request to be provided notice in any order to limit notice that may be granted in this case.

Dated this 24th day of May, 2011

**LAW OFFICE OF IVAN C. JEN,**
Counsel for All Phaze Solutions, Inc.

_/s/ Ivan C. Jen_____
Ivan C. Jen