Entered on Docket
May 25, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 25, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | Date: May 25, 2011<br>Time: 11:00 a.m.<br>Place: 235 Pine Street, Courtroom 22<br>San Francisco, CA |

**ORDER AUTHORIZING**
**(A) PAYMENT OF PRE-PETITION WAGES, SALARIES, AND COMMISSIONS AND**
**(B) HONORING OF PRE-PETITION EMPLOYEE BENEFITS**

Debtor's Motion For Order Authorizing (A) Payment of Pre-petition Wages, Salaries, and Commissions and (B) Honoring of Pre-petition Employee Benefits (the "Motion") came on for hearing on May 25, 2011, the Honorable Dennis Montali presiding. Appearances were as noted on the record. The Court having reviewed the papers filed in support of the motion and heard argument of counsel, good cause appearing therefor, and for the reasons stated on the record;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. The Debtor is authorized to pay all pre-petition compensation due to employees (including wages, salaries, and commissions), and to deduct and apply the standard deductions for insurance benefits and 401k contributions;

ORD. AUTH. (A) PAYMENT OF PREPETITION WAGES, ETC.     1

3. The Debtor is authorized to allow its employees to use vacation time accrued pre-petition in the ordinary course of business; and

4. The Debtor is authorized to pay the payroll taxes associated with the pre-petition wages to the applicable taxing authorities.

*** END OF ORDER ***