| | |
|---|---|
| 1 | DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199) |
| 2 | United States Department of Justice<br>Office of the United States Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104-3484 |
| 4 | Telephone: (415) 705-3333<br>Facsimile: (415) 705-3379 |

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
United States Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorney for Acting United States Trustee
 AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**NURSERYMEN'S EXCHANGE, INC.,**<br><br>　　　　　　Debtor. | Case No. 11-31985 DM<br><br>Chapter 11 |

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The following unsecured creditors are appointed under 11 U.S.C. § 1102 to the committee of unsecured creditors in the chapter 11 of *In re Nurserymen's Exchange, Inc.*, Case No. 11-31985, each member being among those holding unsecured claims against the aforementioned debtor, and being willing to serve:

AB Bonsai & Supplies
Attn: Alice Li
13300 Amar Rd
City of Industry, CA 91746
Telephone: (626) 968-3387
Fax: (626) 968-9362
Email: alice_anb@yahoo.com

Greenleaf Chemical LLC
2352 Schaeffer Hills Dr
Henderson, NV 89052
Telephone: (702) 914-9215
Email: rcouture@greenleafchemical.com

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS:11-31985　　　- 1 -

| | |
|---|---|
| 1 | Milgro Nursery, LLC<br>Attn: Barry Miller |
| 2 | 1085 North Victoria Av<br>Oxnard, CA 93031 |
| 3 | Telephone: (435) 668-5541<br>Fax: (435) 628-2091 |
| 4 | Email: barry@bmillerlaw.net |
| 5 | Newish Ind Ltd |
| | Attn: Clara Wong |
| 6 | Rm 1901-1902, Tower B Regent Centre |
| | 63 Wo Yi Hop Rd., Kwai Chung, N.T. Hong Kong |
| 7 | Telephone: (852) 2614 6163 |
| | Fax: (852) 2614 5070 |
| 8 | Email: clara@newish.com |
| 9 | Por La Mar Nursery |
| | Attn: Ron Caird |
| 10 | P.O. Box 6354 |
| | Santa Barbara, CA 93160-6354 |
| 11 | Telephone: (805) 964-8831 |
| | Fax: (805) 681-0582 |
| 12 | Email: Rcaird@porlamarnursery.com |
| 13 | Select Staffing |
| | Attn: Rick Lippincott |
| 14 | 1511 N. Westshore Blvd |
| | Tampa, FL 33607 |
| 15 | Telephone: (805) 880-2200 |
| 16 | Email: Rick.Lippincott@selectstaffing.com |
| 17 | Shippers Choice Transportation Services, Inc. |
| | 385 E. Penny Rd |
| 18 | Wenatchee, WA 98801 |
| | Telephone: (509) 663-8668 |
| 19 | Fax: (509) 663-8756 |
| | Email: Steve.M@shipchoice.com |

Dated: 27 May 2011

August B. Landis,
Acting United States Trustee

By: _Donna Tamanaha_
Donna Tamanaha
Assistant U.S. Trustee

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS:11-31985 - 2 -

Case: 11-31985  Doc# 50  Filed: 05/27/11  Entered: 05/27/11 20:57:34  Page 2 of 2