BUCHALTER NEMER,
A Professional Corporation
ROBERT IZMIRIAN (#053085)
333 Market Street, 25th Floor
San Francisco, California 94105-2130
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: rizmirian@buchalter.com

Attorneys for
Wells Fargo Bank, National Assn.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.,<br><br>    Debtor and Debtor in Possession | Case No. 11-31985 DM<br><br>Chapter: 11<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**<br><br>[No Hearing Required] |

PLEASE TAKE NOTICE that Buchalter Nemer, A Professional Corporation hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in these bankruptcy proceedings including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

    Robert Izmirian, Esq.
    Buchalter Nemer,
    A Professional Corporation
    333 Market Street, 25th Floor
    San Francisco, California 94105-2130
    Telephone: (415) 227-0900
    Facsimile: (415) 227-0770
    rizmirian@buchalter.com

| | | |
|---|---|---|
| 1 | DATED: May 31, 2011 | BUCHALTER NEMER |
| 2 | | A Professional Corporation |
| 3 | | |
| 4 | | By: /s/ Robert Izmirian |
| 5 | | ROBERT IZMIRIAN |
| | | Attorneys for Creditor |
| 6 | | Wells Fargo Bank, National Assn. |

DATED: May 31, 2011        BUCHALTER NEMER
                           A Professional Corporation


                           By: /s/ Robert Izmirian
                               ROBERT IZMIRIAN
                               Attorneys for Creditor
                               Wells Fargo Bank, National Assn.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9120069v1

2

REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST

Case: 11-31985   Doc# 52   Filed: 06/02/11   Entered: 06/02/11 10:16:44   Page 2 of 2