| | |
|---|---|
| 1 | PIVOTPOINT LAW, P.C. |
| 2 | 303 TWIN DOLPHIN DRIVE, SUITE 600 |
| | REDWOOD CITY, CALIFORNIA 94065 |
| 3 | TELEPHONE: (650) 251-4200 |
| | FACSIMILE: (650) 251-4201 |
| 4 | BRIAN Y. LEE (SBN 197233) |
| | LINDSEY R. MORAN (SBN 242038) |
| 5 | Email: blee@pivotpointlaw.com |
| 6 | Email: lmoran@pivotpointlaw.com |

Attorneys for California Florida Plant Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | **Case No. 11-31985** |
| NURSERYMEN'S EXCHANGE, INC., | Chapter 11 |
| Debtor in Possession | **NOTICE OF APPEARNCE AND REQUEST FOR SPECIAL NOTICE** |
| | [No Hearing Required] |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for creditor, California Florida Plant Company, and requests that all notices given or required to be given in the above-captioned bankruptcy case, and all papers served or required to be served in the above-captioned bankruptcy case, including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002 and 3017, be directed to:

> PivotPoint Law, P.C.
> Attn: Brian Y. Lee, Esq.
> 303 Twin Dolphin Drive, Suite 600
> Redwood City, CA 94065
> E-mail: blee@pivotpointlaw.com

| | |
|---|---|
| Dated: June 6, 2011 | Respectfully submitted,<br><br>PIVOTPOINT LAW, P.C.<br><br><br>By: /s/Brian Y. Lee<br>Attorneys for Creditor,<br>California Florida Plant Company |