Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re )<br>)<br>NURSERYMEN'S EXCHANGE, INC. )<br>)<br>    Debtor and Debtor in Possession )<br>)<br>)<br>)<br>_____ ) | Case No. 11-31985<br><br>Chapter 11<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>        San Francisco, CA |

**STATUS REPORT FOR HEARING
ON CONTINUED FIRST DAY MOTIONS AND RELATED MATTERS**

    Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor") provides the following status report for the hearing set before this Court on June 9, 2011, at 1:00 p.m. Through this report, Debtor seeks to update the various matters before the Court.

    **1)**     **Bankruptcy Code Section 503(b)(9) claims bar date:** Debtor received feedback from the Unsecured Creditors Committee (the "Committee") regarding its request to set July 22, 2011 as the claims bar date for section 503(b)(9) claims. The Committee advised that it did not object to the motion but requested certain language be added to the proposed form of order. Debtor has no objection to the requested modification to the form of order and anticipates having this worked out prior to the hearing.

    **2)**     **The Common Carrier Motion:** Debtor supplied additional information to the Committee regarding its request to make payment to two of its carriers totaling $300,000. Debtor

understands that the Committee still opposes the Common Carrier Motion. Debtor requests this matter be continued until the last week of June at which time, if the Committee still opposes it, Debtor will go forward with the hearing or withdraw the motion.

    **3)    The DIP Financing Motion:** At the last hearing, the Court extended its initial interim financing order through June 10, 2011 and authorized Debtor to borrow up to $3.35 million pursuant to the terms of the DIP agreement with Wells Fargo Bank. Debtor has been in discussions with the Committee in connection with the DIP Financing Motion and has reached agreement that the interim order will be extended through June 30, 2011 with Debtor authorized to borrow up to $3.5 million pursuant to the terms of the DIP Agreement with Wells Fargo.. Debtor requests a final hearing on this motion on or before June 30, 2011.

    **4)    Sale Procedures Motion:** Debtor has met and conferred with the Committee on this motion. The Committee determined that it wanted the auction timetable moved up from the dates proposed by Debtor. Debtor and the Committee have agreed to revised sale procedures which provide, among other things, (i) June 30, 2011 as the deadline to designate a stalking horse bidder; (ii) July 6, 2011 as the deadline for submitting Qualified Bids; (iii) July 8, 2011 as the Auction; and, (iv) July 11, 2011 as the hearing to approve the sale.

    **5)    Application to Employ the Saqui Law Group:** Debtor seeks to employ The Saqui Law Group as Special Labor Counsel to represent Debtor in an ongoing litigation with the United Farm Workers Union. The trial in the matter is set for June 22, 2011. Debtor understands the trial is likely to take three days and will be followed by various appeals. The application seeks to employ The Saqui Law Group and pay it a post petition retainer of $75,000, which retainer was approved by Wells Fargo. Debtor understands the Committee does not oppose the retention or payment of a post petition retainer, but contends that $75,000 is too high and the retainer should be limited to $25,000. Debtor has had lengthy discussions with the proposed firm, believes its employment is vital and believes the proposed $75,000 retainer is appropriate. Accordingly, Debtor requests the motion be granted.

    **6)    Motion for Order Regarding Debtor's Undisputed Obligations for Post Petition Delivery of Goods and Services:** This motion seeks to confirm Debtor's ability to continue to meet its post petition obligations in the ordinary course of business. Debtor understands the Committee has no

| | |
|---|---|
| 1 | objection to this motion and Debtor requests it be granted. |
| 2 | Dated: June 1, 2011    LAW OFFICES OF STEPHEN D. FINESTONE |
| 3 | |
| 4 | /s/ Stephen D. Finestone |
| | Stephen D. Finestone |
| 5 | Attorneys for Debtor |

STATUS REPORT 6-9    3