LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>        Debtor and Debtor in Possession. | Case No. 11-bk-31985-DM<br><br>Chapter 11<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street<br>      Courtroom 22<br>      San Francisco, California |

## RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ORDER SETTING CLAIMS BAR DATE FOR SECTION 503(b)(9) CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF

The Official Committee of Unsecured Creditors (the "Committee") takes the following position with regards to the Debtor's Motion for Order Setting Claims Bar Date for Section 503(b)(9) Claims and Approving Form and Manner Thereof (the "503(b)(9) Motion").

The Committee will support the 503(b)(9) Motion on condition that the proposed Notice of Deadline for Filing 503(b)(9) Payment Request be modified as follows. The term "503(b)(9)" should be inserted before the term "claim" in the three places it appears in the final paragraph of

the Notice.

Dated: June 8, 2011                LANDAU GOTTFRIED & BERGER LLP

By:   /s/Peter M. Bransten
       Peter M. Bransten
       Proposed Counsel for the Official Committee of
       Unsecured Creditors of Nurserymen's Exchange,
       Inc.

LANDAU GOTTFRIED
& BERGER LLP

2

LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA R. RIEDER (State Bar No. 263250)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>      Debtor and Debtor in Possession.<br>_____ | Case No. 11-bk-31985<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street<br>      Courtroom 22<br>      San Francisco, California |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On June 8, 2011, I served the within document:

**RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ORDER SETTING CLAIMS BAR DATE FOR SECTION 503(b)(9) CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

in the following manners:

☐   **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error

was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]*

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

Debtor's Counsel
Stephen D. Finestone: sfinestone@pobox.com
John Sullivan: jfssf@hotmail.com

Counsel for Wells Fargo Bank, N.A.
Pamela Kohlman Webster: pwebster@buchalter.com
Robert Izimirian: rizmirian@buchalter.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

LANDAU GOTTFRIED
& BERGER LLP

2

- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Peter J. Gurfein    pgurfein@LGBFirm.com, cscott@lgbfirm.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

On June 9, 2011, I served the within document:

**RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ORDER SETTING CLAIMS BAR DATE FOR SECTION 503(b)(9) CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

in the following manners:

☒   **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

> Honorable Dennis Montali
> United States Bankruptcy Court
> San Francisco Division
> 235 Pine Street, 19th Floor
> San Francisco, CA 94104

> Office of the United States Trustee
> San Francisco Office
> 235 Pine Street, Suite 700
> San Francisco, CA 94104

   I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 8, 2011.

By: __/s/Charlotte Hebert_____
     Charlotte Hebert

LANDAU GOTTFRIED & BERGER LLP

3