LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

NURSERYMEN'S EXCHANGE, INC.

    Debtor and Debtor in Possession.

Case No. 11-bk-31985-DM

Chapter 11

**Date:** June 9, 2011
**Time:** 1:00 p.m.
**Place:** 235 Pine Street
    Courtroom 22
    San Francisco, California

**RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING (A) SECURED POSTPETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364, (B) USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364, AND (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)**

The Official Committee of Unsecured Creditors (the "Committee") of Nurserymen's Exchange, Inc. (the "Debtor") hereby responds to the *Motion of Debtor and Debtor in Possession for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (II)*

*Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)* (the "Financing Motion"). As set forth more fully below, the Committee has begun to receive the supporting information required to fully assess the Debtor's financing needs and the relief requested in the Financing Motion. During the week since the first appearance by Proposed Counsel to the Committee, the Debtor and its advisors and professionals for Wells Fargo Bank have met or spoken numerous times. The Committee has thereby made substantial progress in formulating its position respecting the Debtor's Financing Motion. In that regard, the Debtor has begun to provide data to the Committee, and Wells Fargo, likewise, has offered to provide to the Committee the documents required for the Committee's review and analysis of the relief requested in the Financing Motion.

Accordingly, the Committee has agreed with the Debtor and with Wells Fargo that the Interim Order previously entered be continued through the date of the hearing on the Final Financing Motion, scheduled for the end of June, 2011, with two revisions. First, the Debtor will be authorized to borrow up to $3.5 million under the terms of the DIP Financing Agreement for use through the final hearing date pursuant to the revised budget (the "Budget") which will be attached to the further Interim Order. While the Committee agrees with the Debtor that it is important that the Debtor has sufficient funds to operate during the pendency of the contemporaneous sale process, the budgets previously submitted to the Court, and as revised for this interim order, reflect that the Debtor's cash needs are not as great as may previously have been projected. The Committee would prefer that the Debtor's authorization for financing matches, without exceeding, its need for cash utilization. In that regard, the Committee's agreement to this continued interim financing was made in reliance upon the Debtor's representation that the Committee would be provided weekly reconciliation of budget to actual cash expenditures, together with any other financial reporting to be provided to Wells Fargo.

Second, Wells Fargo has agreed that the Committee's opportunity to investigate the amount, validity, and extent of Wells Fargo's claim and asserted liens will be extended for an additional thirty days, that is, for a total of ninety days from May 31, 2011, the date of selection of Committee counsel. The Committee reserves it rights to object to the Final Financing Order

LANDAU GOTTFRIED & BERGER LLP

and suggests a briefing schedule requiring any opposition to the Final Financing Order be filed and served seven days before the scheduled hearing date, with reply briefs due three days before the final hearing.

In light of the foregoing, the Committee consents to entry of a further interim order providing interim financing, in conformance with the terms noted above, though the end of June 2011.

Dated: June 8, 2011                    LANDAU GOTTFRIED & BERGER LLP

By:  /s/Peter M. Bransten
     Peter M. Bransten
     Proposed Counsel for the Official Committee of
     Unsecured Creditors of Nurserymen's Exchange,
     Inc.

LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA R. RIEDER (State Bar No. 263250)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>　　　Debtor and Debtor in Possession. | Case No. 11-bk-31985<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street<br>　　　Courtroom 22<br>　　　San Francisco, California |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On June 8, 2011, I served the within document:

**RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING (A) SECURED POSTPETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364, (B) USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364, AND (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)**

in the following manners:

☐ **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]*

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

<u>Debtor's Counsel</u>
Stephen D. Finestone: sfinestone@pobox.com
John Sullivan: jfssf@hotmail.com

<u>Counsel for Wells Fargo Bank, N.A.</u>
Pamela Kohlman Webster: pwebster@buchalter.com
Robert Izimirian: rizmirian@buchalter.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the

service list obtained from this Court on the Electronic Mail Notice List.

- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Peter J. Gurfein    pgurfein@LGBFirm.com, cscott@lgbfirm.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

On June 9, 2011, I served the within document:

**RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING (A) SECURED POSTPETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364, (B) USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364, AND (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)**

in the following manners:

☒    **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

>    Honorable Dennis Montali
>    United States Bankruptcy Court
>    San Francisco Division
>    235 Pine Street, 19th Floor
>    San Francisco, CA 94104

>    Office of the United States Trustee
>    San Francisco Office
>    235 Pine Street, Suite 700
>    San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 8, 2011.

By:  /s/Charlotte Hebert
    Charlotte Hebert

LANDAU GOTTFRIED
& BERGER LLP

3