LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>        Debtor and Debtor in Possession. | Case No. 11-bk-31985-DM<br><br>Chapter 11<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street<br>       Courtroom 22<br>       San Francisco, California |

**LIMITED OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY THE SAQUI LAW GROUP AS SPECIAL LABOR COUNSEL**

      The Official Committee of Unsecured Creditors (the "Committee") of Nurserymen's Exchange, Inc. (the "Debtor") hereby submits its limited opposition to the *Application for Order Authorizing Debtor to Employ the Saqui Law Group as Special Labor Counsel* (the "Saqui Application"). The Committee has reviewed the Saqui Application and has no opposition to the proposed retention of The Saqui Law Group. Retention of The Saqui Law Group to represent the Debtor with regard to the Debtor's dispute with the United Farm Workers appears to be appropriate under 11 U.S.C. § 327(e), given that The Saqui Law Group is experienced in the

specialized area of law relevant to the representation and that The Saqui Law Group represented the Debtor in this precise matter prior to the bankruptcy filing.  The Committee also has no opposition to the proposed hourly rates of The Saqui Law Group (though all compensation is, of course, subject to final approval by the Court, and the Committee reserves its rights with respect to any fee application filed by The Saqui Law Group).

      The Committee's sole issue with The Saqui Law Group is that the proposed retainer of $75,000 is inappropriate under the circumstances.  The Bankruptcy Code permits the employment of an attorney "on any reasonable terms and conditions of employment."  11 U.S.C. § 328(a). While such terms may include a retainer, "inclusion of the term 'retainer in Section 328(a) of the Bankruptcy Code does not by definition qualify all retainer arrangements as reasonable.  The court, in its discretion, must make this determination."  *In re Dividend Development Corporation*, 145 B.R. 651, 656 (Bankr. C.D. Cal. 1992) (quoting *In re NBI, Inc.*, 129 B.R. 212, 219 (Bankr. D. Colo. 1991)).  Further, the applicant bears the burden of demonstrating that the proposed terms of employment are reasonable.  *Id.*; *In re Metricom, Inc.*, 275 B.R. 364, 371 (Bankr. N.D. Cal. 2002) ("[T]he proponent of the Application . . . bears the burden of establishing that such terms of employment are reasonable in the context of this case as required by § 328(a) . . . .").  In the present case, the Debtor projects that there will be funds available for distribution to general unsecured creditors under either a sale of the Debtor as a going concern or a liquidation of the Debtor's assets, meaning that administrative expenses (such as the fees of estate professionals) will be paid in full.  Because the risk of nonpayment is relatively low, a $75,000 retainer seems excessive, especially considering that The Saqui Law Group will be performing a limited amount of work only on specific issues and for a relatively short period of time.[1]  Further, the Debtor is currently operating within the constraints of the budget associated with the debtor-in-possession financing provided by Wells Fargo Bank, NA.  The Committee is concerned that unnecessary present expenditures may restrict the Debtor's operating cash flow and expose the Debtor to unnecessary interest and costs under the DIP facility.  Under the circumstances, the Committee

---

[1] The Committee understands that the trial for which The Saqui Law Group is primarily being employed will occur within the next few weeks.

believes that a $25,000 retainer is appropriate and "reasonable" within the meaning of 11 U.S.C. § 328.

## CONCLUSION

With the reduction of the post-petition retainer amount from $75,000 to $25,000, the Committee supports the granting of the Saqui Application.

Dated: June 8, 2011  LANDAU GOTTFRIED & BERGER LLP

By:  /s/Peter M. Bransten
Peter M. Bransten
Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

| | |
|---|---|
| 1 | LANDAU GOTTFRIED & BERGER LLP |
| | PETER J. GURFEIN (State Bar No. 127173) |
| 2 | PETER M. BRANSTEN (State Bar No. 113352) |
| | MONICA R. RIEDER (State Bar No. 263250) |
| 3 | 1801 Century Park East, Suite 1460 |
| | Los Angeles, California 90067 |
| 4 | Telephone: (310) 557-0050 |
| | Facsimile: (310) 557-0056 |
| 5 | pgurfein@lgbfirm.com |
| | pbransten@lgbfirm.com |
| 6 | mrieder@lgbfirm.com |

Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 11-bk-31985 |
| | ) |
| NURSERYMEN'S EXCHANGE, INC. | ) Chapter 11 |
| | ) |
| Debtor and Debtor in Possession. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) **Date:** June 9, 2011 |
| | ) **Time:** 1:00 p.m. |
| | ) **Place:** 235 Pine Street |
| | ) Courtroom 22 |
| _____ | ) San Francisco, California |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On June 8, 2011, I served the within document:

**LIMITED OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY THE SAQUI LAW GROUP AS SPECIAL LABOR COUNSEL**

in the following manners:

☐ **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error

LANDAU GOTTFRIED & BERGER LLP

was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]*

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

Debtor's Counsel
Stephen D. Finestone: sfinestone@pobox.com
John Sullivan: jfssf@hotmail.com

Counsel for Wells Fargo Bank, N.A.
Pamela Kohlman Webster: pwebster@buchalter.com
Robert Izimirian: rizmirian@buchalter.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Peter J. Gurfein    pgurfein@LGBFirm.com, cscott@lgbfirm.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

On June 9, 2011, I served the within document:

**LIMITED OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY THE SAQUI LAW GROUP AS SPECIAL LABOR COUNSEL**

in the following manners:

☒    **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

    Honorable Dennis Montali
    United States Bankruptcy Court
    San Francisco Division
    235 Pine Street, 19th Floor
    San Francisco, CA 94104

    Office of the United States Trustee
    San Francisco Office
    235 Pine Street, Suite 700
    San Francisco, CA 94104

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 8, 2011.

By: __/s/Charlotte Hebert_____
    Charlotte Hebert