LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>          Debtor and Debtor in Possession. | Case No. 11-bk-31985-DM<br><br>Chapter 11<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street<br>       Courtroom 22<br>       San Francisco, California |

**OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY CERTAIN PRE-PETITION COMMON CARRIER CHARGES**

      The Official Committee of Unsecured Creditors (the "Committee") of Nurserymen's Exchange, Inc. (the "Debtor") hereby responds to the Debtor's *Motion for Order Authorizing Debtor to Pay Certain Pre-Petition Common Carrier Charges* (the "Common Carrier Motion") as follows:

      As the Debtor notes in its *Status Report for Hearing on Continued First Day Motions and Related Matters*, filed on June 8, 2011 (the "Status Report"), the Committee opposes the granting of the Common Carrier Motion. The Common Carrier Motion seeks authority to pay the prepetition claims of certain of its service providers outside of the Bankruptcy Code's priority

scheme. The Debtor asserts that these payments are necessary for the Debtor to retain the postpetition services of these "critical" service providers. In the Ninth Circuit, it is not clear that the payment of prepetition expenses on a discriminatory basis and in violation of the Bankruptcy Code's priority scheme can ever be justified by the necessity of these payments to the Debtor's operation in Chapter 11. *See In re B & W Enterprises, Inc.*, 713 F.2d 534, 537 (9th Cir. 1983) (declining to extend the "necessity of payment" doctrine beyond railroad reorganization cases). To the extent that such a motion could be granted, the case law on critical vendor motions establishes a very high evidentiary standard, which the Debtor has not come close to meeting. *See, e.g., In re Kmart Corp.*, 359 F.3d 866 (7th Cir. 2004).

However, the Committee does not oppose the Debtor's suggestion in the Status Report that the hearing on the Common Carrier Motion be continued to the last week of June. If the court continues the hearing date as requested by the Debtor, the Committee requests that the court establish a briefing schedule for the filing of opposition and reply papers.

Dated: June 8, 2011            LANDAU GOTTFRIED & BERGER LLP

By:   /s/ Peter M. Bransten
      Peter M. Bransten
      Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

| | |
|---|---|
| 1 | LANDAU GOTTFRIED & BERGER LLP |
| | PETER J. GURFEIN (State Bar No. 127173) |
| 2 | PETER M. BRANSTEN (State Bar No. 113352) |
| | MONICA R. RIEDER (State Bar No. 263250) |
| 3 | 1801 Century Park East, Suite 1460 |
| | Los Angeles, California 90067 |
| 4 | Telephone: (310) 557-0050 |
| | Facsimile: (310) 557-0056 |
| 5 | pgurfein@lgbfirm.com |
| | pbransten@lgbfirm.com |
| 6 | mrieder@lgbfirm.com |

Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 11-bk-31985 |
| | ) | |
| NURSERYMEN'S EXCHANGE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | **Date:** June 9, 2011 |
| | ) | **Time:** 1:00 p.m. |
| | ) | **Place:** 235 Pine Street |
| | ) | Courtroom 22 |
| _____ | ) | San Francisco, California |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On June 8, 2011, I served the within document:

**OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY CERTAIN PRE-PETITION COMMON CARRIER CHARGES**

in the following manners:

☐ **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error

LANDAU GOTTFRIED & BERGER LLP

Case: 11-31985  Doc# 71  Filed: 06/08/11  Entered: 06/08/11 23:13:37  Page 3 of 5

was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]*

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

Debtor's Counsel
Stephen D. Finestone: sfinestone@pobox.com
John Sullivan: jfssf@hotmail.com

Counsel for Wells Fargo Bank, N.A.
Pamela Kohlman Webster: pwebster@buchalter.com
Robert Izimirian: rizmirian@buchalter.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Peter J. Gurfein    pgurfein@LGBFirm.com, cscott@lgbfirm.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

On June 9, 2011, I served the within document:

**OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY CERTAIN PRE-PETITION COMMON CARRIER CHARGES**

in the following manners:

☒    **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

>    Honorable Dennis Montali
>    United States Bankruptcy Court
>    San Francisco Division
>    235 Pine Street, 19th Floor
>    San Francisco, CA 94104

>    Office of the United States Trustee
>    San Francisco Office
>    235 Pine Street, Suite 700
>    San Francisco, CA 94104

   I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 8, 2011.

By:   __/s/Charlotte Hebert_____
        Charlotte Hebert

LANDAU GOTTFRIED
& BERGER LLP

3