1  Philip J. Giacinti, Jr. (Bar No. 065909)
   PROCOPIO, CORY, HARGREAVES &
2      SAVITCH LLP
   525 B Street, Suite 2200
3  San Diego, California 92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorney for Kent's Bromeliad Nursery, Inc.

6

7

8              UNITED STATES BANKRUPTCY COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  In re:                              Case No.: 11-31985

11  NURSERYMEN'S EXCHANGE, INC.,        Chapter 11

12          Debtor                      **APPLICATION FOR PAYMENT OF
                                        ADMINISTRATIVE EXPENSE 11
13                                      U.S.C. § 503(b)(9)**

14
                                        Dept:    One
15                                      Judge:   Hon. Dennis Montali

16

17      Applicant, Kent's Bromeliad Nursery, Inc. ("Kent's Nursery") represents:

18      1.      The above captioned Debtor filed its petition for relief on May 23, 2011.

19      2.      Kent's Nursery provides plants and supplies ordered by the Debtor directly to the

20  Debtor's customers or the Debtor as instructed by the Debtor.

21      3.      Within twenty (20) days prior to the filing by the Debtor of its petition for relief

22  under Chapter 11, Kent's Nursery invoiced to the Debtor and shipped at the Debtor's direction

23  and the Debtor received at the directed location $33,755.12 of nursery products and supplies.

24      4.      Attached hereto as Exhibit "A" is a summary of invoices for the period May 20,

25  2011 through May 3, 2011.

26      5.      Attached hereto as Exhibits "B1" – "B17" are copies of each invoice.

27      6.      Pursuant to 11 U.S.C. § 503(b)(9) Kent's Nursery requests allowance and payment

28  of $33,755.12 as an administrative expense of the Debtor's Estate.

Case No. 11-31985

1

Respectfully submitted,

DATED: June 8, 2011

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By:  /s/ Philip J. Giacinti, Jr.
Philip J. Giacinti, Jr.
Attorneys for Kent's Bromeliad
Nursery, Inc.

2

117419/000902/1357586.01

Case: 11-31985   Doc# 72   Filed: 06/09/11   Entered: 06/09/11 08:25:35   Page 2 of
37

| P/U Date 2011 | Inv. # | PO# | Product Type | Case Qty | Amount |
|---|---|---|---|---|---|
| 1/13/2011 | 266360 | 138095 | 6" Asst in Clay Pot | 27 | $949.86 |
| 1/19/2011 | 266624 | 138558 | 6" Asst in Clay Pot | 20 | $1,123.00 |
| 3/7/2011 | 267491 | 13978 | 6" Asst in Clay Pot | 20 | $1,123.00 |
| 3/7/2011 | 267495 | 139802 | 6" Asst in Clay Pot | 36 | $1,194.48 |
| 3/8/2011 | 267523 | 139840 | 6" Asst in Clay Pot | 34 | $1,128.12 |
| 3/9/2011 | 267543 | 139887 | 6" Asst in Clay Pot | 36 | $1,194.48 |
| 3/10/2011 | 267572 | 139936 | 6" Asst in Clay Pot | 52 | $1,725.36 |
| 3/10/2011 | 267586 | 139951 | 6" Asst in Clay Pot | 125 | $4,147.50 |
| 3/11/2011 | 267603 | 139992 | 6" Asst in Clay Pot | 65 | $2,156.70 |
| 3/15/2011 | 267638 | 140062 | 6" Asst in Clay Pot | 48 | $1,592.64 |
| 3/16/2011 | 267654 | 140114 | 6" Asst in Clay Pot | 58 | $1,924.44 |
| 3/17/2011 | 267676 | 140140 | 6" Asst in Clay Pot | 41 | $1,360.38 |
| 3/18/2011 | 267691 | 140149 | 6" Asst in Clay Pot | 120 | $3,981.60 |
| 3/18/2011 | 267706 | 140185 | 6" Asst in Clay Pot | 57 | $1,891.26 |
| 3/22/2011 | 267752 | 140255 | 6" Asst in Clay Pot | 48 | $1,592.64 |
| 3/23/2011 | 267770 | 140306 | 6" Asst in Clay Pot | 52 | $1,725.36 |
| 3/24/2011 | 267796 | 140333 | 6" Asst in Clay Pot | 52 | $1,725.36 |
| 3/25/2011 | 267804 | | 6" Asst in Clay Pot | 110 | $3,649.80 |
| 3/25/2011 | 267832 | 140357 | 6" Asst in Clay Pot | 56 | $1,858.08 |
| 3/28/2011 | 267871 | 140416 | 6" Asst in Clay Pot | 40 | $1,327.20 |
| 3/29/2011 | 267886 | 140433 | 6" Asst in Clay Pot | 43 | $1,426.74 |
| 3/30/2011 | 267907 | 140494 | 6" Asst in Clay Pot | 62 | $2,057.16 |
| 3/31/2011 | 267926 | 140540 | 6" Asst in Clay Pot | 76 | $2,521.68 |
| 4/1/2011 | 267929 | 140552 | 6" Asst in Clay Pot | 120 | $3,981.60 |
| 4/1/2011 | 267939 | 140613 | 6" Asst in Clay Pot | 60 | $1,990.80 |
| 4/4/2011 | 267956 | 140647 | 6" Asst in Clay Pot | 36 | $1,194.48 |
| 4/5/2011 | 267976 | | 6" Asst in Clay Pot | 20 | $1,213.20 |
| 4/5/2011 | 267979 | 140712 | 6" Asst in Clay Pot | 37 | $1,227.66 |
| 4/6/2011 | 268005 | 140739 | 6" Asst in Clay Pot | 50 | $1,659.00 |
| 4/7/2011 | 268028 | 140761 | 6" Asst in Clay Pot | 65 | $2,156.70 |
| 4/8/2011 | 268042 | 140786 | 6" Asst in Clay Pot | 140 | $4,645.20 |
| 4/8/2011 | 268050 | 140815 | 6" Asst in Clay Pot | 42 | $1,393.56 |
| 4/12/2011 | 268093 | 140930 | 6" Asst in Clay Pot | 22 | $729.96 |
| 4/13/2011 | 268105 | 140996 | 6" Asst in Clay Pot | 34 | $1,128.12 |
| 4/14/2011 | 268138 | 141054 | 6" Asst in Clay Pot | 40 | $1,327.20 |
| 4/15/2011 | 268153 | 141104 | 6" Asst in Clay Pot | 42 | $1,393.56 |
| 4/15/2011 | 268154 | 141078 | 6" Asst in Clay Pot | 110 | $3,649.80 |
| 4/18/2011 | 268177 | 141166 | 6" Asst in Clay Pot | 7 | $232.26 |
| 4/19/2011 | 268211 | 141206 | 6" Asst in Clay Pot | 34 | $1,128.12 |
| 4/20/2011 | 268223 | 141227 | 6" Asst in Clay Pot | 47 | $1,559.46 |
| 4/21/2011 | 268255 | 141284 | 6" Asst in Clay Pot | 47 | $1,559.46 |
| 4/22/2011 | 268272 | 141307 | 6" Asst in Clay Pot | 25 | $829.50 |
| 4/22/2011 | 268273 | 141287 | 6" Asst in Clay Pot | 100 | $3,318.00 |
| 4/25/2011 | 268292 | 141411 | 6" Asst in Clay Pot | 46 | $1,526.28 |

