Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | *EX PARTE* APPLICATION FOR ORDER DESIGNATING JUSTIN DAUTOFF AS RESPONSIBLE INDIVIDUAL OF DEBTOR IN POSSESSION |
| | [NO HEARING UNLESS REQUIRED] |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Nurserymen's Exchange, Inc. ("NEI" or "Debtor"), Debtor and Debtor-in-possession, hereby submits this Application, pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California, for an order designating Justin Dautoff as the natural person responsible for the duties and obligations of the Debtor as a debtor-in-possession. In support of this Application the Debtor respectfully represents:

1.  On May 23, 2011, the Debtor filed a voluntary petition for reorganization under Chapter 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). No trustee or examiner has been appointed, and the Debtor continues to operate its business as Debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor requests that Justin Dautoff be designated as the natural person responsible for the duties and obligations of the Debtor in possession.

3. The full name, address, telephone number, and position of Mr. Dautoff are as follows:

> Justin Dautoff
> Chief Operating Officer
> Nurserymen's Exchange, Inc.
> 2651 North Cabrillo Highway
> Half Moon Bay, California 94019
> Phone: 650-726-6361

4. Justin Dautoff has served as Chief Operating Officer of NEI since October 2010. Between 1998 and 2010, Mr. Dautoff served serially as National Manager, Director of Sales, and Vice President of Marketing NEI. Mr. Dautoff is familiar with the Debtor's day to day operations, and is competent to be responsible for the duties and obligations of the Debtor as a debtor in possession.

WHEREFORE, the Debtor requests that Justin Dautoff be designated as the natural person responsible for the duties and obligations of the Debtor as a debtor in possession during this Chapter 11 case subject to further orders of this Court.

Dated: May 23, 2011        LAW OFFICES OF STEPHEN D. FINESTONE


    /s/ Stephen D. Finestone
    Stephen D. Finestone

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

On the below date I served the attached document(s) entitled:

***EX PARTE* APPLICATION FOR ORDER DESIGNATING JUSTIN DAUTOFF AS RESPONSIBLE INDIVIDUAL OF DEBTOR IN POSSESSION**

on all interested parties in said cause addressed as follows:

Office of the U.S. Trustee
235 Pine St., Ste. 700
San Francisco, CA 94104

[X] **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 456 Montgomery Street, 20th Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of The Law Offices of Stephen Finestone for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

[ ] **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

[ ] **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: <u>(see above)</u>. I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **June 10, 2011** at San Francisco, California.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Ngoc Truong  /s/ Ngoc Truong

CERTIFICATE OF SERVICE 2