

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

Signed and Filed: June 10, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 11-31985
)
NURSERYMEN'S EXCHANGE, INC. ) Chapter 11
)
   Debtor and Debtor in Possession ) **Date:** June 9, 2011
) **Time:** 1:00 p.m.
) **Place:** 235 Pine Street, Courtroom 22
) San Francisco, CA
_____)

**ORDER AUTHORIZING DEBTOR (A) TO EMPLOY THE SAQUI LAW GROUP AS SPECIAL LABOR COUNSEL, AND (B) TO PAY POST-PETITION RETAINER**

The Application For Order Authorizing Debtor to Employ The Saqui Law Group As Special Labor Counsel (the "Application") filed by Nurserymen's Exchange, Inc. (the "Debtor") came on for hearing on June 9, 2011, with the Honorable Dennis Montali presiding. Appearances were as noted on the record. The Court having reviewed the papers filed in support of and in opposition to the Application and having heard argument of counsel, it appearing that The Saqui Law Group ("TSLG") does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed, good cause appearing therefor, and for the reasons stated on the record;

///

///

ORDER AUTHORIZING EMPLOYMENT OF SAQUI LAW GROUP
AND PAYMENT OF POST-PETITION RETAINER

1

IT IS HEREBY ORDERED as follows;

1. The Application is GRANTED;

2. The Debtor is authorized to employ TSLG for the purposes described in the Application;

3. The Debtor is authorized to pay TSLG a post-petition retainer in the amount of $75,000.00.

4. All fees and expenses of the TSLG are subject to bankruptcy court approval and the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees issued by the Court.

***END OF ORDER***