```
Entered on Docket
June 10, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Signed and Filed: June 10, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

**ORDER SETTING CLAIMS BAR DATE FOR SECTION 503(b)(9) CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

Debtor's Motion For Order Setting Claims Bar Date For Section 503(b)(9) Claims and Approving Form and Manner of Notice Thereof (the "Motion") came on for hearing on May 25, 2011, the Honorable Dennis Montali presiding. Appearances were as noted on the record. The Court having reviewed the papers filed in support of the motion and heard argument of counsel, good cause appearing therefor, and for the reasons stated on the record; IT IS HEREBY ORDERED as follows;

1. The Motion is GRANTED;

2. All requests for payment of a claim arising under section 503(b)(9) of the Bankruptcy Code ("503(b)(9) Payment Request"), except as otherwise provided for or specifically excepted herein, shall be filed on or before July 22, 2011 (the "503(b)(9) Bar Date");

ORDER SETTING CLAIMS BAR DATE
FOR SECTION 503(b)(9) CLAIMS, ETC.

1

3. Each 503(b)(9) Payment Request shall be filed by sending such payment request by U.S. Mail, overnight delivery, or hand delivery to the Clerk of the Court for the United States Bankruptcy Court, Northern District of California, San Francisco Division at 235 Pine Street, San Francisco, California 94104;

4. Each 503(b)(9) Payment Request shall (i) be written in the English language; (ii) be denominated in lawful currency of the United States as May 23, 2011; and (iii) have attached to it copies of any writings upon which the claim is based;

5. Any holder of a 503(b)(9) Claim that fails to file a 503(b)(9) Payment Request on or before the 503(b)(9) Bar Date shall be barred from asserting such claim against the Debtor, the Debtor's estate and any successor to the Debtor under a confirmed plan of reorganization and/or liquidation or otherwise (the "Plan"), and the holder of such claim shall be limited to an unsecured non-priority claim in the case;

6. In accordance with Bankruptcy Rule 2002, the Debtor is hereby authorized to cause notice of the 503(b)(9) Bar Date, substantially in the form of attached hereto as Exhibit A, which form is hereby approved, to be given by first class mail, postage prepaid, by no later than seven (7) days after the entry of this Order, upon all creditors identified by the Debtor as possible holders of 503(b)(9) Claims;

7. Any 503(b)(9) Claim will be deemed timely filed only if actually received by the Clerk of the Court for the United States Bankruptcy Court, Northern District of California, San Francisco Division, on or before the applicable 503(b)(9) Bar Date; and

8. The Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of this Order.

***END OF ORDER***

ORDER SETTING CLAIMS BAR DATE
FOR SECTION 503(b)(9) CLAIMS, ETC.

2

Case: 11-31985    Doc# 79    Filed: 06/10/11    Entered: 06/10/11 15:30:46    Page 2 of 4

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

**NOTICE OF DEADLINE FOR FILING 503(b)(9) PAYMENT REQUEST**

The Bankruptcy Court has set a **deadline of July 22, 2011** (the "503(b)(9) Bar Date"), for a creditor claiming an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9)[1] ("503(b)(9) Claim") to file a request for payment of administrative expense ("503(b)(9) Payment Request").

Failure of the holder of a 503(b)(9) Claim to file a 503(b)(9) Payment Request on or before the 503(b)(9) Bar Date will result in disallowance of the 503(b)(9) Claim without further notice or hearing. 11 U.S.C. § 502(b)(9). Recipients of this notice may wish to consult an attorney to protect their rights.

---

[1] Section 503(b)(9) of the Bankruptcy Code grants administrative expense status to any claim based upon "the value of any goods received by the debtor within 20 days before the date of commencement of a case under [title 11 of the United States Code] in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

NOTICE OF DEADLINE TO FILE
503(b)(9) CLAIM

1

All 503(b)(9) Payment Requests shall be filed with the Clerk of the Court, United States Bankruptcy Court for the Northern District of California, San Francisco Division, in writing, together with supporting documentation, on or before the 503(b)(9) Bar Date, at the following address:

UNITED STATES BANKRUPTCY COURT

CLERK OF THE COURT

235 PINE STREET, 19TH FLOOR

SAN FRANCISCO, CA 90104

503(b)(9) Payment Requests that are delivered by email, facsimile or telecopy will not be accepted.

This notice may have been sent inadvertently to persons and other entities (including governmental units) that may not actually have a 503(b)(9) Claim against the Debtor. The fact that you have received this notice does not mean that you have a 503(b)(9) Claim against the Debtor, or that the Debtor or the Bankruptcy Court concedes that you have a 503(b)(9) claim against the Debtor.

Dated: June 9, 2011             LAW OFFICES OF STEPHEN D. FINESTONE


     /s/ Stephen D. Finestone
     Stephen D. Finestone

NOTICE OF DEADLINE TO FILE
503(b)(9) CLAIM

2