

1  Stephen D. Finestone (125675)
   John F. Sullivan (175236)
2  LAW OFFICES OF STEPHEN D. FINESTONE
   456 Montgomery Street, 20th Floor
3  San Francisco, CA 94104
   Telephone: (415) 421-2624
4  Facsimile:  (415) 398-2820
   Email: sfinestone@pobox.com
5

Signed and Filed: June 10, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | ORDER DESIGNATING JUSTIN DAUTOFF AS RESPONSIBLE INDIVIDUAL OF DEBTOR IN POSSESSION |

The Court having reviewed the *ex parte* application of Nurserymen's Exchange, Inc. ("Debtor"), Debtor and Debtor-in-possession, pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California, for designation of Justin Dautoff as responsible individual for the Debtor, and good cause appearing therefor;

IT IS HEREBY ORDERED that the following individual is designated as the individual responsible for the duties and obligations of the Debtor as a debtor in possession:

Justin Dautoff
Chief Operating Officer
Nurserymen's Exchange, Inc.
2651 North Cabrillo Highway
Half Moon Bay, California 94019
Phone: 650-726-6361

*** END OF ORDER ***