Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | [NO HEARING UNLESS REQUIRED] |

*EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN

  Debtor and Debtor in Possession Nurserymen's Exchange, Inc. ("Debtor") hereby applies to the Court (the "Application") for an order shortening time for notice of hearing on Debtor's Motion For Approval of Key Employee Incentive Program (the "Underlying Motion").

  1.  The Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code on May 23, 2011 (the "Petition Date") and is operating as debtor in possession under sections 1107 and 1108 of the Code.

  2.  At a hearing held June 9, 2011, the Court set various matters on for hearing on June 30, 2011, at 10:30 a.m. (the "Omnibus Hearing Date").

  3.  On or before June 13, 2011, the Debtor intends to file a motion for approval of key employee incentive plan (the "Underlying Motion"). If the Debtor were to set the hearing on regular

notice under Rule 9014-1(c)(2) of the Bankruptcy Local Rules For the Northern District of California, the hearing on the Underlying Motion could commence no sooner than July 4, 2011. The Debtor believes that the hearing on the Motion should occur as soon as reasonably possible so that the status of such incentive plan can be determined.

4. The Debtor submits that it is in the best interests of the Debtor, the creditors, and the estate that the hearing on the Underlying Motion occur on the Omnibus Hearing Date, which would minimize fees and costs for all interested parties and conserve the resources of the Court. Moreover, all interested parties will have had 17 days' notice of the hearing on the Underlying Motion, so that there will still have been ample (and only slightly shortened) notice of such hearing.

5. Proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") has been aware of the details of the proposed key employee incentive plan for approximately one week.

6. Proposed counsel for the Debtor has communicated with proposed counsel for the Committee regarding the Application. Proposed counsel for the Committee has stated that it does not object to the Application, so long as the Underlying Motion is filed on or before June 13, 2011.

7. Based on the above, Debtor respectfully requests that its Application be granted.

Dated: June 13, 2011                LAW OFFICES OF STEPHEN D. FINESTONE


                                    _____/s/ Stephen D. Finestone_____
                                    Stephen D. Finestone
                                    Proposed Attorney for Debtor