Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 11-31985 |
| | ) |
| NURSERYMEN'S EXCHANGE, INC. | ) Chapter 11 |
| | ) |
| Debtor and Debtor in Possession | ) [NO HEARING UNLESS REQUIRED] |
| | ) |
| _____ | ) |

DECLARATION OF JOHN F. SULLIVAN IN SUPPORT OF
*EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON
MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN

     1.     I am an attorney employed by the Law Offices of Stephen D. Finestone, proposed Chapter 11 counsel for Debtor and Debtor in Possession Nurserymen's Exchange, Inc. (the "Debtor"). I make this declaration in support of the *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN (the "Application"). I have personal knowledge of the matters contained herein and could and would testify competently regarding them.

     2.     In the Application, Debtor seeks an order shortening time for notice of the hearing on its motion for approval of key employee incentive plan (the "Underlying Motion").

     3.     The Debtor seeks shortened time for notice of the hearing so that it can occur at the same time as another hearing scheduled for other matters in the case.

Case: 11-31985   Doc# 83   Filed: 06/13/11   Entered: 06/13/11 14:36:17   Page 1 of 2

4.      There have been no previous time modifications related to the subject of the request whether by stipulation or Court order.

5.      The requested time modification will have no effect on the schedule for the case, though if time is not shortened, there could be delay in administration of the case.

6.      On Friday, June 10, 2011, I spoke with Monica Rieder, Esq., of Landau Gottfried & Berger LLP, who is proposed counsel for the Official Committee of Unsecured Creditors.  During this conversation, Ms. Rieder informed me that the Committee has no object to the Application, so long as the Underlying Motion is filed on or before June 13, 2011.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 13, 2011, at San Francisco, California.

/s/ John F. Sullivan
John F. Sullivan

DECL, OF JFS ISO *EX PARTE* APP. FOR OST FOR NOT. OF
HRG. ON MOT. APPR. OF KEY EMPL. INCENTIVE PLAN

2