Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **Date:** June 30, 2011<br>**Time:** 10:30 a.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

## MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN

Nurserymen's Exchange, Inc. ("NEI" or the "Debtor"), debtor and debtor-in-possession in the above-captioned case, hereby moves this Court (the "Motion") for approval of that certain Key Employee Incentive Plan attached as Exhibit A to the Declaration of Justin Dautoff in support of the Motion. The precise relief Debtor seeks is set forth in the proposed order attached hereto as Exhibit A.

The Motion is based on the concurrently filed memorandum of points and authorities and Declaration of Justin Dautoff in support of the Motion, the other papers of record, and upon such further evidence as may be presented before or at the hearing on the Motion.

Dated: June 13, 2011     LAW OFFICES OF STEPHEN D. FINESTONE


/s/ Stephen D. Finestone
Stephen D. Finestone
Proposed Counsel for Debtor and Debtor in Possession

MOT. FOR APPROVAL OF KEIP

1