
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:
NURSERYMEN'S EXCHANGE, INC

DEBTOR

Chapter 11
Case No.: 11-31985

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IKON Financial Services hereby requests that IKON Financial Services be added to the official mailing matrix and service lists in this case. IKON Financial Services further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: *Christine R. Etheridge*

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708
(800) 480-6513

Dated: June 1, 2011

IKON Financial Services Reference #:        476167