# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.,<br><br>Debtor. | Case No.: 11-31985<br><br>Chapter 11 Proceedings<br><br>Judge: Honorable Dennis Montali |

## REQUEST FOR SPECIAL NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that BROUWER NURSERY requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Doe), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Purdy & Brehme
9820 Willow Creek Road, Suite 490
San Diego, CA 92131
Telephone: (858) 564-0136
Facsimile: (858) 564-0142
E-mail: crios@purdybrehme.com

| | |
|---|---|
| Dated: June 15, 2011 | Respectfully submitted,<br>Purdy & Brehme<br><br>/s/ T. Hall Brehme IV<br><br>T. Hall Brehme IV<br>Purdy & Brehme<br>9820 Willow Creek Road, Suite 490<br>San Diego, CA 92131 |

# PROOF OF SERVICE

STATE OF CALIFORNIA))
COUNTY OF SAN DIEGO))

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 9820 Willow Creek Road, Suite 490, San Diego, California 92131.

On June 15, 2011, I served the foregoing documents described as:

**REQUEST FOR SPECIAL NOTICE**

on all parties listed below, in this action by putting a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, addressed as follows:

| | |
|---|---|
| Stephen D. Finestone, Esq.<br>Law Offices of Stephen D. Finestone<br>456 Montgomery St., 20th Fl.<br>San Francisco, CA 94104 | Attorney for Debtor |
| Minnie Loo<br>Office of the U.S. Trustee<br>235 Pine Street, 7th Floor<br>San Francisco, CA 94104-3484 | U.S. Trustee |
| Peter J. Gurfein<br>Landau Gottfried and Berger LLP<br>1801 Century Park E, Suite 1460<br>Los Angeles, CA 90067 | Official Committee of Unsecured Creditors |

✓( **BY MAIL**) I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business.

☐(**BY PERSONAL SERVICE**) I caused each such envelope to be sealed and given to a courier for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ (**BY ELECTRONIC MAIL TRANSMISSION**) I caused such document to be sent via electronic mail transmission on this date during regular business hours to the addressee(s) as shown above.

☐ (**BY FACSIMILE TRANSMISSION**) I caused such document to be sent via facsimile transmission on this date during regular business hours to the addressee(s) as shown above. The facsimile machine utilized complies with California Rule of Court 2003(3) and no error was reported by the machine. Pursuant to California Rule of Court 2008(4), I caused the machine to print a transmission record of the transmission.

Executed on June 15, 2011, at San Diego, California.

✓ (**State**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Charlotte J. Rios
Charlotte J. Rios