UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 11-31985
)
Nurserymen's Exchange, Inc. ) Chapter 11
)
Debtor and Debtor in Possession )

## AFFIDAVIT OF SERVICE

Please note that, on June 14, 2011, I caused true and correct copies of the following document(s) to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A:

- **Notice of Hearing on Motion for Approval of Key Employee Incentive Plan [Docket No. 92]**

Dated: June 15, 2011

Mario E. Diaz
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 15th day of June, 20 11, by Mario E. Diaz, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

**EXHIBIT A**

| | | |
|---|---|---|
| AB BONSAI & POTTERY<br>13300 AMAR ROAD<br>CITY OF INDUSTRY, CA 91746 | ALL PHAZE SOLUTIONS, INC.<br>C/O LAW OFFICE OF IVAN C. JEN<br>5820 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94121 | ALL PHAZE SOLUTIONS, INC.<br>GENERAL MANAGER<br>37217 FREMONT BLVD, SUITE E<br>FREMONT, CA 94536 |
| ASIAN HANDICRAFTS<br>RAMPUR ROAD<br>MORADABAD 244001<br>INDIA | AUGUST B. LANDIS<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: MINNIE LOO<br>235 PINE STREET, SUITE 700<br>SAN FRANCISCO, CA 94104-3484 | B.A.P. NURSERY, INC.<br>1961 MULBERRY DR.<br>SAN MARCOS, CA 92069 |
| BANK OF AMERICA VENDOR FINANCE, INC.<br>NATIONAL BANK OF KENTUCKY; U.S. BANKCORP OLIV<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 | BANK OF AMERICA VENDOR FINANCE, INC.<br>OLIVER-ALLEN TECHNOLOGY<br>801 LARKSPUR LANDING CIRCLE<br>LARKSPUR, CA 94939-1706 | BUCHALTER NEMER, A PROFESSIONAL CORPORAT<br>C/O ROBERT IZMIRIAN, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2130 |
| CALIFORNIA FLORIDA PLANT COMPANY, LP<br>P.O. BOX 5310<br>SALINAS, CA 93915 | COMMODITY FUTURES TRADING COMMISSION<br>THREE LAFAYETTE CENTER<br>1155 21ST STREET, N.W.<br>WASHINGTON, DC 20581 | CONTRA COSTA COUNTY<br>DEPARTMENT OF CHILD SUPPORT SERVICES<br>50 DOUGLAS DRIVE, SUITE 100<br>MARTINEZ, CA 94553 |
| DEPT OF HOUSING & URBAN DEVELOPMENT<br>REGIONAL COUNSEL<br>450 GOLDEN GATE AVENUE<br>P.O. BOX 36003<br>SAN FRANCISCO, CA 94102 | EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | FRANCHISE TAX BOARD CA<br>ATTENTION: BANKRUPTCY<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| GREENLEAF CHEMICAL LLC<br>2352 SCHAEFFER HILLS DR.<br>HENDERSON, NV 89052 | HUIYUAN INT'L COMMERCE &<br>EXHIBITION CO., LTD.<br>A#23CDE HUAKAI FUGUI BLDG<br>FUJIAN, CHINA | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES SECTION<br>1301 CLAY STREET, STOP 1400S<br>OAKLAND, CA 94612 | INTERNATIONAL FREIGHT SVC<br>1610 ROLLINS ROAD<br>BURLINGAME, CA 94010 | INTERNATIONAL PAPER CO.<br>P.O. BOX 31001-0780<br>PASADENA, CA 91110-0780 |
| IRON MOUNTAIN MANAGEMENT, INC.<br>C/O BARLETT HACKETT FEINBERG P.C.<br>ATTN: FRANK F. MCGINN<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | KENT'S BROMELIAD NURSERY, INC.<br>ATTN: MICHAEL A. KENT<br>PO BOX 2166<br>VISTA, CA 92085 | KENT'S BROMELIAD NURSERY, INC.<br>ATTN: MICHAEL A. KENT<br>PO BOX 2166<br>VISTA, CA 92085 |
| LANDAU, GOTTRIED & BERGER LLP<br>C/O PETER J. GURFEIN<br>1801 CENTURY PARK EAST<br>SUITE 1460<br>LOS ANGELES, CA 90067 | LEXUSTAR CORPORATION<br>2F., #232-5, SEC.2<br>TUNG-HO WEST ST., SHIHLIN<br>TAIPEI, TAIWAN | MAINSTAY BUSINESS SOLUTN/<br>FLEXIBLE FUNDING,LLC<br>P.O. BOX 26470<br>SAN FRANCISCO, CA 94126 |
| MILGRO NURSERY, LLC.<br>P.O. BOX 6069<br>OXNARD, CA 93031 | NEWISH INDUSTRIAL LIMITED<br>RM.1901-1902 TOWER B<br>63-73 WO YI HOP ROAD<br>KWAI CHUNG ,N.T.<br>HONG KONG | OFFICE OF THE ATTORNEY GENERAL<br>1300 I STREET, SUITE 1740<br>SACRAMENTO, CA 95814 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>235 PINE STREET<br>SUITE 700<br>SAN FRANCISCO, CA 94104-3401 | PACIFIC GAS & ELECTRIC CO<br>CUSTOMER-IDENT'D GAS UNIT<br>50 CALIFORNIA ST.STE.#980<br>SAN FRANCISCO, CA 94111 | PAMELA WEBSTER<br>BUCHALTER NEMER<br>1000 WILSHRE BLVD., STE. 1500<br>LOS ANGELES, CA 90017 |

