| | |
|---|---|
| 1 | LANDAU GOTTFRIED & BERGER LLP |
| | PETER M. BRANSTEN (State Bar No. 113352) |
| 2 | PETER J. GURFEIN (State Bar No. 127173) |
| | MONICA RIEDER (State Bar No. 263250) |
| 3 | One Bush Street, Suite 600 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 956-1630 |
| | Facsimile: (415) 399-9480 |
| 5 | pbransten@lgbfirm.com |
| | pgurfein@lgbfirm.com |
| 6 | mrieder@lgbfirm.com |

Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 11-bk-31985-DM |
| | ) |
| NURSERYMEN'S EXCHANGE, INC. | ) Chapter 11 |
| | ) |
| Debtor and Debtor in Possession. | ) **LIMITED OPPOSITION OF OFFICIAL** |
| | ) **COMMITTEE OF UNSECURED** |
| | ) **CREDITORS TO APPLICATION FOR** |
| | ) **ORDER AUTHORIZING DEBTOR AND** |
| | ) **DEBTOR IN POSSESSION TO EMPLOY** |
| | ) **FOCALPOINT SECURITIES, LLC AS** |
| | ) **INVESTMENT BANKER** |

The Official Committee of Unsecured Creditors (the "Committee") of Nurserymen's Exchange, Inc. (the "Debtor") hereby submits it limited opposition to the *Application for Order Authorizing Debtor and Debtor in Possession to Employ FocalPoint Securities, LLC as Investment Banker* (the "FocalPoint Application"). The Committee does not oppose the proposed employment of FocalPoint Securities, LLC ("FocalPoint") as the Debtor's exclusive investment banker for the purposes set forth in the engagement agreement attached as an exhibit to the *Declaration of Alexander Stevenson in Support of Application for Order Authorizing Debtor and Debtor in Possession to Employ FocalPoint Securities, LLC as Investment Banker* (the "Engagement Agreement"). FocalPoint has already resolved one of the Committee's concerns by agreeing to keep records of the services it performs on behalf of the estate (which the Committee

has agreed need not take the form of hourly time records). However, the Committee and FocalPoint have been unable to reach agreement regarding the terms of FocalPoint's compensation. Specifically, the Committee opposes the proposed payment of a "transaction fee" (a contingent fee payable upon the culmination of certain transactions) in two circumstances.

### A. The Sale Fee Should Not Be Earned Upon a Credit Bid Transaction

Section 2(b) of the Engagement Agreement provides that FocalPoint shall be paid a transaction fee upon the closing of a sale of the Debtor's assets. "Sale" is defined to include "any credit bid by any secured lender." Engagement Agreement, 2(b). The Committee questions whether a credit bid under which a secured lender effectively forecloses on its collateral provides a benefit to the estate that warrants the payment of a transaction fee to FocalPoint. A foreclosure by the secured lender could have occurred without any involvement by the investment banker.

### B. The Restructuring Fee Should by Payable Upon Confirmation of a Plan Only If the Debtor Is a Plan Proponent

Section 2(c) of the Engagement Agreement provides that FocalPoint shall be paid a transaction fee upon any recapitalization or restructuring, including pursuant to a Chapter 11 plan of reorganization. To the extent that FocalPoint assists the Debtor in formulating a plan, its fees will have been earned. However, the Committee questions whether a transaction fee should be payable to FocalPoint if a plan is confirmed in which the Debtor is not the plan proponent. A success fee should be payable only to the extent that FocalPoint's activities have aided in the success of the transaction. Where the Debtor is not the plan proponent, the transaction fee should be payable to FocalPoint only upon a showing that the non-debtor plan proponent has benefited from FocalPoint's efforts.

Dated: June 17, 2011
LANDAU GOTTFRIED & BERGER LLP

By: /s/ Monica Rieder
Monica Rieder
Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA R. RIEDER (State Bar No. 263250)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

NURSERYMEN'S EXCHANGE, INC.

    Debtor and Debtor in Possession.

) Case No. 11-bk-31985
)
) Chapter 11
)
) **CERTIFICATE OF SERVICE**
)

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ste. 1460, Los Angeles, CA 90067. On June 17, 2011, I served the within document:

**LIMITED OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPLICATION FOR ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY FOCALPOINT SECURITIES, LLC AS INVESTMENT BANKER**

in the following manners:

☐    **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (310) 557-0056 the document(s)

| | |
|---|---|
| 1 | listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]* |
| 2 | |
| 3 | ☒ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |

       Honorable Dennis Montali
       United States Bankruptcy Court
       San Francisco Division
       235 Pine Street, 19th Floor
       San Francisco, CA 94104

       Office of the United States Trustee
       San Francisco Office
       235 Pine Street, Suite 700
       San Francisco, CA 94104

       FocalPoint Securities, LLC
       11150 Santa Monica Blvd., Suite 1550
       Los Angeles, CA 90025

       Law Offices of Stephen D. Finestone
       456 Montgomery Street, 20th Floor
       San Francisco, CA 94104

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at Los Angeles, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1801 Century Park East, Ste. 1460, Los Angeles, CA 90067 in the ordinary course of business on the date of this declaration.

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service

Case: 11-31985   Doc# 105   Filed: 06/17/11   Entered: 06/17/11 00:20:18   Page 4 of 5

list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

Debtor's Counsel
Stephen D. Finestone: sfinestone@pobox.com
John Sullivan: jfssf@hotmail.com

FocalPoint Securities, LLC
astevenson@focalpointllc.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

- T. Hall Brehme    crios@purdybrehme.com
- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

☐ **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 17, 2011.

By: __/s/Katherine L. Moss
    Katherine L. Moss