Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **NOTICE OF ENTRY OF APPROVAL OF SALE PROCEDURES FOR THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS** |
| | **Date:** July 11, 2011<br>**Time:** 9:00 a.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

TO THE U.S. TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that the U.S. Bankruptcy Court for the Northern District of California has approved certain sale procedures (the "Sale Procedures") to govern the sale of assets used in the operation of debtor's business (the "Operating Assets"). Attached hereto is a true and correct copy of the order and approved procedures.

**PLEASE TAKE FURTHER NOTICE** that the auction of the Operating Assets shall be held on July 8, 2011 commencing at 10:00 a.m. at the offices of Gunderson Dettmer, 1200 Seaport Blvd., Redwood City, CA 94063, or at such other time, date and place as determined and announced by Debtor.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on July 11, 2011 at 9:00 a.m.

NOTICE OF SALE PROCEDURES AND HEARING

1

before the U.S. Bankruptcy Court, 235 Pine St., 22nd Floor, San Francisco, California 94104 to approve the sale of the Operating Assets to the winning bidder at the auction. Any objection to the sale shall be filed with the Court and served on the undersigned at least one court day prior to the July 11, 2011 hearing.

Dated: June 6, 2011                    LAW OFFICES OF STEPHEN D. FINESTONE

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Debtor and Debtor in Possession