Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. ) | Chapter 11 |
| Debtor and Debtor in Possession ) | [NO HEARING UNLESS REQUIRED] |
| _____ ) | |

***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE FREE AND CLEAR OF LIENS OF SUBSTANTIALLY ALL OPERATING ASSETS OF THE DEBTOR**

Debtor and Debtor in Possession Nurserymen's Exchange, Inc. ("Debtor") hereby applies to the Court (the "Application") for an order shortening time for notice of hearing on Debtor's Motion For Approval of Sale Free and Clear of Liens of Substantially All Operating Assets of the Debtor (the "Underlying Motion").

1. The Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code on May 23, 2011, and is operating as debtor in possession under sections 1107 and 1108 of the Code.

2. Pursuant to the Order (A) Approving Sale Procedures in Connection with the Proposed Sale of Debtor's Operating Assets at Auction (B) Approving Procedures for the Assumption and Assignment of Certain Real Property and Personal Property Leases and Executory Contracts in

Connection Therewith (C) Granting Related Relief (the "Sale Procedure Order"), entered June 10, 2011, the Court set July 11, 2011, at 9:00 a.m., as the date and time for the hearing on the Underlying Motion (the "Sale Approval Hearing").

3. On or before June 22, 2011, the Debtor intends to file the Underlying Motion. If the Court were to require regular notice under Rule 9014-1(c)(1) of the Bankruptcy Local Rules For the Northern District of California, the Sale Approval Hearing could commence no sooner than July 20, 2011.

4. If the Application is granted, all interested parties will have had 19 days' notice of the Sale Approval Hearing (or 31 days' notice, if entry of the Sale Procedure Order is considered notice of the Sale Approval Hearing), so that there will still have been ample (and only slightly shortened) notice of such hearing.

5. Proposed counsel for the Debtor has communicated with proposed counsel for the Committee and counsel for Wells Fargo Bank ("WFB"), the Debtor's senior secured creditor, regarding the Application. Proposed counsel for the Committee and counsel for WFB have stated that their respective clients do not object to the Application.

6. Based on the above, Debtor respectfully requests that the Application be granted.

Dated: June 20, 2011                       LAW OFFICES OF STEPHEN D. FINESTONE


                                           /s/ Stephen D. Finestone
                                           Stephen D. Finestone
                                           Counsel for Debtor and Debtor in Possession

EX PARTE APP. FOR OST FOR NOT. OF HRG. ON
MOTION FOR SALE FREE AND CLEAR OF LIENS

2