Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | [NO HEARING UNLESS REQUIRED] |

**DECLARATION OF STEPHEN D. FINESTONE IN SUPPORT OF MOTION FOR APPROVAL OF SALE FREE AND CLEAR OF LIENS OF SUBSTANTIALLY ALL OPERATING ASSETS OF THE DEBTOR**

1. I am an attorney employed by the Law Offices of Stephen D. Finestone, proposed Chapter 11 counsel for Debtor and Debtor in Possession Nurserymen's Exchange, Inc. (the "Debtor"). I make this declaration in support of the *ex Parte* Application for Order Shortening Time for Notice of Hearing on Motion for Approval of Sale Free and Clear of Liens of Substantially All Operating Assets of the Debtor (the "Application"). I have personal knowledge of the matters contained herein and could and would testify competently regarding them.

2. Pursuant to the Order (A) Approving Sale Procedures in Connection with the Proposed Sale of Debtor's Operating Assets at Auction (B) Approving Procedures for the Assumption and Assignment of Certain Real Property and Personal Property Leases and Executory Contracts in Connection Therewith (C) Granting Related Relief (the "Sale Procedure Order"), entered June 10, 2011, the Court set July 11, 2011, at 9:00 a.m., as the date and time for the hearing on Debtor's Motion For

Approval of Sale Free and Clear of Liens of Substantially All Operating Assets of the Debtor (the "Underlying Motion").

3. On or before June 22, 2011, the Debtor intends to file the Underlying Motion. If the Court were to require regular notice under Rule 9014-1(c)(1) of the Bankruptcy Local Rules For the Northern District of California, the hearing could commence no sooner than July 20, 2011.

4. If the Application is granted, all interested parties will have had 19 days' notice of the Sale Approval Hearing (or 31 days' notice, if entry of the Sale Procedure Order is considered notice of the Sale Approval Hearing).

5. There have been no previous time modifications related to the subject of the request whether by stipulation or Court order.

6. The requested time modification will have no effect on the schedule for the case, though if time is not shortened, there could be delay in administration of the case.

7. On June 20, 2011, Peter Gurfein, Esq., of Landau Gottfried & Berger LLP, proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), and Pamela Webster, Esq., of Buchalter Nemer, counsel for Wells Fargo Bank, separately informed me that their respective clients do not object to the Application.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 20, 2011, at San Francisco, California.

/s/ Stephen D. Finestone
Stephen D. Finestone