```
Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS** |
| | **Date:** July 11, 2011<br>**Time:** 9:00 a.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |
| | **LIEN CLAIMANTS:**<br>**Wells Fargo Bank, IBM Credit LLC, Ikon Financial Services and IOS Capital** |

TO THE U.S. TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on July 11, 2011 at 9:00 a.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dennis Montali, located at 235 Pine St., 22nd Floor, San Francisco, California 94104, a hearing will be held on the motion of Nurserymen's Exchange, Inc. ("Debtor") for entry of an Order Approving the Sale of Debtor's Operating Assets to the winning bidder at an auction to be held on July 8, 2011.

///

///

NOTICE OF HEARING ON OPERATING ASSET SALE

1

Case: 11-31985    Doc# 118    Filed: 06/22/11    Entered: 06/22/11 19:19:18    Page 1 of 3

The assets being sold are generally described below:

- Any and all assets and rights of the Seller [Debtor] that are used in or held for use in the Business, other than the Excluded Assets, including the following:

    (a) Inventory;

    (b) Accounts Receivable;

    (c) Real Property;

    (d) Equipment;

    (e) all rights under Assumed Contracts;

    (f) all Intellectual Property Rights owned or used by the Seller [Debtor]

    (g) all goodwill relating to the Business;

    (h) all claims, causes of action, rights of recovery or setoff of any kind against any Person who holds an Assumed Liability;

    (i) all Books and Records.

The capitalized terms used above are defined in the form Asset Purchase Agreement prepared by Debtor's counsel. This motion is based upon the Notice of Motion and Motion and the Declaration of Justin Dautoff (collectively the "Moving Papers"), and upon such other oral and documentary evidence as may be presented prior to or at the hearing on the Motion. Any party desiring a copy of the Moving Papers may request one from the undersigned via email (sfinestone@pobox.com) or may obtain a copy from the PACER system for the U.S. Bankruptcy Court for the Northern District of California. The documents may also be downloaded from www.omnimgt.com/sblite/nurserymens.

**PLEASE TAKE FURTHER NOTICE** that the proposed sale of the Operating Assets shall be free and clear of the liens of the following lienholders or potential lienholders: Wells Fargo Bank, IBM Credit LLC, Ikon Financial Services and IOS Capital and free and clear of any claims or interests, with the claims of any lienholders to attach to the proceeds of sale to the same extent, validity and priority as existed prior to the sale.

**PLEASE TAKE FURTHER NOTICE** that Debtor shall request that the Court find that the buyer is a "good faith" purchaser pursuant to Bankruptcy Code section 363(m). Debtor anticipates filing a supplemental declaration with respect to the good faith of the buyer once the auction is completed.

NOTICE OF HEARING ON OPERATING ASSET SALE

2

Case: 11-31985    Doc# 118    Filed: 06/22/11    Entered: 06/22/11 19:19:18    Page 2 of 3

**PLEASE TAKE FURTHER NOTICE** that Debtor will request waiver of the 14 day stay provided for in Bankruptcy Rule 6004(h) in connection with the order approving the sale.

Dated: June 22, 2011         LAW OFFICES OF STEPHEN D. FINESTONE

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Debtor and Debtor in Possession