Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>    Debtor and Debtor in Possession | Case No. 11-31985<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY TO RL COMMUNITIES, INC. OR TO THE HIGHEST BIDDER FREE AND CLEAR OF THE LIENS OF WELLS FARGO BANK**<br><br>**Date:** July 22, 2011<br>**Time:** 10:00 a.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>         San Francisco, CA |

TO THE U.S. TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on July 22, 2011 at 10:00 a.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dennis Montali, located at 235 Pine St., 22nd Floor, San Francisco, California 94104, a hearing will be held on the motion of Nurserymen's Exchange, Inc. ("Debtor"), for entry of an Order Approving the Sale of Real Property located in Half Moon Bay, California (the "Property"), which is further described in the accompanying motion.

**PLEASE TAKE FURTHER NOTICE** that the Property will be sold to RL Communities, Inc. ("RLC") for $8.0 million or to the highest qualified bidder. As further discussed in the accompanying motion, any party wishing to make an overbid may do so pursuant to the terms set forth in the motion. In general, the overbid procedures are as follows:

NOTICE OF MOTION RE SALE OF PUD         1

1 - The minimum initial overbid must be at least $250,000 greater than the RLC offer. In the event that RLC is not the winning bidder, it will receive $150,000 of the overbid amount. If there is an overbid, any subsequent bids shall be in a minimum of $100,000 increments;

- Any party wishing to make an overbid must make an initial deposit of $400,000, which deposit will be non-refundable unless the overbidder is not the winning bidder;

- Any party wishing to submit an overbid must conduct and complete their due diligence with respect to the subject Property on or before submission of an overbid. Any overbid must be received no later than three days prior to the hearing on the motion to approve the sale and should be accompanied by a signed Purchase and Sale Agreement ("PSA") identical to or on substantially similar terms as the PSA signed by RLC and attached to the declaration accompanying this Motion; except that the obligations to consummate the sale under such PSA shall not be subject to any material contingencies, including without limitation, the approval rights contained in Section 4.4 of the PSA signed by RLC;

- If there is an overbid submitted, an auction of the PUD Land will be held in Court at the date and time set forth above.

**PLEASE TAKE FURTHER NOTICE** that the sale of the Property shall be free and clear of the lien of Wells Fargo Bank and free and clear of any claims or interests.

**PLEASE TAKE FURTHER NOTICE** that Debtor shall request that the Court find that the buyer is a "good faith" purchaser pursuant to Bankruptcy Code section 363(m).

**PLEASE TAKE FURTHER NOTICE** that Debtor will request waiver of the 14 day stay provided for in Bankruptcy Rule 6004(h) in connection with the order approving the sale.

This motion is based upon the Notice of Motion and Motion and the Declaration of Justin Dautoff, the Declaration of Richard Lafferty and upon such other oral and documentary evidence as may be presented prior to or at the hearing on the Motion.

Dated: June 22, 2011         LAW OFFICES OF STEPHEN D. FINESTONE


 /s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Debtor and Debtor in Possession