MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com

Attorneys for Creditors and Parties in Interest
Jack Pearlstein, Gail Hollingsworth and Kit Shiotani

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re<br><br>NURSERYMAN'S EXCHANGE, INC.,<br><br>    Debtor. | Case No. 11-31985-DM<br><br>Chapter 11 |

## REQUEST FOR SPECIAL NOTICE

   NOTICE IS HEREBY GIVEN that Jack Pearlstein, Gail Hollingsworth and Kit Shiotani are creditors and parties in interest of the Debtor in the above-entitled bankruptcy estate, and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, including but not limited to any proposed plan of reorganization and disclosure statement, filed and served in this matter by sending copies of the same to:

Michael W. Malter
Julie H. Rome-Banks
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

REQUEST FOR SPECIAL NOTICE                                                                              PAGE 1
Case: 11-31985   Doc# 123   Filed: 06/23/11   Entered: 06/23/11 16:37:20   Page 1 of 2

| | | |
|---|---|---|
| 1 | Dated: June 23, 2011 | BINDER & MALTER LLP |
| 2 | | |
| 3 | | By /s/ Julie H. Rome-Banks |
| 4 | | Julie H. Rome-Banks<br>Attorneys for Creditors |

JHR:F:\Clients\Pearlstein, Jack\Pleading\Request for Special Notice.wpd