Entered on Docket
June 27, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

Signed and Filed: June 24, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | [NO HEARING UNLESS REQUIRED] |

**ORDER SHORTENING TIME FOR NOTICE OF HEARING ON
MOTION FOR APPROVAL OF SALE FREE AND CLEAR OF LIENS OF
SUBSTANTIALLY ALL OPERATING ASSETS OF THE DEBTOR**

The Court having considered the *ex Parte* Application for Order Shortening Time for Notice of Hearing on Motion for Approval of Sale Free and Clear of Liens of Substantially All Operating Assets of the Debtor (the "Application"), and GOOD CAUSE being shown therefor, the Court hereby orders as follows:

1. The Application is granted.

2. On or before June 22, 2011, the Motion For Approval of Sale Free and Clear of Liens of Substantially All Operating Assets of the Debtor (the "Motion") shall be filed and notice of the hearing on the Motion shall be served.

***END OF ORDER***

OST FOR NOT. OF HRG. ON MOT.
FOR SALE FREE AND CLEAR OF LIENS

1