ROBERT IZMIRIAN (SBN: 053085)
BUCHALTER NEMER
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2130
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: rizmirian@buchalter.com

PAMELA KOHLMAN WEBSTER (SBN: 105937)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: pwebster@buchalter.com

Attorneys for
Wells Fargo Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.,<br><br>    Debtor and Debtor in Possession | Case No. 11-31985<br><br>Chapter: 11<br><br>**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY TO RL COMMUNITIES, INC. OR TO THE HIGHEST BIDDER FREE AND CLEAR OF THE LIENS OF WELLS FARGO BANK**<br><br>Hearing Date:<br><br>DATE:   July 22, 2011<br>TIME:   10:00 a.m.<br>PLACE:  235 Pine Street, Courtroom 22<br>             San Francisco, CA |

1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY TO RL COMMUNITIES, INC. OR TO THE HIGHEST BIDDER FREE AND CLEAR OF THE LIENS OF WELLS FARGO BANK**

Case: 11-31985   Doc# 129   Filed: 06/27/11   Entered: 06/27/11 13:46:41   Page 1 of 3

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:

Wells Fargo Bank, N.A. (the "Bank"), through it attorneys, hereby files this Conditional Statement of Non-Opposition (this "Statement") to the Motion for Order Approving the Sale of Real Property to RL Communities, Inc. or to the Highest Bidder Free and Clear of the Liens of Wells Fargo Bank (the "Motion") filed by Nurserymen's Exchange, Inc., the debtor in possession in the above-captioned case (the "Debtor"). In support of this Statement, the Bank respectfully represents as follows:

1. The Motion concerns the sale of real property located in Half Moon Bay (as defined in the Motion, the "Property"). The Bank holds a perfected lien in the Property securing pre- and post-petition obligations owed to it by the Debtor in the approximate outstanding amount as of the date of this Statement of $13.4 million.

2. Subject to the conditions set forth in the next paragraph, the Bank consents to the sale of the Property to RL Communities, Inc. for the purchase price of $8.0 million, or to any other purchaser whose consideration exceeds $8.0 million, and consents to a sale free and clear of its liens.

3. The Bank's consent is expressly conditioned upon:

   a. As provided in the Motion, the Bank's liens attaching to the proceeds of the sale of the Property to the same extent, validity and priority as they did to the Property;

   b. The proceeds of the sale of the Property, net of the costs of sale set out in an escrow closing statement approved by the Bank and up to the amount of the

**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY TO RL COMMUNITIES, INC. OR TO THE HIGHEST BIDDER FREE AND CLEAR OF THE LIENS OF WELLS FARGO BANK**

2

outstanding obligations owed to the Bank, being delivered to the Bank upon the closing of the sale; subject, however, to disgorgement if the Bank's liens are later found to be subject to avoidance or its claims disallowed; and

    c.    Although the Bank does not currently intend to exercise its rights under 11 U.S.C. §363(k), it reserves the right to do so.

DATED: June 27, 2011        BUCHALTER NEMER
A Professional Corporation

By: /s/ Pamela Kohlman Webster
    PAMELA KOHLMAN WEBSTER
    Attorneys for Creditor
    Wells Fargo Bank, N.A.

BN 9346546v1

3

**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY TO RL COMMUNITIES, INC. OR TO THE HIGHEST BIDDER FREE AND CLEAR OF THE LIENS OF WELLS FARGO BANK**