ROBERT IZMIRIAN (SBN: 053085)
BUCHALTER NEMER
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2130
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: rizmirian@buchalter.com

PAMELA KOHLMAN WEBSTER (SBN: 105937)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: pwebster@buchalter.com

Attorneys for
Wells Fargo Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.,<br><br>　　Debtor and Debtor in Possession | Case No. 11-31985<br><br>Chapter: 11<br><br>**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**<br><br>Hearing Date:<br><br>DATE: July 11, 2011<br>TIME: 9:00 a.m.<br>PLACE: 235 Pine Street, Courtroom 22<br>　　　　San Francisco, CA |

1

**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:

Wells Fargo Bank, N.A. (the "Bank"), through it attorneys, hereby files this Conditional Statement of Non-Opposition (this "Statement") to the Motion for Order Approving the Sale of Debtor's Operating Assets to the Highest and Best Bid Free and Clear of Liens, Claims and Interests (the "Motion") filed by Nurserymen's Exchange, Inc., the debtor in possession in the above-captioned case (the "Debtor"). In support of this Statement, the Bank respectfully represents as follows:

1. The Motion concerns the sale of the Debtor's Operating Assets (as that term is defined in the Motion). The Bank holds a perfected lien in all or substantially all of the Operating Assets securing pre- and post-petition obligations owed to it by the Debtor in the approximate outstanding amount as of the date of this Statement of $13.4 million.

2. Subject to the conditions set forth in the next paragraph, the Bank consents to the sale of the Operating Assets for the highest and best bid and consents to a sale free and clear of its liens.

3. The Bank's consent is expressly conditioned upon:

   a. The highest and best bid adequately reflecting the value of the Operating Assets;

   b. As provided in the Motion, the Bank's liens attaching to the proceeds of the sale of the Operating Assets to the same extent, validity and priority as they did to the Operating Assets;

2

**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

Case: 11-31985    Doc# 130    Filed: 06/27/11    Entered: 06/27/11 13:51:45    Page 2 of 3

c. The proceeds of the sale of the Operating Assets, net of the costs of sale approved by the Bank and up to the amount of the outstanding obligations owed to the Bank, being delivered to the Bank upon the closing of the sale; subject, however, to disgorgement if the Bank's liens are later found to be subject to avoidance or its claims disallowed; and

d. Although the Bank does not currently intend to exercise its rights under 11 U.S.C. §363(k), it reserves the right to do so.

DATED: June 27, 2011

BUCHALTER NEMER
A Professional Corporation

By: /s/ Pamela Kohlman Webster
PAMELA KOHLMAN WEBSTER
Attorneys for Creditor
Wells Fargo Bank, N.A.

BN 9351557v1

3

**CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

Case: 11-31985    Doc# 130    Filed: 06/27/11    Entered: 06/27/11 13:51:45    Page 3 of 3