UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| Nurserymen's Exchange, Inc. | Chapter 11 |
| Debtor and Debtor in Possession | |

## AFFIDAVIT OF SERVICE

Please note that, on June 22, 2011, I caused true and correct copies of the following document(s) to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A:

- **Motion for Order Approving the Sale of Debtor's Operating Assets to the highest and best bid free and clear of liens, claims and interests [Docket No. 116]**
- **Declaration of Justin Dautoff in support Motion for Order Approving the Sale of Debtor's Operating Assets to the highest and best bid free and clear of liens, claims and interests [Docket No. 117]**
- **Notice of Hearing on Motion for Order Approving the Sale of Debtor's Operating Assets to the highest and best bid free and clear of liens, claims and interests [Docket No. 118]**
- **Motion for Order Approving the Sale of Real Property to RL Communities, Inc. or to the highest bidder free and clear of the liens of Wells Fargo Bank [Docket No. 119]**
- **Declaration of Justin Dautoff in support of Motion for Order Approving the Sale of Real Property to RL Communities, Inc. or to the highest bidder free and clear of the liens of Wells Fargo Bank [Docket No. 120]**
- **Declaration of Richard S. Lafferty in support of Motion for Order Approving the Sale of Real Property to RL Communities, Inc. or to the highest bidder free and clear of the liens of Wells Fargo Bank [Docket No. 121]**

///

- **Notice of Hearing on Motion for Order Approving the Sale of Real Property to RL Communities, Inc. or to the highest bidder free and clear of the liens of Wells Fargo Bank [Docket No. 122]**

Dated: June 24, 2011

                                                    _/s/ Mario E. Diaz_
Mario E. Diaz
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California      }
{                                } ss.
{                                }
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 24th day of June, 20 11, by Mario E. Diaz, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Catherine A Rojo_
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

**EXHIBIT A**

All Phaze Solutions, Inc.
c/o Law Office of Ivan C. Jen
5820 California Street
San Francisco, CA 94121

August B. Landis
Office of the United States Trustee
Attn: Minnie Loo
235 Pine Street, Suite 700
San Francisco, CA 94104-3484

Bank of America Vendor Finance, Inc.
National Bank of Kentucky; U.S. Bankcorp Oliver-Allen
8210 Innovation Way
Chicago, IL 60682-0082

Bank of America Vendor Finance, Inc.
Oliver-Allen Technology
801 Larkspur Landing Circle
Larkspur, CA 94939-1706

Brouwer Nursery
c/o Purdy & Brehme
Attn: T. Hall Brehme IV
9820 Willow Creek Road, Suite 490
San Diego, CA 92131

Buchalter Nemer, A Professional Corporation
c/o Robert Izmirian, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, N.W.
Washington, DC 20581

Contra Costa County
Department of Child Support Services
50 Douglas Drive, Suite 100
Martinez, CA 94553

Dept of Housing & Urban Development
Regional Counsel
450 Golden Gate Avenue
P.O. Box 36003
San Francisco, CA 94102

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board CA
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

IKON Financial Services
Attn: Christine R. Etheridge
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612

Iron Mountain Management, Inc.
c/o Barlett Hackett Feinberg P.C.
Attn: Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110

Kent's Bromeliad Nursery, Inc.
Attn: Michael A. Kent
PO BOX 2166
Vista, CA 92085

Kent's Bromeliad Nursery, Inc.
c/o Procopio, Cory, Hargreaves & Savitch LLP
Attn: Philip J. Giacinti, Jr., Esq.
525 B Street, Suite 2200
San Diego, CA 92101

Landau, Gottried & Berger LLP
c/o Peter J. Gurfein
1801 Century Park East
Suite 1460
Los Angeles, CA 90067

Office of the Attorney General
1300 I Street, Suite 1740
Sacramento, CA 95814

Office of The United States Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104-3401

Pamela Webster
Buchalter Nemer
1000 Wilshre Blvd., Ste. 1500
Los Angeles, CA 90017

Public Health Service
United States Department of Health & Human Services
Rm 4A53 Parklawn Building
5600 Fishers Lane
Rockville, MD 20857

Saqui Law Group
c/o Wilke, Fleury, Hoffel, Gould & Birney, LLP
Attn: Megan A. Lewis
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814

Secretary of State
State of California
1500-11th Street
Sacramento, CA 95814

Secretary of the Treasury
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Floor 11
Los Angeles, CA 90036

Securities & Exchange Commission
San Francisco Regional Office
Marc J. Fagel, Regional Director
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

Social Security Administration
Chief Counsel, Region IX
939 Market Street
San Francisco, CA 94103

State Board of Equalization
State of California
Account, Analysis & Control Section
MIC:29
P.O. Box 942879
Sacramento, CA 94279

United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94105

United States Department of Education
Bankruptcy Section
50 Beale Street, Room 9800
San Francisco, CA 94105

US Attorney General
US Dept. of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

US EPA Region 9 Bankruptcu Contact
Lewis Maldonado
Office of the Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

Wells Fargo Bank
Attn: Tony Lee
245 S. Los Robles Ave., Ste. 700
Pasadena, CA 91101

Wells Fargo Business Credit (WFBC)
Attn: Harry L. Joe, Vice President
Wells Fargo Capital Finance
Business Credit Division
245 S. Los Robles Avenue, Suite 700
Pasadena, CA 91101

Wells Fargo Business Credit (WFBC)
c/o Buchalter Nemer
Attn: Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

Wells Fargo Equipment Finance, Inc.
Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Suite 700
Minneapolis MN 55402

Creditors: 38