UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) ) ) Case No. 11-31985 |
| Nurserymen's Exchange, Inc. | ) ) Chapter 11 |
| Debtor and Debtor in Possession | ) ) ) ) |

## AFFIDAVIT OF SERVICE

Please note that, on June 22, 2011, I caused true and correct copies of the following document(s) to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A:

- **Motion for Order Approving the Sale of Debtor's Operating Assets to the highest and best bid free and clear of liens, claims and interests [Docket No. 116]**
- **Notice of Hearing on Motion for Order Approving the Sale of Debtor's Operating Assets to the highest and best bid free and clear of liens, claims and interests [Docket No. 118]**

Dated: June 24, 2011

_____
Mario E. Diaz
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California      }
{                         } ss.
{                         }
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 24th day of June, 20 11, by Mario E. Diaz, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

**EXHIBIT A**

| | | |
|---|---|---|
| ARCHER NORRIS, PC<br>ATTN: RICHARD NORRIS<br>2033 NORTH MAIN ST., STE. 800<br>WALNUT CREEK, CA 94596 | CENTRAL VALLEY PORTFOLIO I LP<br>ATTN: DAVID BERMAN<br>1067 YONGE ST.<br>TORONTO, ONTARIO M4W 2L2<br>CANADA | IBM CREDIT LLC<br>1 NORTH CASTLE DR.<br>ARMONK, NY 10504-1725 |
| IKON FINANCIAL SERVICES<br>1738 BASS RD.<br>MACON, GA 31210-1043 | IOS CAPITAL<br>1738 BASS RD.<br>MACON, GA 31210-1043 | RL COMMUNITIES, INC.<br>ATTN: RICHARD LAFFERTY<br>5000 EXECUTIVE PARKWAY, STE. 530<br>SAN RAMON, CA 94583 |

Creditors: 6