LANDAU GOTTFRIED & BERGER LLP
PETER M. BRANSTEN (State Bar No. 113352)
PETER J. GURFEIN (State Bar No. 127173)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pbransten@lgbfirm.com
pgurfein@lgbfirm.com
mrieder@lgbfirm.com

Proposed Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>    Debtor and Debtor in Possession. | Case No. 11-bk-31985-DM<br><br>Chapter 11<br><br>**Date:** June 30, 2011<br>**Time:** 10:30 a.m.<br>**Place:** 235 Pine Street<br>        Courtroom 22<br>        San Francisco, California |

**OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN**

    The Official Committee of Unsecured Creditors (the "Committee") of Nurserymen's Exchange, Inc. (the "Debtor") hereby opposes the Debtor's *Motion for Approval of Key Employee Incentive Plan* (the "KEIP Motion"). The Committee believes that the Debtor has not met its burden of establishing that the proposed incentive plan constitutes an appropriate expenditure of estate assets outside of the ordinary course of business.

    In particular, the Committee does not believe that the proposed incentive plan is appropriate in the context of the contemplated sale of the Debtor's assets. The Debtor filed the case with the intention of consummating an operating sale of the Debtor's assets in an extremely short timeframe. *Declaration of Justin Dautoff in Support of First Day Motions of Debtor*, ¶ 10

("Debtor intends to sell its operating business within approximately sixty days of the filing of the Petition Date."). In keeping with that schedule, the Debtor filed its *Motion for Order Approving the Sale of Debtor's Operating Assets to the Highest and Best Bid Free and Clear of Liens, Claims and Interests* (the "Sale Motion") on June 22, 2011. The Debtor has requested a waiver of the 14-day stay on effectiveness on the sale order imposed by Federal Rule of Bankruptcy Procedure 6004(h), "to allow the sale to close immediately." Sale Motion, p. 7. Per the order entered by the Court today, the Sale Motion will be heard on July 11. Accordingly, if the KEIP Motion is granted and the sale proceeds according to schedule, the employees will receive incentive payments when the sale closes in mid-July—approximately two weeks after the hearing on the KEIP Motion. The Committee does not believe that the proposed payments can be justified by the risk of losing key employees in a two-week period (particularly if the purchaser intends to offer jobs to current employees), nor by whatever efforts employees could make to increase the recovery to unsecured creditors in that period. It simply does not make sense to expend estate funds on incentive payments in the amounts and on the terms proposed if the incentivized employees are providing services only in the brief period prior to the contemplated operating sale.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**CONCLUSION**

The Committee has engaged in extensive discussions with the Debtor regarding the possibility of agreeing on a revised version of the incentive plan that would provide value to the estate, and the Committee will continue those discussions. However, absent agreement with the Debtor on terms that are more reasonable, the Committee opposes the proposed incentive payments. The Committee does not believe that the Debtor has met its burden of showing that those payments constitute an appropriate expenditure of estate assets. Accordingly, the Committee respectfully requests that the Court deny the KEIP Motion.

Dated: June 27, 2011            LANDAU GOTTFRIED & BERGER LLP

By:   /s/ Monica Rieder
      Monica Rieder
Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

| | |
|---|---|
| 1 | LANDAU GOTTFRIED & BERGER LLP |
| | PETER J. GURFEIN (State Bar No. 127173) |
| 2 | PETER M. BRANSTEN (State Bar No. 113352) |
| | MONICA R. RIEDER (State Bar No. 263250) |
| 3 | 1801 Century Park East, Suite 1460 |
| | Los Angeles, California 90067 |
| 4 | Telephone: (310) 557-0050 |
| | Facsimile: (310) 557-0056 |
| 5 | pgurfein@lgbfirm.com |
| | pbransten@lgbfirm.com |
| 6 | mrieder@lgbfirm.com |

Proposed Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

NURSERYMEN'S EXCHANGE, INC.

    Debtor and Debtor in Possession.

Case No. 11-bk-31985

Chapter 11

**CERTIFICATE OF SERVICE**

**Date:** June 30, 2011
**Time:** 10:30 a.m.
**Place:** 235 Pine Street
      Courtroom 22
      San Francisco, California

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On June 27, 2011, I served the within document:

**OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN**

in the following manners:

☐   **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error was reported by the fax machine utilized. *[A copy of the transmission confirmation*

LANDAU GOTTFRIED
& BERGER LLP

| | |
|---|---|
| 1 | *report to be provided upon request and/or is attached hereto.]* |
| 2 | ☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |

☒ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

Honorable Dennis Montali
United States Bankruptcy Court
San Francisco Division
235 Pine Street, 19th Floor
San Francisco, CA 94104

Office of the United States Trustee
San Francisco Division
235 Pine Street, Suite 700
San Francisco, CA 94104

Law Offices of Stephen D. Finestone
456 Montgomery St # 20
San Francisco, CA 94104

☐ **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or

LANDAU GOTTFRIED
& BERGER LLP

2

other indication that the transmission was unsuccessful.

<u>By E-Mail:</u>
Stephen D. Finestone; sfinestone@pobox.com
John Sullivan; jfssf@hotmail.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

- T. Hall Brehme    crios@purdybrehme.com
- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Monica R. Rieder    mrieder@lgbfirm.com, kmoss@lgbfirm.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 27, 2011.

By: __/s/Charlotte Hebert_____
    Charlotte Hebert