UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

NURSERYMEN'S EXCHANGE, INC.

Debtor and Debtor in Possession.

Case No. 11-31985

Chapter 11

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE THAT Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided as follows:

Epiq Bankruptcy Solutions, LLC
Attn: Nurserymen's Exchange, Inc.
757 Third Avenue, 3rd Floor
New York, NY 10017

Dated: June 29, 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

*/s/ Herb Baer*

Herb Baer
Director, Client Services

SDODMS1/705400.1