UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                                          ) Chapter 11
                                                )
NURSERYMEN'S EXCHANGE, INC.,                    ) Case No. 11-31985
                                                )
                Debtor.                         )

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Poulsen Roser A/S ("Poulsen") through its attorneys, Baker & Daniels LLP, hereby requests that all parties provide Poulsen with copies of all notices, pleadings, and other papers filed in the above-captioned case. All parties are requested to direct all communications to Poulsen as follows:

> James J. Saul (Illinois State Bar # 6287292)
> Baker & Daniels LLP
> 311 S. Wacker Drive, Suite 4400
> Chicago, IL 60606
> Telephone: (312) 212-6500
> Facsimile: (312) 212-6501
> james.saul@bakerd.com

PLEASE TAKE FURTHER NOTICE that this request includes the type of notice referred to in Federal Rules of Bankruptcy Procedure 2002(i) and 3017(d), and includes, without limitation, all schedules, requests, notices, motions, complaints, or other pleadings. This request encompasses all communications brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

6739690_1.DOCX

PLEASE TAKE FINAL NOTICE that Poulsen additionally requests that the Debtor and the Clerk of the Court place it and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Dated: July 1, 2011   BAKER & DANIELS LLP

By:   /s/ James J. Saul

James J. Saul (Illinois State Bar # 6287292)
311 S. Wacker Drive, Suite 4400
Chicago, IL, 60606
Telephone: (312) 212-6500
Facsimile:  (312) 212-6501
james.saul@bakerd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Ivan C. Jen
Law Offices of Ivan Jen
5820 California Street
San Francisco, CA 94121
ivan@icjenlaw.com

Brian Y. Lee
Pivot Point Law, P.C.
303 Twin Dolphin Dr., Suite 600
Redwood City, CA 94065
blee@pivotpointlaw.com

Frank F. McGinn
Bartlett, Hackett and Feinberg
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com

T. Hall Brehme, IV
Law Offices of Purdy and Brehme
9820 Willow Creek Rd., Suite 490
San Diego, CA 92131
crios@purdybrehme.com

Julie H. Rome-Banks
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050
julie@bindermalter.com

Philip J. Giacinti, Jr.
Procopio, Cory, Hargreaves and Savitch
530 B Street, Suite 2100
San Diego, CA 92101
pjg@procopio.com

6739690_1.DOCX

Case: 11-31985   Doc# 145   Filed: 07/01/11   Entered: 07/01/11 07:17:24   Page 2 of 3

| | |
|---|---|
| Megan A. Lewis<br>Wilke Fleury Hoffelt Gould & Birney, LLP<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>mlewis@wilkefleury.com | Stephen D. Finestone<br>Law Offices of Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104<br>sfinestone@pobox.com |
| Minnie Loo<br>Office of the U.S. Trustee<br>235 Pine Street, 7th Floor<br>San Francisco, CA 94104-3484<br>minnie.loo@usdoj.gov | Peter M. Bransten<br>Landau Gottfried and Berger LLP<br>1 Bush Street, Suite 600<br>San Francisco, CA 94104<br>pbransten@lgbfirm.com |
| Peter J. Gurfein<br>Monica R. Rieder<br>Landau Gottfried and Berger LLP<br>1801 Century Park E, Suite 1460<br>Los Angeles, CA 90067<br>pgurfein@lgbfirm.com<br>mrieder@lgbfirm.com | Robert E. Izmirian<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2102<br>rizmirian@buchalter.com |
| Pamela Kohlman Webster<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-2457<br>pwebster@buchalter.com | |

     I further certify that on July 1, 2011, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Ikon Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>P.O. Box 13705<br>Macon, GA 31208-3708 | Omni Management Group, LLC<br>16501 Ventura Blvd., Suite 440<br>Encino, CA 91436 |
| Michael C. Saqui<br>Saqui Law Group<br>4120 Douglas Blvd., Suite 306-402<br>Granite Bay, CA 95746 | The Scheel Dallape, Inc.<br>18881 Von Karman Ave., Suite 150<br>Irvine, CA 92612-1566 |

                                            /s/ James J. Saul

6739690_1.DOCX

Case: 11-31985   Doc# 145   Filed: 07/01/11   Entered: 07/01/11 07:17:24   Page 3 of 3