B4 (Official Form4)(12/07)



# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re    Nurserymen's Exchange, Inc.          ,
                    Debtor

Case No.    11-31985

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jeffrey S. Winton 525 Gough Street #102 San Francisco, CA 94102 | Jeffrey S. Winton 525 Gough Street #102 San Francisco, CA 94102 | Deferred Comp | | 112,072 |
| Gerald Cheng 1745 14th Ave. San Francisco, CA 94122 | G Cheng 1745 14th Ave. San Francisco, CA 94122 | Deferred Compensation | | 116,320 |
| All Phaze Solutions, Inc. 37217 Fremont Blvd., Ste. E Fremont, CA 94536 | Robert Guzman 37217 Fremont Blvd. Ste. E Fremont, CA 94536 (510) 744-1312 510-731-0051 | Trade Debt | | 123,929 |

**AMENDED**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Neal Kramer<br>P.O. Box 1582<br>El Granada, CA 94018 | Neal Kramer<br>P.O. Box 1582<br>El Granada, CA 94018 | deferred comp | | 136,821 |
| International Paper Company<br>P.O. Box 31001-0780<br>Pasadena, CA 91110-0780 | International Paper Company<br>P.O. Box 31001-0780<br>Pasadena, CA 91110-0780<br>(901) 419-1900 | Trade Debt | | 142,869 |
| Raul Lopez<br>61 Oakridge Court<br>Danville, CA 94506 | Raul Lopez<br>61 Oakridge Court<br>Danville, CA 94506 | deferred comp | | 156,528 |
| Diane L. Yoshida<br>6024 Tillman Court<br>Pleasanton, CA 94588 | Diane L. Yoshida<br>6024 Tillman Court<br>Pleasanton, CA 94588 | Deferred Comp | | 158,401 |
| Jessup<br>641 Old Gilroy Street<br>Gilroy, CA 95020 | | | | 177,528 |
| Select Personnel Services<br>130 Produce Avenue, Suite A<br>South San Francisco, CA 94080 | Estefania Escobar<br>130 Produce Avenue, Suite A<br>South San Francisco, CA 94080<br>(650) 873-2441 | Trade Debt | | 195,022 |
| Smartland Industrial Company<br>#806, 8FL, 13 SHeung Yuetrd<br>Kowloon Bay, Kowloon<br>Hong Kong | Agnes Chu<br>#806, 8FL, 13 SHeung Yuetrd<br>Kowloon Bay, Kowloon<br>Hong Kong<br>(852) 2172-7626 | Trade Debt | | 212,900 |

AMENDED

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Huiyuan Int'l Commerce & Exhibition Company, Ltd. A#23CDE Huakai Fugui Building Fujian, China | Candy Commerce & Exhibition Company, Ltd. A#23CDE Huakai Fugui Building Fujian, China 86-591-87565102 | Trade Debt | | 231,985 |
| Sunlet Nursery 3636 Luneta Lane Fallbrook, CA 92028 | Sunlet Nursery 3636 Luneta Lane Fallbrook, CA 92028 (760) 728-9028 | Trade Debt | | 306,297 |
| California Florida Plant Company, LP P.O. Box 5310 Salinas, CA 93915 | California Florida Plant Company P.O. Box 5310 Salinas, CA 93915 (831) 754-2767 | Trade Debt | | 349,536 |
| Mainstay Business Solution Flexible Funding, LLC P.O. Box 26470 San Francisco, CA 94126 | Mainstay Business Solution Flexible Funding, LLC P.O. Box 26470 San Francisco, CA 94126 (866) 758-1038 | Trade Debt | | 394,900 |
| Por La Mar Nursery P.O. Box 6354 Santa Barbara, CA 93160-6354 | Brian Caird P.O. Box 6354 Santa Barbara, CA 93160-6354 (805) 964-8831 | Trade Debt | | 426,952 |
| Asian Handicrafts Rampur Road Moradabad 244001 India | B.N. Vij Rampur Road Moradabad 244001 India | Trade Debt | | 438,587 |

**AMENDED**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Newish Industrial Limited<br>Rm.1901-1902 Tower B<br>63-73 Wo Yi Hop Road<br>Kwai Chung, N.T<br>Hong Kong | Clara Wong<br>Rm.1901-1902 Tower B<br>63-73 Wo Yi Hop Road<br>Kwai Chung,N.T., HK<br>(852) 2614-6163 | Trade Debt | | 642,470 |
| Milgro Nursery, LLC<br>P.O. Box 6069<br>Oxnard, CA 93031 | Brad Miller<br>P.O. Box 6069<br>Oxnard, CA 93031<br>(805) 985-0855 | Trade Debt | | 795,196 |
| Shippers Choice<br>P.O. Box 1852<br>Wenatchee, WA 98807 | | | | 852,062 |
| AB Bonsai & Pottery<br>13300 Amar Road<br>City of Industry, CA 91746 | Alice Li<br>13300 Amar Road<br>City Industry, CA 91746<br>(626) 968-3387 | Trade Debt | | 1,154,000 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  June 1, 2011

Signature  /s/ Justin Dautoff
JUSTIN DAUTOFF, C.O.O.