Paul F. Ready, Esq.
State Bar #107469
**FARMER & READY**
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769

Attorney for May Greenhouses, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re | ) Case No. 11-31985<br>) Chapter 11<br>) |
| NURSERYMEN'S EXCHANGE, INC. | )<br>) |
| Debtor. | ) **REQUEST OF MAY GREENHOUSES,**<br>) **INC., FOR ALLOWANCE OF**<br>) **ADMINISTRATIVE EXPENSE CLAIM**<br>) **PURSUANT TO 11 U.S.C. 503(b)(9)**<br>)<br>)<br>)<br>)<br>) |

May Greenhouses, Inc., ("Supplier"), by and through its undersigned attorneys, hereby

requests the entry of an order pursuant to 11 U.S.C. §503(b)(9) allowing Supplier an

administrative expense claim in the amount of $2,985.00. In support of its Request, Supplier

states as follows:

### JURISDICTION

1.      On May 23, 2011 (the "Petition Date") the above-captioned debtor (the

"Debtor") filed its voluntary petition for relief under chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District

of California (the "Court").

2.     This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334(b).  This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

3.     May Greenhouses, Inc., grows and produces flowers, among other things, for the nursery industry.  May Greenhouses, Inc., regularly sold some of these products to the Debtor before the Petition Date.

4.     In the 20 days preceding the Petition Date, the Debtor received goods that Supplier sold on credit to Debtor in the ordinary course of the Debtor's business.  Such goods consisted of chrysanthemums (the "Goods") and had an aggregate value of $2,985.00, as identified on the invoices and proofs of delivery attached hereto as Exhibit A.

5.     As of the date of this Request, Supplier, May Greenhouses, Inc., has not received payment for the Goods.

## RELIEF REQUESTED

6.     Supplier respectfully requests that this Court allow Supplier's administrative expense claim in the amount of $2,985.00 for the Goods pursuant to section 503(b)(9) of the Bankruptcy Code.

## BASIS FOR RELIEF

7.     Section 503(b)(9) of the Bankruptcy Code provides, in pertinent part, that:

"After notice and a hearing there shall be allowed administrative expenses…[for] the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. §503(b)(9).

Case: 11-31985   Doc# 159   Filed: 07/08/11   Entered: 07/08/11 11:34:14   Page 2 of 29

8.      As evidenced by the invoices and proofs of delivery attached hereto as Exhibit A, during the 20 days preceding the Petition Date, Debtor received from Supplier, May Greenhouses, Inc., the Goods valued in aggregate at $2,985.00. Supplier sold the Goods to Debtor on credit in the ordinary course of Debtor's business, and Supplier has not yet received payment for the Goods. Supplier is accordingly entitled to an allowed administrative expense claim against Debtor in the aggregate amount of $2,985.00.

9.      Supplier reserves the right to asset claims against the Debtor for the amounts not contemplated by this Request or allowed by the Court pursuant to section 503(b)(9) and to amend, modify and/or supplement this request, as appropriate under the circumstances.

WHEREFORE, Supplier, May Greenhouses, Inc., respectfully requests that the Court enter an order substantially in the form attached hereto as Exhibit B: (i) allowing Supplier's administrative expense claim in the amount of $2,985.00 pursuant to section 503(b)(9) of the Bankruptcy Code and (ii) granting such other and further relief as may be just and proper under the circumstances.


Dated: July 8 , 2011                                    FARMER & READY


                                                        By:_____
                                                            Paul F. Ready
                                                            Attorneys for May Greenhouses, Inc.

Case: 11-31985   Doc# 159   Filed: 07/08/11   Entered: 07/08/11 11:34:14   Page 3 of 29

# EXHIBIT A

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA  93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/02/2011 | 5087 |
| TERMS | DUE DATE |
| Net 30 | 06/01/2011 |

**BILL TO**

Nurserymen's Exchange
2651 Cabrillo Highway North
Half Moon Bay, CA  94019

**SHIP TO**

Nurserymen's Exchange
2651 Cabrillo Hwy.  No.
Half Moon Bay, CA  94019

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $558.00 | |

Please detach top portion and return with your payment

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/02/2011 | Jessup | 141533 | Jim/Tricia |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM 6" BOX , SLO | 90 | 4.00 | 360.00 |
| • CHRYSANTHEMUM 4" BOX,  SLO | 120 | 1.65 | 198.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $558.00 |
| TAX (8.75%) | | $0.00 |
| TOTAL | | $558.00 |

