LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>    Debtor and Debtor in Possession. | Case No. 11-bk-31985-DM<br><br>Chapter 11<br><br>**Date:** July 14, 2011<br>**Time:** 2:00 p.m.<br>**Place:** 235 Pine Street<br>    Courtroom 22<br>    San Francisco, California<br><br>**LIEN CLAIMANTS:**<br>**Wells Fargo Bank, IBM Credit LLC,**<br>**Ikon Financial Services and IOS**<br>**Capital** |

**RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

The Official Committee of Unsecured Creditors (the "Committee") of Nurserymen's Exchange, Inc. (the "Debtor") hereby files this *Reservation of Rights Re: Debtor's Motion for Order Approving the Sale (the "Sale") of Debtor's Operating Assets to the Highest and Best Bid Free and Clear of Liens, Claims and Interests* (the "Sale Motion").

The Debtor filed its Sale Motion as a First Day Motion in connection with the commencement of the Chapter 11 case on May 23, 2011. The Court has scheduled the hearing on

the Sale for 2:00 P.M. Pacific Time, July 14, 2011.  As of Noon, July 13, 2011, the Committee has not been provided a final Asset Purchase Agreement.  Moreover, the Committee is advised that the Asset Purchase Agreement is under negotiation.  Until the Committee is provided a final Asset Purchase Agreement, the Committee reserves it right to object or otherwise comment on the Sale.

**CONCLUSION**

For the reasons set forth above, the Committee respectfully reserves all right respecting the Debtor's sale of its assets.

Dated: July 13, 2011    LANDAU GOTTFRIED & BERGER LLP

By: /s/ Peter M. Bransten
Peter M. Bransten
Counsel for the Official Committee of Unsecured Creditors of Nurserymen's Exchange, Inc.

| | |
|---|---|
| 1 | LANDAU GOTTFRIED & BERGER LLP |
| 2 | PETER J. GURFEIN (State Bar No. 127173) |
|   | PETER M. BRANSTEN (State Bar No. 113352) |
| 3 | MONICA R. RIEDER (State Bar No. 263250) |
|   | 1801 Century Park East, Suite 1460 |
| 4 | Los Angeles, California 90067 |
|   | Telephone: (310) 557-0050 |
| 5 | Facsimile: (310) 557-0056 |
|   | pgurfein@lgbfirm.com |
| 6 | pbransten@lgbfirm.com |
|   | mrieder@lgbfirm.com |

Counsel for the Official Committee of Unsecured Creditors of
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

NURSERYMEN'S EXCHANGE, INC.

    Debtor and Debtor in Possession.

Case No. 11-bk-31985

Chapter 11

**CERTIFICATE OF SERVICE**

**Date:** July 14, 2011
**Time:** 2:00 p.m.
**Place:** 235 Pine Street
       Courtroom 22
       San Francisco, California

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On July 13, 2011, I served the within document:

**RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

in the following manners:

☐   **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s)

listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]*

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

☒ **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

Honorable Dennis Montali
United States Bankruptcy Court
San Francisco Division
235 Pine Street, 19th Floor
San Francisco, CA 94104


Office of the United States Trustee
San Francisco Division
235 Pine Street, Suite 700
San Francisco, CA 94104

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

2

Case: 11-31985   Doc# 162   Filed: 07/13/11   Entered: 07/13/11 12:27:47   Page 4 of 5

| | |
|---|---|
| 1 | By E-Mail: |
| 2 | Stephen D. Finestone; sfinestone@pobox.com |
| | John Sullivan; jfssf@hotmail.com |
| 3 | Pamela Kohlman Webster; pwebster@buchalter.com |
| | Robert Izmirian; rizmirian@buchalter.com |
| 4 | Jeffrey N. Pomerantz; jpomerantz@pszjlaw.com |

⊠ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

- T. Hall Brehme    crios@purdybrehme.com
- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 13, 2011.

By:    /s/Charlotte Hebert
          Charlotte Hebert

LANDAU GOTTFRIED
& BERGER LLP

3