UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

NURSERYMEN'S EXCHANGE, INC.,

    Debtor.
_____/

Case No.: 11-31985
(Chapter 11)

**REQUEST OF ACCENT DÉCOR, INC. FOR PAYMENT OF CLAIM ARISING OUT OF § 503(b)(9) OF THE BANKRUPTCY CODE**

Accent Décor, Inc. requests payment of its claim arising under Section 503(b)(9) of the Bankruptcy Code in the amount of $19,376.44. Attached as **Exhibit A** to this § 503(b)(9) request is a copy of a Statement of Account showing the goods delivered within 20 days of Debtor's Chapter 11 Petition Date as well as copies of all relevant invoices and evidence of delivery of the goods.

Name and address where notices should be sent:

    c/o Thomas P. Sarb
    Miller Johnson
    PO Box 306
    Grand Rapids, MI 49501-0306

Name and address where payments should be sent:

    Accent Décor, Inc.
    6550-A Jimmy Carter Blvd
    Norcross, GA 30071

        ACCENT DECOR, INC.

Dated: July 1, 2011    By _____
        Its FRANK HOFLAND / President

        Business Address:
            6550-A Jimmy Carter Blvd.
            Norcross, GA 30071
            Telephone: (770) 346-0707

GR_DOCS 1722586v1

# EXHIBIT A

Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
Phone: 770-346-0707
Fax: 770-346-0888

# STATEMENT OF ACCOUNT

| DATE | 06.15.11 |
|---|---|
| CUSTOMER CODE | W010598 |
| TERMS | NET 30 DAYS |
| SALES REP | 003 Eva Lester |
| PAGE | 1 |

Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA
650-712-4114

| OVD | REFERENCE | DATE | P.O. NUMBER | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 3 | 2088786 INV | 03.21.11 | 138974 | 892.32 | | 892.32 |
| 3 | 2088787 INV | 03.21.11 | 139915 | 1539.36 | | 1539.36 |
| 3 | 2089064 INV | 03.24.11 | 140354 | 1587.48 | | 1587.48 |
| 3 | 2089689 INV | 03.31.11 | 138974 | 910.47 | | 910.47 |
| 3 | 2089690 INV | 03.31.11 | 140163 | 371.34 | | 371.34 |
| 3 | 2089691 INV | 03.31.11 | 139159 | 1522.80 | | 1522.80 |
| 3 | 2089739 INV | 04.01.11 | 140631 | 3245.76 | | 3245.76 |
| 3 | 2090148 INV | 04.07.11 | 140792 | 4921.62 | | 4921.62 |
| 3 | 2090664 INV | 04.13.11 | 141032 | 2924.04 | | 2924.04 |
| 2 | 2091257 INV | 04.20.11 | 141032 | 857.25 | | 857.25 |
| 2 | 2091429 INV | 04.25.11 | 141422 | 2355.60 | | 2355.60 |
| 2 | 2091800 INV | 04.29.11 | 141422 | 2253.96 | | 2253.96 |
| 2 | 2091801 INV | 04.29.11 | 140631 | 126.72 | | 126.72 |
| 2 | 2092201 INV | 05.05.11 | 141602 | 5362.50 | | 5362.50 |
| 1 | 2093183 INV | 05.19.11 | 141930 | 5721.24 | | 5721.24 |
| 1 | 2093184 INV | 05.19.11 | 141930 | 2441.16 | | 2441.16 |
| 1 | 2093185 INV | 05.19.11 | 141930 | 2110.20 | | 2110.20 |
| 1 | 2093186 INV | 05.19.11 | 141930 | 168.96 | | 168.96 |
| 1 | 2093187 INV | 05.19.11 | 141930 | 405.60 | | 405.60 |
| 1 | 2093188 INV | 05.19.11 | 141930 | 199.92 | | 199.92 |
| 1 | 2093189 INV | 05.19.11 | 141930 | 500.04 | | 500.04 |
| 1 | 2093239 INV | 05.20.11 | 141930 | 2466.82 | | 2466.82 |

*20 Days before 5/23/11*

*9 Invoices $19,376.44*

| | | | | TOTAL BALANCE OWING | 42885.16 |
|---|---|---|---|---|---|

| 1 Current | 2 1/30 | 3 31/60 | 4 61/90 | 5 91/120 | 6 121+ |
|---|---|---|---|---|---|
| 14013.94 | 10956.03 | 17915.19 | 0.00 | 0.00 | 0.00 |

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 3 of 18



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE: 770-346-0707  FAX: 770-346-0888

