1 **LEROY ANDERSON (SBN 129183)**
2 **ATTORNEY**
3 **73-700 El Paseo Drive**
 **PO Box 4736**
4 **Palm Desert, CA 92260**
5 Tel:   760/610-7500
 Fax:   760/610-7503
6

7 Attorney for W.J. Griffin, Inc., doing business as
 POR LA MAR NURSERY
8

# FILED

## JUL 1 1 2011  54

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

9

10 UNITED STATES BANKRUPTCY COURT

11 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 NURSERYMEN'S EXCHANGE, INC., | Case No. 11-31985 |
| 13 Debtor, | Chapter 11 |
| 14 | |
| 15 W.J. GRIFFIN, INC. doing business as POR LA MAR NURSERY, | Date:   not applicable |
| 16 Moving Party, | Time:   not applicable |
| 17 vs. | Location:   Courtroom 22 |
| 18 | 235 Pine Street, San Francisco, CA |
| 19 NURSERYMEN'S EXCHANGE, INC. | **SECTION 503(b)(9) PAYMENT** |
| 20 Responding Party. | **REQUEST BY W.J. GRIFFITH, INC.** |

**SECTION 503(b)(9) PAYMENT
REQUEST BY W.J. GRIFFITH, INC.
DOING BUSINESS AS POR-LA-MAR
NURSERY FOR PAYMENT OF
ADMINISTRATIVE EXPENSE UNDER
11 U.S.C. §503(b)(9) FOR GOODS
DELIVERED 20 DAYS BEFORE
FILING DATE; AND MEMORANDUM
OF POINTS AND AUTHORITIES AND
DECLARATION OF BRIAN CAIRD IN
SUPPORT THEREOF**

SECTION 503(b)(9) PAYMENT REQUEST BY W.J. GRIFFITH, INC. DOING BUSINESS AS POR-LA-MAR NURSERY FOR PAYMENT OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503(b)(9) FOR GOODS DELIVERED 20 DAYS BEFORE FILING DATE; AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRIAN CAIRD IN SUPPORT THEREOF

1

Creditor W.J. GRIFFIN, INC. doing business as POR LA MAR requests payment and moves the court and requests an order approving payment to W.J. GRIFFIN, INC. in the sum of $4,713.40 as an administrative expense under Federal Rule of Bankruptcy Procedure 9013(a) and 11 U.S.C. § 503(b)(9) for goods received by the debtor within 20 days before the date of the commencement of this case on May 23, 2011.

This Section 503(b)(9) Payment Request is based upon the Court's Order entered June 10, 2011 entitled "ORDER SETTING CLAIMS BAR DATE FOR SECTION 503(b)(9) CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF; the contents hereof, the accompanying Memorandum of Points and Authorities; Declaration of Brian Caird; and upon such other and further evidence as may properly be received into evidence at any hearing on this matter.

Dated: July 6, 2011.

W.J. GRIFFIN, INC. doing business as POR LA MAR NURSERY,

By: _Leroy Anderson_
LEROY ANDERSON
Attorney for W.J. GRIFFIN, INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

A.  **REQUESTED RELIEF IS APPROPRIATE UNDER SECTION 503(b)(9).**

Section 503(b)(9) of the Bankruptcy Code provides:

> (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause.
>
> (b) After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502 (f) of this title, including—
>
> . . .
>
> (9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business

B.  The Debtor filed a voluntary Petition for Relief under Chapter 11 on May 23, 2011. As shown in the accompanying declaration of Brian Caird, the unpaid balance of $4,713.40 represents goods shipped by W.J. Griffin, Inc. (doing business as Por La Mar Nursery) and received by the Debtor during the 20 day period immediately preceding the Debtor's Petition filing on May 23, 2011. The amount charged for the goods is fair and reasonable in amount and is entitled to payment as an administrative expense under Section 503(b)(9).

SECTION 503(b)(9) PAYMENT REQUEST BY W.J. GRIFFITH, INC. DOING BUSINESS AS POR-LA-MAR NURSERY FOR PAYMENT OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503(b)(9) FOR GOODS DELIVERED 20 DAYS BEFORE FILING DATE; AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRIAN CAIRD IN SUPPORT THEREOF

3

# DECLARATION OF BRIAN CAIRD

I, BRIAN CAIRD, declare:

1.  I am the President of W.J. GRIFFIN, INC. a California Corporation doing business as POR LA MAR NURSERY (the "Company"). I have been an officer and director of the Company at all relevant times and as part of my duties, I am one of the custodians of the books, records, and files of the Company as those books, records, and files pertain to the business and transactions with the debtor NURSERYMEN'S EXCHANGE, INC. (hereinafter the "Debtor"). I have supervised the work on said books, records, and files and I know that they are maintained in the ordinary course of business and each such document or record was prepared in the ordinary course of business by an employee or agent who had personal knowledge of the event being recorded and had a business duty to so accurately record such event. As to the facts set forth in this declaration, I have personal knowledge of such facts or I gained knowledge of them from books and records of the Company and I could and would testify competently if called upon to do so.

2.  Since 2002 the Company regularly sold and shipped flower products and related goods to the Debtor on account, payable in full in 30 days. All orders placed by the Debtor and all shipments and sales by the Company to the Debtor prior to May 23, 2011, were made in a routine manner and in the ordinary course of business between the Company and the Debtor as established by custom and practice over many years of doing business together.

3.  The records of the Company reflect that on and after May 3, 2011, the Company delivered to Debtor various flower goods at various destinations and locations

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 4 of 35

1

2      C.   **CONCLUSION**.

3          Based upon the reasons explained above, the accompanying Notice of Hearing and

4  Declaration of Brian Caird, the Company is entitled to an order allowing and granting it

5  an administrative expense under Section 503(b)(9) in the sum of $4,713.40 for goods

6  delivered to the Debtor immediately before its bankruptcy filing.

7

8  Dated: June _6_, 2011.

9                                          W.J. GRIFFIN, INC. doing business as POR LA
                                           MAR NURSERY,
10

11                                         By: _____

12                                            LEROY ANDERSON
                                              Attorney for W.J. GRIFFIN, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

as directed by the Debtor. After credits and adjustments the total fair and reasonable value of the goods delivered to or for the Debtor on and after May 3, 2011 was $4,713.40. All orders made by Debtor for goods and all shipments and deliveries to the Debtor between May 3, 2011 and May 23, 2011, the date the Debtor filed its petition for relief in the United States Bankruptcy Court for the Northern District of California, were made in the ordinary course of business and dealings between the Debtor and the Company.

4.     The records of the Company reflect that after applying payments and credits, the outstanding and unpaid balance due and owing by the Debtor to W.J. Griffin, Inc. on or about May 23, 2011, was the sum of $4,713.00. All charges to the Debtor which are included in this balance were fair and reasonable in amount and were charged in accordance with the custom and practice established between the parties.

