Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>Debtor and Debtor in Possession | Case No. 11-31985<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY TO RL COMMUNITIES, INC. OR TO THE HIGHEST BIDDER FREE AND CLEAR OF THE LIENS OF WELLS FARGO BANK**<br><br>**Date:** August 19, 2011<br>**Time:** 10:00 a.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

**PLEASE TAKE NOTICE** the hearing on Debtor's Motion for Order Approving the Sale of Real Property to RL Communities, Inc. or to the Highest Bidder Free and Clear of the Liens of Wells Fargo Bank, originally set on July 22, 2011 at 10:00 a.m. has been continued to August 19, 2011 in the Courtroom of the Honorable Dennis Montali, located at 235 Pine St., 22nd Floor, San Francisco, California 94104.

Dated: July 20, 2011           LAW OFFICES OF STEPHEN D. FINESTONE


      /s/ Stephen D. Finestone
      Stephen D. Finestone
      Attorneys for Debtor and Debtor in Possession

NOTICE OF CONTINUED HEARING ON PUD SALE

1