

Signed and Filed: July 22, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NURSERYMEN'S EXCHANGE, INC.<br><br>Debtor and Debtor in Possession | Case No. 11-31985<br><br>Chapter 11<br><br>**Date:** June 9, 2011<br>**Time:** 1:00 p.m.<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

**SUPPLEMENTAL ORDER SETTING CLAIMS BAR DATE FOR SECTION 503(b)(9) CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

The Court having entered an order on June 10, 2011 granting Debtor's Motion Setting a Bar Date for Bankruptcy Code section 503(b)(9) Claims and Approving the Form and Manner of Notice thereof, and good cause appearing therefor;

**IT IS HEREBY FURTHER ORDERED** that any motions filed for approval of a Bankruptcy Code section 503(b)(9) claim shall be deemed to be, and treated as, a proof of claim as if filed under Bankruptcy Code section 501 and shall be subject to objection and to allowance or disallowance under Bankruptcy Rules 3002 and 3007. The Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of this Order.

**\*\*END OF ORDER\*\***

SUPPLEMENTAL ORDER RE 503(b)(9) CLAIMS

1

Approved as to form:

Dated: July 22, 2011                    LANDAU GOTTFRIED & BERGER LLP


                                        /s/ Peter J. Gurfein
                                        Peter J. Gurfein
                                        Attorneys for Official Committee of Unsecured Creditors

SUPPLEMENTAL ORDER RE 503(b)(9) CLAIMS

2