Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | [NO HEARING UNLESS REQUIRED] |

*EX PARTE* **APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION FOR AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**

Debtor and Debtor in Possession Nurserymen's Exchange, Inc. ("Debtor") hereby applies to the Court (the "Application") for an order shortening time for notice of hearing on Debtor's Motion For Approval of Assumption and Assignment of Unexpired Lease of Nonresidential Real Property.

1.     The Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code on May 23, 2011, and is operating as debtor in possession under sections 1107 and 1108 of the Code.

2.     On June 10, 2011, the Court entered the ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH THE PROPOSED SALE OF DEBTOR'S OPERATING ASSETS AT AUCTION (B) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY AND PERSONAL PROPERTY LEASES AND EXECUTORY CONTRACTS IN CONNECTION THEREWITH (C) GRANTING RELATED RELIEF

1 (the "Sale Procedure Order"). Pursuant to the Sale Procedure Order, the Court approved the APPROVED SALE PROCEDURES GOVERNING THE PROPOSED SALE OF DEBTOR'S OPERATING ASSETS AT AUCTION; FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY AND PERSONAL PROPERTY LEASES AND EXECUTORY CONTRACTS IN CONNECTION THEREWITH (the "Sale Procedures"), which are attached to the Sale Procedure Order. The Sale Procedures provide that "Debtor shall file a motion to assume and assign . . . the leases and executory contracts . . . such that the hearing on said motion will occur prior to the closing of the sale of the Operating Assets." Sale Procedures at 8:8-11.

3. On July 19, 2011, the Court entered the AMENDED ORDER APPROVING THE SALE OF DEBTOR'S OPERATING ASSETS TO THE HIGHEST AND BEST BID FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS (the "Sale Approval Order"). Pursuant to the Sale Approval Order, the Court approved the sale of Debtor's operating assets from Debtor to Floramoda, Inc. ("Buyer"). Under that certain Asset Purchase Agreement entered into by and between Debtor and Buyer (the "APA"), Buyer is allowed to designate for assumption by Debtor and assignment to Buyer any unexpired leases of the Debtor. The APA further provides that the sale of the assets must close on or before August 5, 2011 (the "Closing Date").

4. Buyer has designated for assumption by Debtor and assignment to Buyer that certain Lease Agreement, by and between California Department of Transportation ("Cal Trans"), as lessor and NEI, as lessee, dated December 27, 2010, with respect to that certain real property located at 2135 and 2651 Cabrillo Highway, Half Moon Bay, San Mateo County, California 94019 and more particularly described as: State highway access, driveway and service roads from the two locations (as indicated on the exhibit to the Lease) on the eastern side of Cabrillo Highway across Cal Trans property to the westerly edge of their respective adjoining private properties, comprising approximately 10,850 square feet (the "Lease").

5. On July 26, 2011, the Debtor filed a motion to assume the Lease and assign it to Buyer (the "Underlying Motion"). If the Court were to require regular notice under Rule 9014-1(c)(1) of the Bankruptcy Local Rules For the Northern District of California, the hearing on the Underlying Motion could commence no sooner than August 23, 2011, which is 18 days after the Closing Date.

*EX PARTE* APP. FOR OST FOR NOT. OF HRG. ON
MOT. TO ASSUME AND ASSIGN UNEXPIRED LEASE

2

Case: 11-31985   Doc# 197   Filed: 07/26/11   Entered: 07/26/11 21:49:49   Page 2 of 3

1     6.     If the Application is granted expeditiously, all interested parties will have had adequate notice of such hearing.

2     7.     Counsel for the Debtor has communicated with counsel for the Official Committee of Unsecured Creditors (the "Committee") regarding the Application. Counsel for the Committee has stated that he does not object to the Application.

3     8.     Based on the above, Debtor respectfully requests that the Application be granted.

Dated: July 26, 2011     LAW OFFICES OF STEPHEN D. FINESTONE

    /s/ Stephen D. Finestone
Stephen D. Finestone
Counsel for Debtor and Debtor in Possession