

Signed and Filed: July 26, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Proposed Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re <br><br> NURSERYMEN'S EXCHANGE, INC. <br><br> Debtor and Debtor in Possession | Case No. 11-31985 <br><br> Chapter 11 <br><br> **Date:** June 9, 2011 <br> **Time:** 1:00 p.m. <br> **Place:** 235 Pine Street, Courtroom 22 <br> San Francisco, CA |

**SECOND SUPPLEMENTAL ORDER SETTING CLAIMS BAR DATE
FOR SECTION 503(b)(9) CLAIMS AND SETTING PROCEDURES
FOR THE HANDLING OF FILED CLAIMS**

The Court having entered an order on June 10, 2011 and a supplemental order on July 25, 2011 granting Debtor's Motion Setting a Bar Date for Bankruptcy Code section 503(b)(9) Claims and Approving the Form and Manner of Notice thereof, and good cause appearing therefor;

**IT IS HEREBY FURTHER ORDERED**

(a) Any request for allowance of a Bankruptcy Code section 503(b)(9) claim that was entered on the Court's claims register for case number 11-31985 (an "Administrative Proof of Claim") shall be deemed to be, and treated as, a proof of claim as if filed under Bankruptcy Code section 501, and shall be subject to objection and to allowance or disallowance under Bankruptcy Code sections 502 and 503 and Federal Rules of Bankruptcy Procedure 3001, 3002, 3003 and 3007.

SECOND SUPPLEMENTAL ORDER RE 503(b)(9) CLAIMS

1

(b) If a claimant has filed an Administrative Claim Motion for approval of a Bankruptcy Code section 503(b)(9) claim, the motion shall not be subject to the procedures set forth in B. L. R. 9014-1(b)(3)(A)(i) but shall be deemed to be, and treated as, a proof of claim as if filed under Bankruptcy Code section 501 and shall be subject to objection and to allowance or disallowance under Bankruptcy Code sections 502 and 503 and Federal Rules of Bankruptcy Procedure 3001, 3002, 3003, 3007 and L. B. R. 3007-1.

(c) Notwithstanding any other language in this order and Bankruptcy Code sections 502 and 503, no distribution shall be made on account of any Bankruptcy Code section 503(b)(9) claim until the Court enters a further order specifically authorizing payment of allowed Bankruptcy Code section 503(b)(9) claims; and

(d) The Court shall retain jurisdiction to interpret, implement, and enforce the terms of this order.

**END OF ORDER**

Approved as to form:

Dated: July 25, 2011              LANDAU GOTTFRIED & BERGER LLP


       /s/ Peter J. Gurfein

       Peter J. Gurfein

       Attorneys for Official Committee of Unsecured Creditors

SECOND SUPPLEMENTAL ORDER RE 503(b)(9) CLAIMS

2

Case: 11-31985   Doc# 199   Filed: 07/26/11   Entered: 07/27/11 15:15:15   Page 2 of 2