Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **STIPULATION TO ASSUME AND ASSIGN NON-RESIDENTIAL REAL PROPERTY LEASE** |

Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor") and North County Industrial Park, L.P. ("Landlord") stipulate as follows:

**RECITALS**

Whereas, Debtor currently leases real property from Landlord at 1330 Distribution Way, Suite C&D, Vista, California 92081 (the "Real Property");

Whereas, Debtor leases the Real Property pursuant to that certain lease dated October 9, 2000, as amended February 5, 2001 and as extended by various extensions, including an Extension of Lease dated June 16, 2011 (collectively the "Lease");

Whereas, on July 18, 2011, the U.S. Bankruptcy Court for the Northern District of California entered its order approving Debtor's sale of certain assets to Floramoda, Inc. ("Floramoda") by which, among other things, Floramoda will acquire certain assets of the Debtor, including certain assets relating to its brokerage business in Vista, California; and,

Whereas, effective upon the closing of the sale from the Debtor to Floramoda (the "Closing") Debtor wishes to assume the Lease for the Real Property and assign it to Floramoda and seeks Landlord's consent thereto;

**STIPULATION**

IT IS STIPULATED by and between Debtor and Landlord as follows:

1. Effective upon the Closing, the Lease shall be assumed by Debtor.

2. The Lease is in full force and effect and there are no costs and compensation pursuant to Section 365 of the Bankruptcy Code required for the Debtor to assume and assign the Lease to Floramoda.

3. Effective upon the Closing the Lease is assigned to Floramoda and Floramoda shall perform all obligations first arising under the Lease after the Closing.

4. Landlord consents to the assumption and assignment of the Lease.

5. Debtor and Landlord agree to execute any additional documents reasonably necessary to accomplish the assumption and assignment stipulated to herein

Dated: July 27, 2011        LAW OFFICES OF STEPHEN D. FINESTONE

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorney for Debtor

Dated: July 27, 2011        NORTH COUNTY INDUSTRIAL PARK, L.P.

/s/ Jeff Hamann
By: Jeff Hamann

Stipulation re Vista Lease.wpd