# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

**Department of the Treasury/Internal Revenue Service**

United States Bankruptcy Court for the  NORTHERN District of CALIFORNIA

**In the Matter of:** NURSERYMEN'S EXCHANGE, INC.
2651 NORTH CABRILLO HIGHWAY
HALF MOON BAY, CA 94019

**Fiduciary:**



FILED
JUL 2 1 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

| | |
|---|---|
| Case Number | 11-31985 |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 05/23/2011 |
| Creditor Number | 12005769 |

1. The undersigned, whose business address is Insolvency Group 3  1301 Clay St M/S 1400S  Oakland, CA 94612, is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

PROTECTIVE CLAIM TO PROTECT RIGHT OF U.S. GOVERNMENT TO ASSERT CLAIM.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX4729 | 1 WT-FICA | 06/30/2011 | $34,400.00 | $0.00 | $0.00 | $34,400.00 |
| XX-XXX4729 | 1 WT-FICA | 09/30/2011 | $150,000.00 | $0.00 | $0.00 | $150,000.00 |
| XX-XXX4729 | 1 AGRI-FICA | 12/31/2011 | $775,000.00 | $0.00 | $0.00 | $775,000.00 |
| | | | $959,400.00 | $0.00 | $0.00 | $959,400.00 |

**Total Amount Due:** **$959,400.00**

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

The amount due includes interest and penalty computed to 07/22/2011. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 07/22/2011, contact GARY ANDEREGG at (510) 637-3169 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature /s/ GARY ANDEREGG | Date 07/19/2011 |
|---|---|---|
| | Title INSOLVENCY SPECIALIST | Telephone Number (510) 637-3169 |

Form   6338 - A(C)

Page 1 of 1