Barry K. Miller
352 E. Riverside Dr. STE A1B
St. George, UT 84790
Telephone: (435)628-9519
Facsimile: (435)628-2091

Attorney For Creditor & Claimant
Milgro Nursery, LLC



FILED
JUL 21 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

NURSERYMAN'S EXCHANGE, INC.

Debtor and Debtor in Possession

Case No.11-31985

Chapter 11

CREDITOR MILGRO NURSERY,LLC'S SECTION 503(b)(9) CLAIM AND REQUEST; DECLARATION OF SUE PUTMAN; CERTIFICATE OF SERVICE

Pursuant to 11 U.S.C. § 503(b)(9) and this Court's Order Setting Claims Bar Date For Section 503(b)(9) Claims and Approving Form and Manner Thereof, entered June 10, 2011, Creditor Milgro Nursery, Inc. ("Milgro"), submits its claim and request for priority payment under Section 503(b)(9).

As set forth in the accompanying Declaration of Sue Putman submitted herewith, and which is incorporated by reference as if specifically set forth herein, Milgro is engaged in the business of wholesale sale of potted ornamental flowers and plants. Debtor Nurserymen's Exchange, Inc. ("Debtor") is engaged, among other things, in the retail sale of potted ornamental flowers and plants. Debtor was a regular customer of Milgro and purchased potted ornamental flowers and plants from Milgro before the May 23, 2011 date of the filing of the Petition in this matter.

These sales by Milgro were in the ordinary course of business between and Debtor. The normal procedure, followed with respect to the goods on which this Section 503(b) (9) claim is based, was for Debtor to order the polled plants by email or fax; for Milgro to ship the goods ordered; and for Milgro to then invoice Debtor for the goods shipped. In the twenty (20) days prior to the May 23, 2011 filing of the

1

Petition herein, Milgro sold potted ornamental flowers and plants in the amount of $16,440 were picked-up for Debtor by Jessup. Debtor's purchase orders and Milgro's invoices regarding these shipments are attached as Exhibit A to the accompanying Declaration of Sue Putman. These invoices remain unpaid and due.

WHEREFORE, Milgro, claims and requests payment under Section 503(b)(9) in the amount of $16,444.00. Milgro further requests Court approval and permission to further amend Milgro's Proof of Claim herein to reflect any payment received under Section 503(b)(9) after such is received.

Date: July 19, 2011

Respectfully submitted,

*Barry K. Miller*

Barry K. Miller
Counsel of Creditor
Milgro Nursery, LLC

# DECLARATION OF SUE PUTMAN

I Sue Putman declare:

I am the Credit Manager for Milgro Nursery, LLC. The facts set forth herein are true to my own personal knowledge acquired through my work as Credit Manager for Milgro Nursery, LLC ("Milgro"). In that role, I am responsible for overseeing the collections of the operations and have access to all of Milgro's books and records. If called as a witness herein I could, and would, competently testify to the facts set forth herein.

Milgro is engaged in the business of wholesale sale of potted ornamental flowers and plants. Debtor Nurserymen's Exchange, Inc. (hereinafter "Nurserymen's") is engaged, among other things, in the wholesale sale of potted ornamental flowers and plants. Nurserymen's was a regular customer of Milgro and purchased potted ornamental flowers and plants from Milgro before the May 23, 2011 date of the filing of the Petition in this matter.

These sales by Milgro were in the ordinary course of business between Milgro and Nurserymen's. The normal procedure, followed with respect to the goods on which this Section 503(b) (9) claim is based, was for Nurserymen's to order the potted plants by email or fax; for either Milgro or the Debtor to cause the flowers to be shiped; and for Milgro to then to invoice Nurserymen's for the flowers. In the twenty (20) days prior to the May 23, 2011 filing of the Petition herein, potted ornamental flowers and plants in the amount of $16,440.00 were delivered to Nurserymen's. The invoices regarding these shipments are attached as Exhibit A hereto and are incorporated by reference as if explicitly set forth herein. These invoices reflect the goods ordered by Nurserymen's from Milgro and which were picked by Nurserymen's or its agent and which were delivered to Nurserymen's between May 3, 2011 and May 23, 2011, the date of filing of the Petition in this Bankruptcy Case. Nurserymen's has yet to pay Milgro for these goods and the invoices attached in Exhibit A remain unpaid and due.

