

LEXUSTAR CORPORATION

2F., NO.232-5, SEC. 2,

TUNG-HO WEST STREET,

SHIHLIN, TAIPEI,

TAIWAN, ROC

TEL: 886-2-2812-3045

FAX: 886-2-2811-5249



**FILED**

JUL 1 9 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

        Nurserymen's Exchange, Inc.

             Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 11-31985
Chapter 11

**REQUEST OF
"LEXUSTAR CORPORATION"
ALLOWANCE OF
ADMINISTRATIVE EXPENSE
CLAIM PURSUANT TO
11 U.S.C. 503(b)(9)**

        Lexustar Corporation("Supplier"), hereby requests the entry of an order

pursuant to 11 U.S.C. §503 (b)(9) allowing Supplier an administrative expense claim in the

amount of US$33,091.81. In support of its request, Supplier states as follows:

**JURISDICTION**

1.      On May 23, 2011 (the "Petition Date") the above-captioned debtor (the "Debtor")

filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern district of California (the "Court").

2. This Court has jurisdiction over this motion pursuant to 28 U.S.C.§§157 and 1334(b). This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

3. Lexustar Corporation prints labels and other related products for the nursery industry. Lexustar Corporation regularly sold some of these products to the Debtor before the Petition Date.

4. In the 20 days preceding the Petition Date, the Debtor received goods that Supplier sold on credit to Debtor in the ordinary course of Debtor's business. Such Goods consisted of PLANT CARE PICKS, HEADER BOARDS, DISPLAY TRAYS, PVC VENUS FLY TRAP TUBES, AND STAKES, (the "Goods") and had an aggregate value of US$33,091.81, as identified on the invoices and proofs of delivery attached hereto Exhibit A.

5. As of the date of this Request, supplier, Lexustar Corporation, has not received payment for the goods.

## RELIEF REQUESTED

6. Supplier respectfully requests that this Court allow Supplier's administrative expense claim in the amount of US$33,091.81 for the Goods pursuant to section 503(b)(9) of the Bankruptcy Code.

## BASIS FOR RELIEF

7. Section 503(b)(9) of the Bankruptcy Code provides, in pertinent part, that: "After notice and a hearing there shall be allowed administrative expenses....

"(for) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business" 11 U.S.C. §503(b)(9).

8.   As evidenced by the invoice and proof of delivery attached hereto as Exhibit A, during the 20 days preceding the Petition Date, debtor received from Supplier, Lexustar Corporation, the Goods valued in aggregate at US$33,091.81. Supplier sold the Goods to Debtor on credit in the ordinary course of Debtor's business, and Supplier has not yet received payment for the Goods. Supplier is accordingly entitled to an allowed administrative expense claim against Debtor in the aggregate amount of US$33,091.81.

9.   Supplier reserves the right to asset claims against the Debtor for the amounts not contemplated by this Request or allowed by the Court pursuant to section 503(b)(9) and to amend, modify and/or supplement this request, as appropriate under the circumstances.

Wherefore, Supplier, Lexustar Corporation, respectfully requests that the court enter an order substantially in the formattached hereto as Exhibit B : (1) allowing Supplier's administrative expense claim in the amount of US$33,091.81 pursuant to section 503(b)(9) of the Bankruptcy code and (2) granting such other and further relief as may be just and proper under the circumstances.

Dated: July 15, 2011

LEXUSTAR CORPORATION

By: _Kuan Chou_

Kuan Chou, President

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

## Priority administrative claim under section 503(b)(9)
## Request payment: US$33,091.81

# LEXUSTAR CORPORATION

**2F., NO. 232-5, SEC. 2, TUNG-HO WEST STREET, SHIHLIN, TAIPEI, TAIWAN**
**TEL: (02) 2812-3045          FAX:(02)2811-5249          E-MAIL: lexustar@yahoo.com.tw**

| INVOICE | |
|---|---|

SHIP TO: NURSERYMEN'S EXCHANGE INC.
          2651, CABRILLO, HWY NO. HALF MOON BAY, CA 94019, U.S.A.

| | |
|---|---|
| P.O. #: 138245 | VESSEL:       EVER ELITE V.0562-081E |
| INVOICE #: 042711 | SAILING   DATE: MAY 3, 2011 |
| DATE: APRIL 27, 2011 | ARRIVING DATE: MAY 18, 2011 |

