

1  Stephen D. Finestone (125675)
   John F. Sullivan (175236)
2  LAW OFFICES OF STEPHEN D. FINESTONE
   456 Montgomery Street, 20th Floor
3  San Francisco, CA 94104
   Telephone: (415) 421-2624
4  Facsimile:  (415) 398-2820
   Email: sfinestone@pobox.com
5
   Counsel for Debtor and Debtor in Possession
6  Nurserymen's Exchange, Inc.

Signed and Filed: July 30, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 11-31985
                                         )
NURSERYMEN'S EXCHANGE, INC.              ) Chapter 11
                                         )
   Debtor and Debtor in Possession       )
                                         ) **ORDER APPROVING STIPULATION**
                                         ) **TO ASSUME AND ASSIGN NON-**
                                         ) **RESIDENTIAL REAL PROPERTY**
                                         ) **LEASE**
_____ )

Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor") and North County Industrial Park, L.P. ("Landlord") having entered into a stipulation to assume and assign the lease for real property for premises located at 1330 Distribution Way, Suite C&D, Vista, California 92081 pursuant to that certain lease dated October 9, 2000, as amended February 5, 2001 and as extended by various extensions, including an Extension of Lease dated June 16, 2011 (collectively the "Lease") and good cause appearing therefor:

**IT IS ORDERED** that

1.      Effective upon the closing of the sale of Debtor's operating assets to Floramoda, Inc. ("Floramoda"), the Lease shall be assumed by Debtor.

2.      The Lease is in full force and effect and there are no costs and compensation pursuant to Section 365 of the Bankruptcy Code required for the Debtor to assume and assign the Lease to Floramoda.

1       3.     Effective upon the closing of the sale of Debtor's operating assets to Floramoda, the Lease is assigned to Floramoda and Floramoda shall perform all obligations first arising under the Lease after the Closing.

      4.     Debtor and Landlord shall execute any additional documents reasonably necessary to accomplish the assumption and assignment.

\*\* END OF ORDER \*\*

Order re Vista Lease.wpd