

Signed and Filed: July 30, 2011

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| NURSERYMEN'S EXCHANGE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **ORDER APPROVING STIPULATION TO ASSUME AND ASSIGN NON-RESIDENTIAL REAL PROPERTY LEASE** |

Debtor and Debtor in Possession, Nurserymen's Exchange, Inc. ("Debtor") and the State of California, Department of Transportation ("Landlord") having entered into a stipulation to assume and assign the lease dated December 27, 2010 between Debtor and Landlord (the "Lease") for real property located at 2135 and 2651 Cabrillo Highway, Half Moon Bay, California and legally described as:

> State highway access, driveway and service roads from the two indicated locations on the eastern side of Cabrillo Highway across Department property to the westerly edge of their respective adjoining private properties, comprising approximately 10,850 square feet. Access includes reasonable use of gateways, drives and parking plazas, all of these to provide ingress and egresss of vehicles and attendant personnel relating to use of the designated space. (collectively referred to herein as the "Real Property");

and good cause appearing therefor:

**IT IS ORDERED** that the stipulation is approved and

1. Effective upon the closing of the sale of Debtor's operating assets to Floramoda, Inc. ("Floramoda"), the Lease shall be deemed assumed by Debtor.

2. The Lease is in full force and effect and there are no costs and compensation pursuant to

Section 365 of the Bankruptcy Code required for the Debtor to assume and assign the Lease to Floramoda..

     3.     Effective upon the closing of the sale of Debtor's operating assets to Floramoda, the Lease is assigned to Floramoda and Floramoda. shall perform all obligations first arising under the Lease after the Closing.

     4.     Debtor and Landlord shall execute any additional documents reasonably necessary to accomplish the assumption and assignment.

** END OF ORDER **

Order re DOT Lease.wpd

ORDER RE DOT LEASE    2

Case: 11-31985   Doc# 207   Filed: 07/30/11   Entered: 08/01/11 17:54:58   Page 2 of 2