Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Tally One, Inc..

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| TALLY ONE, INC. | Chapter 11 |
| formerly known as Nurserymen's Exchange, Inc. | **NOTICE OF NAME CHANGE** |
| Debtor and Debtor in Possession | |

**PLEASE TAKE NOTICE** that on August 7, 2011, Nurserymen's Exchange, Inc., debtor and debtor in possession herein, changed its name to Tally One, Inc.

Dated: August 9, 2011       LAW OFFICES OF STEPHEN D. FINESTONE

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Debtor and Debtor in Possession

NOTICE OF NAME CHANGE

1