Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Tally One, Inc..

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| TALLY ONE, INC. | Chapter 11 |
| formerly known as Nurserymen's Exchange, Inc. | **SUPPLEMENTAL APPLICATION TO DESIGNATE RESPONSIBLE INDIVIDUAL** |
| Debtor and Debtor in Possession | |

    Debtor, Tally One, Inc. ("Debtor") hereby applies for a supplemental order designating Gail Hollingsworth as the individual responsible for the duties and obligations of Debtor in this case. This request is made pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California.

    Ms. Hollingsworth is the CFO and Secretary of the Debtor and shall be responsible for the duties and obligations of the Debtor. Her contact information is:

Gail Hollingsworth
c/o Law Offices of Stephen D. Finestone
456 Montgomery St., 20th Fl.
San Francisco, CA 94104
(650) 619-3485

Dated: August 10, 2011    LAW OFFICES OF STEPHEN D. FINESTONE

    /s/ Stephen D. Finestone
    Stephen D. Finestone
    Attorneys for Debtor and Debtor in Possession

APP FOR RESPONSIBLE INDIVIDUAL

1

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

On the below date I served the attached document(s) entitled:

**SUPPLEMENTAL APPLICATION TO DESIGNATE RESPONSIBLE INDIVIDUAL**

on all interested parties in said cause addressed as follows:

Office of the U.S. Trustee
235 Pine St., Ste. 700
San Francisco, CA 94104

[X] **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 456 Montgomery Street, 20th Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of The Law Offices of Stephen Finestone for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

[ ] **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

[ ] **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: (see above)                . I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **August 10, 2011** at San Francisco, California.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Ngoc Truong        /s/ Ngoc Truong

App re RI.wpd

APP FOR RESPONSIBLE INDIVIDUAL

2