Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Tally One, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| TALLY ONE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **Date:** TO BE DETERMINED<br>**Time:** TO BE DETERMINED<br>**Place:** 235 Pine Street, Courtroom 22<br>San Francisco, CA |

**MOTION FOR AUTHORITY TO REJECT
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Nurserymen's Exchange, Inc. ("NEI" or the "Debtor"), debtor and debtor-in-possession in the above-captioned case, hereby moves this Court (the "Motion") for entry of an order authorizing the Debtor to reject those certain executory contracts and unexpired leases described in the document attached Exhibit A. The precise relief Debtor seeks is set forth in the proposed order attached hereto as Exhibit B.

The Motion is based on the concurrently filed memorandum of points and authorities and Declaration of Gail Hollingsworth in support of the Motion, the other papers of record, and upon such further evidence as may be presented before or at the hearing on the Motion.

///

///

Dated: August 11, 2011       LAW OFFICES OF STEPHEN D. FINESTONE

/s/ Stephen D. Finestone
Stephen D. Finestone
Counsel for Debtor and Debtor in Possession