LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA RIEDER (State Bar No. 263250)
One Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 956-1630
Facsimile: (415) 399-9480
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Counsel for the Official Committee of Unsecured Creditors of
Tally One, Inc., fka Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TALLY ONE, INC.<br><br>fka NURSERYMEN'S EXCHANGE, INC.<br><br>Debtor and Debtor in Possession. | Case No. 11-bk-31985-DM<br><br>Chapter 11<br><br>**Date:** August 23, 2011<br>**Time:** 11:30 a.m.<br>**Place:** 235 Pine Street<br>Courtroom 22<br>San Francisco, California |

## RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS RESPECTING MOTION FOR APPROVAL OF AMENDMENT TO POST PETITION FINANCING AGREEMENT WITH WELLS FARGO BANK N.A.

The Official Committee of Unsecured Creditors (the "Committee") files this Reservation of Rights with respect to the Debtor's Motion for Approval of Amendment to Postpetition Financing Agreement with Wells Fargo Bank (the "Motion").

By the Motion, the Debtor seeks an extension of the DIP Financing with Wells Fargo Bank through and including November 5, 2011, pursuant to an agreed budget (the "Budget") attached as an exhibit to the Declaration of Stephen Finestone, submitted in support of the

Motion. As stated in the Motion, the "purpose of the DIP Amendment and related budget is to provide Debtor with adequate funds to continue its wind down efforts, which primarily will focus on the sale of its remaining real estate assets." The wind down efforts and sale of the assets will primarily benefit Wells Fargo Bank, until such time as the Bank shall have been paid in full. Yet the Budget contains no provision to pay the estate's professionals during the wind down period.

The Committee does not oppose the extension of DIP Financing, but notes that the initial DIP budget contained provision for payment of estate professionals during the first six weeks of the initial DIP period in the aggregate amount of $400,000. The Bank was the primary beneficiary of the Debtor's sale efforts during this initial period. It is inconsistent for the Bank to expect the estate to continue to be operated primarily for the benefit of the Bank without the Bank contributing to the costs of professionals whose services will be essential to the efforts to monetize the estate's assets for its benefit.

Accordingly, the Committee does not oppose the Motion, but wants to make clear that the Committee neither approves of nor consents to the proposed DIP Budget.

Dated: August 18, 2011          LANDAU GOTTFRIED & BERGER LLP

                                By:    /s/Peter J. Gurfein
                                       Peter J. Gurfein
                                Counsel for the Official Committee of Unsecured
                                Creditors of Tally One, Inc. fka Nurserymen's
                                Exchange, Inc.

LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN (State Bar No. 127173)
PETER M. BRANSTEN (State Bar No. 113352)
MONICA R. RIEDER (State Bar No. 263250)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
pbransten@lgbfirm.com
mrieder@lgbfirm.com

Counsel for the Official Committee of Unsecured Creditors of
Tally One, Inc., fka Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

NURSERYMEN'S EXCHANGE, INC.

        Debtor and Debtor in Possession.

Case No. 11-bk-31985

Chapter 11

**CERTIFICATE OF SERVICE**

**Date:** August 23, 2011
**Time:** 11:30 a.m.
**Place:** 235 Pine Street
       Courtroom 22
       San Francisco, California

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1 Bush Street, Suite 600, San Francisco, California 94104. On August 18, 2011, I served the within document:

**RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS RESPECTING MOTION FOR APPROVAL OF AMENDMENT TO POST PETITION FINANCING AGREEMENT WITH WELLS FARGO BANK N.A.**

in the following manners:

☐ **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number (415) 399-9480 the document(s)

listed above to the fax number(s) set forth below on this date before 5:00 p.m. No error was reported by the fax machine utilized. *[A copy of the transmission confirmation report to be provided upon request and/or is attached hereto.]*

☒ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Stephen D. Finestone
Law Offices of Stephen D. Finestone
456 Montgomery Street, 20th Fl.
San Francisco, CA 94104

Pamela Webster-Kohlman
James Wright
Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA 94105

☐ **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Francisco, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located 1 Bush Street, Suite 600, San Francisco, California 94104 in the ordinary course of business on the date of this declaration.

☒ **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the person(s) at the address(es) listed below:

Honorable Dennis Montali
United States Bankruptcy Court
San Francisco Division
235 Pine St., Crtrm 22
San Francisco, CA 94104

Office of the United States Trustee
San Francisco Division
235 Pine St., Suite 700
San Francisco, CA 94104

☐ **BY MESSENGER SERVICE** by providing the above listed document(s) addressed to the person(s) at the address(es) listed below to a professional messenger service for

personal service. *[A declaration by the messenger service to be provided upon request and/or separately filed.]*

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

Stephen D. Finestone; sfinestone@pobox.com
John Sullivan; jfssf@hotmail.com
Pamela Webster-Kohlman; pwebster@buchalter.com
James Wright; jwright@buchalter.com
Robert Izmirian; rizmirian@buchalter.com

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

- Stephen D. Finestone    sfinestone@pobox.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Peter J. Gurfein    pgurfein@LGBFirm.com, cscott@lgbfirm.com
- Robert E. Izmirian    rizmirian@buchalter.com
- Ivan C. Jen    ivan@icjenlaw.com
- Brian Y. Lee    blee@pivotpointlaw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Pamela Kohlman Webster    pwebster@buchalter.com, ifs_filing@buchalter.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 18, 2011.

By: __/s/Charlotte Hebert_____
   Charlotte Hebert

LANDAU GOTTFRIED & BERGER LLP

3

Case: 11-31985    Doc# 229    Filed: 08/18/11    Entered: 08/18/11 15:56:05    Page 5 of 5