Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Counsel for Debtor and Debtor in Possession
Tally One, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-31985 |
| TALLY ONE, INC. | Chapter 11 |
| Debtor and Debtor in Possession | **DEBTOR'S OBJECTION TO FIRST INTERIM APPLICATION BY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | Date: September 23, 2011<br>Time: 9:30 a.m.<br>Place: 235 Pine St., 22nd Floor, San Francisco, California |

Debtor objects to the fee application by Landau Gottfried & Berger LLP (the "LGB Application") on a limited basis as set forth below.

The LBG Application includes as a project category time spent in working on a plan of reorganization (see LBG Application at pages 6-7). LGB seeks $22,451 for attorney time spent on a plan of reorganization. Three attorneys billed 44.10 hours working on the Chapter 11 plan. As set forth in the Declaration of Stephen D. Finestone filed in opposition to the Committee's Motion to Convert, after agreeing with Debtor to move forward with a joint plan of reorganization, the Committee did an about face and decided to scuttle the possibility of a plan and sought to convert the case. Given the Committee's decision, over which it had complete control, its counsel should not be compensated for work toward a plan of reorganization.

OBJECTION TO LBG FEE APPLICATION

1

Dated: September 16, 2011                   LAW OFFICES OF STEPHEN D. FINESTONE

                                            /s/ Stephen D. Finestone
                                            Stephen D. Finestone
                                            Counsel for Debtor and Debtor in Possession

OBJECTION TO LBG FEE APPLICATION

2