Signed and Filed: November 01, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

1  LANDAU GOTTFRIED &
   BERGER LLP
2  PETER M. BRANSTEN
   (State Bar No. 113352)
3  PETER J. GURFEIN
   (State Bar No. 127173)
4  MONICA RIEDER
   (State Bar No. 263250)
5  One Bush Street, Suite 600
   San Francisco, CA 94104
6  Telephone: (415) 956-1630
   Facsimile: (415) 399-9480
7  pbransten@lgbfirm.com
   pgurfein@lgbfirm.com
8  mrieder@lgbfirm.com

Counsel for the Official Committee of Unsecured Creditors of Tally One, Inc., f/k/a Nurserymen's Exchange, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TALLY ONE, INC.

f/k/a Nurserymen's Exchange, Inc.

    Debtor and Debtor in Possession
_____

Case No. 11-bk-31985-DM

Chapter 11

**ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7**

This Court has considered the *Motion of Official Committee of Unsecured Creditors for Order Converting Debtor's Chapter 11 Case to Chapter 7; Memorandum of Points and Authorities in Support Thereof* (the "Motion") and the Declarations of Peter J. Gurfein and Lisa N. Nobles in support thereof. Based upon the record before the Court, and upon consideration of the Motion, it is hereby **ORDERED** as follows:

/ / /

/ / /

LANDAU GOTTFRIED
& BERGER LLP

1. The Motion is granted;

2. The Chapter 11 case of *In re Tally One, Inc.* is hereby converted to a Chapter 7 case; and

3. Janina M. Hoskins is hereby appointed as the Interim Chapter 7 Trustee.

** END OF ORDER **

APPROVED AS TO FORM:

Dated: October 31, 2011         LAW OFFICES OF STEPHEN D. FINESTONE

By:     /s/Stephen D. Finestone
                Stephen D. Finestone
        Counsel to Tally One, Inc., f/k/a Nurserymen's
                    Exchange, Inc.

Dated: October 31, 2011         BUCHALTER NEMER, P.C.

By:     /s/Robert Izmirian
                Robert Izmirian
        Counsel to Wells Fargo Bank, N.A.

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Law Offices of Stephen D. Finestone |
| 4 | 456 Montgomery St # 20<br>San Francisco, CA 94104 |
| 5 | Robert Izmirian |
| 6 | Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor |
| 7 | San Francisco, California 94105-2102 |
| 8 | Office of the United States Trustee |
| 9 | San Francisco Division<br>235 Pine Street, Suite 700 |
| 10 | San Francisco, CA 94104 |

LANDAU GOTTFRIED
& BERGER LLP