EXHIBIT A

Nurserymen's Exchange
Outstanding Invoices Prior to Chapter 11
May 2011

| 4/25/2011 | 268301 | 141424 | 6" Asst in Clay Pot | 22 | $729.96 |
| 4/26/2011 | 268311 | 141440 | 6" Asst in Clay Pot | 45 | $1,493.10 |
| 4/27/2011 | 268333 | 141469 | 6" Asst in Clay Pot | 57 | $1,891.26 |
| 4/28/2011 | 268358 | 141487 | 6" Asst in Clay Pot | 37 | $1,227.66 |
| 4/28/2011 | 268362 | 141493 | 6" Asst in Clay Pot | 125 | $4,147.50 |
| 4/29/2011 | 268369 | 141502 | 6" Asst in Clay Pot | 54 | $1,791.72 |
| 5/3/2011 | 268414 | 141569 | 6" Asst in Clay Pot | 50 | $1,659.00 |
| 5/4/2011 | 268438 | 141588 | 6" Asst in Clay Pot | 72 | $2,388.96 |
| 5/5/2011 | 268462 | 141614 | 6" Asst in Clay Pot | 73 | $2,422.14 |
| 5/5/2011 | 268477 | 141620 | 6" Asst in Clay Pot | 150 | $4,977.00 |
| 5/6/2011 | 268486 | 141628 | 6" Asst in Clay Pot | 57 | $1,891.26 |
| 5/9/2011 | 268509 | 141679 | 6" Asst in Clay Pot | 15 | $497.70 |
| 5/10/2011 | 268534 | 141693 | 6" Asst in Clay Pot | 48 | $1,592.64 |
| 5/11/2011 | 268598 | 141729 | 6" Asst in Clay Pot | 49 | $1,625.82 |
| 5/12/2011 | 268638 | 141748 | 6" Asst in Clay Pot | 50 | $1,659.00 |
| 5/12/2011 | 268663 | 141769 | 6" Asst in Clay Pot | 125 | $4,147.50 |
| 5/13/2011 | 268668 | 141787 | 6" Asst in Clay Pot | 43 | $1,426.74 |
| 5/16/2011 | 268694 | 141874 | 6" Asst in Clay Pot | 18 | $597.24 |
| 5/17/2011 | 268706 | 141892 | 6" Asst in Clay Pot | 32 | $1,061.76 |
| 5/18/2011 | 268732 | 141923 | 6" Asst in Clay Pot | 31 | $1,028.58 |
| 5/19/2011 | 268758 | 141957 | 6" Asst in Clay Pot | 110 | $3,649.80 |
| 5/19/2011 | 268759 | 141952 | 6" Asst in Clay Pot | 43 | $1,426.74 |
| 5/20/2011 | 268776 | 141974 | 6" Asst in Clay Pot | 44 | $1,703.24 |

Sub-Total:
$126,257.08

Minus 2 payments.
$895.86
$1,113.00

**TOTAL OUTSTANDING**
$124,248.22



SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-1642

ACCOUNTING DEPT:
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO.    268414

CUSTOMER NO.
          NURSE

**BILL TO:**
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

**SHIP TO:**
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/03/11 | PICK UP ORDER | 05/03/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 141569 | 05/03/11 | MK | 0268414 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 150 | 103006 | DEL MAR 6" | 5.53 | 829.50 |
| 75 | 279006 | FINEST RED 6" | 5.53 | 414.75 |
| 75 | 298006 | RANA 6" | 5.53 | 414.75 |
| 50 | 8 | BOXES | .00 | .00 |

| | |
|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | 300 |
| NO. OF 6" PLANTS/BOXES | 50 |
| NO. OF 8" PLANTS/BOXES | |
| NO. OF 10" PLANTS/BOXES | |
| NO. OF 8" COMBO PLANTS/BOXES | |
| NO. OF 10" COMBO PLANTS/BOXES | |
| NO. OF 12" COMBO PLANTS/BOXES | |
| NO. OF     COMBO PLANTS/BOXES | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 300 |

| | |
|---|---|
| SALES AMOUNT | 1,659.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,659.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,659.00 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784

THE PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA

**EXHIBIT B    1**



**TRANSPORTATION, INC.**

641 Old Gilroy St   Gilroy,
CA 95020

Ph: 408-848-3390
Fx: 408-848-5943

# Freight Bill

May 3, 2011

Tag Number:

SHIPPER:
NE Vista
P/U at Kent's
Vista

CONSIGNEE:
Trader Joe's

Fontana

Order Date:       May 3, 2011
Order #:
Reference #:      141569

Delivery Date:   5/4/2011

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 26 | City of Ind. - PO# | 29201398 | 520 | 26 | |
| 4 | Phoenix - PO# | 29198286 | 80 | 4 | |
| 16 | Stockton - PO# | 29200906 | 320 | 16 | |
| 4 | Portland - PO# | 29200629 | 80 | 4 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total: | 50 | |

Comments:

SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-3642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO.

CUSTOMER NO.