Case: 11-31985   Doc# 100   Filed: 06/15/11   Entered: 06/15/11 19:56:14   Page 3 of 4

POR LA MAR NURSERY
P.O. BOX 6354
SANTA BARBARA, CA 93160-6354

PUBLIC HEALTH SERVICE
UNITED STATES DEPARTMENT OF HEALTH & HUMAN S
RM 4A53 PARKLAWN BUILDING
5600 FISHERS LANE
ROCKVILLE, MD 20857

SAQUI LAW GROUP
C/O WILKE, FLEURY, HOFFEL, GOULD & BIRNEY, LL
ATTN: MEGAN A. LEWIS
400 CAPITOL MALL, 22ND FLOOR
SACRAMENTO, CA 95814

SECRETARY OF STATE
STATE OF CALIFORNIA
1500-11TH STREET
SACRAMENTO, CA 95814

SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVENUE N.W.
WASHINGTON, D.C. 20220

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
5670 WILSHIRE BLVD., FLOOR 11
LOS ANGELES, CA 90036

SECURITIES & EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
MARC J. FAGEL, REGIONAL DIRECTOR
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104

SELECT PERSONNEL SERVICES
BRANCH MANAGER
130 PRODUCE AVENUE, SUITE A
SOUTH SAN FRANCISCO, CA 94080

SMARTLAND INDUSTRIAL CO.
#806, 8FL, 13 SHEUNG YUETRD
KOWLOON BAY, KOWLOON
HONG KONG

SOCIAL SECURITY ADMINISTRATION
CHIEF COUNSEL, REGION IX
939 MARKET STREET
SAN FRANCISCO, CA 94103

STATE BOARD OF EQUALIZATION
STATE OF CALIFORNIA
ACCOUNT, ANALYSIS & CONTROL SECTION
MIC:29
P.O. BOX 942879
SACRAMENTO, CA 94279

SUNLET NURSERY
3636 LUNETA LANE
FALLBROOK, CA 92028

TECHNICAL TRAFFIC
CONSULTANTS--TTC
30 HEMLOCK DRIVE
CONGERS, NY 10920-1400

TEMKIN INTERNATIONAL, INC.
213 SOUTH TEMKIN WAY
PAYSON, UT 84651

UNITED STATES ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94105

UNITED STATES DEPARTMENT OF EDUCATION
BANKRUPTCY SECTION
50 BEALE STREET, ROOM 9800
SAN FRANCISCO, CA 94105

US ATTORNEY GENERAL
US DEPT. OF JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, D.C. 20044

US EPA REGION 9 BANKRUPTCU CONTACT
LEWIS MALDONADO
OFFICE OF THE REGIONAL COUNSEL, ORC-3
75 HAWTHORNE STREET
SAN FRANCISCO, CA 94105

WELLS FARGO BANK
ATTN: TONY LEE
245 S. LOS ROBLES AVE., STE. 700
PASADENA, CA 91101

WELLS FARGO BUSINESS CREDIT (WFBC)
ATTN: HARRY L. JOE, VICE PRESIDENT
WELLS FARGO CAPITAL FINANCE
BUSINESS CREDIT DIVISION
245 S. LOS ROBLES AVENUE, SUITE 700
PASADENA, CA 91101

WELLS FARGO BUSINESS CREDIT (WFBC)
C/O BUCHALTER NEMER
ATTN: PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017

WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE
SUITE 700
MINNEAPOLIS MN 55402

Creditors: 56