# P U R C H A S E   O R D E R

| NURSERYMEN'S EXCHANGE, INC. | | | PO NUMBER: | 141533 |
| BILL TO ADDRESS: | | | PO DATE: | 4/29/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA  94019 | | | SHIP DATE: | 5/02/2011 |
| 650/726-6361 | | | PAGE: | 1 |

| VENDOR:    911 | SHIP TO: |
| MAY GREENHOUSES | NURSERYMEN'S EXCHANGE |
| 6860 LOS OSOS VALLEY ROAD | DEPT 18/WILL CALL |
|  | 2651 CABRILLO HWY |
| SAN LUIS OBISPO  CA  93405 |  |
| 805/549-9164 JIM | HALF MOON BAY    CA   94019 |

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 120 | EACH | 24504951 | 4" CHRYSANTHEMUMS 15/CS<br>15 WHITE, 15 YELLOW, 15<br>LAVENDER & 75 ASST. | 1.65 | 198.00 |
| 90 | 6/CS | 24506951 | 6" MUMS ASST.<br>24 WHITE, 12 PINK, 6 RED, 24<br>YELLOW & 24 LAVENDER | 4.00 | 360.00 |

|  |  |
|---|---|
| | SUB TOTAL: 558.00 |
| TERMS OF SALE: JESSUP COLLECT | TAX: .00 |
| PAYMENT TERMS: NET 30 DAYS | TOTAL: 558.00 |

Tag #    335711

**CARRIER**

### Jessup
**TRANSPORTATION, INC.**

641 OLD GILROY STREET
GILROY, CALIFORNIA 95020-6233
(408) 848-3390
FAX (408) 848-5943

TAG NO. 335711   TRACTOR NO. _____   **R 536807**

TRAILER NO. _____

DATE 5/2/11   SHIPPERS NO. _____

**SHIPPER**

MAY GREENHOUSES, INC.
6860 LOS OSOS VALLEY RD.
SAN LUIS OBISPO, CA 93405

**CONSIGNEE**

NURSERYMEN'S EXCHANGE
2651 NO. CABRILLO HWY
HALF MOON BAY, CA 94019

ORIGIN:                    DESTINATION:

| QUANTITY | DESCRIPTION | WEIGHT | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 15 | cs. 6" potted mums | 25# | | 4.00 | |
| 8 | cs. 4" potted mums | 80# | | 1.65 | |
| 23 | PO # 141533 | # 5087 | | | |

| TIME IN | | TIME OUT | | | |

| PALLETS IN | PALLETS OUT | DECLARED VALUE | | DRIVER P.U. | DATE | TIME |
|---|---|---|---|---|---|---|
| | | | | DEL. | | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

X                              20        SHIPPER'S SIGNATURE

| | INTERNAL BOX TEMPERATURE | TIME TEMP. TAKEN | LINE |

**SHIPPING ORDER AND/OR FREIGHT BILL-COPY**
2 – Receive, subject to the classification and tariffs in effect
on the date of the issue of this Bill of Lading.

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA 93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|---|---|
| 05/04/2011 | 5088 |
| **TERMS** | **DUE DATE** |
| Net 30 | 06/03/2011 |

**BILL TO**

Nurserymen's Exchange
2651 Cabrillo Highway North
Half Moon Bay, CA  94019

**SHIP TO**

Nurserymen's Exchange
2651 Cabrillo Hwy.  No.
Half Moon Bay, CA  94019.

| AMOUNT DUE | ENCLOSED |
|---|---|
| $371.25 | |

Please detach top portion and return with your payment.