# INVOICE

| INVOICE NO. | 2092201copy |
|---|---|
| INVOICE DATE | 05.05.11 |
| G.S.T. REG. NO. | |
| CARRIER | |

SOLD TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

SHIP TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | A/C PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Pick-up | 94-1424729 | | NET 30 DAYS | 191892 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141602 | 05.05.11 | PREPAID + CHARGE | Eva Lester | 01 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Shopping Cart : 000100020858 | | | |
| 002 | 41680.00 | 12 | 0 | 12 | EA | Cloche 7"x12" | O 11.97 | EA | 143.64 |
| 003 | 41681.00 | 12 | 0 | 12 | EA | Cloche 10.5"x18" | O 21.60 | EA | 259.20 |
| 004 | 47074.00 | 10 | 0 | 10 | EA | Sven Sq. Bowl 12x12x4" | O 17.70 | EA | 177.00 |
| 005 | 48530.00 | 16 | 0 | 16 | EA | Studio Glass 5"x 4.5" Clear | 5.97 | EA | 95.52 |
| 006 | 48731.00 | 12 | 0 | 12 | EA | Crosswinds Vase 12"x11" Clear | O 23.34 | EA | 280.08 |
| 007 | 61451.00 | 5 | 0 | 5 | EA | Rustic Wood Pedestal 13.5"x 40" | O 47.40 | EA | 237.00 |
| 008 | 65100.00 | 96 | 0 | 96 | EA | Amstel Pot 5.5"x 6" Grey | O 1.32 | EA | 126.72 |
| 009 | 65101.21 | 96 | 0 | 96 | EA | Amstel Pot 8"x7" Cream | O 2.37 | EA | 227.52 |
| 010 | 65102.00 | 32 | 0 | 32 | EA | Amstel Pot 9.5"x7.5" Grey | O 2.97 | EA | 95.04 |
| 011 | 65102.21 | 32 | 0 | 32 | EA | Amstel Pot 9.5"x7.5" Cream | O 2.97 | EA | 95.04 |
| 012 | 65103.00 | 28 | 0 | 28 | EA | Amstel Pot 11.5"x9" Grey | O 4.17 | EA | 116.76 |
| 013 | 65103.21 | 28 | 0 | 28 | EA | Amstel Pot 11.5"x9" Cream | O 4.17 | EA | 116.76 |
| 014 | 65104.00 | 28 | 0 | 28 | EA | Amstel Pot 13.5"x11" Grey | O 6.57 | EA | 183.96 |
| 015 | 65110.00 | 65 | 0 | 65 | EA | Amstel Boat 18.5"x5"x4" Grey | O 2.10 | EA | 136.50 |
| 016 | 65120.00 | 60 | 0 | 60 | EA | Amstel Planter 9"x4.5" Grey | O 1.74 | EA | 104.40 |
| 017 | 65121.00 | 60 | 0 | 60 | EA | Amstel Planter 12"x5" Grey | O 2.34 | EA | 140.40 |
| 018 | 73800.00 | 24 | 0 | 24 | EA | Element Vase 12.25x4x7.5" | O 13.17 | EA | 316.08 |
| 019 | 74121.00 | 36 | 0 | 36 | EA | Tulip Vase 6.5"x 6.5"x 13.5" | O 17.28 | EA | 622.08 |
| 020 | 91001.05 | 60 | 36 | 24 | EA | Allure Pot 5"x 5" Green | O 1.98 | EA | 47.52 |
| 021 | 91003.05 | 80 | 40 | 40 | EA | Allure Pot 7"x 6.7" Green | O 4.17 | EA | 166.80 |
| 022 | 91012.30 | 80 | 0 | 80 | EA | Enchant Pot 7.5"x 6.7" Blue | O 4.17 | EA | 333.60 |
| 023 | 91012.37 | 80 | 0 | 80 | EA | Enchant Pot 7.5"x 6.7" Purple | O 4.17 | EA | 333.60 |
| 024 | 93390.00 | 120 | 0 | 120 | EA | Garrett Pot 4.5"x 4" Brown | O 1.50 | EA | 180.00 |
| 025 | 93391.00 | 64 | 0 | 64 | EA | Garrett Pot 7.5"x 6.5" Brown | O 4.77 | EA | 305.28 |
| 026 | 96004.00 | 60 | 0 | 60 | EA | Newport Boat 15.7"x 8"x 6" Brown | O 8.70 | EA | 522.00 |

4 SKIDS, 48"x 40"x 86"
95 BOXES, 2,772 LBS.

PLEASE PAY THIS AMOUNT                                       5362.50

O= Override Pricing

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 4 of 18



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE:770-346-0707 FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093183copy |
|---|---|
| INVOICE DATE | 05.19.11 |
| G.S.T. REG. NO. | |
| CARRIER | |

| SOLD TO: | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br>Half Moon Bay CA 94019<br>USA | SHIP TO | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br>Half Moon Bay CA 94019<br>USA |
|---|---|---|---|