5.     True and correct copies of the business records regarding the Debtor's account with W.J. Griffin, Inc. and the goods sold and delivered on and after May 3, 2011 are attached marked Exhibit 1 and incorporated herein by reference.

Executed on July ___, 2011, at Santa Barbara, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
**BRIAN CAIRD**

Case: 11-31985   Doc# 170   Filed: 07/11/11   Entered: 07/14/11 14:04:30   Page 6 of 35



*Por La Mar Nursery*
P.O. Box 8954 – 905 South Patterson Avenue
Santa Barbara, CA 93180
Phone: 805.964.8831 Fax: 805.967.3266

# CREDIT APPLICATION

**Company Information**

| Business Name/Individual | | Phone | | Fax | |
|---|---|---|---|---|---|
| *Nurserymen's Exchange, Inc.* | | | City | State | Zip Code |
| Billing Address | *Please see attached credit application information* | | City | State | Zip Code |
| Shipping Address (if different from above) | | | | | |

| Approximate Annual Sales | | Number of Employees | Years in Business |
|---|---|---|---|
| $ | | | |

Check One:   ☐ Sole Owner   ☑ Corporation        Date of Incorporation
            ☐ Partnership   ☐ Proprietorship

| Duns # | | Federal Tax ID # | | | |
|---|---|---|---|---|---|
| Name of Accounts Payable Contact | Phone/Ext. | | Name of Purchasing Agent | | Phone/Ext. |
| Email | | | Email | | |

**References**

| Bank Name | Phone | Fax | |
|---|---|---|---|
| Checking Account # | Savings Account # | | |
| 1.Trade Reference (full name) | Phone | Fax | Account # |
| 2. Trade Reference (full name) | Phone | Fax | Account # |
| 3.Trade Reference (full name) | Phone | Fax | Account # |
| 4. Trade Reference (full name) | Phone | Fax | Account # |

**Officer/Owner Information**

| Name | Soc. Sec.# | Home Address | Home Phone |
|---|---|---|---|
| Name | Soc. Sec.# | Home Address | Home Phone |

**IF YOU ARE TAX EXEMPT YOU MUST PROVIDE A TAX EXEMPTION CERTIFICATE**

*Nurserymen's Exchange*

~~The undersigned understands and agrees to meet Por La Mar Nursery's payment terms of net 30 days, to personally guarantee prompt and full payment of any and all of the obligations of the above named customer~~, and to pay reasonable attorney fees in the event of default.

I hereby authorize Por La Mar Nursery or its agents to investigate the above company's financial responsibility, credit worthiness, and depository relationship with the above listed bank and trade references.

*✱ _____Hollingsworth_____ Exec. V.P.*          *9/27/10*
SIGNATURE (must be owner/officer)                  DATE

*Don Mendel, General Counsel   11/3/10*

C:\Documents and Settings\Don\Local Settings\Temporary Internet Files\OLK5R\Credit Application.doc

*Supersedes all previous credit applications*

Exhibit 1 page 1



**NURSERYMEN'S EXCHANGE, INC.**
**CREDIT APPLICATION INFORMATION**

| | |
|---|---|
| **MAILING ADDRESS:** | 2651 CABRILLO HWY. NORTH.<br>HALF MOON BAY, CA 94019-1357<br>PHONE (650) 726-6361, FAX (650) 712-4288 |
| **SHIP-TO ADDRESS:** | 2651 CABRILLO HWY. N.<br>HALF MOON BAY, CA 94019-1357<br>PHONE (650) 726-6361, FAX (650) 712-4283 |
| **BUSINESS TYPE:** | CORPORATION |
| **OFFICERS:** | JACK PEARLSTEIN - PRESIDENT<br>GAIL HOLLINGSWORTH - VICE PRESIDENT |
| **BANK REFERENCE:** | WELLS FARGO BANK<br>245 S. LOS ROBLES AVE., SUITE 700<br>PASADENA, CA 91101<br>PHONE: (626) 685-9944    FAX: (626) 844-9063<br>ATTN: HARRY L. JOE |
| **YEAR ESTABLISHED:**<br>**DATE INCORPORATED:**<br>**LOCATION SINCE:** | 1941<br>1/2/1958<br>1958 |
| **FEDERAL ID # :**<br>**RESALE # :**<br>**DUN & BRADSTREET:** | 94-1424729<br>SS BH 19-151307<br>02-922-6586 |
| **TRADE REFERENCES:** | 1) CLEARWATER NURSERY, INC.<br>P O BOX 1170<br>NIPOMO, CA 93444<br>PHONE: (805) 929-3241, FAX: (805) 929-5421 |
| | 2) POR LA MAR NURSERY<br>P O BOX 6354<br>SANTA BARBARA, CA 93160-6354<br>PHONE: (805) 964-8831, FAX: (805) 967-3266 |
| | 3) WESTERN CACTUS ENTERPRISES, INC.<br>P O BOX 2018<br>VISTA, CA 92085<br>PHONE: (760) 726-1710, FAX: (760) 726-1799 |
| | 4) KITAYAMA BROS., INC.<br>481 SAN ANDREAS ROAD<br>WATSONVILLE, CA 95076<br>PHONE: (831) 722-2912, FAX: (831) 722-4185 |

Exhibit 1 page 2



*Por La Mar Nursery*
P.O. Box 6954 – 905 South Patterson Avenue
Santa Barbara, CA  93180
Phone: 805.964.8831  Fax: 805.967.3286

# CREDIT APPLICATION

**Company Information**

| Business Name/Individual | | Phone | | Fax | |
|---|---|---|---|---|---|
| *Nurserymen's Exchange, Inc.* | | | | | |
| Billing Address | | City | | State | Zip Code |
| *Please see attached credit application information* | | | | | |
| Shipping Address (if different from above) | | City | | State | Zip Code |

| Approximate Annual Sales | | Number of Employees | Years in Business |
|---|---|---|---|
| $ | | | |

Check One:  ☐ Sole Owner   ☐ Corporation   Date of Incorporation
☐ Partnership   ☐ Proprietorship

| Duns # | Federal Tax ID # | | |
|---|---|---|---|
| Name of Accounts Payable Contact | Phone/Ext. | Name of Purchasing Agent | Phone/Ext. |
| Email | | Email | |

**References**

| Bank Name | Phone | Fax | |
|---|---|---|---|
| Checking Account # | Savings Account # | | |
| 1. Trade Reference (full name) | Phone | Fax | Account # |
| 2. Trade Reference (full name) | Phone | Fax | Account # |
| 3. Trade Reference (full name) | Phone | Fax | Account # |
| 4. Trade Reference (full name) | Phone | Fax | Account # |

**Officer/Owner Information**

| Name | Soc. Sec.# | Home Address | Home Phone |
|---|---|---|---|
| Name | Soc. Sec # | Home Address | Home Phone |

**IF YOU ARE TAX EXEMPT YOU MUST PROVIDE A TAX EXEMPTION CERTIFICATE**

The undersigned understands and agrees to meet Por La Mar Nursery's payment terms of net 30 days, to personally guarantee prompt and full payment of any and all of the obligations of the above named customer, and to pay reasonable attorney fees in the event of default.