Dated this 19th day of July, 2011.

*[signature: Sue Putman]*

Declaration of Sue Putman - 1


# MILGRO NURSERY, LLC

P.O. Box 6069 • Oxnard, California 93031
(805) 985-0855 • (805) 383-3616 • Fax (805) 985-6246

| INVOICE | |
|---|---|
| Invoice # | 150857 |
| Ship Date | 05/02/11 |
| Page # | 1 |
| P.O. # | 140214 |
| Acct. Code | NUR |
| Vendor # | |

Bill To:
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

Ship To:
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

| Ship Date | Terms | Ship Via | Placed By | Slp | Drv |
|---|---|---|---|---|---|
| 05/02/11 | Net 30 Days | cpu | Saul Vargas | | B3 |

| SKU/Item | Description | Qty | UOM | Pk | Price | Amount |
|---|---|---|---|---|---|---|
| | Tulip 6.0" | 700 | | 6 | 3.30 | 19.80 | 13,860.00 |
| | Box Code# 03013439306 $12.99 UPC# | | | | | |

Cases: 700

Eaches: 0

_____
Signature

Sales: 13,860.00
Taxable: 13,860.00    0.00
Tax Rate: 0.00
Miscellaneous: 0.00
Freight: 0.00
Invoice Total: 13,860.00

**TERMS AND CONDITIONS OF SALE**

WARRANTY EXCLUSION OF WARRANTIES AND LIMITATIONS OF DAMAGES AND REMEDY: Subject to the limitations set forth below, Seller warrants that seed, plants, bulbs, grower supplies and other materials sold by it (hereinafter referred to as the "merchandise") conform to the description appearing on the containers in which they are sold, within recognized tolerances. SELLER MAKES NO OTHER OR FURTHER WARRANTY EXPRESS OR IMPLIED, AND ALL OTHER OR FURTHER WARRANTIES, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXCLUDED.

SELLER'S LIABILITY, WHETHER FOR BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, PRODUCTS LIABILITY, OR OTHERWISE IS LIMITED TO THE AMOUNT OF THE PURCHASE PRICE, AND PURCHASERS SOLE AND EXCLUSIVE REMEDY SHALL BE THE REFUND OF SAID PURCHASE PRICE. IN NO EVENT SHALL SELLER BE LIABLE FOR LOSS OF PRODUCT PROFIT, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES.

**CALIFORNIA NURSERY STOCK CERTIFICATE**
FOR INTERSTATE AND INTRASTATE SHIPMENTS—NO. A8372001
This plant material or nursery or premise from which this shipment was made has been inspected and found free from especially injurious plant pests and disease symptoms
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
Issued By: Ventura County Department of Agriculture and Department of Food and Agriculture, 1220 N Street, Sacramento, CA 95814

# NURSERYMEN'S EXCHANGE, INC.

2651 North Cabrillo Hwy.,
HALF MOON BAY, CA 94019-1357
650.726.6361 Fax: 650.712.4288

**SOLD TO:**
SMART & FINAL STORES LLC
600 CITADEL DRIVE
COMMERCE CA
90040

**SHIP TO:**
HENRY'S WAREHOUSE
APPT REQ - REC 4AM - 11AM
2360 COTTONWOOD AVENUE
RIVERSIDE     CA
92508

TAG #335876

| SHIP DATE | PACKING SLIP NO. |
|---|---|
| 5/02/2011 | 974617 |
| REORDER PHONE NO. | |
| | CUSTOMER P.O. NO. |
| | 111743478 |
| | DELIVER TO: |