| CODE # | DESCRIPTION | PRICE | P.O. # | QUANTITY | | AMOUNT |
|---|---|---|---|---|---|---|
| | PRINTED MATTER | | | | | |
| | PLANT CARE PICKS/HEADER BOARD/DISPLAY TRAY & PVC TUBE FOR PLANT | | | | | |
| #6206-13 | GET MEE PICK | $43.50/M | 138245 | 103,500 | PCS | $   4,502.25 |
| #6237-16 | VICTORY ROSE  PICK | $43.50/M | 138245 | 300,000 | PCS | $ 13,050.00 |
| #6831-17 | ROSE STAKE | $19.50/M | 138245 | 103,600 | PCS | $   2,020.20 |
| #2210-02 | VENUS FLY TRAP - PVC TUBES | $0.24/PC | 138245 | 48,216 | PCS | $ 11,571.84 |
| | SHIPPING/DISPLAY CARTON BOX FOR VENUS FLY TRAP | | | | | |
| #3506-02 | DISPLAY TRAY FOR TUBE PACKAGE | $0.878/PC | 138245 | 1,722 | PCS | $   1,511.92 |
| #3600-02 | VENUS HEADER BOARD | $0.242/PC | 138245 | 1,800 | PCS | $        435.60 |
| | | TOTAL | | 558,838 | PCS | $ 33,091.81 |

**SAY TOTAL: U.S. DOLLARS  THIRTY-THREE THOUSAND AND  NINETY-ONE  DOLLARS**
**            AND EIGHTY-ONE  CENTS ONLY.**

**Arrival date at Oakland to the Debtor : May 18, 2011**

**Received by the Debtor within 20 days before the Petition Date (May 23, 2011)**

LEXUSTAR CORPORATION

*Kuan Chou*

EXHIBIT A   PAGE 1 -        PRESIDENT

# LEXUSTAR     CORPORATION

**2F., NO. 232-5, SEC. 2, TUNG-HO WEST STREET, SHIHLIN, TAIPEI, TAIWAN**

TEL: (02) 2812-3045        FAX:(02)2811-5249    E-MAIL: lexustar@yahoo.com.tw

## PACKING    LIST

SHIP TO: NURSERYMEN'S EXCHANGE INC.
           2651, CABRILLO, HWY NO. HALF MOON BAY, CA 94019, U.S.A.

| | |
|---|---|
| P.O. #: 138245 | VESSEL:    EVER ELITE V.0562-081E |
| INVOICE #: 042711 | SAILING   DATE: MAY 3, 2011 |
| DATE: APRIL 27, 2011 | ARRIVING DATE: MAY 18, 2011 |

| CODE # | DESCRIPTION | QTY(pcs) | CTN # | N.W.(KGS) | G.W. (KGS) |
|---|---|---|---|---|---|
| | PRINTED MATTER PLANT CARE PICKS/HEADER BOARD/DISPLAY TRAY & PVC TUBE FOR PLANT | | | | |
| 6206-13 | GET MEE PICK | 103,500 | 1A - 23A | 322 | 345 |
| | qty: @4,500pcs/n.w.@14kgs/g.w.@15kgs | | | | |
| #6237-16 | VICTORY ROSE PICK | 200,000 | 1- 50 | 700 | 750 |
| | qty: @4000pcs/n.w.@14kgs/g.w.@15kgs | | | | |
| | DITTO | 100,000 | 1C - 25C | 350 | 375 |
| | qty: @4000pcs/n.w.@14kgs/g.w.@15kgs | | | | |
| 6831-17 | ROSE STAKE | 93,600 | 1W - 6W | 102 | 108 |
| | qty: @15600pcs/n.w.@17kgs/g.w.@18kgs | | | | |
| | DITTO | 10,000 | 7W | 12 | 13 |
| | qty: @15600pcs/n.w.@17kgs/g.w.@18kgs | | | | |
| #2210-02 | VENUS FLY TRAP - PVC TUBES - qty :@168PCS | 48,216 | 1X - 241X | 1205.4 | 1549.8 |
| #3506-02 | DISPLAY TRAY FOR TUBES - qty: @ 6 pcs | 1,722 | 243X - 288X | | |
| | n.w.@4.2 kgs/g.w.@5.4 kgs | | | | |
| #3600-02 | VENUS HEADER BOARD | 1,800 | 1Y - 9Y | 162 | 171 |
| | qty: @200pcs/n.w.@18 kgs/g.w.@19kgs | | | | |
| SHIPPING MARK: | | 558,838 PCS | 401 CARTONS | 2853.4 KGS | 3,311.8 KGS |

SHIPPING MARK:
NURSERYMEN'S EXCHANGE
BLOOM-RITE BRAND
SAN FRANCISCO, CALIF.
#340, C/NO.1A-23A,1 - 50,1C-25C,1W-7W,1X- 241X, 243X- 288X,1Y-9Y
MADE IN TAIWAN

### Arrival date at Oakland to the Debtor : May 18, 2011

### Received by the Debtor within 20 days before the Petition Date (May23, 2011)

LEXUSTAR CORPORATION

*(signature)*

PRESIDENT

S/O:3092

Bill No
SLTOAK-1105003

Consignee
NURSERYMEN'S EXCHANGE INC.
2651 CABRILLO, HIGHWAY NORTH,
HALF MOON BAY, CA. 94019, U.S.A.
TEL:650-712-4192 FAX:650-712-4278

# SPACE LINK TRANSPORTATION CO., LTD.

COMBINED TRANSPORT

## BILL OF LADING

## OTI#022961

Notify Party
NURSERYMEN'S EXCHANGE
C/O INTERNATIONAL FREIGHT SERVICES, INC.
1610 ROLLINS ROAD BURLINGAME, CA 94010
TEL:650-692-1632 FAX:650-697-4929

Received by the Carrier from the shipper in apparent good order and condition unless otherwise indicated herein the goods, or the container(s) or package(s) said to contain the cargo herein mentioned to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered unto order or assigns.