BILL TO:
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|---|---|---|---|
| 05/04/11 | PICK UP ORDER | 05/04/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 141588 | 05/04/11 | MK | 0268438 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 45 | 313006 | CARDINALE 6" | 5.53 | 248.85 |
| 144 | 279006 | FINEST RED 6" | 5.53 | 796.32 |
| 45 | 292006 | NEON 6" | 5.53 | 248.85 |
| 144 | 298006 | RANA 6" | 5.53 | 796.32 |
| 5 | 324006 | SANDIA 6" | 5.53 | 27.65 |
| 49 | 344006 | Valencia | 5.53 | 270.97 |
| 72 | 1B | BOXES | .00 | .00 |

| | | | |
|---|---|---|---|
| | NO. OF 4" PLANTS/BOXES/FLATS | | |
| 432 | NO. OF 6" PLANTS/BOXES | 72 | |
| | NO. OF 8" PLANTS/BOXES | | |
| | NO. OF 10" PLANTS/BOXES | | |
| | NO. OF 8" COMBO PLANTS/BOXES | | |
| | NO. OF 10" COMBO PLANTS/BOXES | | |
| | NO. OF 12" COMBO PLANTS/BOXES | | |
| | NO. OF COMBO PLANTS/BOXES | | |
| 432 | TOTAL NO. OF PLANTS/BOXES/FLATS | 72 | |

| | |
|---|---|
| SALES AMOUNT | 2,388.96 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 2,388.96 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 2,388.96 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA

EXHIBIT 2



**TRANSPORTATION, INC.**

641 Old Gilroy St · Gilroy, CA 95020

Ph: 408-848-3390
Fx: 408-848-5943

# Freight Bill

Tag Number:

May 4, 2011

SHIPPER:
NE Vista
P/U at Kent's
Vista

CONSIGNEE:
Trader Joe's

Fontana

Order Date: May 4, 2011
Order #:
Reference #: 141588

Delivery Date: 5/5/2011

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 43 | City of Ind. - PO# | 29220849 | 860 | 43 | |
| 5 | Phoenix - PO# | 29217504 | 100 | 5 | |
| 21 | Stockton - PO# | 29220414 | 420 | 21 | |
| 3 | Portland - PO# | 29220186 | 60 | 3 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total: | 72 | |

Comments:



SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-8642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO. 268462

CUSTOMER NO. NURSE

BILL TO: NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO: NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | | SHIPPING DATE | | TERMS | |
|------|----------|--|---------------|--|-------|--|
| 05/05/11 | PICK UP ORDER | | 05/05/11 | | NET 30 DAYS | |
| PURCHASE ORDER NUMBER | | ORDER DATE | | SALES PERSON | | OUR ORDER NUMBER |
| 141614 | | 05/05/11 | | MK | | 0268462 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------------------|-------------|-------------|------------|----------------|
| 146 | 279006 | FINEST RED 6" | 5.53 | 807.38 |
| 146 | 298006 | RANA 6" | 5.53 | 807.38 |
| 146 | 344006 | Valencia | 5.53 | 807.38 |
| 73 | IB | BOXES | .00 | .00 |

| | | | | |
|--|--|--|--|--|
| NO. OF 4" PLANTS/BOXES/FLATS | | | SALES AMOUNT | 2,422.14 |
| NO. OF 6" PLANTS/BOXES | 73 | | MISC. CHARGES | .00 |
| NO. OF 8" PLANTS/BOXES | | | FREIGHT | .00 |
| NO. OF 10" PLANTS/BOXES | | | SALES TAX | .00 |
| NO. OF 8" COMBO PLANTS/BOXES | | | TOTAL | 2,422.14 |
| NO. OF 10" COMBO PLANTS/BOXES | | | AMOUNT RECEIVED | .00 |
| NO. OF 12" COMBO PLANTS/BOXES | | | BALANCE DUE | 2,422.14 |
| NO. OF COMBO PLANTS/BOXES | | | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 73 | | | |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJUROUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
DEPARTMENT OF AGRICULTURE

EXHIBIT B    3



**TRANSPORTATION, INC.**

641 Old Gilroy St   Gilroy,   Ph: 408-848-3390
CA 95020                          Fx: 408-848-5943

# Freight Bill

Tag Number:

May 5, 2011

SHIPPER:                              CONSIGNEE:
NE Vista                              Trader Joe's
P/U at Kent's
Vista                                 Fontana

Order Date:      May 5, 2011
Order #:
Reference #:     141614               Delivery Date:   5/6/2011

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 42 | City of Ind. - PO# | 29220849 | 840 | 42 | |
| 8 | Phoenix - PO# | 29217504 | 160 | 8 | |
| 18 | Stockton - PO# | 29220414 | 360 | 18 | |
| 5 | Portland - PO# | 29220186 | 100 | 5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total: | 73 | |

Comments:

73
508



SALES DEPARTMENT.
Ph: (760) 758-2396
Fax: (760) 940-8642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

INVOICE NO. 268477

CUSTOMER NO. ECLIPSE

P.O. Box 2166 • VISTA, CA 92085-2166

BILL TO:
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4495

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/05/11 | PICK UP ORDER | 05/06/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|-----------------------|------------|--------------|------------------|
| 141620 | 05/05/11 | MK | 0268477 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------------------|-------------|-------------|------------|----------------|
| 53 | 327006 | CERISE 6" | 5.53 | 293.09 |
| 156 | 279006 | FINEST RED 6" | 5.53 | 862.68 |
| 114 | 342006 | Fire 6" | 5.53 | 630.42 |
| 29 | 342006 | Fire 6" | 5.53 | 160.37 |
| 73 | 317006 | MANZANA 6" | 5.53 | 403.69 |
| 73 | 212006 | PASSION 6" | 5.53 | 403.69 |
| 36 | 298006 | RANA 6" | 5.53 | 199.08 |
| 206 | 234006 | SANGRIA 6" | 5.53 | 1,139.18 |
| 160 | 344006 | Valencia | 5.53 | 884.80 |
| 150 | B | BOXES | .00 | .00 |

| | | |
|---|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 150 | |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF ___ COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 150 | |

| | |
|---|---|
| SALES AMOUNT | 4,977.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 4,977.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 4,977.00 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA

**EXHIBIT B**



**TRANSPORTATION, INC.**

641 Old Gilroy St
Gilroy, CA 95020

Ph: 408-848-3390
Fx: 408-848-5943

# Freight Bill

Tag Number:

May 6, 2011

**SHIPPER:**
NE Vista
P/U at Kent's
Vista

**CONSIGNEE:**
T J/Jessup

Ventura

Order Date:      May 6, 2011
Order #:
Reference #:     141620

## Weekend

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 150 | Trader Joe's | 141620 | 3000 | 150 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total: | 150 | |

**Comments:**

150
525



ALES DEPARTMENT
Ph (760) 773-1296
Fax (760) 773-8512
ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-3882