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|---|---|---|---|
| 05/04/2011 | West Coast | 141585 | Jim/Tricia |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • CHRYSANTHEMUM  4" BOX,  SLO | 225 | 1.65 | 371.25 |

| | | |
|---|---|---|
| SUBTOTAL | | $371.25 |
| TAX (8.75%) | | $0.00 |
| TOTAL | | $371.25 |

# PURCHASE ORDER

| | |
|---|---|
| **NURSERYMEN'S EXCHANGE, INC.**<br>BILL TO ADDRESS:<br>2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019<br>650/726-6361 | PO NUMBER: 141585<br>PO DATE: 5/03/2011<br>SHIP DATE: 5/04/2011<br>PAGE: 1 |

| VENDOR: 911<br>MAY GREENHOUSES<br>6860 LOS OSOS VALLEY ROAD<br><br>SAN LUIS OBISPO CA 93405<br>805/549-9164 JIM | SHIP TO:<br>NURSERYMEN'S EXCHANGE<br>DEPT 18/WILL CALL<br>2651 CABRILLO HWY<br><br>HALF MOON BAY CA 94019 |
|---|---|

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 225 | EACH | 24504951 | *******SPECIAL ORDER*********<br>4" CHRYSANTHEMUMS 15/CS<br>WHITE - 1/4 OPEN<br>PLEASE MARK BOXES: "SUSA" | 1.65 | 371.25 |

| | | |
|---|---|---|
| | SUB TOTAL: | 371.25 |
| **TERMS OF SALE:** JESSUP COLLECT | TAX: | .00 |
| **PAYMENT TERMS:** NET 30 DAYS | TOTAL: | 371.25 |

Exhibit A
Page 9

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—SHIPPING ORDER COPY

| Name of Carrier: WEST COAST | Carrier's No. | Date 5/4/11 | Shipper No. |
|---|---|---|---|

| TO Consignee | FROM Shipper: |
|---|---|
| Street **NURSERYMEN'S EXCHANGE** 2651 NO. CABRILLO HWY HALF MOON BAY, CA  94019 | **MAY GREENHOUSES, INC.** 6860 LOS OSOS VALLEY RD. SAN LUIS OBISPO, CA  93405 |
| Destination                                     Zip Code | Emergency Response Phone No. |

| Route: | Vehicle No. |
|---|---|

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | * Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| 15 | | CASES 9' POTTED MUMS | 204/ | | | 5088 |
| 15 | | PO # 1411585 | | | | |
| | | | | | | |
| | | | | | | |
| | | PALLETS OUT: 1 IN: —0— | | | | |

| REMIT C.O.D. TO: ADDRESS | C.O.D. AMT: | C.O.D. FEE: PREPAID ☐ COLLECT ☐ $ | TOTAL CHARGES: $ |
|---|---|---|---|

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight'.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per_____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

**FREIGHT CHARGES**
Check Appropriate Box:

☐ Freight prepaid     ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _Jose Jimenez_                              Agent, Per _____

+ Mark with 'X' to designate Hazardous Material as defined in Title 49 of Federal Regulations.

**Tops.** FORM No. 3841
Printed in the U.S.A.

For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

2

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA 93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/05/2011 | 5092 |
| TERMS | DUE DATE |
| Net 30 | 06/04/2011 |

| BILL TO |
|---------|
| Nurserymen's Exchange<br>2651 Cabrillo Highway North<br>Half Moon Bay, CA 94019 |

| SHIP TO |
|---------|
| Nurserymen's Exchange<br>2651 Cabrillo Hwy. No.<br>Half Moon Bay, CA 94019 |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $339.00 | |

Please detach top portion and return with your payment

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/05/2011 | West Coast | 141608 | Jim/Tricia |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM 6" BOX , SLO | 60 | 4.00 | 240.00 |
| • CHRYSANTHEMUM 4" BOX, SLO | 60 | 1.65 | 99.00 |
| | | SUBTOTAL | $339.00 |
| | | TAX (8.75%) | $0.00 |
| | | TOTAL | $339.00 |

# PURCHASE ORDER

| NURSERYMEN'S EXCHANGE, INC. | PO NUMBER: | 141608 |
|---|---|---|
| BILL TO ADDRESS: | PO DATE: | 5/04/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019 | SHIP DATE: | 5/05/2011 |
| 650/726-6361 | PAGE: | 1 |

| VENDOR: 911 | SHIP TO: |
|---|---|
| MAY GREENHOUSES | NURSERYMEN'S EXCHANGE |
| 6860 LOS OSOS VALLEY ROAD | DEPT 18/WILL CALL |
| | 2651 CABRILLO HWY |
| SAN LUIS OBISPO CA 93405 | |
| 805/549-9164 JIM | HALF MOON BAY CA 94019 |