A/C

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 192369 | 1 | 01 |
| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 01 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Shopping Cart : 000100021107 | | | |
| 002 | 41680.00 | 36 | 30 | 6 | EA | Cloche 7"x12" | O 11.97 | EA | 71.82 |
| 003 | 41681.00 | 20 | 0 | 20 | EA | Cloche 10.5"x18" | O 21.60 | EA | 432.00 |
| 004 | 43611.00 | 180 | 180 | 0 | EA | O/1 Candleholder 6.5"x6" | O 2.64 | EA | B/O |
| 005 | 43612.00 | 64 | 64 | 0 | EA | O/1 Candleholder 8"x7" | O 5.28 | EA | B/O |
| 006 | 43695.00 | 144 | 0 | 144 | EA | Cadence Vase 3"x 3.5" | O 2.37 | EA | 341.28 |
| 007 | 43797.00 | 144 | 144 | 0 | EA | Synergy Budvase 5.5" x 5.5" | O 2.76 | EA | B/O |
| 008 | 43797.00 | 16 | 16 | 0 | EA | Synergy Budvase 5.5" x 5.5" | O 2.76 | EA | B/O |
| 009 | 45467.00 | 144 | 144 | 0 | EA | Flora Vase 2.5"x4.75" | O 1.77 | EA | B/O |
| 010 | 45468.00 | 96 | 96 | 0 | EA | Flora Vase 2.5"x6" | O 1.98 | EA | B/O |
| 011 | 61330.00 | 420 | 84 | 336 | EA | Eaton Pot 4.5"x 5" | O 1.17 | EA | 393.12 |
| 012 | 61331.00 | 270 | 0 | 270 | EA | Eaton Pot 7.5"x 6" | O 2.16 | EA | 583.20 |
| 013 | 61348.00 | 240 | 240 | 0 | EA | Eaton Rect. Planter 12"x6"x5" | O 2.28 | EA | B/O |
| 014 | 61450.00 | 6 | 6 | 0 | EA | Rustic Wood Pedestal 12"x 30" | O 35.40 | EA | B/O |
| 015 | 61451.00 | 6 | 5 | 1 | EA | Rustic Wood Pedestal 13.5"x 40" | O 47.40 | EA | 47.40 |
| 016 | 68050.00 | 5 | 5 | 0 | EA | Mod Column 14" x 39.5" | O 84.00 | EA | B/O |
| 017 | 68051.00 | 5 | 1 | 4 | EA | Mod Column 16"x 59" | O 118.80 | EA | 475.20 |
| 018 | 92170.05 | 120 | 120 | 0 | EA | Urban Square 4.75"x4.75" Green | O 2.10 | EA | B/O |
| 019 | 92170.35 | 120 | 50 | 70 | EA | Urban Square 4.75"x4.75" Grape | O 2.10 | EA | 147.00 |
| 020 | 92170.38 | 120 | 120 | 0 | EA | Urban Square 4.75"x4.75" Dk. Pur | O 2.10 | EA | B/O |
| 021 | 92170.55 | 120 | 0 | 120 | EA | Urban Square 4.75"x4.75" Black | O 2.10 | EA | 252.00 |
| 022 | 92190.05 | 120 | 120 | 0 | EA | Urban Square 6.25"x 6.25" Green | O 3.96 | EA | B/O |
| 023 | 92190.35 | 60 | 48 | 12 | EA | Urban Square 6.25x 6.25" Grape | O 3.96 | EA | 47.52 |
| 024 | 92190.55 | 120 | 120 | 0 | EA | Urban Square 6.25"x 6.25" Black | O 3.96 | EA | B/O |
| 025 | 92195.01 | 120 | 12 | 108 | EA | Urban Planter 12"x4"x4" White | O 3.96 | EA | 427.68 |
| 026 | 92195.05 | 120 | 120 | 0 | EA | Urban Planter 12"x4"x4" Green | O 3.96 | EA | B/O |
| 027 | 92195.38 | 120 | 0 | 120 | EA | Urban Planter 12"x4"x4" Purple | O 3.96 | EA | 475.20 |
| 028 | 92220.01 | 80 | 80 | 0 | EA | Napa Planter 11"x6"x 5.5" White | O 5.28 | EA | B/O |
| 029 | 92220.16 | 40 | 40 | 0 | EA | Napa Planter 11"x6"x 5.5" Orange | O 5.28 | EA | B/O |
| 030 | 92220.38 | 40 | 40 | 0 | EA | Napa Planter 11"x6"x 5.5" Purple | O 5.28 | EA | B/O |
| 031 | 92220.55 | 80 | 0 | 80 | EA | Napa Planter 11"x6"x 5.5" Black | O 5.28 | EA | 422.40 |
| 032 | 92300.01 | 160 | 160 | 0 | EA | Cercle Pot 4.25"x4.25" White | O 1.62 | EA | B/O |
| 033 | 92300.55 | 160 | 0 | 160 | EA | Cercle Pot 4.25"x4.25" Black | O 1.62 | EA | 259.20 |
| 034 | 92305.01 | 120 | 24 | 96 | EA | Cercle Pot 6.5"x6.25" White | O 3.96 | EA | 380.16 |
| 035 | 92305.55 | 120 | 0 | 120 | EA | Cercle Pot 6.5"x6.25" Black | O 3.96 | EA | 475.20 |
| 036 | 93560.50 | 32 | 0 | 32 | EA | Luna Saucer 8" Silver | O 2.64 | EA | 84.48 |
| 037 | 93561.50 | 24 | 0 | 24 | EA | Luna Saucer 11" Silver | O 5.28 | EA | 126.72 |
| 038 | 96000.00 | 180 | 110 | 70 | EA | Newport Pot 6"x 5.5" Brown | O 2.37 | EA | 165.90 |
| 039 | 96001.00 | 120 | 120 | 0 | EA | Newport Pot 7.8"x 7" Brown | O 3.90 | EA | B/O |
| 040 | 99011.31 | 240 | 240 | 0 | EA | Nico Pot 5"x 4" Teal | O 2.37 | EA | B/O |

CONTINUED ON PAGE2

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE: 770-346-0707  FAX: 770-346-0888

# INVOICE

| INVOICE NO. | 2093183copy |
|---|---|
| INVOICE DATE | 05.19.11 |

G.S.T. REG. NO.