I hereby authorize Por La Mar Nursery or its agents to investigate the above company's financial responsibility, credit worthiness, and depository relationship with the above listed bank and trade references.

\* *Gail Hollingsworth*  Exec. V.P.                    9/27/10
SIGNATURE *(must be owner/officer)*                    DATE

C:\Documents and Settings\Pos\Local Settings\Temporary Internet Files\OLK5B\Credit Application.doc

Exhibit 1 page 3



**NURSERYMEN'S EXCHANGE, INC.**

## NURSERYMEN'S EXCHANGE, INC.
## CREDIT APPLICATION INFORMATION

**MAILING ADDRESS:**      2651 CABRILLO HWY. NORTH.
HALF MOON BAY, CA 94019-1357
PHONE (650) 726-6361, FAX (650) 712-4288

**SHIP-TO ADDRESS:**      2651 CABRILLO HWY. N.
HALF MOON BAY, CA 94019-1357
PHONE (650) 726-6361, FAX (650) 712-4283

**BUSINESS TYPE:**      CORPORATION

**OFFICERS:**      JACK PEARLSTEIN - PRESIDENT
GAIL HOLLINGSWORTH - VICE PRESIDENT

**BANK REFERENCE:**      WELLS FARGO BANK
245 S. LOS ROBLES AVE., SUITE 700
PASADENA, CA 91101
PHONE: (626) 685-9944    FAX: (626) 844-9063
ATTN: HARRY L. JOE

**YEAR ESTABLISHED:**      1941
**DATE INCORPORATED:**      1/2/1958
**LOCATION SINCE:**      1958

**FEDERAL ID # :**      94-1424729
**RESALE # :**      SS BH 19-151307
**DUN & BRADSTREET:**      02-922-6586

**TRADE REFERENCES:**      1) CLEARWATER NURSERY, INC.
P O BOX 1170
NIPOMO, CA 93444
PHONE: (805) 929-3241, FAX: (805) 929-5421

2) POR LA MAR NURSERY
P O BOX 6354
SANTA BARBARA, CA 93160-6354
PHONE: (805) 964-8831, FAX: (805) 967-3266

3) WESTERN CACTUS ENTERPRISES, INC.
P O BOX 2018
VISTA, CA 92085
PHONE: (760) 726-1710, FAX: (760) 726-1799

4) KITAYAMA BROS., INC.
481 SAN ANDREAS ROAD
WATSONVILLE, CA 95076
PHONE: (831) 722-2912, FAX: (831) 722-4185

Exhibit 1 page 4

SEP-05-2002(THU) 14:22  POR LA MAR NURSERY    P. 2

...men's Exchange, In  650-712-4277

Santa Barbara, CA 93150
Phone: 805.964.8831 Fax: 805.967.3266

Por La Mar Nursery

**APPLICATION**

Please Type or Print Clearly

| Business Name/Individual / | Phone | | Fax | |
|---|---|---|---|---|
| *Nurserymens Exchange, Inc* | | | | |
| Billing Address | City | | State | Zip Code |
| *see application attached* | | | | |
| Shipping Address (if different from above) | City | | State | Zip Code |

| Approximate Annual Sales | | Number of Employees | Years in Business |
|---|---|---|---|
| $ | | | |

Check One:  ☐ Sole Owner   ☐ Corporation        Date of Incorporation
            ☐ Partnership   ☐ Proprietorship

☐ Owner    ☐ Partner      ☐ Controller
Home Address
                                        City                          Home Phone

| Name of Accounts Payable Contact | Phone/Ext. | Name of Purchasing Agent | Phone/Ext. |
|---|---|---|---|
| Email | | Email | |

Will you be purchasing for resale?  ☐ Yes ☐ No  *If yes, please complete resale card and submit*

| Bank Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Contact | Phone | Checking Account # | Savings Account # | |
| 1. Trade Reference (full name) | Address | City | State | Zip Code |
| Contact | Phone | Fax | Account # | |
| 2. Trade Reference (full name) | Address | City | State | Zip Code |
| Contact | Phone | Fax | Account # | |
| 3. Trade Reference (full name) | Address | City | State | Zip Code |
| Contact | Phone | Fax | Account # | |
| 4. Trade Reference (full name) | Address | City | State | Zip Code |
| Contact | Phone | Fax | Account # | |

The undersigned understands and agrees to meet Por La Mar Nursery's payment terms of net 30 days, to personally guarantee prompt and full payment of any and all of the obligations of the above named customer, and to pay reasonable attorney fees in the event of default.

I hereby authorize Por La Mar Nursery or its agents to investigate the above company's financial responsibility, credit worthiness, and depository relationship with the above listed bank and trade references.

_____ , CONTROLLER           9-10-02
SIGNATURE                                       DATE

Exhibit 1 page 5





# NURSERYMEN'S EXCHANGE

475 SIXTH STREET, SAN FRANCISCO, CA 94103 • (415) 392-0078 • FAX (415) 778-11?
2651 CABRILLO HWY N. HALF MOON BAY CA 94019 (650) 726-6361 • FAX (650) 712-4283

## NURSERYMEN'S EXCHANGE, INC.
## CREDIT APPLICATION INFORMATION

| | |
|---|---|
| **MAILING ADDRESS:** | 475 6TH STREET<br>SAN FRANCISCO, CA 94103-4706<br>(415) 392-0078 |
| **SHIP-TO ADDRESS:** | 2651 CABRILLO HWY. N.<br>HALF MOON BAY, CA 94019-1357<br>(650) 726-6361 |
| **BUSINESS TYPE:** | CORPORATION |
| **OFFICERS:** | JACK PEARLSTEIN - PRESIDENT<br>GAIL HOLLINGSWORTH - SECRETARY-TREASURER |
| **BANK REFERENCE:** | BANK OF AMERICA<br>CBCI UNIT # 6108<br>P.O. BOX 3609<br>LOS ANGELES, CA 90017<br>TELEPHONE: (213) 345-7040.    FAX: (213) 345-8579 |
| **YEAR ESTABLISHED:**<br>**DATE INCORPORATED:**<br>**LOCATION SINCE:** | 1941<br>1/2/58<br>1958 |
| **FEDERAL ID # :**<br>**RESALE # :**<br>**DUN & BRADSTREET:** | 94-1424729<br>SS BH 19-151307<br>02-922-6586 |
| **TRADE REFERENCES:** | 1) ELECTRICAL MATERIALS INC. (650) 494-0400<br>   796 SAN ANTONIO RD.<br>   PALO ALTO, CA 94303 |
| | 2) ROMEO PACKING CO. (650) 728-3393<br>   106 PRINCETON AVE.<br>   HALF MOON BAY, CA 94019 |
| | 3) W.W. GRAINGER, INC. (847) 647-2060<br>   A/C #729-80-993-121-5<br>   1430 SAN MATEO AVE.<br>   SOUTH SAN FRANCISCO, CA 94080 |
| | 4) INDUSTRIAL SAFETY SUPPLY (510) 658-0414<br>   P.O. BOX 8686<br>   EMERYVILLE, CA 94662 |