| DATE OF ORDER | CUSTOMER NUMBER | SHIP TO NUMBER | ROUTING CODE | SHIP WITH | CHG. CODE | SALESPERSON | WHS | BATCH | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 4/27/2011 | 555500 | 9001 | JESSUP | | REG-P | 033/025 | SC | 1 | 1 |

| LINE# | STOCK NUMBER | QTY ORDERED | LOC# | CASES ORDERED | SIZE | DESCRIPTION | DC | WP | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 39-44351 | 4200 | JR | 700 | 6 IN | SCF-TULIPS W/WRAP<br>2"0032116 SMART & FINAL SUPC<br>xxxxxx MUST CALL R.E. IF APPOINTMENT TIME/<br>xxxxxx DATE IS CHANGED<br>xxxxxx (760)597-4838<br>xxxxxx CALL FOR APPOINTMENT.<br>xxxxxx PH: (951)656-7803 EXT 312 OR 307<br>xxxxxx REC.HRS 4:00AM TO 11:00AM<br>xxxxxx "MUST BE PALLETIZED"<br>xxxxxx "MUST BE ARIZONA CERTIFIED"<br>xxxxxx MUST ARRIVE 5/3/11 | | | | |

USDA-APHIS-PPQ
4700 RIVER ROAD
RIVERDALE, MD 20737
CERTIFIED UNDER 7CFR301.92

FEDERAL COOPERATIVE
DOMESTIC PLANT QUARANTINE

CAN:41-03409-004

USDA-APHIS-PPQ
4700 RIVER ROAD
RIVERDALE, MD 20737
CERTIFIED UNDER FEDERAL
DOMESTIC QUARANTINE ORDER
LIGHT BROWN APPLE MOTH
Epiphyas postvittana

CAN:41-ALBAM-3409-004

CASES: 700
LINEAR FT.: 33.10

**NOTE TO PURCHASER:**
NO COMPLAINT WILL BE ACCEPTED UNLESS NOTED ON CARRIER'S DELIVERY RECEIPT OR MADE WITHIN 24 HOURS FROM RECEIPT OF MERCHANDISE.

PERISHABLE - KEEP CTNS. UPRIGHT

PREPAID ☒   COLLECT ☐

**NURSERYMEN'S EXCHANGE, INC.**
**NURSERYMEN'S EXCHANGE, INC. IS AN INTENDED BENEFICIARY.**

FROM NURSERYMEN'S EXCHANGE INC.
AT CITY/STATE: Vista          CA  92083          CUST. P.O.: 111743478
CARRIER NAME: JESSUP          LOAD NO.: 6966-00     DROP NO.:
DATE SHIPPED: 5/02/2011       CUSTOMER PHONE NO.: 951-656-7803
SHIPPER'S NO.: 974617
ARRIVE NO LATER THAN: 5/03/2011
KEEP FROM HEAT & FROST
DO NOT CRUSH, TIP OR DROP

TEMP. RECORDER IN TRUCK  YES ☐  NO ☐
TEMP. RANGE: 38-42
2 CARRIER

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJ. TO COR.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| 700 | TREES, SHRUBS OR VINES N.O.I., ROOTS IN EARTH OR OTHER GROWING MEDIA IN CTNS., CLASS 77-1/2    ITEM # 71290 SUB 1 | 14000 | 77 1/2 | |
| | PALLETS: TREES, SHRUBS AND VINES, CLASS 77-1/2    ITEM # 71290 SUB 1 | | | |
| | BULBS OR TUBERS N.O.I.B.N. CLASS 70 ACTUAL VALUE NOT EXCEEDING 50¢ PER LB.    ITEM # 71120 SUB 1 | | | |
| | PALLETS: BULBS OR TUBERS CLASS 70    ITEM # 71120 SUB 1 | | | |
| | PALLETS: FAK 77-1/2 | | | |

Signature: *Jose*

DRIVER'S SIGNATURE
DATE: / /
NUMBER OF PIECES:

# Pick List

Milgro Nursery, LLC
P.O. Box 6069
Oxnard, CA 93031
USA

Telephone: 805-985-0855

| Sales Order No. | 148348 |
|---|---|
| Customer No. | NUR |

| Bill To | Ship To |
|---|---|
| Nurseryman's Exchange<br>2651 North Cabrillo<br>Half Moon Bay, CA 94019<br>USA | Nurseryman's Exchange<br>2651 North Cabrillo<br>Half Moon Bay, CA 94019<br>USA |

Contact:
Telephone:
Ship ID :NUR

| Order Date | Ship Via | F.O.B. | Customer PO Number | Payment Method |
|---|---|---|---|---|
| 04/25/11 | cpu | VICTORIA | 140214 | Net 30 Days |
| **Ship Date** | **Entered By** | **Salesperson** | | **Ordered By** |
| 05/02/11 | Brad Miller | Brad Miller | | Mark Ryser |

| Cases | Units | Pack | | Item Number / Description |
|---|---|---|---|---|
| 700 | 4,200 | 6 | | Tulip 6.0"    U of M:    Warehouse: 7<br>            CASE06<br>Box Code :   UPC # :03013439306 $12.99 notes<br>            Bin: |

milgro mothers day p/c
stock box, no care tag,
see po for upc info
mark cases Smart & Final

| Print Date | 04/30/11 |
|---|---|
| Print Time | 10:31:30 AM |
| Page No. | 1 |

Printed By: Saul Vargas



# MILGRO
## NURSERY, LLC

P.O. Box 6069 • Oxnard, California 93031
(805) 985-0855 • (805) 383-3616 • Fax (805) 985-6246

| | INVOICE |
|---|---|
| Invoice # | 150896 |
| Ship Date | 05/04/11 |
| Page # | 1 |
| P.O. # | 141591 |
| Acct. Code | NUR |
| Vendor # | |

**Bill To:**
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

**Ship To:**
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

| Ship Date | Terms | Ship Via | Placed By | Slp | Drv |
|---|---|---|---|---|---|
| 05/04/11 | Net 30 Days | cpu | Saul Vargas | B3 | |

| Description | Qty | | | | |
|---|---|---|---|---|---|
| Asiatic Lily 4.5" | 12 | 15 | 2.85 | 42.75 | 513.00 |
| Box Code# 03013431004 | | UPC# | | | |

Cases: 12
Eaches: 0

| | | |
|---|---|---|
| | Sales | 513.00 |
| Taxable: | 513.00 | 0.00 |
| Tax Rate: | 0.00 | |
| | Miscellaneous: | 0.00 |
| | Freight: | 0.00 |
| | **Invoice Total** | **513.00** |

Signature

TERMS AND CONDITIONS OF SALE

WARRANTY EXCLUSION OF WARRANTIES AND LIMITATIONS OF DAMAGES AND REMEDY: Subject to the limitations set forth below, Seller warrants that seed, plants, bulbs, grower supplies and other materials sold by it (hereinafter referred to as the "merchandise") conform to the description appearing on the containers in which they are sold, within recognized tolerances. SELLER MAKES NO OTHER OR FURTHER WARRANTY EXPRESS OR IMPLIED, AND ALL OTHER OR FURTHER WARRANTIES, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXCLUDED.

SELLER'S LIABILITY, WHETHER FOR BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, PRODUCTS LIABILITY, OR OTHERWISE IS LIMITED TO THE AMOUNT OF THE PURCHASE PRICE, AND PURCHASER'S SOLE AND EXCLUSIVE REMEDY SHALL BE THE REFUND OF SAID PURCHASE PRICE. IN NO EVENT SHALL SELLER BE LIABLE FOR LOSS OF PRODUCT PROFIT, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES.