If required by the Carrier, this Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In accepting this Bill of Lading the Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant, any local custom or privilege to the contrary notwithstanding, and agrees that all agreements or freight engagements for and in connection with the carriage of the goods are superseded by the Bill of Lading.

| Pre-carriage by | Place of Receipt | | |
|---|---|---|---|
| | KEELUNG,TAIWAN | | |
| Ocean Vessel V.0562-081E EVER ELITE | Port of Loading KAOHSIUNG,TAIWAN | | |
| Port of Discharge OAKLAND,CA | Place of Delivery OAKLAND,CA | | Final destination (for the Merchant's reference only) OAKLAND,CA |

| Container No. Seal No.: Marks & Nos | Not of Containers or Pkgs | Kind of Packages. Description of Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| IMTU1016857/EMCKNA1968/40'/401 CTNS/3311.8KGS/55.000CBM | | | 3,311.80 (KGS) | 55.000 (CBM) |
| NURSERYMEN'S EXCHANGE BLOOM-RITE BRAND SAN FRANCISCO, CALIF. #340, C/NO.1A-23A, 1-50,1C-25C,1W-7W, 1X-241X,243X-288X, 1Y-9Y MADE IN TAIWAN | 1X40' VVVVV | SAID TO CONTAIN : 401CTNS SHIPPER'S LOAD & COUNT  PRINTED MATTER PLANT CARE PICKS HEADER BOARD DISPLAY TRAY & PVC TUBE FOR PLANT | | |

**"TELEX RELEASE HBL"**
**[NO ORIGINALS ISSUED]**

## COPY
## NON-NEGOTIABLE

LADEN ON BOARD
DATE :MAY.03 ,2011
SIGN:

"FREIGHT COLLECT"  SVC TYPE : CY/CY
SAY TOTAL ONE (1) 40' CONTAINER ONLY.

TOTAL NUMBER OF CONTAINERS
OR PACKAGES (IN WORDS)

| FREIGHT & CHARGES | PREPAID | COLLECT | Freight and charges payable at | Number of Original B(s)/L |
|---|---|---|---|---|
| OCEAN FREIGHT | | AS ARRANGED | DESTINATION | (0) |
| | | | Place and Date of Issue TAIPEI,TAIWAN R.O.C. MAY. 03,2011 | |

In witness whereof, the undersigned, has signed the number of Bill(s) of Lading stated above, all of this tenor and date one of which being accomplished, the others to stand void, for and on behalf of the carrier

SPACE LINK TRANSPORTATION CO., LTD.

EHIBIT A  PAGE 3 -

Case: 11-31985   Doc# 204   Filed: 07/19/11   Entered: 07/28/11 13:10:50   Page 7 of 9

FOR DELIVERY OF GOODS PLEASE APPLY TO:
INTERNATIONAL FREIGHT SERVICES, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26          **EXHIBIT  B -**
27
28

**PROOF OF SERVICE**

     I am over the age of 18, not a party to this action, and am employed in Taiwan at 2F., No. 232-5, Sec. 2, Tung-Ho West Street, Shihlin, Taipei, July 15, 2011, following ordinary business practices, and I placed for collection and mailing at Lexustar Corporation Office, a copy of the foregoing:

     **REQUEST OF LEXUSTAR CORPORATION, FOR ALLOWANCE OF**

     **ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. 503(b)(9)**

**In a sealed envelop, with postage fully prepaid, in Taiwan mail, addressed to:**

**Chambers' Copy:**
The Honorable Dennis Montali
United States Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, CA94104

**Office of the U.S. Trustee:**
235 Pine Street
Suite 700
San Francisco, CA94104-3401

**Debtor:**
Nurserymen's Exchange, Inc.
2651 North Cabrillo Highway
Half Moon Bay, CA94019

**Debtor's Attorney:**
Stephen D. Finestone
John F. Sulivan
Law Offices of Stephen D.Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

     I am readily familiar with the business practice for collection and processing of Correspondence for mailing with the Fedex Service and, in the ordinary course of business, the correspondence would be deposited Fedex Service on the date on which it is collected at the business.

     I declare under penalty of prejury under the laws of the State of California and the United States of America that the foregoing is true and correct.

     Executed on July 15, 2011 at Taipei, Taiwan

                                *Kuan Chou*

                                **Kuan Chou, President**

                                **Lexustar Corporation**