PO Box 2166 • VISTA, CA 92085-2166

INVOICE NO    268486
CUSTOMER NO    NURSE

**BILL TO:** NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

**SHIP TO:** NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1370 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/06/11 | PICK UP ORDER | 05/06/11 | NET 90 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|-----------------------|------------|--------------|------------------|
| 141628 | 05/06/11 | MK | 0268486 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------------------|-------------|-------------|------------|----------------|
| 114 | 327006 | CERISE 6" | 5.53 | 630.42 |
| 114 | 279006 | FINEST RED 6" | 5.53 | 630.42 |
| 114 | 212006 | PASSION 6" | 5.53 | 630.42 |
| 57 | B | BOXES | .00 | .00 |

| | | |
|---|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 57 | |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 57 | |

| | |
|---|---|
| SALES AMOUNT | 1,891.26 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,891.26 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,891.26 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784

THE PLANTS MATERIAL OR NURSERY ON PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
SPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY ANY COUNTY AGRICULTURAL COMMISSIONER. SAN DIEGO, CALIFORNIA

**EXHIBIT B    5**



**TRANSPORTATION, INC.**

641 Old Gilroy St  Gilroy,  Ph: 408-848-3390
CA 95020  Fx: 408-848-5943

# Freight Bill

**Tag Number:**

May 6, 2011

**SHIPPER:**
NE Vista
P/U at Kent's
Vista

**CONSIGNEE:**
Trader Joe's

Fontana

Order Date: May 6, 2011
Order #:
Reference #: 141628

**Delivery Date: 5/7/2011**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 35 | City of Ind. - PO# | 29259369 | 700 | 35 | |
| 2 | Phoenix - PO# | 29255883 | 40 | 2 | |
| 16 | Stockton - PO# | 29258798 | 320 | 16 | |
| 4 | Portland - PO# | 29258552 | 80 | 4 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total: | 57 | |

**Comments:**

Corrected PO#



SALES DEPARTMENT:
Ph: (760) 758-2396
Fax: (760)940-8642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO. 283924

CUSTOMER NO. NURSE

BILL TO: NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO: NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1520 DISTRIBUTION WAY, SUITE B
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/09/11 | PICK UP ORDER | 05/09/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|------|------|------|------|
| 141679 | 05/09/11 | MK | 0268509 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------|------|------|------|------|
| 30 | 225006 | HILDA 6" | 5.53 | 165.90 |
| 30 | 298006 | RANA 6" | 5.53 | 165.90 |
| 30 | 292006 | NEON 6" | 5.53 | 165.90 |
| 15 | B | BOXES | .00 | .00 |

| | | |
|------|------|------|
| NO. OF 4" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 90 | |
| NO. OF 8" PLANTS/BOXES | 15 | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF     COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 90 | 15 |

| | |
|------|------|
| SALES AMOUNT | 497.70 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 497.70 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 497.70 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL... AND CALIFORNIA

**EXHIBIT B**



SALES DEPARTMENT:
Ph: (760) 758-2396
Fax: (760) 940-3642

ACCOUNTING DEPT.:
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO. 268534

CUSTOMER NO. NURSE

BILL TO:
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | | SHIPPING DATE | TERMS | |
|---|---|---|---|---|---|
| 05/10/11 | PICK UP ORDER | | 05/10/11 | NET 30 DAYS | |
| PURCHASE ORDER NUMBER | ORDER DATE | | SALES PERSON | | OUR ORDER NUMBER |
| 141693 | 05/10/11 | | MK | | 0268534 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 96 | 111006 | PRIMERA 6" | 5.53 | 530.88 |
| 96 | 313006 | CARDINALE 6" | 5.53 | 530.88 |
| 96 | 279006 | FINEST RED 6" | 5.53 | 530.88 |
| 48 | B | BOXES | .00 | .00 |

| | | |
|---|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 48 | |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF ___ COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 48 | |

| | |
|---|---|
| SALES AMOUNT | 1,592.64 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,592.64 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,592.64 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA

EXHIBIT 7



**TRANSPORTATION, INC.**

641 Old Gilroy St    Gilroy,    Ph: 408-848-3390
CA 95020                            Fx: 408-848-5943

# Freight Bill

Tag Number:

May 10, 2011

SHIPPER:
NE Vista
P/U at Kent's
Vista

CONSIGNEE:
Trader Joe's

Fontana

Order Date:        May 10, 2011
Order #:
Reference #:      141693

Delivery Date:  5/11/2011

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 32 | City of Ind. - PO# | 29332636 | 640 | 32 | |
| 2 | Phoenix - PO# | 29328979 | 40 | 2 | |
| 9 | Stockton - PO# | 29332188 | 180 | 9 | |
| 5 | Portland - PO# | 29331819 | 100 | 5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 48 | Total: | | 960 | 48 | |

Comments:

Driver's Signature

**Kent's - please fax signed copy to Nurserymen's Exchange**
**760-597-4844**

Case: 11-31985   Doc# 72   Filed: 06/09/11   Entered: 06/09/11 08:25:55   Page 17 of



SALES DEPARTMENT:
Ph: (760) 758-2396
Fax: (760) 940-8642

ACCOUNTING DEPT.:
Ph: (760) 758-1661
Fax: (760) 758-5882

PO Box 2166 • VISTA, CA 92085-2166

INVOICE NO.            268598

CUSTOMER NO.          JHPSE

| BILL TO: | SHIP TO: |
|---|---|
| NURSERYMEN'S EXCHANGE | NURSERYMEN'S EXCHANGE |
| ACCOUNTS PAYABLE | SOUTHERN CALIFORNIA OFFICE |
| 1651 NORTH CABRILLO HIGHWAY | 1530 DISTRIBUTION WAY, SUITE C |
| HALF MOON BAY, CA 94019 | VISTA, CA 92083 |
| 650-712-4272 | 650-712-4095 |

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|---|---|---|---|
| 05/11/11 | WILL CALL ORDER | 05/11/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 111729 | 05/11/11 | MK | 0268598 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 98 | 111006 | PRIMERA 6" | 5.53 | 541.94 |
| 98 | 234006 | SANGRIA 6" | 5.53 | 541.94 |
| 98 | 344006 | Valencia | 5.53 | 541.94 |
| 49 | B | BOXES | .00 | .00 |

| | | |
|---|---|---|
| NO. OF 1" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 49 | |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF       COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 49 | |

| SALES AMOUNT | 1,625.82 |
|---|---|
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,625.82 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,625.82 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784

THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE, HAS BEEN INSPECTED AND FOUND FREE FROM
SPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS

THIS SHIPMENT NEED NOT BE ... ... ... ... IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULT... ... ... ... AND CALIFORNIA

**EXHIBIT B**



**TRANSPORTATION, INC.**

641 Old Gilroy St   Gilroy,    Ph: 408-848-3390
CA 95020                       Fx: 408-848-5943

# Freight Bill

Tag Number:

May 11, 2011

SHIPPER:                          CONSIGNEE:
NE Vista                          Trader Joe's
P/U at Kent's
Vista                             Fontana

Order Date:      May 11, 2011
Order #:                          **Delivery Date: 5/12/2011**
Reference #:     141729

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 24 | City of Ind. - PO# | 29353476 | 480 | 24 | |
| 2 | Phoenix - PO# | 29349738 | 40 | 2 | |
| 18 | Stockton - PO# | 29352913 | 360 | 18 | |
| 5 | Portland - PO# | 29352624 | 100 | 5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 49 | Total: | | 980 | 49 | |

Comments:

Driver's Signature

**Kent's - please fax signed copy to Nurserymen's Exchange**
760-597-4844

Case: 11-31985   Doc# 72   Filed: 06/09/11   Entered: 06/09/11 08:25:35   Page 19 of 37



SALES DEPARTMENT:
Ph: (760) 758-2396
Fax: (760)940-3642

ACCOUNTING DEPT.:
Ph (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO.          268638

CUSTOMER NO.

NURSE

BILL TO:
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
4851 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | | SHIPPING DATE | | | TERMS | |
|---|---|---|---|---|---|---|---|
| 05/12/11 | PICK UP ORDER | | 05/12/11 | | | NET 30 DAYS | |
| PURCHASE ORDER NUMBER | | ORDER DATE | | SALES PERSON | | OUR ORDER NUMBER | |
| 141748 | | 05/12/11 | | MK | | 0268638 | |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 100 | 292006 | NEON 6" | 5.53 | 553.00 |
| 100 | 279006 | FINEST RED 6" | 5.53 | 553.00 |
| 100 | 298006 | RANA 6" | 5.53 | 553.00 |
| 50 | B | BOXES | .00 | .00 |

| | |
|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | |
| NO. OF 6" PLANTS/BOXES | |
| NO. OF 8" PLANTS/BOXES | |
| NO. OF 10" PLANTS/BOXES | |
| NO. OF 8" COMBO PLANTS/BOXES | |
| NO. OF 10" COMBO PLANTS/BOXES | |
| NO. OF 12" COMBO PLANTS/BOXES | |
| NO. OF     COMBO PLANTS/BOXES | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | |

| | |
|---|---|
| SALES AMOUNT | 1,659.00 |
| MISC. CHARGES | |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,659.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,659.00 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJUROUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA



**TRANSPORTATION, INC.**

641 Old Gilroy St   Gilroy,   Ph: 408-848-3390
CA 95020                    Fx: 408-848-5943

# Freight Bill

**Tag Number:**

May 12, 2011

**SHIPPER:**
NE Vista
P/U at Kent's
Vista

**CONSIGNEE:**
Trader Joe's

Fontana

**Order Date:**   May 12, 2011
**Order #:**
**Reference #:**   141748

**Delivery Date:  5/13/2011**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 29 | City of Ind. - PO# | 29372849 | 580 | 29 | |
| 6 | Phoenix - PO# | 29369388 | 120 | 6 | |
| 12 | Stockton - PO# | 29372008 | 240 | 12 | |
| 3 | Portland - PO# | 29371789 | 60 | 3 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **50** | **Total:** | | **1000** | **50** | |

**Comments:**

#440  05-12-11

Driver's Signature

## Kent's - please fax signed copy to Nurserymen's Exchange

760-597-4844



Ph: (760) 758-2396
Fax: (760) 940-3642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO. `68663`

CUSTOMER NO. `HURSE`

**BILL TO:**
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

**SHIP TO:**
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/12/11 | PICK-UP ORDER | 05/13/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 141769 | 05/12/11 | MK | 0268663 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 46 | 111006 | PRIMERA 6" | 5.53 | 254.38 |
| 177 | 292006 | NEON 6" | 5.53 | 978.81 |
| 96 | 313006 | CARDINALE 6" | 5.53 | 530.88 |
| 72 | 343006 | Chili Pepper | 5.53 | 398.16 |
| 96 | 309006 | CORAZON 6" | 5.53 | 530.88 |
| 135 | 298006 | RANA 6" | 5.53 | 746.55 |
| 128 | 344006 | Valencia | 5.53 | 707.84 |
| 125 | B | BOXES | .00 | .00 |

| | |
|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | |
| NO. OF 6" PLANTS/BOXES | |
| NO. OF 8" PLANTS/BOXES | |
| NO. OF 10" PLANTS/BOXES | |
| NO. OF 8" COMBO PLANTS/BOXES | |
| NO. OF 10" COMBO PLANTS/BOXES | |
| NO. OF 12" COMBO PLANTS/BOXES | |
| NO. OF ___ COMBO PLANTS/BOXES | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | |

| | |
|---|---|
| SALES AMOUNT | 4,147.50 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 4,147.50 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 4,147.50 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH TH
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORN
BY SAN DIEGO COUNTY AGRICUL... COMMISSIONER AND CALIFORN

Case: 11-31985   Doc# 72   Filed: 06/09/11   Entered: 06/09/11 08:25:35   Page 22 of
37

EXHIBIT B 1 0



**TRANSPORTATION, INC.**

641 Old Gilroy St
Gilroy, CA 95020

Ph: 408-848-3390
Fx: 408-848-5943

# Freight Bill

Tag Number:

May 13, 2011

**SHIPPER:**
NE Vista
P/U at Kent's
Vista

**CONSIGNEE:**
T J/Jessup

Ventura

**Order Date:**        May 13, 2011
**Order #:**
**Reference #:**        141769

## Weekend

| QUANTITY | DESCRIPTION | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|
| 125 | Trader Joe's          141769 | 2500 | 125 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total: | | 125    #367 | |

**Comments:**



SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-3642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

P.O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO.    268668
CUSTOMER NO.
                NURSE

BILL TO:

NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:

NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS | |
|------|----------|---------------|-------|---|
| 05/13/11 | PICK UP ORDER | 05/13/11 | NET 30 DAYS | |
| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | | OUR ORDER NUMBER |
| 141797 | 05/13/11 | MK | | 0268668 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------------------|-------------|-------------|------------|----------------|
| 77 | 279006 | FINEST RED 6" | 5.53 | 425.81 |
| 8 | 317006 | MANZANA 6" | 5.53 | 44.24 |
| 126 | 250006 | OPTIMA 6" | 5.53 | 696.78 |
| 47 | 260006 | OSTARA 6" | 5.53 | 259.91 |
| 43 | B | BOXES | .00 | .00 |

| | | | |
|---|---|---|---|
| | NO. OF 4" PLANTS/BOXES/FLATS | | |
| 258 | NO. OF 6" PLANTS/BOXES | 43 | |
| | NO. OF 8" PLANTS/BOXES | | |
| | NO. OF 10" PLANTS/BOXES | | |
| | NO. OF 8" COMBO PLANTS/BOXES | | |
| | NO. OF 10" COMBO PLANTS/BOXES | | |
| | NO. OF 12" COMBO PLANTS/BOXES | | |
| | NO. OF    COMBO PLANTS/BOXES | | |
| 258 | TOTAL NO. OF PLANTS/BOXES/FLATS | 43 | |

| | |
|---|---|
| SALES AMOUNT | 1,426.74 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,426.74 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,426.74 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE UNDER INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA
DEPARTMENT OF AGRICULTURE, SACRAMENTO 95814

EXHIBIT 1



**TRANSPORTATION, INC.**

641 Old Gilroy St    Gilroy,    Ph: 408-848-3390
CA 95020                        Fx: 408-848-5943

# Freight Bill

**Tag Number:**

May 13, 2011

**SHIPPER:**
NE Vista
P/U at Kent's
Vista

**CONSIGNEE:**
Trader Joe's

Fontana

**Order Date:**    May 13, 2011
**Order #:**
**Reference #:**    141787

**Delivery Date: 5/14/2011**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 32 | City of Ind. - PO# | 29393050 | 640 | 32 | |
| 1 | Phoenix - PO# | 29389670 | 20 | 1 | |
| 7 | Stockton - PO# | 29392620 | 140 | 7 | |
| 3 | Portland - PO# | 29392295 | 60 | 3 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **43** | **Total:** | | 860 | 43 | 36 z |

**Comments:**

Driver's Signature

**Kent's - please fax signed copy to Nurserymen's Exchange**

SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-3642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO. 268694

CUSTOMER NO. NURSE

BILL TO:

NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:

NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|---|---|---|---|
| 05/16/11 | PICK UP ORDER | 05/16/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 111974 | 05/16/11 | MK | 0268694 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 18 | 111006 | PRIMERA 6" | 5.53 | 99.54 |
| 36 | 343006 | Chili Pepper | 5.53 | 199.08 |
| 36 | 260006 | OSTARA 6" | 5.53 | 199.08 |
| 18 | 344006 | Valencia | 5.53 | 99.54 |
| 18 | B | BOXES | .00 | .00 |

| | | |
|---|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | 108 | |
| NO. OF 6" PLANTS/BOXES | | 18 |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF ___ COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 108 | 18 |

| | |
|---|---|
| SALES AMOUNT | 597.24 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 597.24 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 597.24 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURE DEPARTMENT SAN DIEGO CALIFORNIA

**EXHIBIT B-12**



**TRANSPORTATION, INC.**

641 Old Gilroy St   Gilroy,   Ph: 408-848-3390
CA 95020                            Fx: 408-848-5943

# Freight Bill

**Tag Number:**

May 18, 2011

**SHIPPER:**
**NE Vista**
**P/U at Kent's**
**Vista**

**CONSIGNEE:**
Trader Joe's

Fontana

**Order Date:**     May 16, 2011
**Order #:**
**Reference #:**   141874

**Delivery Date:  5/17/2011**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | City of Ind. - PO# | 29447153 | | | |
| 1 | Phoenix - PO# | 29444391 | 20 | 1 | |
| 15 | Stockton - PO# | 29446790 | 300 | 15 | |
| 2 | Portland - PO# | 29446575 | 40 | 2 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **18** | **Total:** | | **360** | **18** | |

**Comments:**

Driver's Signature

**Kent's - please fax signed copy to Nurserymen's Exchange**
760-597-1844



SALES DEPARTMENT.
Ph: (760) 758-2396
Fax: (760) 940-8642

ACCOUNTING DEPT.:
Ph: (760) 758-1661
Fax: (760) 758-5882

O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO.
268706

CUSTOMER NO.
NURSE

BILL TO:

NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:

NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS | |
|---|---|---|---|---|
| 05/17/11 | PICK UP ORDER | 05/17/11 | NET 30 DAYS | |
| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | | OUR ORDER NUMBER |
| 141892 | 05/17/11 | MK | | 0268706 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 64 | 343006 | Chili Pepper | 5.53 | 353.92 |
| 64 | 292006 | NEON 6" | 5.53 | 353.92 |
| 64 | 340006 | Valencia | 5.53 | 353.92 |
| 2 | B | BOXES | .00 | .00 |

| | | | |
|---|---|---|---|
| 192 | NO. OF 4" PLANTS/BOXES/FLATS | | |
| | NO. OF 6" PLANTS/BOXES | 32 | |
| | NO. OF 8" PLANTS/BOXES | | |
| | NO. OF 10" PLANTS/BOXES | | |
| | NO. OF 8" COMBO PLANTS/BOXES | | |
| | NO. OF 10" COMBO PLANTS/BOXES | | |
| | NO. OF 12" COMBO PLANTS/BOXES | | |
| | NO. OF ___ COMBO PLANTS/BOXES | | |
| 192 | TOTAL NO. OF PLANTS/BOXES/FLATS | 32 | |

| | |
|---|---|
| SALES AMOUNT | 1,061.76 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,061.76 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,061.76 |

TERMS AND CONDITIONS

All material to be returned for any reason must be reported to company headquarters within section 2 working days of receipt of merchandise to current invoice. Holding material past due date. Claim without notice is refused acceptance and credit must be issued. Acceptance implies agreement with all terms and conditions herein noted.