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 60 | EACH | 24504951 | 4" CHRYSANTHEMUMS ASST. | 1.65 | 99.00 |
| 60 | 6/CS | 24506951 | 6" MUMS ASST. - 24 YELLOW, 18 LAVENDER, 6 PINK & 12 WHITE | 4.00 | 240.00 |

| | | |
|---|---|---|
| | SUB TOTAL: | 339.00 |
| TERMS OF SALE: WEST COAST COLLECT | TAX: | .00 |
| PAYMENT TERMS: NET 30 DAYS | TOTAL: | 339.00 |

ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—SHIPPING ORDER COPY

| Name of Carrier: West Coast. | Carrier's No. | Date 5/5/11 | Shipper No. |

TO Consignee: Nurserymens Exchange

FROM Shipper: Mag Greenhouses, Inc.
6860 Los Osos Vly. Rd.
San Luis Obispo CA
93405

Street: 2651 Cabrillo Hwy. North

Destination: Half Moon Bay CA          Zip Code

Emergency Response Phone No.

Route:

Vehicle No.

| No. Shipping Units | +HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub to Cor.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| 4 | | Cases 15/4" Chrysanthemums | 20 # EA | | | |
| 10 | | Cases 6/6" Chrysanthemums | 25 # EA | # | | 5092 |
| 14 | | PO 149608 | | | | |
| | | Pallets Out: 1    In: 0 | | | | |

REMIT C.O.D. TO ADDRESS:

C.O.D. AMT:

C.O.D. FEE PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid   ☐ Collect

Shipper, Per

Agent, Per

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.
For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

Tops FORM No. 3841
Printed in the U.S.A.

2

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA 93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/11/2011 | 144666 |
| TERMS | DUE DATE |
| Net 30 | 06/10/2011 |

| BILL TO |
|---------|
| Nurserymen's Exchange<br>2651 Cabrillo Highway North<br>Half Moon Bay, CA 94019 |

| SHIP TO |
|---------|
| Nurserymen's Exchange<br>2651 Cabrillo Hwy. No.<br>Half Moon Bay, CA 94019 |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $587.40 | |

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/11/2011 | Pickup | 141716-Home Depot | Laura |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM 6" BOX , PC | 132 | 4.45 | 587.40 |

| | | |
|---|---|---|
| SUBTOTAL | | $587.40 |
| TAX (8.75%) | | $0.00 |
| TOTAL | | $587.40 |

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA 93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/12/2011 | 5106 |
| TERMS | DUE DATE |
| Net 30 | 06/11/2011 |

**BILL TO**

Nurserymen's Exchange
2651 Cabrillo Highway North
Half Moon Bay, CA  94019

**SHIP TO**

Nurserymen's Exchange
2651 Cabrillo Hwy.  No.
Half Moon Bay, CA  94019

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $219.75 | |

Please detach top portion and return with your payment.

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/12/2011 | West Coast | 141737 | Jim/Tricia |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM 6" BOX , SLO | 24 | 4.00 | 96.00 |
| • CHRYSANTHEMUM 4" BOX,  SLO | 75 | 1.65 | 123.75 |

| | |
|---|---|
| SUBTOTAL | $219.75 |
| TAX (8.75%) | $0.00 |
| TOTAL | $219.75 |

# PURCHASE ORDER

| | |
|---|---|
| NURSERYMEN'S EXCHANGE, INC. | PO NUMBER: 141737 |
| BILL TO ADDRESS: | PO DATE: 5/11/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019 | SHIP DATE: 5/12/2011 |
| 650/726-6361 | PAGE: 1 |

| VENDOR: 911 | SHIP TO: |
|---|---|
| MAY GREENHOUSES | NURSERYMEN'S EXCHANGE |
| 6860 LOS OSOS VALLEY ROAD | DEPT 18/WILL CALL |
| | 2651 CABRILLO HWY |
| SAN LUIS OBISPO CA 93405 | |
| 805/549-9164 JIM | HALF MOON BAY CA 94019 |

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 75 | EACH | 24504951 | 4" CHRYSANTHEMUMS ASSORTED | 1.65 | 123.75 |
| 24 | 6/CS | 24506951 | 6" MUMS YELLOW | 4.00 | 96.00 |

| | |
|---|---|
| | SUB TOTAL: 219.75 |
| TERMS OF SALE: WEST COAST COLLECT | TAX: .00 |
| PAYMENT TERMS: NET 30 DAYS | TOTAL: 219.75 |

**Ship with 5 cases from PO# 141689.**
**Thanks.**

## ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—SHIPPING ORDER COPY

| Name of Carrier: West Coast | Carrier's No. | Date 5/12/11 | Shipper No. |
|---|---|---|---|

**TO Consignee:**
Street: **NURSERYMEN'S EXCHANGE**
2651 NO. CABRILLO HWY
Destination: HALF MOON BAY, CA 94019
Zip Code

**FROM Shipper:**
**MAY GREENHOUSES, INC.**
6860 LOS OSOS VALLEY RD.
SAN LUIS OBISPO, CA 93401
Emergency Response Phone No.