CARRIER

| SOLD TO: | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA  94019<br>USA | SHIP TO | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA  94019<br>USA |
|---|---|---|---|

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | PAGE | A/C LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 192369 | 2 | 01 |
| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 01 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 041 | 99011.35 | 240 | 192 | 48 | EA | Nico Pot 5"x 4" Purple<br>6 PALLETS, 93 BOXES, 3245 LBS. | O  2.37 | EA | 113.76 |
| | | | | | | PLEASE PAY THIS AMOUNT | | | 5721.24 |
| | | | | | | O= Override Pricing | | | |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE: 770-346-0707  FAX: 770-346-0888

# INVOICE

| INVOICE NO. | 2093184copy |
|---|---|
| INVOICE DATE | 05.19.11 |
| G.S.T. REG. NO. | |
| CARRIER | |

| SOLD TO: | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA 94019<br>USA | SHIP TO | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA 94019<br>USA |
|---|---|---|---|

A/C

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 187606 | 1 | 01 |
| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 03 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** BACKORDERS *** | | | |
| | | | | | | Shopping Cart : 000100019489 | | | |
| 006 | 90074.05 | 24 | 24 | 0 | EA | Diego Pot 7"x 6"  Green | O  4.77 | EA | B/O |
| 008 | 91010.05 | 192 | 0 | 192 | EA | Enchant Pot 5"x 5" Green | O  1.98 | EA | 380.16 |
| 011 | 91016.05 | 4 | 4 | 0 | EA | Enchant Boat 14.5"x 6"x 5.5" Gre | O  5.97 | EA | B/O |
| 012 | 91016.05 | 2 | 2 | 0 | EA | Enchant Boat 14.5"x 6"x 5.5" Gre | O  5.97 | EA | B/O |
| 016 | 91030.11 | 180 | 0 | 180 | EA | Market Pot 5"x 4.5" Lime | O  1.98 | EA | 356.40 |
| 017 | 91030.16 | 90 | 0 | 90 | EA | Market Pot 5"x 4.5" Orange | O  1.98 | EA | 178.20 |
| 018 | 91030.31 | 90 | 0 | 90 | EA | Market Pot 5"x 4.5" Lt. Blue | O  1.98 | EA | 178.20 |
| 019 | 91030.35 | 90 | 0 | 90 | EA | Market Pot 5"x 4.5" Purple | O  1.98 | EA | 178.20 |
| 020 | 91031.11 | 60 | 0 | 60 | EA | Market Pot 8.5"x 6.5" Lime | O  5.28 | EA | 316.80 |
| 021 | 91031.16 | 30 | 0 | 30 | EA | Market Pot 8.5"x 6.5" Orange | O  5.28 | EA | 158.40 |
| 022 | 91031.31 | 30 | 0 | 30 | EA | Market Pot 8.5"x 6.5" Lt. Blue | O  5.28 | EA | 158.40 |
| 023 | 91031.35 | 30 | 0 | 30 | EA | Market Pot 8.5"x 6.5" Purple | O  5.28 | EA | 158.40 |
| 025 | 92170.55 | 180 | 0 | 180 | EA | Urban Square 4.75"x4.75" Black | O  2.10 | EA | 378.00 |
| 028 | 92195.01 | 120 | 120 | 0 | EA | Urban Planter 12"x4"x4" White | O  3.96 | EA | B/O |
| 037 | 94080.02 | 96 | 96 | 0 | EA | Artsi Vase 4"x 4.5" Yellow | O  2.37 | EA | B/O |
| 038 | 94080.75 | 288 | 288 | 0 | EA | Artsi Vase 4"x 4.5" Grey | O  2.37 | EA | B/O |
| 039 | 94081.01 | 84 | 84 | 0 | EA | Artsi Vase 6.5"x 8.5" White | O  7.77 | EA | B/O |
| | | | | | | 5 SKIDS, 157 BOXES, 3722 LBS. | | | |
| | | | | | | PLEASE PAY THIS AMOUNT | | | 2441.16 |
| | | | | | | O= Override Pricing | | | |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc.  UNTIL THIS INVOICE IS PAID.

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 7 of 18



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE:770-346-0707  FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093185copy |
|---|---|
| INVOICE DATE | 05.19.11 |

G.S.T. REG. NO.

CARRIER

| SOLD TO: | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA  94019<br>USA | SHIP TO | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA  94019<br>USA |
|---|---|---|---|