*Since 1941*





# SALES TAX RULES AND REGULATIONS
### RESALE CERTIFICATES

**To Our Customers:**

In compliance with Sales and Use Tax Law, ...

...

## RESALE CERTIFICATE

FIRM NAME  *Nurserymen's Exchange, Inc.*

I HEREBY CERTIFY that I hold ...
issued pursuant to the Sales and Use Tax Law; that I am engaged in the business of selling

*Nursery Plants*

and that the tangible personal property described herein which I shall purchase from

*Por La Mar Nursery*

will be resold by me in the form of tangible personal property; PROVIDED, however, that in the event any of such property is used for any purpose other than retention, demonstration, or display while holding it for sale in the regular course of business, it is understood that I am required by the Sales and Use Tax Law to report and pay tax, measured by the purchase price of such property or other authorized amount.

Description of property to be purchased:

Date: *9/10* 20 *02*   Signature *Ken Evans*

at *N/E*   By and Title *Ken Evans, Controller*

Phone *(415) 392-0078*   Address *475 6th Street, SF CA 94103*

Exhibit 1 page 7



# CREDIT/COLLECTION
## POLICY

**POR LA MAR NURSERY's terms are net 30** from the date of the invoice and your prompt payment is imperative. Statements are sent monthly itemizing open invoices and balance due. At this time, we do not apply finance charges for late payment. However, a past due balance will put the account on a credit/shipping hold. Please contact our Accounts Receivable Department if you have questions upon review of your statement. Our direct number is 805-699-4536 and fax number is 805-681-0582.

Regarding shipments received needing a credit, a credit request must be submitted to your sales representative and approved in order to issue a credit memo which should accompany any payments with short pays. Please do not take a deduction before receiving a documented credit memo. To assure accurate and prompt postings to your account, an approved C/M number, amount and explanation be attached to the check. All payments should be mailed to the following:

**POR LA MAR NURSERY**
P.O. Box 6354
Santa Barbara, California 93160-6354

Credit and Collections

I agree to the above terms.

_Ken Ellis, CONTROLLER_                    _9-10-02_
Customer signature                          Date

Exhibit 1 page 8

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 14 of 35

 

**NURSERYMEN'S EXCHANGE**
475 SIXTH STREET, SAN FRANCISCO, CA 94103 • (415) 552-6675 • FAX (415) 778 3311
2651 CABRILLO HWY. NO., HALF MOON BAY, CA 94019 • (650) 726-4361 • FAX (650) 713-4283

*Attn: Billing*
*Dept.*
*A/R.*

October 19, 2006

Dear

Please note that effective November 1, 2006, the Accounting Department of Nurserymen's Exchange, Inc. will be moving to the Company's main location at the following address:

Nurserymen's Exchange
2651 North Cabrillo Highway
ATTN: Accounts Payable
Half Moon Bay, CA 94019

Please forward all invoices, payments and correspondence to this new address.

Thank you.

Sincerely,

Robert Long
Financial Controller

 

*Since 1941*

Exhibit I page 9



## BANK REFERENCE RELEASE FORM

Company Name: _Nurserymen's Exchange, Inc._

Account Number: _xxxxxx 7518_

Authorized to Release Information By:

_Gail Hollingsworth_ Exec V.P.

Your above listed customer would like to establish credit with us and have listed you as a reference.
Please provide the information requested below and fax back to 805-681-0582

How long have you done business with them?____  _____

What is their high account balance with your bank?_____

What is their current account balance?_____

Have they had any checks returned due to NSF?_____

If yes, how much was it for?_____

Do they have more than one account with your bank?_____ How many?_____

Thank you for taking the time to help your customer and us.

Pam Burgess
Credit Manager

Por La Mar Nursery
P.O. Box 6354 ~ 905 S. Patterson Ave. ~ Santa Barbara, Ca. 93160-6354
805-699-4521 ~ Fax 805-681-0582

Exhibit 1 page 10

09/31/2008   22:37   8317280666       KITAYAMA           PAGE 01
            805 681 0582     09.27/2010 15:20    #321 P.001/001



September 27, 2010

**ATTN: CREDIT**
**KITAYAMA BROS. , INC**
**831-722-4185**

The customer named below has given your name as a reference. We would appreciate your cooperation in helping us make a fair credit determination. We will maintain this information in the strictest confidence and would be pleased to reciprocate upon your request.

**NURSERYMEN'S EXCHANGE, INC.** *9486200*
**2651 CABRILLO HWY, NORTH**
**HALF MOON BAY, CA 94019-1357**

Credit Since: _____

Terms: *C.O.D.*

Recent High Credit: *—0—*

Date of Last Sale: *8-16-2010*

Present Balance: *$ 202.20*

Past Due Balance: *—0—*

Comments re claims, NSF's, value as customer, etc: _____

Payment Record:

( ) Prompt

( ) Acceptable

( ) Slow

No. of Days: *—0—*

Completed By: *Maureen Morgan*

Date: *9-28-10*

Title: *Credit Services*

*Thank You*
*Pam Burgess*
Fax: (805) 681-0582

**Por La Mar Nursery 905 S. Patterson Avenue, Santa Barbara, Ca. 93160**

RECEIVED 09-27-'10 15:18   FROM- 8056810582        mo

Exhibit 1 page 11

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 17 of 35



September 27, 2010

**ATTN: CREDIT**
**WESTERN CACTUS ENTERPRISES, INC**
**760-726-1799**

The customer named below has given your name as a reference. We would appreciate your cooperation in helping us make a fair credit determination. We will maintain this information in the strictest confidence and would be pleased to reciprocate upon your request.