**CALIFORNIA NURSERY STOCK CERTIFICATE**
FOR INTERSTATE AND INTRASTATE SHIPMENTS NO. A8372001
This plant material or nursery premise from which this shipment was made has been inspected and found free from especially injurious plant pests and diseases symptoms.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
Issued By: Ventura County Department of Agriculture and
Department of Food and Agriculture, 1220 N. Street, Sacramento, CA 95814



# MILGRO NURSERY, LLC

P.O. Box 6069 · Oxnard, California 93031
(805) 985-0855 · (805) 383-3616 · Fax (805) 985-6246

| BILL OF LADING | |
|---|---|
| Invoice # | 150896 |
| Ship Date | 05/04/11 |
| Page # | 1 |
| P.O. # | 141591 |
| Acct. Code | NUR |
| Vendor # | |

Bill To:
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

Ship To:
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

| Ship Date | Terms | Ship Via | Placed By | Slp | Drv |
|---|---|---|---|---|---|
| 05/04/11 | Net 30 Day | CPU | Saul Varoas | B3 | |

Asiatic Lily 4.5"    12    15
Box Code#    03013431004              UPC#

Cases:  12
Eaches:   0

_Kev S_ *#404 STC
Signature

Arrival Time _____
Departure Time _____
Carrier  _Jessup_
Date _____

TAB#336265

## TERMS AND CONDITIONS OF SALE

WARRANTY EXCLUSION OF WARRANTIES AND LIMITATIONS OF DAMAGES AND REMEDY: Subject to the limitations set forth below, Seller warrants that seed, plants, bulbs, grower supplies and other materials sold by it (hereinafter referred to as the "merchandise") conform to the description appearing on the containers in which they are sold, within recognized tolerances. SELLER MAKES NO OTHER OR FURTHER WARRANTY EXPRESS OR IMPLIED, AND ALL OTHER OR FURTHER WARRANTIES, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXCLUDED.

SELLER'S LIABILITY, WHETHER FOR BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, PRODUCTS LIABILITY, OR OTHERWISE IS LIMITED TO THE AMOUNT OF THE PURCHASE PRICE, AND PURCHASER'S SOLE AND EXCLUSIVE REMEDY SHALL BE THE REFUND OF SAID PURCHASE PRICE. IN NO EVENT SHALL SELLER BE LIABLE FOR LOSS OF PRODUCT PROFIT, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES.

**CALIFORNIA NURSERY STOCK CERTIFICATE**
FOR INTERSTATE AND INTRASTATE SHIPMENTS—NO. A8372001
This plant material or nursery or premise from which this shipment was made has been inspected and found free from especially injurious plant pests and disease symptoms.
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
Issued By: Ventura County Department of Agriculture and
Department of Food and Agriculture, 1220 N. Street, Sacramento, CA 95814

OFFICE 1





TRANSPORTATION, INC.

641 Old Gilroy St   Gilroy, CA 95020   Ph: 408-848-3390   Fx: 408-848-5943

# Freight Bill

Tag Number: 336265

May 4, 2011

**SHIPPER:**
NE Vista
P/U at Milgro
Oxnard

**CONSIGNEE:**
Trader Joe's

Fontana

Order Date: May 4, 2011
Order #:
Reference #: 141591

Delivery Date: 5/5/2011

| QUANTITY | DESCRIPTION | WEIGHT | PREPAID | COLLECT |
|---|---|---|---|---|
| 7 | City of Ind. - PO#  29220849 | 200 | 7 | |
| 3 | Phoenix - PO#  29217504 | 60 | 3 | |
| 2 | Stockton - PO#  29220414 | 40 | 2 | |
| | Portland - PO#  29220186 | | | |
| | | | Total: 12 | |

Comments:
Fernando #407



# MILGRO NURSERY, LLC

P.O. Box 6069 • Oxnard, California 93031
(805) 985-0855 • (805) 383-3616 • Fax (805) 985-6246

## INVOICE

| | |
|---|---|
| Invoice # | 150895 |
| Ship Date | 05/04/11 |
| Page # | 1 |
| P.O. # | 141382 |
| Acct. Code | NUR |
| Vendor # | |