Peralta's Greenhand Nursery's warranty and warrants that the plants sold and delivered are as the date of delivery of a quality according to its true name. Nursery's warranties under the foregoing expressed warranty is limited with reference to the purchase price of the nursery stock which does not conform to the warranty. IT IS EXPRESSLY AGREED THAT THIS WARRANT SHALL BE IN LIEU OF ALL WARRANTIES OF FITNESS AND IN LIEU OF THE WARRANTY OF MERCHANTABILITY.

A service charge computed at a periodic rate of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts in our judgment of changes of credit. In action at law is instituted for collection or replacement, purchaser agrees to pay all collection costs, attorney fees and court costs. No claim for shortage or returns will be allowed after acceptance of delivery. Peralta's Common carriers are responsible to complaints out of or damage in transit must be made directly with the carrier.

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784

THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM ESPECIALLY INJUROUS PLANT PESTS AND DISEASE SYMPTOMS.

THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE



**TRANSPORTATION, INC.**

641 Old Gilroy St    Gilroy,    **Ph: 408-848-3390**
CA 95020                         **Fx: 408-848-5943**

# Freight Bill

**Tag Number:**

May 17, 2011

**SHIPPER:**                        **CONSIGNEE:**
**NE Vista**                        **Trader Joe's**
**P/U at Kent's**
**Vista**                           **Fontana**

**Order Date:**    May 17, 2011
**Order #:**
**Reference #:**    141892          **Delivery Date:  5/18/2011**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|----------|-------------|--|--------|---------|---------|
| 16 | City of Ind. - PO# | 29466111 | 320 | 16 | |
| 4 | Phoenix - PO# | 29462671 | 80 | 4 | |
| 9 | Stockton - PO# | 29465625 | 180 | 9 | |
| 3 | Portland - PO# | 29465378 | 60 | 3 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **32** | **Total:** | | **640** | **32** | |

**Comments:**

_____

Driver's Signature

**Kent's - please fax signed copy to Nurserymen's Exchange**
760-597-4844



SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-6642

ACCOUNTING DEPT:
Ph: (760) 758-1661
Fax: (760) 758-5882

O Box 2166 • VISTA, CA 92085-2166

INVOICE NO.     E57 32

CUSTOMER NO.     NURSE

BILL TO: NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
3851 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO: NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITS C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/18/11 | PICK UP ORDER | 05/18/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|-----------------------|------------|--------------|------------------|
| 141923 | 05/18/11 | MK | 0268732 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------------------|-------------|-------------|------------|----------------|
| 70 | 343006 | Chill Pepper | 5.53 | 387.10 |
| 62 | 292006 | NEON 6" | 5.53 | 342.86 |
| 6 | 317006 | MANZANA 6" | 5.53 | 33.18 |
| 45 | 250006 | OPTIMA 6" | 5.53 | 248.85 |
| 3 | 723006 | SPLENRIET 6" | 5.53 | 16.59 |
| 31 | 8 | BOXES | .00 | .00 |

| | | |
|---|---|---|
| NO. OF 4" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 31 | |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF     COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 31 | |

| | |
|---|---|
| SALES AMOUNT | 1,028.58 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,028.58 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,028.58 |

86
86

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS.
NO. 7704
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA



**TRANSPORTATION, INC.**

641 Old Gilroy St    Gilroy,
CA 95020

Ph: 408-848-3390
Fx: 408-848-5943

# Freight Bill

Tag Number:

May 18, 2011

SHIPPER:
NE Vista
P/U at Kent's
Vista

CONSIGNEE:
Trader Joe's

Fontana

Order Date:     May 18, 2011
Order #:
Reference #:     141923

Delivery Date: 5/19/2011

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 19 | City of Ind. - PO# | 29486810 | 380 | 19 | |
| 3 | Phoenix - PO# | 29483307 | 60 | 3 | |
| 8 | Stockton - PO# | 29486239 | 160 | 8 | |
| 1 | Portland - PO# | 29485945 | 20 | 1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **31** | **Total:** | | **620** | **31** | |

**Comments:**

Driver's Signature

Kent's - please fax signed copy to Nurserymen's Exchange
760-597-4844



SALES DEPARTMENT
Ph: (760) 758-2396
Fax: (760)940-3642

ACCOUNTING DEPT.
Ph: (760) 758-1661
Fax: (760) 758-5882

O. Box 2166 • VISTA, CA 92085-2166

INVOICE NO.    68758

CUSTOMER NO.
              NURSE

BILL TO:
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|------|----------|---------------|-------|
| 05/19/11 | PICK UP ORDER | 05/20/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|-----------------------|------------|--------------|------------------|
| 141957 | 05/19/11 | MK | 0268758 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|------------------|-------------|-------------|------------|----------------|
| 179 | 343006 | Chili Pepper | 5.53 | 989.87 |
| 199 | 292006 | NEON 6" | 5.53 | 1,100.47 |
| 198 | 260006 | OSTARA 6" | 5.53 | 1,094.94 |
| 10 | 258006 | GUZMANIA HYBRIDS 6" | 5.53 | 55.30 |
| 74 | 340006 | Valencia | 5.53 | 409.22 |
| 110 | B | BOXES. | .00 | .00 |

| | | |
|---|---|---|
| 200 | NO. OF 4" PLANTS/BOXES/FLATS | |
| | NO. OF 6" PLANTS/BOXES | 110 |
| | NO. OF 8" PLANTS/BOXES | |
| | NO. OF 10" PLANTS/BOXES | |
| | NO. OF 8" COMBO PLANTS/BOXES | |
| | NO. OF 10" COMBO PLANTS/BOXES | |
| | NO. OF 12" COMBO PLANTS/BOXES | |
| | NO. OF      COMBO PLANTS/BOXES | |
| 200 | TOTAL NO. OF PLANTS/BOXES/FLATS | 110 |

| | |
|---|---|
| SALES AMOUNT | 3,649.80 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 3,649.80 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 3,649.80 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7794
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
SPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA



**TRANSPORTATION, INC.**

641 Old Gilroy St
Gilroy, CA 95020

Ph: 408-848-3390
Fx: 408-848-5943

# Freight Bill

Tag Number:

May 20, 2011

SHIPPER:
NE Vista
P/U at Kent's
Vista

CONSIGNEE:
T J/Jessup

Ventura

Order Date:       May 20, 2011
Order #:
Reference #:      141957

**Weekend**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 110 | Trader Joe's | 141957 | 2200 | 110 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total: | 110 | |

Comments:



Ph (760) 758-2396
Fax (760)040-8642

ACCOUNTING DEPT
Ph: (760) 758-1661
Fax: (760) 758-5882

INVOICE NO.          268759

CUSTOMER NO.         NURSE

PO. Box 2166 • VISTA, CA 92085-2166

BILL TO:
NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:
NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1530 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
|---|---|---|---|
| 05/19/11 | PICK UP ORDER | 05/19/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 141952 | 05/19/11 | MK | 0268759 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 96 | 343006 | Chili Pepper | 5.53 | 475.58 |
| 96 | 260006 | OSTARA 6" | 5.53 | 475.58 |
| 46 | 292006 | NEON 6" | 5.53 | 175.58 |
| 43 | BX | BOXSS | .00 | .00 |

| | NO. OF 1 PLANTS/BOXES/FLATS | | | SALES AMOUNT | 1,426.74 |
|---|---|---|---|---|---|
| 258 | NO. OF 6" PLANTS/BOXES | 43 | | MISC. CHARGES | .00 |
| | NO. OF 8" PLANTS/BOXES | | | FREIGHT | .00 |
| | NO. OF 10" PLANTS/BOXES | | | SALES TAX | .00 |
| | NO. OF 8" COMBO PLANTS/BOXES | | | TOTAL | 1,426.74 |
| | NO. OF 10" COMBO PLANTS/BOXES | | | AMOUNT RECEIVED | .00 |
| | NO. OF 12" COMBO PLANTS/BOXES | | | BALANCE DUE | 1,426.74 |
| | NO. OF COMBO PLANTS/BOXES | | | | |
| 258 | TOTAL NO. OF PLANTS/BOXES/FLATS | 43 | | | |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA



**TRANSPORTATION, INC.**

641 Old Gilroy St  Gilroy,  Ph: 408-848-3390
CA 95020  Fx: 408-848-5943

# Freight Bill

Tag Number:

May 19, 2011

SHIPPER:
NE Vista
P/U at Kent's
Vista

CONSIGNEE:
Trader Joe's

Fontana

Order Date:  May 19, 2011
Order #:
Reference #:  141952

**Delivery Date: 5/20/2011**

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|----------|-------------|---|--------|---------|---------|
| 28 | City of Ind. - PO# | 29506673 | 560 | 28 | |
| 2 | Phoenix - PO# | 29502789 | 40 | 2 | |
| 9 | Stockton - PO# | 29505890 | 180 | 9 | |
| 4 | Portland - PO# | 29505434 | 80 | 4 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **43** | **Total:** | | **860** | **43** | |

Comments:

Driver's Signature

**Kent's - please fax signed copy to Nurserymen's Exchange**
760-597-4844

Case: 11-31985   Doc# 72   Filed: 06/09/11   Entered: 06/09/11 08:25:35   Page 35 of 37



SALES DEPARTMENT:
Ph: (760) 758-2396
Fax: (760) 940-3642

ACCOUNTING DEPT.:
Ph: (760) 758-1661
Fax: (760) 758-5882

PO Box 2166 • VISTA, CA 92085-2166

INVOICE NO.

CUSTOMER NO. 268776

NURSE

BILL TO:

NURSERYMEN'S EXCHANGE
ACCOUNTS PAYABLE
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019
650-712-4272

SHIP TO:

NURSERYMEN'S EXCHANGE
SOUTHERN CALIFORNIA OFFICE
1330 DISTRIBUTION WAY, SUITE C
VISTA, CA 92083
650-712-4095

| DATE | SHIP VIA | SHIPPING DATE | TERMS |
| --- | --- | --- | --- |
| 05/20/11 | PICK UP | 05/20/11 | NET 30 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
| --- | --- | --- | --- |
| 131974 | 05/20/11 | MK | 0268776 |

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- |
| 99 | 313006 | CARDINALE 6" | 5.53 | 547.47 |
| 22 | 292006 | NEON 6" | 5.53 | 121.66 |
| 44 | 260006 | OSTARA 6" | 5.53 | 243.32 |
| 99 | 212006 | PASSION 6" | 5.53 | 547.47 |
| 44 | B | BOXES | 5.53 | 243.32 |

| | | |
| --- | --- | --- |
| NO. OF 4" PLANTS/BOXES/FLATS | | |
| NO. OF 6" PLANTS/BOXES | 44 | |
| NO. OF 8" PLANTS/BOXES | | |
| NO. OF 10" PLANTS/BOXES | | |
| NO. OF 8" COMBO PLANTS/BOXES | | |
| NO. OF 10" COMBO PLANTS/BOXES | | |
| NO. OF 12" COMBO PLANTS/BOXES | | |
| NO. OF COMBO PLANTS/BOXES | | |
| TOTAL NO. OF PLANTS/BOXES/FLATS | 44 | |

| | |
| --- | --- |
| SALES AMOUNT | 1,703.24 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,703.24 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,703.24 |

TERMS AND CONDITIONS

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE
SHIPMENTS
NO. 7784
THIS PLANT MATERIAL OR NURSERY OR PREMISE FROM WHICH THIS
SHIPMENT WAS MADE HAS BEEN INSPECTED AND FOUND FREE FROM
ESPECIALLY INJURIOUS PLANT PESTS AND DISEASE SYMPTOMS
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
BY SAN DIEGO COUNTY AGRICULTURAL COMMISSIONER AND CALIFORNIA

Case: 11-31985    Doc# 72    Filed: 06/09/11    Entered: 06/09/11 08:25:35    Page 36 of
37

EXHIBIT B    17



**TRANSPORTATION, INC.**

641 Old Gilroy St    Gilroy,    Ph: 408-848-3390
CA 95020                              Fx: 408-848-5943

# Freight Bill

Tag Number:

May 20, 2011

**SHIPPER:**
**NE Vista**
**P/U at Kent's**
**Vista**

**CONSIGNEE:**
Trader Joe's

Fontana

**Order Date:**        May 20, 2011
**Order #:**
**Reference #:**        141974

**Delivery Date:  5/21/2011**

| QUANTITY | DESCRIPTION | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|
| 24 | City of Ind. - PO#   29526932 | 480 | 24 | |
| 6 | Phoenix - PO#   29523515 | 120 | 6 | |
| 12 | Stockton - PO#:   29526536 | 240 | 12 | |
| 2 | Portland - PO#   29526247 | 40 | 2 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **44** | **Total:** | **880** | **44** | |

Comments:

Driver's Signature

## Kent's - please fax signed copy to Nurserymen's Exchange