Route:

Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| 4 | | cs. 6" potted mums | 25 # | | | INV 5106 |
| 5 | | cs. 4" potted mums | 20 # | | | |
| | | PO # 141737 | | | | |
| 5 | | cs. 6" yellow cushion | 25 # | | | INV 5107 |
| | | for "ALAN" | | | | |
| 14 | | PO # 141689 | | | | |

REMIT C.O.D. TO: ADDRESS: _pilots out: 1_    C.O.D. AMT: IN: ∅

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:

☐ Freight prepaid    ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Shipper, Per _Francisco_    Agent, Per _____

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.
For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

**TOPS** FORM No. 3841
Printed in the U.S.A.

2

Exhibit A
Page 17

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA  93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/12/2011 | 5107 |
| TERMS | DUE DATE |
| Net 30 | 06/11/2011 |

**BILL TO**

Nurserymen's Exchange
2651 Cabrillo Highway North
Half Moon Bay, CA  94019

**SHIP TO**

Nurserymen's Exchange
2651 Cabrillo Hwy.  No.
Half Moon Bay, CA  94019

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $120.00 | |

*Please detach top portion and return with your payment*

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/12/2011 | West Coast | 141689   "Alan" | JIm/Tricia |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM  6" BOX , SLO | 30 | 4.00 | 120.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $120.00 |
| TAX (8.75%) | | $0.00 |
| TOTAL | | $120.00 |

# P U R C H A S E    O R D E R

| | |
|---|---|
| **NURSERYMEN'S EXCHANGE, INC.**<br>BILL TO ADDRESS:<br>2651 N. Cabrillo Hwy, Half Moon Bay, CA  94019<br>650/726-6361 | **PO NUMBER:**  141689<br>**PO DATE:**  5/09/2011<br>**SHIP DATE:**  5/12/2011<br>**PAGE:**  1 |

| VENDOR:    911<br>MAY GREENHOUSES<br>6860 LOS OSOS VALLEY ROAD<br><br>SAN LUIS OBISPO  CA  93405<br>805/549-9164 JIM | SHIP TO:<br>NURSERYMEN'S EXCHANGE<br>DEPT 18/WILL CALL<br>2651 CABRILLO HWY<br><br>HALF MOON BAY    CA  94019 |
|---|---|

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 30 | 6/CS | 24506951 | 6" MUMS YELLOW CUSHION<br>1/4 OPEN<br>PLEASE MARK BOXES: "ALAN" | 4.00 | 120.00 |

TERMS OF SALE: WEST COAST COLLECT
PAYMENT TERMS: NET 30 DAYS

| | |
|---|---|
| SUB TOTAL: | 120.00 |
| TAX: | .00 |
| TOTAL: | 120.00 |

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—SHIPPING ORDER COPY

| Name of Carrier: West Coast | Carrier's No. | Date 5/12/11 | Shipper No. |
|---|---|---|---|

| TO Consignee: | FROM Shipper: |
|---|---|
| Street **NURSERYMEN'S EXCHANGE** 2651 NO. CABRILLO HWY | **MAY GREENHOUSES, INC.** 6860 LOS OSOS VALLEY RD. |
| Destination HALF MOON BAY, CA 94019 Zip Code | SAN LUIS OBISPO, CA 93401 Emergency Response Phone No. |

| Route: | | Vehicle No. |
|---|---|---|

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | * Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| 4 | | cs. 6" potted mums | 25 # | | | INV 5106 |
| 5 | | cs. 4" potted mums | 20 # | | | |
| | | PO # 141737 | | | | |
| 5 | | cs. 6" yellow cushion | 25 # | | | INV 5107 |
| | | for "ALAN" | | | | |
| 14 | | PO # 141689 | | | | |

| REMIT C.O.D. TO: ADDRESS | milota out : 1 | C.O.D. AMT: $ Ni | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ | TOTAL CHARGES: $ |
|---|---|---|---|---|