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | A/C PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 190107 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 02 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** B A C K O R D E R S *** | | | | |
| | | | | | | Shopping Cart : 000100020155 | | | | |
| 004 | 43797.00 | 12 | 12 | 0 | EA | Synergy Budvase 5.5" x 5.5" | O | 2.76 | EA | B/O |
| 005 | 43797.00 | 8 | 8 | 0 | EA | Synergy Budvase 5.5" x 5.5" | O | 2.76 | EA | B/O |
| 007 | 48535.00 | 40 | 0 | 40 | EA | Studio Glass 7.5"x 7" Clear | O | 15.00 | EA | 600.00 |
| 010 | 90073.05 | 162 | 0 | 162 | EA | Diego Pot 5"x 4.5"  Green | O | 2.10 | EA | 340.20 |
| 012 | 90073.55 | 180 | 180 | 0 | EA | Diego Pot 5"x 4.5" Black | O | 2.10 | EA | B/O |
| 013 | 90074.05 | 80 | 80 | 0 | EA | Diego Pot 7"x 6"  Green | O | 4.77 | EA | B/O |
| 015 | 90074.55 | 59 | 59 | 0 | EA | Diego Pot 7"x 6"  Black | O | 4.77 | EA | B/O |
| 016 | 90111.50 | 80 | 0 | 80 | EA | Armada Vase 12"x 6"x 8.5" Silver | O | 10.17 | EA | 813.60 |
| 017 | 91010.05 | 180 | 0 | 180 | EA | Enchant Pot 5"x 5" Green | O | 1.98 | EA | 356.40 |
| 018 | 91010.30 | 48 | 48 | 0 | EA | Enchant Pot 5"x 5" Blue | O | 1.98 | EA | B/O |
| 025 | 92195.01 | 120 | 120 | 0 | EA | Urban Planter 12"x4"x4" White | O | 3.96 | EA | B/O |
| 028 | 94081.01 | 60 | 60 | 0 | EA | Artsi Vase 6.5"x 8.5" White | O | 7.77 | EA | B/O |
| 029 | 94081.75 | 47 | 47 | 0 | EA | Artsi Vase 6.5"x 8.5" Grey | O | 7.77 | EA | B/O |
| | | | | | | PLEASE PAY THIS AMOUNT | | | | 2110.20 |
| | | | | | | O= Override Pricing | | | | |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc.  UNTIL THIS INVOICE IS PAID.



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE:770-346-0707 FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093186copy |
|---|---|
| INVOICE DATE | 05.19.11 |

G.S.T. REG. NO.

CARRIER

| SOLD TO: | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA  94019<br>USA | SHIP TO | Nurserymen's Exchange<br>2651 N Carbillo Hwy<br><br>Half Moon Bay CA  94019<br>USA |
|---|---|---|---|

A/C

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 185787 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 04 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** B A C K O R D E R S *** | | | |
| | | | | | | Shopping Cart : 000100018833 | | | |
| 029 | 91020.50 | 113 | 113 | 0 | EA | Essence Pot 4.5"x 4.5" Silver | O  1.77 | EA | B/O |
| 047 | 92220.55 | 33 | 1 | 32 | EA | Napa Planter 11"x6"x 5.5" Black | O  5.28 | EA | 168.96 |
| | | | | | | PLEASE PAY THIS AMOUNT | | | 168.96 |
| | | | | | | O= Override Pricing | | | |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 9 of 18



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE:770-346-0707 FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093187copy |
|---|---|
| INVOICE DATE | 05.19.11 |

G.S.T. REG. NO.

CARRIER

SOLD TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

SHIP TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | PAGE | A/C LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 189068 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 02 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** B A C K O R D E R S *** | | | |
| | | | | | | Shopping Cart : 000100019959 | | | |
| 006 | 45466.00 | 192 | 192 | 0 | EA | Flora Vase 2.5"x3.5" | O 1.32 | EA | B/O |
| 010 | 48535.00 | 8 | 0 | 8 | EA | Studio Glass 7.5"x 7" Clear | O 15.00 | EA | 120.00 |
| 012 | 90012.00 | 32 | 32 | 0 | EA | Capri Pot 7"x 6" | O 4.62 | EA | B/O |
| 013 | 91022.50 | 80 | 0 | 80 | EA | Essence Pot 5.7"x 5.5" Silver | O 3.57 | EA | 285.60 |
| | | | | | | PLEASE PAY THIS AMOUNT | | | 405.60 |
| | | | | | | O= Override Pricing | | | |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.



Accent Decor, Inc.  
6550-A Jimmy Carter Blvd.  
Norcross, GA  
30071  
PHONE:770-346-0707 FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093188copy |
|---|---|
| INVOICE DATE | 05.19.11 |

G.S.T. REG. NO.

CARRIER

SOLD TO: Nurserymen's Exchange  
2651 N Carbillo Hwy  
Half Moon Bay CA 94019  
USA

SHIP TO: Nurserymen's Exchange  
2651 N Carbillo Hwy  
Half Moon Bay CA 94019  
USA

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | A/C PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 188665 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 03 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** BACKORDERS *** | | | | |
| | | | | | | Shopping Cart : 000100019836 | | | | |
| 007 | 45483.00 | 78 | 78 | 0 | EA | Centipede Vase 3"x3"x3.5"(1) | O | 1.17 | EA | B/O |
| 008 | 45483.00 | 24 | 24 | 0 | EA | Centipede Vase 3"x3"x3.5"(1) | O | 1.17 | EA | B/O |
| 013 | 91003.20 | 36 | 36 | 0 | EA | Allure Pot 7"x 6.7" Ivory | O | 4.17 | EA | B/O |
| 014 | 91022.50 | 56 | 0 | 56 | EA | Essence Pot 5.7"x 5.5" Silver | O | 3.57 | EA | 199.92 |
| | | | | | | PLEASE PAY THIS AMOUNT | | | | 199.92 |

O= Override Pricing

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.  
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.  
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.

Case: 11-31985 Doc# 165 Filed: 07/07/11 Entered: 07/14/11 07:45:11 Page 11 of 18



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE:770-346-0707 FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093189copy |
|---|---|
| INVOICE DATE | 05.19.11 |

G.S.T. REG. NO.