**NURSERYMEN'S EXCHANGE, INC.**
**2651 CABRILLO HWY, NORTH**
**HALF MOON BAY, CA 94019-1357**

Credit Since: _15 + years_          Payment Record:

Terms: _Net 30_                     ( ) Prompt

Recent High Credit: _____    ( ) Acceptable

Date of Last Sale: _9/27/2010_      (✓) Slow

Present Balance: _$178,489 86_

Past Due Balance: _$101,408 13_     No. of Days _30 ~ 90+ days_

Comments re claims, NSF's, value as customer, etc: _good customer,_
_slow to pay_

Completed By: _Lisa Adams_          Title: _office mgr_

Date: _9/27/2010_

*Thank You*
*Pam Burgess*
Fax: (805) 681-0582

**Por La Mar Nursery  905 S. Patterson Avenue, Santa Barbara, Ca. 93160**



## Por La Mar Nursery

P.O. Box 6354  905 S. Patterson Ave.
Santa Barbara, CA 93160-6354
(805) 964-8831  FAX: (805) 967-3266

# INVOICE

P.O. #: 141571-TJ's
Acct. #: NURSEMEN

| | |
|---|---|
| Invoice No.: | 182528 |
| Date: | 05/03/11 |
| Page· | 1 |

<u>BILL TO:</u>
NURSERYMEN'S EXCHANGE
2651 CABRILLO HWY NORTH
ATTN: ACCOUNTS PAYABLE
HALF MOON BAY, CA 94019

<u>SHIP TO:</u>
NURSERYMEN'S EXCHANGE, INC.
TRADER JOE'S
10288 CALABASH AVE
FONTANA, CA 92335
415 392-0078

| 04/21/11 | NET 30 | JESSUP | PLM3-PC | 04 |
|---|---|---|---|---|

CITY OF INDUSTRY, 55 C, PO#29201398
ARIZONA, 2 CS, PO# 29198286

| DESCRIPTION | QTY | CT | PRICE | CASE PR | EXTENSION |
|---|---|---|---|---|---|
| ." Freesia, Brio Pot , 8pk/CUB | 57 | 8 | 3.65 | 29.20 | $1,664.40 |

NE Boxes, No PLM care tags, put in NE generic care tags
UPC and box labels on file

TRADER JOE'S  $8.99
SCF-BRIO CERAMIC/FREESIA-(pull from week 14 crop)
12.780 OZ (378 ML)
0-30134-68351-0

BOX LABEL CODE: 187537

BAR CODE BOX LABELS (2 per case)
(00) 0 0000000 000187537 9

| | | |
|---|---|---|
| Sales | | $1,664.40 |
| Discount | | $0.00 |
| Freight | | $0.00 |
| Taxable | $0.00 | |
| Tax | 0.000 % | $0.00 |
| Miscellaneous | | $0.00 |
| Invoice Total | | $1,664.40 |

| CASES | 57 |
|---|---|
| EACHES | 0 |

NOTICE: REQUEST FOR CREDIT ON MERCHANDISE, NOT ACCEPTED AFTER 48 HOURS FROM DATE OF RECEIPT.

Exhibit 1 page 13

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 19 of 35



# Por la Mar Nursery
# ACKNOWLEDGMENT

.# 141571-TJ's
Acct# NURSEMEN

Order No. 182,528
Ship Date 05/05/11
Page 1

Bill To:
NURSERYMEN'S EXCHANGE
2651 CABRILLO HWY NORTH
ATTN: ACCOUNTS PAYABLE
HALF MOON BAY, CA 94019

Ship To:
NURSERYMEN'S EXCHANGE, INC.
TRADER JOE'S
10288 CALABASH AVE
FONTANA, CA 92335
415 392-0078

| Order Date | Terms | Ship via | Placed by | Slp |
|---|---|---|---|---|
| 04/21/11 | NET 30 | JESSUP | PLM3-PC | 04 |

CITY OF INDUSTRY, 55 C, PO#29201398
ARIZONA, 2 CS, PO# 29198286

| Description | Qty | Ct | Units | Price | Case Pr | Extension |
|---|---|---|---|---|---|---|
| 4" Freesia, Brio Pot , 8pk/CUB | 57 | 8 | 456 | 3.65 | 29.20 | $1,664.40 |

NE Boxes, No PLM care tags, put in NE generic care tags
UPC and box labels on file

TRADER JOE'S $8.99
SCF-BRIO CERAMIC/FREESIA-(pull from week 14 crop)
12.780 OZ (378 ML)
0-30134-68351-0

BOX LABEL CODE: 187537

BAR CODE BOX LABELS (2 per case)
(00) 0 0000000 000187537 9

| | |
|---|---|
| CASES | 57 |
| EACHES | 0 |

| | |
|---|---|
| Sales | $1,664.40 |
| Discount | $0.00 |
| Freight | $0.00 |
| Taxable | $0.00 |
| Tax 0.000% | $0.00 |
| Miscellaneous | $0.00 |
| Invoice Total | $1,664.40 |

**NOTICE: REQUEST FOR CREDIT ON MERCHANDISE, NOT ACCEPTED AFTER 48 HOURS FROM DATE OF RECEIPT.**

Exhibit 1 page 14

141571

| NURSERYMEN'S EXCHANGE, INC. | PO NUMBER: | 141571 |
|---|---|---|
| BILL TO ADDRESS: | PO DATE: | 5/03/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019 | SHIP DATE: | 5/03/2011 |
| 650/726-6361 | PAGE: | 1 of 3 |

| VENDOR:    925 | SHIP TO: |
|---|---|
| POR LA MAR NURSERY | NURSERYMEN'S EXCHANGE |
| 905 S PATTERSON AVE | DROP SHIP |
| PO BOX 6354 | ENTER CUSTOMER ADDRESS |
| SANTA BARBARA    CA   93160 | |
| 805/699-4545 ROGER | DROP SHIP        CA   94103 |

AUTH BY; MARK RYSER

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 456 | 1 | 4FREE | 4" FREESIA-8/CS/UPC/BRIO POT | 3.65 | 1,664.40 |
| | | | NE BOX | | |
| | | | 55-CITY OF INDUSTRY | | |
| | | | 2-ARIZONA | | |

| | SUB TOTAL: | 1,664.40 |
|---|---|---|
| TERMS OF SALE: | TAX: | .00 |
| PAYMENT TERMS: NET 30 DAYS | TOTAL: | 1,664.40 |

trader joe's-w/upc labels



REVISED
DATE: 5/3

Exhibit 1 page 15

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 21 of 35

182528



TRANSPORTATION, INC.