Bill To:
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

Ship To:
Nurseryman's Exchange
2651 North Cabrillo
Half Moon Bay, CA 94019
USA

| Ship Date | Terms | Ship Via | Placed By | Slp | Drv |
|---|---|---|---|---|---|
| 05/04/11 | Net 30 Days | cpu | Saul Vargas | | B3 |

| Description | | | | | |
|---|---|---|---|---|---|
| Asiatic Lily 4.5" | 53 | 15 | 2.60 | 39.00 | 2,067.00 |
| Box Code# 03013431004 $7.99 | UPC# | | | | |

Cases: 53

Eaches: 0

_____
Signature

| | | |
|---|---|---|
| | Sales | 2,067.00 |
| Taxable: | 2,067.00 | 0.00 |
| Tax Rate: | 0.00 | |
| | Miscellaneous: | 0.00 |
| | Freight: | 0.00 |
| | Invoice Total | 2,067.00 |

TERMS AND CONDITIONS OF SALE

WARRANTY EXCLUSION OF WARRANTIES AND LIMITATIONS OF DAMAGES AND REMEDY: Subject to the limitations set forth below. Seller warrants that seed, plants, bulbs, grower supplies and other materials sold by it (hereinafter referred to as the 'merchandise') conform to the description appearing on the containers in which they are sold, within recognized tolerances. SELLER MAKES NO OTHER OR FURTHER WARRANTY EXPRESS OR IMPLIED, AND ALL OTHER OR FURTHER WARRANTIES, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXCLUDED.

SELLER'S LIABILITY, WHETHER FOR BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, PRODUCTS LIABILITY, OR OTHERWISE IS LIMITED TO THE AMOUNT OF THE PURCHASE PRICE, AND PURCHASER'S SOLE AND EXCLUSIVE REMEDY SHALL BE THE REFUND OF SAID PURCHASE PRICE. IN NO EVENT SHALL SELLER BE LIABLE FOR LOSS OF PRODUCT PROFIT, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES.

CALIFORNIA NURSERY STOCK CERTIFICATE
FOR INTERSTATE AND INTRASTATE SHIPMENTS—NO. A8372001
This plant material or nursery or premise from which this shipment was made has been inspected and found free from especially injurious plant pests and of tease symptoms
THIS SHIPMENT NEED NOT BE HELD FOR INSPECTION IN CALIFORNIA
Issued By: Ventura County Department of Agriculture and Department of Food and Agriculture, 1220 N Street, Sacramento, CA 95814

# NURSERYMEN'S EXCHANGE, INC.

1 North Cabrillo Hwy.,
F MOON BAY, CA 94019-1357
650.726.6361 Fax: 650.712.4288

**SOLD TO:**

**SHIP TO:**

RALEY'S DISTRIBUTION CTR
4061 GATEWAY PARK BLVD
SACRAMENTO    CA
95834

TAG # 336261

5/04/2011    967235

REORDER PHONE NO.
CUSTOMER P.O. NO.
101-44464
DELIVER TO:

| DATE OF ORDER | CUSTOMER NUMBER | SHIP TO NUMBER | ROUTING CODE | SHIP WITH | CHG. CODE | SALESPERSON | WHS | BATCH | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | 01 | JESSUP | | RG-P | 911/070 | SC | | 1 |

| LINE# | STOCK NUMBER | QTY ORDERED | LOC# | CASES ORDERED | SIZE | DESCRIPTION | DC | WP | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 795 | | 53 | 4 IN | OR-HYBRID LILY/WRAP PBPC RP | | | | |

A744203 RALEY'S
UPC 78464 4E C/S 5/5

DELIVER NLT 6:00 AM BY 5/5/11
CNTC: 916-970-0579

USDA-APHIS-PPQ
4700 RIVER ROAD
RIVERDALE, MD 20737
CERTIFIED UNDER FEDERAL
DOMESTIC QUARANTINE ORDER
LIGHT BROWN APPLE MOTH
Epiphyas postvittana

CAN:41-GLEAR-3489-004

CASES: 53
LINEAR FT.: 7.34

**NOTE TO PURCHASER:** NO COMPLAINT WILL BE ACCEPTED UNLESS NOTED ON CARRIER'S DELIVERY RECEIPT OR MADE WITHIN 24 HOURS FROM RECEIPT OF MERCHANDISE.