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:

☐ Freight prepaid  ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _Francisco_____  Agent, Per _____

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.
For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

**Tops** FORM No. 3841
Printed in the U.S.A.

2

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA 93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/18/2011 | 144720 |
| TERMS | DUE DATE |
| Net 30 | 06/17/2011 |

**BILL TO**

Nurserymen's Exchange
2651 Cabrillo Highway North
Half Moon Bay, CA 94019

**SHIP TO**

Nurserymen's Exchange
2651 Cabrillo Hwy. No.
Half Moon Bay, CA 94019

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $213.60 | |

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/18/2011 | Pickup | 141910-Home Depot | Laura |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM 6" BOX , PC | 48 | 4.45 | 213.60 |

| | | |
|---|---|---|
| SUBTOTAL | | $213.60 |
| TAX (8.75%) | | $0.00 |
| TOTAL | | $213.60 |

# May Greenhouses, Inc.

May Greenhouses, Inc.
114 Fel Mar Drive
San Luis Obispo, CA 93405

(760)753-1302

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/18/2011 | 5114 |
| TERMS | DUE DATE |
| Net 30 | 06/17/2011 |

**BILL TO**

Nurserymen's Exchange
2651 Cabrillo Highway North
Half Moon Bay, CA 94019

**SHIP TO**

Nurserymen's Exchange
2651 Cabrillo Hwy. No.
Half Moon Bay, CA 94019

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $576.00 | |

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|-----------|----------|-------------|-----------|
| 05/18/2011 | Jessup | 141882 | Jim/Tricia |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • CHRYSANTHEMUM 6" BOX , SLO | 144 | 4.00 | 576.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $576.00 |
| TAX (8.75%) | | $0.00 |
| TOTAL | | $576.00 |

# PURCHASE ORDER

| NURSERYMEN'S EXCHANGE, INC. | PO NUMBER: | 141882 |
|---|---|---|
| BILL TO ADDRESS: | PO DATE: | 5/16/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019 | SHIP DATE: | 5/18/2011 |
| 650/726-6361 | PAGE: | 1 |

| VENDOR:    911 | SHIP TO: |
|---|---|
| MAY GREENHOUSES | NURSERYMEN'S EXCHANGE |
| 6860 LOS OSOS VALLEY ROAD | DEPT 18/WILL CALL |
|  | 2651 CABRILLO HWY |
| SAN LUIS OBISPO  CA  93405 |  |
| 805/549-9164 JIM | HALF MOON BAY    CA  94019 |

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
|  |  |  | *******SPECIAL ORDER********** |  |  |
| 78 | 6/CS | 24506951 | 6" MUMS CUSHION 1/2 OPEN | 4.00 | 312.00 |
|  |  |  | 42 WHITE & 36 YELLOW |  |  |
|  |  |  | PLEASE MARK BOXES: "FRANK" |  |  |
|  |  |  | REGULAR MUMS FOR W/C: |  |  |
| 66 | 6/CS | 24506951 | 6" MUMS ASST. | 4.00 | 264.00 |
|  |  |  | 18 WHITE, 6 PINK, 6 RED, 18 |  |  |
|  |  |  | YELLOW & 18 LAVENDER |  |  |

TERMS OF SALE: JESSUP COLLECT

PAYMENT TERMS: NET 30 DAYS

| | |
|---|---|
| SUB TOTAL: | 576.00 |
| TAX: | .00 |
| TOTAL: | 576.00 |

Tag # 338071

C
A
R
R
I
E
R

**Jessup**
TRANSPORTATION, INC.

**641 OLD GILROY STREET**
**GILROY, CALIFORNIA 95020-6233**
(408) 848-3390
FAX (408) 848-5943

TAG NO. **338071**
TRACTOR NO. _____ **R 536809**
DATE **5/18/11**
TRAILER NO. _____
SHIPPERS NO. _____

SHIPPER

**MAY GREENHOUSES, INC.**
6860 LOS OSOS VALLEY RD.
SAN LUIS OBISPO, CA 93405

CONSIGNEE:

**NURSERYMEN'S EXCHANGE**
**2651 NO. CABRILLO HWY**
**HALF MOON BAY, CA 94019**

ORIGIN:                    DESTINATION:

| QUANTITY | DESCRIPTION | WEIGHT | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 13 | cs. 6" potted mums "Frank" | | | # 5114 | |
| 11 | cs. 6" potted mums | 25# | | | |
| 24 | PO # 141882 | | | | |

| TIME IN | TIME OUT | | |
|---|---|---|---|

| PALLETS IN | PALLETS OUT | DECLARED VALUE | DRIVER 73 | DATE 5/18/11 | TIME |
|---|---|---|---|---|---|
| X | 20 | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    SHIPPER'S SIGNATURE | P.U.    DEL. | | |

**SHIPPING ORDER AND/OR FREIGHT BILL-COPY**
2 – Receive, subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading.

| | INTERNAL BOX TEMPERATURE | TIME TEMP. TAKEN | LINE |
|---|---|---|---|

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

# EXHIBIT B

1  Paul F. Ready, Esq.
    State Bar #107469
2  **FARMER & READY**
    1254 Marsh Street
3  Post Office Box 1443
    San Luis Obispo, CA 93406
4  Telephone: (805) 541-1626
    Facsimile: (805) 541-0769
5
   Attorney for May Greenhouses, Inc.
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  In re                            )  Case No. 11-31985
                                     )  Chapter 11
13                                   )
                                     )
14  NURSERYMEN'S EXCHANGE, INC.      )  **ORDER GRANTING REQUEST OF**
                                     )  **MAY GREENHOUSES, INC., FOR**
15                                   )  **ALLOWANCE OF ADMINISTRATIVE**
            Debtor.                  )  **EXPENSE CLAIM PURSUANT TO 11**
16                                   )  **U.S.C. 503(b)(9)**
                                     )
17                                   )
                                     )
18  _____ )

19        Upon the application of May Greenhouses, Inc., for an Administrative Expense Claim

20  for allowance of reimbursements of pre-petition goods received by Debtor's Estate within

21  twenty (20) days before the date of commencement of the above-referenced bankruptcy case,

22  the Court being fully advised after due notice and hearing; and it appearing that good and just

23  cause exists for the relief requested, it is hereby

24

25        **ORDERED** that pursuant to 11 U.S.C. 503(b)(9), May Greenhouses, Inc., is allowed

26  the amount of $2,985.00 as an Administrative Expense Claim ("Administrative Expense

27  Claim") under 11 U.S.C. 503(b)(9); and it is further

28

1

1

      **ORDERED** that payment of the Administrative Expense Claim by the Debtor shall be

2

made to May Greenhouses Inc.,114 Fel Mar Drive, San Luis Obispo, CA  93405.

3

**END OF ORDER**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

COURT SERVICE LIST

Nurserymen's Exchange, Inc.
2651 North Cabrillo Highway
Half Moon Bay, CA  94019

Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104-3401

Paul F. Ready
Farmer & Ready
PO Box 1443
San Luis Obispo, CA  93406

Stephen D. Finestone
John F. Sullivan
Law Offices of Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA  94104

Exhibit B
Page 28

# PROOF OF SERVICE

I am over the age of 18, not a party to this action, and am employed in San Luis Obispo County at 1254 Marsh Street, San Luis Obispo, California. July 8 2011, following ordinary business practices, I placed for collection and mailing at the offices of Farmer & Ready, located at 1254 Marsh Street, San Luis Obispo, California 93401, a copy of the foregoing

**REQUEST OF MAY GREENHOUSES, INC., FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. 503(b)(9)**

in a sealed envelope, with postage fully prepaid, in the United States mail at San Luis Obispo, California, addressed to:

**Chambers' Copy:**
Honorable Dennis Montali
US Bankruptcy Court
Intake Clerk
P.O. Box 7341
San Francisco, CA 94120-7341

**Office of the U.S. Trustee:**
235 Pine Street
Suite 700
San Francisco, CA 94104-3401

**Debtor:**
Nurserymen's Exchange, Inc.
2651 North Cabrillo Highway
Half Moon Bay, CA 94019

**Debtor's Attorney:**
Stephen D. Finestone
John F. Sullivan
Law Offices of Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the date on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 8, 2011 at San Luis Obispo, California.

Tamara L. Wickstrom