CARRIER

SOLD TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

SHIP TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | PAGE | A/C LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | Economy | 94-1424729 | | NET 30 DAYS | 192789 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141930 | 05.19.11 | PREPAID + CHARGE | Eva Lester | 01 | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Shopping Cart : 000100021231 | | | |
| 002 | 92190.02 | 48 | 48 | 0 | EA | Urban Square 6.25"x 6.25"  Yello O | 3.96 | EA | B/O |
| 003 | 92190.05 | 60 | 60 | 0 | EA | Urban Square 6.25"x 6.25"  Green O | 3.96 | EA | B/O |
| 004 | 92190.38 | 48 | 25 | 23 | EA | Urban Square 6.25"x 6.25" Dk Pur O | 3.96 | EA | 91.08 |
| 005 | 92190.55 | 60 | 60 | 0 | EA | Urban Square 6.25"x 6.25"  Black O | 3.96 | EA | B/O |
| 006 | 92300.01 | 64 | 64 | 0 | EA | Cercle Pot 4.25"x4.25"  White O | 1.62 | EA | B/O |
| 007 | 92300.55 | 64 | 0 | 64 | EA | Cercle Pot 4.25"x4.25"  Black O | 1.62 | EA | 103.68 |
| 008 | 93391.00 | 64 | 0 | 64 | EA | Garrett Pot 7.5"x 6.5" Brown O | 4.77 | EA | 305.28 |
| 009 | 94061.00 | 60 | 60 | 0 | EA | Polaris Pot 6.5"x 5" O | 4.50 | EA | B/O |
| 010 | 94080.75 | 96 | 96 | 0 | EA | Artsi Vase 4"x 4.5" Grey O | 2.37 | EA | B/O |
| | | | | | | PLEASE PAY THIS AMOUNT | | | 500.04 |
| | | | | | | O= Override Pricing | | | |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 12 of 18



Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE:770-346-0707 FAX:770-346-0888

# INVOICE

| INVOICE NO. | 2093239copy |
|---|---|
| INVOICE DATE | 05.20.11 |

G.S.T. REG. NO.

CARRIER

| SOLD TO: | Nurserymen's Exchange | SHIP TO | Nurserymen's Exchange |
|---|---|---|---|
| | 2651 N Carbillo Hwy | | 2651 N Carbillo Hwy |
| | Half Moon Bay CA 94019 | | Half Moon Bay CA 94019 |
| | USA | | USA |

| CUSTOMER | SHIP VIA | TAX LIC 1 | TAX LIC 2 | INVOICE TERMS | SALES ORDER | A/C PAGE | LOC. |
|---|---|---|---|---|---|---|---|
| W010598 | FedEx Economy | 94-1424729 | | NET 30 DAYS | 192989 | 1 | 01 |

| CUSTOMER P.O. | SHIP DATE | FREIGHT TERMS | SALES REP. | S.D.N. | BILL OF LADING | STORE | DEPT |
|---|---|---|---|---|---|---|---|
| 141930 | 05.20.11 | PREPAID + CHARGE | Eva Lester | DIRBL | | | |

| LN | PRODUCT | ORDER | B/O | SHIP | SKU | DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Freight | | | 2466.82 |
| | | | | | | 11 SKIDS, 250 BOXES, 6967 LBS. | | | |
| | | | | | | PRO# 216338080-0 | | | |
| | | | | | | PLEASE PAY THIS AMOUNT | | | 2466.82 |

NO GOODS TO BE RETURNED WITHOUT APPROVAL FROM US.
ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
GOODS REMAIN THE PROPERTY OF Accent Decor, Inc. UNTIL THIS INVOICE IS PAID.

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 13 of 18

2093183
2093184
2093185
2093186 — Shipped together
2093187
2093188
2093189

Invoice #
2093239
5/20/11



## DELIVERY RECEIPT

**Freight Bill** 2163380800 R0

2200 FORWARD DRIVE
HARRISON, AR 72601
fedex.com 1.866.393.4585

| Ship Date 05/20/2011 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin NEA | Destination SJC |

| Consignee | Trailer # 2312251 | Shipper |
| NURSERYMANS EXCHANGE<br>2651 CABRILLO HWY N<br>HALF MOON BAY<br>CA 94019   US | | ACCENT DECOR<br>6550 JIMMY CARTER BLVD STE A<br>NORCROSS<br>GA 30071-173   US |

**FedEx Freight Economy**

DRIVER COPY

| PIECES | HM | DESCRIPTION | WT/LBS | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | | NEA  INSPECTING TERMINAL<br>006967  ORIGINAL WEIGHT<br>**SHIPMENT REWEIGHED AS ABOVE**<br>WEIGHT VALIDATION FEE<br>FUEL SURCHG LTL SHFT20.40%<br>** FAK RATES APPLIED **<br><br>PO# 141930 | | | | | |
| 250 | 11 | PREPAID - WILL INVOICE SHIPPER | 7310 | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

WILL INVOICE RESPONSIBLE PARTY

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY   ☐ SORT & SEGREGATE   ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS   ☐ LIFT GATE   ☐ OTHERS