641 Old Gilroy St    Gilroy,    Ph: 408-848-3390
CA 95020                Fx: 408-848-5943

# Freight Bill

Tag Number:

May 3, 2011

**SHIPPER:**

NE Vista

P/U at Por La Mar

Santa Barbara

**CONSIGNEE:**

Trader Joe's

Fontana

Order Date:      May 3, 2011

Order #:

Reference #:      141571

**Delivery Date:**   5/4/2011

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| 55 | City of Ind. - PO# | 29201398 | 1100 | 55 | |
| 2 | Phoenix - PO# | 29198286 | 40 | 2 | |
| | Stockton - PO# | 29200906 | | | |
| | Portland - PO# | 29200629 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Total: | | 57 | |

**Comments:**

Exhibit 1 page 16



**Por La Mar Nursery**
P.O. Box 6354  905 S. Patterson Ave.
Santa Barbara, CA 93160-6354
(805) 964-8831  FAX: (805) 967-3266

# INVOICE

P.O. #: 141349-Yosemite
Acct. #: NURSEMEN

| | |
|---|---|
| Invoice No.: | 182736 |
| Date: | 05/03/11 |
| Page: | 1 |

**BILL TO:**
NURSERYMEN'S EXCHANGE
2651 CABRILLO HWY NORTH
ATTN: ACCOUNTS PAYABLE
HALF MOON BAY, CA 94019

**SHIP TO:**
NURSERYMEN'S EXCHANGE, INC.
YOSEMITE WHOLESALE
2674 E. VASSER
MERCED, CA 95341
415 392-0078

| 04/23/11 | NET 30 | JESSUP | PLM3-PC | 04 |
|---|---|---|---|---|

Yosemite

| DESCRIPTION | QTY | CT | PRICE | CASE PR | EXTENSION |
|---|---|---|---|---|---|
| 5" Sleeve, 6" Roses, Mylar 6pk/18T | 154 | 6 | 3.50 | 21.00 | $3,234.00 |

NE Boxes, add NE generic care tags
UPC:
ROSE
0-30134-37006-9

| CASES | 154 |
|---|---|
| EACHES | 0 |

| | | |
|---|---|---|
| Sales | | $3,234.00 |
| Discount | | $0.00 |
| Freight | | $0.00 |
| Taxable | $0.00 | |
| Tax | 0.000 % | $0.00 |
| Miscellaneous | | $0.00 |
| Invoice Total | | $3,234.00 |

NOTICE: REQUEST FOR CREDIT ON MERCHANDISE, NOT ACCEPTED AFTER 48 HOURS FROM DATE OF RECEIPT.

Exhibit 1 page 17

# Por la Mar Nursery
# ACKNOWLEDGMENT

.# 141349-Yosemite
Acct# NURSEMEN

Order No. 182,736
Ship Date 05/03/11
Page 1

Bill To:

NURSERYMEN'S EXCHANGE
2651 CABRILLO HWY NORTH
ATTN: ACCOUNTS PAYABLE
HALF MOON BAY, CA 94019

Ship To:

NURSERYMEN'S EXCHANGE, INC.
YOSEMITE WHOLESALE
2674 E. VASSER
MERCED, CA 95341
415 392-0078

| Order Date | Terms | Ship Via | Placed by | Slp |
|---|---|---|---|---|
| 04/23/11 | NET 30 | Yosemite | PLM3-PC | 04 |

| Description | Qty | Ct | Units | Price | Case Pr | Extension |
|---|---|---|---|---|---|---|
| 6" Sleeve, 6" Roses, Mylar 6pk/18T | 154 | 6 | 924 | 3.50 | 21.00 | $3,234.00 |
| NE Boxes, add NE generic care tags | | | | | | |
| UPC: | | | | | | |
| ROSE | | | | | | |
| 0-30134-37006-9 | | | | | | |

| CASES | 154 |
|---|---|
| EACHES | 0 |

| | |
|---|---|
| Sales | $3,234.00 |
| Discount | $0.00 |
| Freight | $0.00 |
| Taxable | $0.00 |
| Tax 0.000% | $0.00 |
| Miscellaneous | $0.00 |
| Invoice Total | $3,234.00 |

NOTICE: REQUEST FOR CREDIT ON MERCHANDISE, NOT ACCEPTED AFTER 48 HOURS FROM DATE OF RECEIPT.

Exhibit 1 page 18

# PURCHASE ORDER

141349

NURSERYMEN'S EXCHANGE, INC.
BILL TO ADDRESS:
3651 N. Cabrillo Hwy, Half Moon Bay, CA  94019
650/726-6361

PO NUMBER:  14
PO DATE:  4/
SHIP DATE:  5/
PAGE:

VENDOR:  925
POR LA MAR NURSERY
905 S PATTERSON AVE
PO BOX 6354
SANTA BARBARA    CA  93160
805/699-4545 ROGER

SHIP TO:
NURSERYMEN'S EXCHANGE
DROP SHIP
ENTER CUSTOMER ADDRESS

DROP SHIP        CA  94103

AUTH BY: MARK RYSER

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | |
|-----|--------|-------|-------------|----------|---|
| 924 | 1 | 6ROSE | 6" ROSES-6/CS/UPC/WRAP/NE BOX | 3.50 | 3 |

TERMS OF SALE:
PAYMENT TERMS: NET 30 DAYS

| | |
|---|---|
| SUB TOTAL: | 3 |
| TAX: | |
| TOTAL: | 3 |

osemite-w/upc labels

PLEASE MARK ALL BOXES:
1) CUSTOMER NAME
2) PRODUCT DESCRIPTION
3) CASE PACK
4) UPC LABEL-TOP RIGHT CORNER

142736

ROSE
Nurserymen's Exchange, Inc.
Half Moon Bay, CA 94019
1.35 QT (1.29 L)

0-30134-37006-9

Exhibit 1 page 19

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 25 of 35



# NURSERYMEN'S EXCHANGE, INC.

2651 North Cabrillo Hwy,
HALF MOON BAY, CA 94019-1357
650.726.6361 Fax: 650.712.4288

**SHIP TO:**

182736    5/09/2011    973316

REORDER PHONE NO.

CUSTOMER P.O. NO.

SOLD TO:

YOSEMITE WHOLESALE
2674 E VASSER
MERCED                    CA
95341

**DELIVER TO:**

| DATE OF ORDER | CUSTOMER NUMBER | SHIP TO NUMBER | ROUTING CODE | SHIP WITH | CHG. CODE | SALESPERSON | WHS | BATCH | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | JESUP | | CSG-P | 813/870 | 50 | 1 | 1 |

| LINE# | STOCK NUMBER | QTY ORDERED | LOC# | CASES ORDERED | SIZE | DESCRIPTION | DC/VP | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 90 | DR | 154 | 6 IN | OFF-ROSE W/XYLEM    SUPR NO | | | |

YOSEMITE

ORDER MUST ARRIVE 5/24/11  NO 7:00AM

USDA-APHIS-PPQ
4700 RIVER ROAD
RIVERDALE, MD 20737
CERTIFIED UNDER 7CFR301.92
FEDERAL COOPERATIVE
DOMESTIC PLANT QUARANTINE
CAN:41-03409-004

USDA-APHIS-PPQ
4700 RIVER ROAD
RIVERDALE, MD 20737
CERTIFIED UNDER FEDERAL
DOMESTIC QUARANTINE ORDER
LIGHT BROWN APPLE MOTH
Epiphyas postvittana
CAN:41-GLBAM-3409-004

| CASES | LINEAR FT. |
|---|---|
| 54 | 19.66 |

NOTE TO PURCHASER:
NO COMPLAINT WILL BE ACCEPTED UNLESS NOTED ON CARRIER'S DELIVERY RECEIPT
OR MADE WITHIN 24 HOURS FROM RECEIPT OF MERCHANDISE.