PERISHABLE - KEEP CTNS. UPRIGHT

NURSERYMEN'S EXCHANGE, INC.

NURSERYMEN'S EXCHANGE, INC. IS AN INTENDED BENEFICIARY.

FROM NURSERYMEN'S EXCHANGE INC.

AT CITY/STATE: Vista    CA 92083    CUST. P.O.: 101-44464
CARRIER NAME: JESSUP    LOAD NO.: 2364-98    DROP NO.:
DATE SHIPPED: 5/04/2011    CUSTOMER PHONE NO.: 916-970-0701
SHIPPER'S NO.: 967235
ARRIVE NO LATER THAN: 5/05/2011

KEEP FROM HEAT & FROST
DO NOT CRUSH, TIP OR DROP

TEMP. RECORDER IN TRUCK: YES [ ] NO [ ]
TEMP. RANGE:

| NO. PIECE | KIND OF PACKAGE | ITEM # | WEIGHT | CLASS OR RATE |
|---|---|---|---|---|
| 53 | TREES, SHRUBS OR VINES N.O.I.B. ROOTS IN EARTH OR OTHER GROWING MEDIA IN CTNS. CLASS 77-1/2 | ITEM # 71290 SUB 1 | 1060 | 77½ |
| | PALLETS: TREES, SHRUBS AND VINES, CLASS 77-1/2 | ITEM # 71290 SUB 1 | | |
| | BULBS OR TUBERS N.O.I.B.N. CLASS 70 ACTUAL VALUE NOT EXCEEDING 50¢ PER LB. | ITEM # 71120 SUB 1 | | |
| | PALLETS: BULBS OR TUBERS CLASS 70 | ITEM # 71120 SUB 1 | | |
| | PALLETS: FAK 77-1/2 | | | |

2 CARRIER

DRIVER'S SIGNATURE: Fernando #907

PER:    NUMBER OF PIECES:    DATE: 5/4/11

Case: 11-31985 Doc# 203 Filed: 07/21/11 Entered: 07/27/11 18:50:40 Page 11 of 13

# PROOF OF SERVICE

I am a citizen of the United States and reside in the County of Washington, State of Utah. I am over the age of 18 years and not a party to the within action. Mr. Miller's business address is 352 East Riverside Dr., Suite A1B, St. George, Utah, 84790.

On July ___, 2011, I served the foregoing document described as:

**SECTION 503(b) (9) PAYMENT REQUEST BY Milgro Nursery, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503(b)(9) FOR GOODS DELIVERED 20 DAYS BEFORE FILING DATE; AND DECLARATION OF BRIAN CAIRD IN SUPPORT THEREOF**

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed to all persons listed on the attached Service List as follows:

SEE ATTACHED SERVICE LIST

__X__ By Mail on all parties except the Clerk of the Court in said action by placing a true and correct copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States post office mailbox at St. George, Utah addressed as set forth above.

__X__ By Federal Express to the Clerk of the Court by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid addressed as set forth above.

I declare under penalty of perjury under the laws of the State of Utah and the United States that the foregoing is true and correct.

*/s/ Karen A. Shaw*
Karen A. Shaw

**SERVICE LIST**

**Clerk,US BANKRUTPCY COURT**

United States Bankruptcy Court
Clerk Of The Court
235 Pine Street, 19th Floor
San Francisco, Ca 90104

**DEBTOR**

Nurserymen's Exchange, Inc.
2651 North Cabrillo Highway
Half Moon Bay, CA 94019

**ATTORNEY FOR DEBTOR**

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

**UNITED STATES TRUSTEE**

Minnie Loo
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Peter J. Gurfein
Landau Gottfried and Berger LLP
1801 Century Park E, Suite 1460
Los Angeles, CA 90067