Delv. Driver & #: Moisu Mora 2070373
Date: 00 27 11   Arrive: 1221   Depart: 1248
# of Skids:   # of Pcs: 250   OS&D #:

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by: Pedro Isidro Lopez  5-27-11
☐ Over ☐ Damage   Exceptions: (11 PLT)
☐ Short ☐ Wrap Broken

*** SALES ORDER ***   2092201

Accent Decor, Inc.  Pick-up
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE: 770-346-0707   FAX: 770-346-0888

SO#: 191892-01
Order Date: 05.03.11
Whse: 01
Page: 03
A/C 17.8

SOLD TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA  94019
USA

SHIP TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA  94019
USA
650-712-4114

| Customer | Invoice Terms | Shipped | Taken By | Store | Department |
|---|---|---|---|---|---|
| W010598 | NET 30 DAYS | | CMyers | | |
| Salesrep | Customer P.O.# | Freight Terms | | F.O.B. | Inv. No. |
| 003 | | PREPAID + CHARGE | | | |

| Location | Ln# | Product Code/Description | Ord | B/O | Ship | Sku |
|---|---|---|---|---|---|---|
| | 022 | 91012.30<br>Enchant Pot 7.5"x 6.7" Blue | 80 | 0 | 80 | EA |
| | 023 | 91012.37<br>Enchant Pot 7.5"x 6.7" Purple | 80 | 0 | 80 | EA |
| | 024 | 93390.00<br>Garrett Pot 4.5"x 4" Brown | 120 | 0 | 120 | EA |
| | 025 | 93391.00<br>Garrett Pot 7.5"x 6.5" Brown | 64 | 0 | 64 | EA |
| | 026 | 96004.00<br>Newport Boat 15.7"x 8"x 6" Brown | 60 | 0 | 60 | EA |

Shippable Weight:   1524.78 Lb
Shippable Volume:    311.24 CuFt
Shippable Value:    5392.11

Sign X _____ Driver
5/6/11

| Picked By | Pick by Date | # of Cartons | Weight | Ship Via | |
|---|---|---|---|---|---|
| Ano Hugo | Isaac | 95 Boxes | 2772 | Economy 4 | SKIDS |

L 48
W 40
H 86

*** SALES ORDER ***

2092201 *(handwritten)*

SO#: 191892-01
Order Date: 05.03.11
Whse: 01
Page: 01
A/C 17.8

Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE: 770-346-0707   FAX: 770-346-0888

SOLD TO: Nurserymen's Exchange
2651 N Carbillo Hwy
Half Moon Bay CA  94019
USA

SHIP TO: Nurserymen's Exchange
2651 N Carbillo Hwy
Half Moon Bay CA  94019
USA
650-712-4114

| Customer | Invoice Terms | Shipped | Taken By | Store | Department |
|---|---|---|---|---|---|
| W010598 | NET 30 DAYS | | CMyers | | |

| Salesrep | Customer P.O.# | Freight Terms | F.O.B. | | Inv. No. |
|---|---|---|---|---|---|
| 003 | 141602 *(handwritten)* | PREPAID + CHARGE | | | |

| Location | Ln# | Product Code/Description | Ord | B/O | Ship | Sku |
|---|---|---|---|---|---|---|
| | | Only Pull Full Cases. | | | | |
| | | Shopping Cart : 000100020858 | | | | |
| | 002 | 41680.00 Cloche 7"x12" | 12 | 0 | 12 | EA |
| | 003 | 41681.00 Cloche 10.5"x18" | 12 | 0 | 12 | EA |
| | 004 | 47074.00 Sven Sq. Bowl 12x12x4" | 10 | 0 | 10 | EA |
| | 005 | 48530.00 Studio Glass 5"x 4.5" Clear | 16 | 0 | 16 | EA |
| | 006 | 48731.00 Crosswinds Vase 12"x11" Clear | 12 | 0 | 12 | EA |
| | 007 | 61451.00 Rustic Wood Pedestal 13.5"x 40" | 5 | 0 | 5 | EA |
| | 008 | 65100.00 Amstel Pot 5.5"x 6" Grey | 96 | 0 | 96 | EA |
| | 009 | 65101.21 Amstel Pot 8"x7" Cream | 96 | 0 | 96 | EA |
| | 010 | 65102.00 Amstel Pot 9.5"x7.5" Grey | 32 | 0 | 32 | EA |
| | 011 | 65102.21 Amstel Pot 9.5"x7.5" Cream | 32 | 0 | 32 | EA |

CONTINUED ON PAGE 2

*Handwritten note: "Pick up* [illegible] *"*

Case: 11-31985   Doc# 165   Filed: 07/07/11   Entered: 07/14/11 07:45:11   Page 16 of 18

*** SALES ORDER ***

SO#: 191892-01
Order Date: 05.03.11
Whse: 01
Page: 02
A/C 17.8

Accent Decor, Inc.
6550-A Jimmy Carter Blvd.
Norcross, GA
30071
PHONE: 770-346-0707   FAX: 770-346-0888