PERISHABLE - KEEP CTNS. UPRIGHT

KEEP FROM HEAT & FROST
DO NOT CRUSH, TIP OR DROP

**NURSERYMEN'S EXCHANGE, INC.**

NURSERYMEN'S
EXCHANGE, INC.
IS AN INTENDED
BENEFICIARY.

PREPAID    COLLECT

THIS SHIPPING ORDER

FROM NURSERYMEN'S EXCHANGE INC.

AT CITY/STATE:                    CUST. P.O.:

CARRIER NAME: JESUP            LOAD NO.:        DROP NO.:

DATE SHIPPED:                   CUSTOMER PHONE NO.:

SHIPPER'S NO.:

ARRIVE NO LATER THAN:

TEMP. RECORDER IN TRUCK    YES [ ]    NO [ ]

TEMP. RANGE:

2 CARRIER

| NO. PKGS. | KIND OR PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUB. TO COR.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| 154 | TREES, SHRUBS OR VINES N.O.I. ROOTS IN EARTH OR OTHER GROWING MEDIA IN CTNS, CLASS 77-1/2    ITEM # 71290 SUB 1 | 3050 | 77 1/2 | |
| | PALLETS: TREES, SHRUBS AND VINES, CLASS 77-1/2    ITEM # 71290 SUB 1 | | | |
| | BULBS OR TUBERS N.O.I.E.N. CLASS 70 ACTUAL VALUE NOT EXCEEDING 50¢ PER LB.    ITEM # 71120 SUB 1 | | | |
| | PALLETS: BULBS OR TUBERS CLASS 70    ITEM # 71120 SUB 1 | | | |
| | PALLETS: FAK 77-1/2 | | | |

DRIVER'S SIGNATURE

Exhibit 1 page 20

Case: 11-31985    Doc# 170    Filed: 07/11/11    Entered: 07/14/11 14:04:30    Page 26 of 35



**Por La Mar Nursery**
P.O. Box 6354  905 S. Patterson Ave.
Santa Barbara, CA 93160-6354
(805) 964-8831  FAX: (805) 967-3266

# INVOICE

P.O. #:  141592-TJ's
Acct. #:  NURSEMEN

| | |
|---|---|
| Invoice No.: | 183374 |
| Date: | 05/04/11 |
| Page: | 1 |

**BILL TO:**
NURSERYMEN'S EXCHANGE
2651 CABRILLO HWY NORTH
ATTN: ACCOUNTS PAYABLE
HALF MOON BAY, CA 94019

**SHIP TO:**
NURSERYMEN'S EXCHANGE, INC.
TRADER JOE'S
10288 CALABASH AVE
FONTANA, CA 92335
415 392-0078

| 05/04/11 | NET 30 | JESSUP | PLM3-PC | 04 |
|---|---|---|---|---|

STOCKTON, 6 CS, PO# 29220414

| DESCRIPTION | QTY | CT | PRICE | CASE PR | EXTENSION |
|---|---|---|---|---|---|
| ?" Asiatic Lily,PLM My 15pk/CUB SLV | 6 | 15 | 3.50 | 52.50 | $315.00 |

Pull product from week 19.
NE Boxes, no PLM care tags, use NE generic care tags, PLM wrap.
UPC:
TRADER JOE'S  $5.99
HYBRID LILY
0-30134-31004-1

BOX LABEL:
M&C DISTRIBUTORS
15/4" HYBRID LILY W/WRAP
SKU# 071407  $5.99

SPECIAL BOX LABELS: (2 PER CASE)
(00) 0 0000000 000071407 5

| CASES | 6 |
|---|---|
| EACHES | 0 |

| | | |
|---|---|---|
| Sales | | $315.00 |
| Discount | | $0.00 |
| Freight | | $0.00 |
| Taxable | $0.00 | |
| Tax | 0.000 % | $0.00 |
| Miscellaneous | | $0.00 |
| Invoice Total | | $315.00 |

NOTICE: REQUEST FOR CREDIT ON MERCHANDISE, NOT ACCEPTED AFTER 48 HOURS FROM DATE OF RECEIPT.

Exhibit 1 page 21



# Por la Mar Nursery
# ACKNOWLEDGMENT

.# 141592-TJ's
Acct# NURSEMEN

Order No. 183,374
Ship Date 05/04/11
Page 1

Bill To:
NURSERYMEN'S EXCHANGE
2651 CABRILLO HWY NORTH
ATTN: ACCOUNTS PAYABLE
HALF MOON BAY, CA 94019

Ship To:
NURSERYMEN'S EXCHANGE, INC.
TRADER JOE'S
10288 CALABASH AVE
FONTANA, CA 92335
415 392-0078

| Order Date | Terms | Ship via | Placed by | Slp |
|---|---|---|---|---|
| 05/04/11 | NET 30 | JESSUP | PLM3-PC | 04 |

STOCKTON, CCS, PO# 29220414

| Description | Qty | Ct | Units | Price | Case Pr | Extension |
|---|---|---|---|---|---|---|
| 4" Asiatic Lily,PLM My 15pk/CUB SLV | 6 | 15 | 90 | 3.50 | 52.50 | $315.00 |

Pull product from week 19.
NE Boxes, no PLM care tags, use NE generic care tags, PLM wrap.
UPC:
TRADER JOE'S  $5.99
HYBRID LILY
0-30134-31004-1

BOX LABEL:
M&C DISTIBUTORS
15/4" HYBRID LILY W/WRAP
SKU# 071407  $5.99

SPECIAL BOX LABELS: (2 PER CASE)
(00) 0 0000000 000071407 5

| CASES | 6 |
|---|---|
| EACHES | 0 |

| | | |
|---|---|---|
| Sales | | $315.00 |
| Discount | | $0.00 |
| Freight | | $0.00 |
| Taxable | $0.00 | |
| Tax 0.000% | | $0.00 |
| Miscellaneous | | $0.00 |
| Invoice Total | | $315.00 |

NOTICE: REQUEST FOR CREDIT ON MERCHANDISE, NOT ACCEPTED AFTER 48 HOURS FROM DATE OF RECEIPT.