SOLD TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA

SHIP TO: Nurserymen's Exchange
2651 N Carbillo Hwy

Half Moon Bay CA 94019
USA
650-712-4114

| Customer | Invoice Terms | Shipped | Taken By | Store | Department |
|---|---|---|---|---|---|
| W010598 | NET 30 DAYS | | CMyers | | |
| Salesrep | Customer P.O.# | Freight Terms | | F.O.B. | Inv. No. |
| 003 | | PREPAID + CHARGE | | | |

| Location | Ln# | Product Code/Description | Ord | B/O | Ship | Sku |
|---|---|---|---|---|---|---|
| | 012 | 65103.00 Amstel Pot 11.5"x9" Grey | 28 | 0 | 28 | EA |
| | 013 | 65103.21 Amstel Pot 11.5"x9" Cream | 28 | 0 | 28 | EA |
| | 014 | 65104.00 Amstel Pot 13.5"x11" Grey | 28 | 0 | 28 | EA |
| | 015 | 65110.00 Amstel Boat 18.5"x5"x4" Grey | 65 | 0 | 65 | EA |
| | 016 | 65120.00 Amstel Planter 9"x4.5" Grey | 60 | 0 | 60 | EA |
| | 017 | 65121.00 Amstel Planter 12"x5" Grey | 60 | 0 | 60 | EA |
| | 018 | 73800.00 Element Vase 12.25x4x7.5" | 24 | 0 | 24 | EA |
| | 019 | 74121.00 Tulip Vase 6.5"x 6.5"x 13.5" | 36 | 0 | 36 | EA |
| | 020 | 91001.05 Allure Pot 5"x 5" Green | 60 | 36/40 | 24/20 | EA |
| | 021 | 91003.05 Allure Pot 7"x 6.7" Green | 80 | 40/31 | 40/49 | EA |

CONTINUED ON PAGE 3

# PURCHASE ORDER

| | |
|---|---|
| NURSERYMEN'S EXCHANGE, INC. | PO NUMBER: 141602 |
| BILL TO ADDRESS: | PO DATE: 5/04/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019 | SHIP DATE: 5/06/2011 |
| 650/726-6361 | PAGE: 1 |

| VENDOR: 8871 | SHIP TO: |
|---|---|
| ACCENT DECOR, INC. | NURSERYMEN'S EXCHANGE |
| 6550-A JIMMY CARTER BLVD. | DEPT 18/WILL CALL |
| | 2651 CABRILLO HWY |
| NORCROSS GA 30071 | |
| 800/385-5114 EVA LESTER | HALF MOON BAY CA 94019 |

AUTH BY: GARY ALLARD

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---:|---|---|---|---:|---:|
| 12 | EACH | 41680 | CLOCHE 7X12 | 11.97 | 143.64 |
| 12 | EACH | 41681 | CLOCHE 10.5X18 | 21.60 | 259.20 |
| 10 | EACH | 47074 | SVEN SQ. BOWL 12X12X4 | 17.70 | 177.00 |
| 16 | EACH | 48530 | SUDIO GLASS 5X4.5 CLEAR | 5.97 | 95.52 |
| 12 | EACH | 48731 | CROSSWINDS VASE 12X11 CLEAR | 23.34 | 280.08 |
| 5 | EACH | 61451 | RUSTIC WOOD PEDESTAL 13.5X40 | 47.40 | 237.00 |
| 96 | EACH | 65100 | AMSTEL POT 5.5X6 GRAY | 1.32 | 126.72 |
| 96 | EACH | 65101.21 | AMSTEL POT 8X7 CREAM | 2.37 | 227.52 |
| 64 | EACH | 65102 | AMSTEL POT 9.5X7.5 CREAM/GREY | 2.97 | 190.08 |
| 56 | EACH | 65103 | AMSTEL POT 11.5X9 CREAM & GREY | 4.17 | 233.52 |
| 28 | EACH | 65104 | AMSTEL POT 13.5X11 GREY | 6.57 | 183.96 |
| 65 | EACH | 65110 | AMSTEL BOAT 18.5X5X4 GREY | 2.10 | 136.50 |
| 60 | EACH | 65120 | AMSTEL PLANTER 9X4.5 GREY | 1.74 | 104.40 |
| 60 | EACH | 65121 | AMSTEL PLANTER 12X5 GREY | 2.34 | 140.40 |
| 24 | EACH | 73800 | ELEMENT VASE 12.25X4X7.5 | 13.17 | 316.08 |
| 36 | EACH | 74121 | TULIP VASE 6.5X6.5X13.5 | 17.28 | 622.08 |
| 24 | EACH | 91001 | ALLURE POT 5X5 GREEN | 1.98 | 47.52 |
| 40 | EACH | 91003 | ALLURE POT 7X6.7 GREEN | 4.17 | 166.80 |
| 160 | EACH | 91012 | ENCHANT POT 7.5X6.7 BLUE/PURPL | 4.17 | 667.20 |
| 120 | EACH | 93390 | GARRETT POT 4.5X4 BROWN | 1.50 | 180.00 |
| 64 | EACH | 93391 | GARRETT POT 7.5X6.5 BROWN | 4.77 | 305.28 |
| 60 | EACH | 96004 | NEWPORT BOAT 15.7X8X6 BROWN | 8.70 | 522.00 |

| | | |
|---|---:|---:|
| | SUB TOTAL: | 5,362.50 |
| TERMS OF SALE: FL TRUCK COLLECT-SMITH | TAX: | .00 |
| PAYMENT TERMS: NET 30 DAYS | TOTAL: | 5,362.50 |