Exhibit 1 page 22



4" HYBRID LILY

T. JOE'S

**M&C DISTRIBUTORS**
CITY OF INDUSTRY, CA 91746
15/4" HYBRID LILY W/WRAP
SKU# 071407      $5.99

$5.99

TRADER JOE'S    $5.99

HYBRID LILY

12.780 OZ (378 ML)

0-30134-31004-1

**TJ-AZ**
PHOENIX, AZ 85009
15/4" HYBRID LILY W/WRAP
SKU# 071407      $5.99

**M&C DISTRIBUTORS**
STOCKTON, CA 95206
15/4" HYBRID LILY W/WRAP
SKU# 071407      $5.99

**M&C DISTRIBUTORS**
PORTLAND, OR 97202
15/4" HYBRID LILY W/WRAP
SKU# 071407      $5.99

Exhibit 1 page 23



NURSERYMEN'S EXCHANGE, INC.

4" HYBRID LILY  — T. JOE'S — 4"×6" LABEL



(00) 0 0000000 000071407 5



(00) 0 0000000 000071407 5

Exhibit 1 page 24

P U R C H A S E   O R D E R

141592

| | | |
|---|---|---|
| NURSERYMEN'S EXCHANGE, INC. | PO NUMBER: | 141592 |
| BILL TO ADDRESS: | PO DATE: | 5/04/2011 |
| 2651 N. Cabrillo Hwy, Half Moon Bay, CA 94019 | SHIP DATE: | 5/04/2011 |
| 650/726-6361 | PAGE: | ≤ 1 |

| | |
|---|---|
| VENDOR: 925 | SHIP TO: |
| POR LA MAR NURSERY | NURSERYMEN'S EXCHANGE |
| 905 S PATTERSON AVE | DROP SHIP |
| PO BOX 6354 | ENTER CUSTOMER ADDRESS |
| SANTA BARBARA CA 93160 | |
| 805/699-4545 ROGER | DROP SHIP CA 94103 |

AUTH BY: MARK RYSER

| QTY | U/MEAS | ITEM# | DESCRIPTION | UNIT PR. | TOTAL |
|---|---|---|---|---|---|
| 90 | 1 | 4HYB | 4" HYBRID LILY-15/CS/UPC/WRAP NE BOX 6-STOCKTON | 3.50 | 315.00 |

| | | |
|---|---|---|
| | SUB TOTAL: | 315.00 |
| TERMS OF SALE: | TAX: | .00 |
| PAYMENT TERMS: NET 30 DAYS | TOTAL: | 315.00 |

trader joe's-w/upc labels

183374

Exhibit 1 page 25

18·3374



### TRANSPORTATION, INC.

641 Old Gilroy St    Gilroy,    Ph: 408-848-3390
CA 95020                             Fx: 408-848-5943

# Freight Bill

Tag Number:

May 4, 2011

SHIPPER:                                        CONSIGNEE:
NE Vista                                         Trader Joe's
P/U at Por La Mar
Santa Barbara                                   Fontana

Order Date:          May 4, 2011
Order #:                                        Delivery Date:    5/5/2011
Reference #:         141592

| QUANTITY | DESCRIPTION | | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | City of Ind. - PO# | 29220849 | | | |
| | Phoenix - PO# | 29217504 | | | |
| 6 | Stockton - PO# | 29220414 | 120 | 6 | |
| | Portland - PO# | 29220186 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Total: | | 6 | |

Comments:

Exhibit 1 page 26

CREDIT MEMO

905 S. Patterson Avenue
Santa Barbara, CA 93111
(805) 964-8831,  Fax: (805) 967-3266

| | | Document No. | 183968 |
| | | Date | 05/17/11 |
| | | Page | 1 |

Acct#    NURSE

Bill To:                                        Ship To:
NURSERYMEN'S EXCHANGE              NURSERYMEN'S EXCHANGE, INC.
2651 CABRILLO HWY NORTH           2651 CABRILLO HWY. N.
ATTN: ACCOUNTS PAYABLE            HALF MOON BAY, CA 94019-1357
HALF MOON BAY, CA 94019           415 392-0078

| Entry Date | Memo Ref# | | | Placed by | Slp |
|---|---|---|---|---|---|
| 05/17/11 | 175173 | | | PLM10-PC | 04 |

05/17/11 84 cases 4" freesia. Wrong UPC so Key Floral had to re-upc pb

| Acct# | Description | Qty | Ct | Units | Price | Case Pr | Amount |
|---|---|---|---|---|---|---|---|
| 5100-09 | SKU CODING ERROR | 0 | 0 | 0 | $0.0000 | $0.0000 | $-500.00 |
| | Subtotal | | | | | | $-500.00 |
| | Taxable | | | | $0.00 | | |
| | Tax | | | 0.000% | | | $0.00 |
| | Cr Memo Total | | | | | | $-500.00 |

Printed On 05/24/11 11:34:14 AM

Exhibit 1 page 27

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action. My business address is 73-700 El Paseo, Palm Desert, California 92260.

On _____July 6, 2011_____, I served the foregoing document described as:

**SECTION 503(b)(9) PAYMENT REQUEST BY W.J. GRIFFITH, INC. DOING BUSINESS AS POR-LA-MAR NURSERY FOR PAYMENT OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503(b)(9) FOR GOODS DELIVERED 20 DAYS BEFORE FILING DATE; AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRIAN CAIRD IN SUPPORT THEREOF**

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed to all persons listed on the attached Service List as follows:

SEE ATTACHED SERVICE LIST

____x____ (By Mail) on all parties in said action by placing a true and correct copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States post office mailbox at Long Beach, California addressed as set forth above.

_____ (By Facsimile Transmission) on all parties in said action by a facsimile machine transmission from the facsimile machine telephone number (760) 340-0035 to the facsimile machine telephone numbers as set forth above.

_____ (By Personal Service) by personally delivering a true copy thereof to the person(s) set forth above.

_____ (By Federal Express) by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid addressed as set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on _____July 6, 2011_____, at Palm Desert, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

_____

**SERVICE LIST**

**Clerk, US BANKRUTPCY COURT**

United States Bankruptcy Court
Clerk Of The Court
235 Pine Street, 19th Floor
San Francisco, Ca 90104

**DEBTOR**

**Nurserymen's Exchange, Inc.**
2651 North Cabrillo Highway
Half Moon Bay, CA 94019

**ATTORNEYS FOR DEBTOR**

**Stephen D. Finestone** (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

**UNITED STATES TRUSTEE**

**Minnie Loo**
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104
Phone: (415) 705-3333
Email: minnie.loo@usdoj.gov

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**Peter J. Gurfein**
Landau Gottfried and Berger LLP
1801 Century Park E, Suite 1460
Los Angeles, CA 90067
(310) 557-0050
Email: pgurfein@LGBFirm.com